UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

**CIVIL ACTION NO. 21-137-DLB-CJS**

**ANTHONY MARIO WYNN**                                                    **PLAINTIFF**

**v.**                               **<u>ORDER</u>**

**CITY OF COVINGTON, et al.**                                 **DEFENDANTS**

\*\*\*  \*\*\*  \*\*\*  \*\*\*

The parties have filed a Joint Motion to Extend Discovery and Dispositive Motion Deadlines (Doc. # 49). They propose extending the deadline for completing discovery from November 30, 2023 to January 31, 2024; the deadline for Plaintiff's Response to Defendant's Motion for Partial Summary Judgment (Doc. # 26) from December 31 to February 28, 2024; and the deadline for filing of all remaining dispositive motions and *Daubert* challenges from January 15 to March 15, 2024. They attach a proposed Agreed Order to this effect. (Doc. # 49-1). In support of their request, they explain that the depositions of the Defendants have been delayed while counsel worked through some document production issues in preparation for the depositions.

Under the circumstances, good cause for extending the deadlines has generally been shown; however, the Court issues this separate order rather than using the proposed Agreed Order so that the docket for this case can be administratively clarified. Specifically, review of the docket reflects that Defendants' pending Motion for Partial Summary Judgment (Doc. # 26) was filed on April 14, 2023, with Plaintiff to respond by May 30, 2023 (*see* Doc. # 31). Plaintiff moved for and received an extension until August

1

31, 2023, to respond (*see* Docs. # 34, 37).  The parties thereafter proposed, and the Court approved, an Agreed Order extending certain deadlines that included extending that response deadline to November 30, 2023 (*see* Doc. # 41).  The parties next filed a Joint Motion to Extend Deadlines (Doc. # 43), which the Court granted (Doc. # 44), further extending that response deadline to December 31, 2023.  And finally, the parties' current Joint Motion (Doc. # 49) would extend the Plaintiff's deadline to respond to Defendants' Motion for Partial Summary Judgment to February 28, 2024, with any remaining dispositive motions to be filed by March 15, 2024, approximately two weeks later.

Upon consideration, Defendants' Motion for Partial Summary Judgment will be administratively denied without prejudice.  This administrative termination of the Motion is appropriate given the length of time Defendants' Motion has been pending, and since further briefing on that Motion has been extended such that the Court's consideration of it will end up closely coinciding with consideration of all dispositive motions.  Defendants can either separately refile their Motion for Partial Summary Judgment in conjunction with filing their remaining dispositive motion or file one comprehensive dispositive motion by the March 15 deadline.

Accordingly, **IT IS ORDERED** as follows:

1) The Joint Motion to Extend Discovery and Dispositive Motion Deadlines (Doc. # 49) is **granted** generally.

2) All discovery shall be completed by January 31, 2024, **with a Joint Status Report due the same date.**

3) Defendants' Motion for Partial Summary Judgment (Doc. # 26) is **administratively denied without prejudice.**

2

4)     Dispositive and *Daubert* motions shall be filed by March 15, 2024.

This 29th day of November, 2023.



Signed By:
*David L. Bunning*
United States District Judge

K:\DATA\ORDERS\Cov2021\21-137-DLB order re extn #26.docx