1            UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF KENTUCKY
2                    AT COVINGTON
             CASE NO. 2:21-CV-00137-DBL-CJS
3

4                * * * * * * * *     **COPY**

5  _____
                                )
6  ANTHONY MARIO WYNN,          ) DEPOSITION TAKEN ON
                                ) BEHALF OF PLAINTIFF
7         PLAINTIFF             ) BY:  NOTICE
                                )
8  VS.                          )
                                )
9  CITY OF COVINGTON, ET AL.,   ) WITNESS:
                                )
10        DEFENDANTS            ) OFFICER DANNY ELSBERND
   _____)
11

12               * * * * * * * * *

13       DATE:     Monday, March 11, 2024

14       TIME:     11:55 a.m.

15               * * * * * * * * *

16

17

18

19

20

21

22

23

24

25

1                    * * * * * * * *

2            The deposition of OFFICER DANNY ELSBERND was

3    taken before Natalie R. Domanico, Registered

4    Professional Reporter and Notary Public in and for the

5    State of Kentucky at Large, at the offices of Hon. Jeff

6    Mando, ADAMS LAW, PLLC, 40 W. Pike Street, Covington,

7    Kentucky, on Monday, March 11, 2024, commencing at the

8    approximate hour of 11:55 a.m.  Said deposition was

9    taken pursuant to Notice, heretofore filed, for the

10   purposes of discovery on behalf of Plaintiff, and for

11   all other purposes as permitted by the Federal Rules of

12   Civil Procedure.

13                   * * * * * * * *

14

15

16

17

18

19

20

21

22

23

24

25

DOMANICO REPORTING, INC.
Natalie R. Domanico, RPR CCR(KY)
565 Madison Point Drive
Lexington, Kentucky  40515
www.domanicoreporting.com

2

1    <u>APPEARANCES:</u>

2            Hon. Jamir Davis
             J. DAVIS LAW FIRM, PLLC
3            P.O. Box 122123
             Covington, Kentucky  41011
4            jdavis@jdaviscounsel.com

5            ATTORNEYS FOR PLAINTIFF,
             ANTHONY MARIO WYNN

6

7

8

9
             Hon. Jennifer Langen
10           ADAMS LAW, PLLC
             40 W. Pike Street
11           Covington, Kentucky 41011
             jmando@adamsattorneys.com
12
             ATTORNEYS FOR DEFENDANT,
13           CITY OF COVINGTON, ET AL.

14

15           Hon. Sheree E. Weichold
             LEGAL DEPARTMENT
16           Assistant City Solicitor
             ABC Administrator
17           20 Pike Street
             Covington, Kentucky  41011
18           Main:  (859) 292-2311
             Direct:  (859)292-2318
19           sheree.weichold@covingtonky.gov

20           ATTORNEYS FOR DEFENDANT,
             CITY OF COVINGTON
21

22

23

24

25

1                          INDEX

2    WITNESS:  OFFICER DANNY ELSBERND              PAGE

3    DIRECT EXAMINATION ...........................5
     By Mr. Davis
4
     COLLOQUY ...................................47
5
     REPORTER'S CERTIFICATE ......................88
6    REPORTER'S CERTIFICATE ......................89

7    INDEX PAGES.................................90-101

8

9

10                       EXHIBIT INDEX

11   PLAINTIFF'S EXHIBIT    INTRODUCTION          PAGE

12   Exhibit No. 13     Canon of Ethics            59

13   Exhibit No. 14     Murphy body-worn camera    63
                        footage
14
     Exhibit No. 15     Elsbernd body-worn camera  72
15                      footage

16   Exhibit No. 16     Officer Elsbernd Use of Force  77
                        Report
17
     Exhibit No. 17     Officer Martin's Use of Force  79
18                      Report

19   **REPORTER'S NOTE:  Exhibit Nos. 14 and 15 are not
     attached hereto and filed herewith.  The video camera
20   footage has already been supplied to opposing counsel.

21

22

23

24

25
                   DOMANICO REPORTING, INC.
                 Natalie R. Domanico, RPR CCR(KY)
                      565 Madison Point Drive
                   Lexington, Kentucky  40515        4
                    www.domanicoreporting.com

11:55:59  1          The witness, OFFICER DANNY ELSBERND, after

2      first being duly sworn, was examined and testified as

3      follows:

4                        DIRECT EXAMINATION

11:55:59  5    By Mr. Davis:

6      1        Q    Have you ever been in a deposition

7      before?

8               A    No, sir, I have not.

9      2        Q    Okay.  So I'm just going to go over a

11:56:07 10    few rules, just so we're all on the same page.  Just

11     to start, for the sake of the court reporter, please

12     answer every question with yes or no.  Head nodding or

13     anything like that can't be captured by the court

14     reporter.  We can also take a break at any time.

11:56:27 15             A    Yes, sir.

16     3        Q    I ask that you just finish the --

17     answering the question that I ask before you take a

18     break.  Also, for the court reporter, please allow for

19     me to finish my question before you answer.  She can

11:56:43 20    only capture one person speaking at a time.  And that

21     way we can make sure the record is clean.

22             A    (Nods head affirmatively).

23     4        Q    During the deposition I'll also ask you

24     questions.  This is not a -- you know, an official

11:57:02 25    court of law, but you are required to ask -- answer

DOMANICO REPORTING, INC.
Natalie R. Domanico, RPR CCR(KY)
565 Madison Point Drive
Lexington, Kentucky  40515
www.domanicoreporting.com

5

11:57:05  1   truthfully as if this was a legal proceeding or a

2   judge is present.  And before we begin, are you under

3   the influence of any drugs, alcohol or medication that

4   would impair your judgment today?

11:57:23  5            A      No.

6   5       Q      Are you under the influence of anything

7   that would keep you from responding accurately to my

8   questions?

9            A      No.

11:57:34  10  6       Q      Did you prepare for the deposition

11  today?

12           A      I did.

13  7       Q      And how did you prepare for the

14  deposition?

11:57:39  15           A      I met with my -- my attorney.

16  8       Q      All right.  When we say your attorney,

17  was that Jeff Mando?

18           A      Yes, sir, correct.

19  9       Q      All right.  And in preparation, did you

11:57:49  20  review any documents for this deposition?

21           A      Yes, sir.

22  10      Q      And what documents did you review?

23           A      I got the internal investigation report,

24  I got the Use of Force report, and I believe I got the

11:58:04  25  citation number report for the arrest.

11:58:06    1    11    Q    Okay.  And did you review any body-worn

            2    camera footage?

            3            A    I have in the past, yes.

            4    12    Q    Okay.  So when I refer to the

11:58:26    5    January 16th, 2021 incident, you are aware of the

            6    incident that I am speaking about?

            7            A    That was on 12th and Wheeler?  Was that

            8    the correct one?

            9    13    Q    Yes.

11:58:39   10    COURT REPORTER:    12th and what?

           11    WITNESS:           Wheeler.

           12    COURT REPORTER:    Wheeler.

           13    MR. DAVIS:         Yes.

           14            A    Yes, sir.  Correct.

11:58:46   15    14    Q    For the record, I am Jamir Davis.  I am

           16    the attorney for Anthony Mario Wynn.

           17            A    Yes, sir.

           18    15    Q    And I will be asking you questions about

           19    the incident on January 16th, 2021.  But before we get

11:59:07   20    into that, I'm just going to ask a few questions about

           21    your background.

           22            A    Okay.

           23    16    Q    Can you tell me when you first started

           24    with the Covington Police Department?

11:59:17   25            A    That was October 31st of 2016.

```
11:59:28   1    17    Q    And prior to coming to the Covington

           2   Police Department, where did you work previously?

           3          A    I worked at the Campbell County Jail as

           4   a deputy jailer.

11:59:47   5   COURT REPORTER:    I'm sorry?

           6          A    Campbell County Jail.  Deputy jailer.

           7    18    Q    And how were you -- how long were you

           8   with the Campbell County Jail?

           9          A    Five years and two days.

11:59:55  10    19    Q    Okay.  And prior to that, where did you

          11   work?

          12          A    I worked at Carter's in Covington, 15th

          13   and Madison.

          14    20    Q    Uh-huh (affirmative).

12:00:05  15          A    And prior to that, I was in the United

          16   States Marine Corps.

          17   COURT REPORTER:    United States what?

          18          A    Marine Corps.

          19   COURT REPORTER:    Thank you.

12:00:20  20    21    Q    And what was your role in the United

          21   States Marine Corp.?

          22          A    I was a corporal.

          23    22    Q    And what is your current position, title

          24   with the Covington Police Department?

12:00:49  25          A    I'm a specialist.
```

12:00:51  1   23    Q    Specialist?

          2         A    Yes, sir.

          3   24    Q    Can you describe what that means?

          4         A    Specialist means you have some nature of

12:00:55  5   detail along with your job.  So I am with Honor Guard,

          6   and I'm also an FTO presently.

          7   25    Q    Okay.

          8         A    Yes, sir.

          9   26    Q    Can you explain what FTO is?

12:01:04  10        A    A field training officer.

          11  27    Q    Okay.  And what does that require for

          12  you to do?

          13        A    Teach the new recruits how to actually

          14  become real police officers after a -- I believe it's

12:01:15  15  a 22-week program.

          16  28    Q    And how long have you been in that

          17  position as an FTO?

          18        A    About a month and a half right now.

          19  29    Q    And what training did you have to go

12:01:31  20  through to become an FTO?

          21        A    For an FTO, I have not been through any

          22  formal training at this time.  I am going to go to

          23  school for formal training in, I believe, August.  For

          24  that purpose.

12:01:49  25  30    Q    And are you trained -- training all new

DOMANICO REPORTING, INC.
Natalie R. Domanico, RPR CCR(KY)
565 Madison Point Drive
Lexington, Kentucky  40515
www.domanicoreporting.com

9

| | | |
|---|---|---|
| 12:01:52 | 1 | officers that enter into the department? |
| | 2 |      A   After they completed the academy, yes. |
| | 3 | I -- I can only have one at a time, though.  I only |
| | 4 | have one for three weeks at a time, is what I have |
| 12:02:04 | 5 | currently. |
| | 6 | 31    Q   And to date, how many officers have you |
| | 7 | trained? |
| | 8 |      A   I am on my second one presently. |
| | 9 | 32    Q   Prior to those duties, did you have any |
| 12:02:23 | 10 | other special duties within the department? |
| | 11 |      A   I was with the Honor Guard.  The Honor |
| | 12 | Guard is a specialty position just for funeral |
| | 13 | services and flag ceremonies. |
| | 14 | COURT REPORTER:   And flag? |
| 12:02:39 | 15 |      A   Flag ceremonies. |
| | 16 | COURT REPORTER:   Flag ceremonies. |
| | 17 |      A   Any Honor Guard dealings with... |
| | 18 | 33    Q   So you've been with the Department for |
| | 19 | approximately eight years now; is that correct? |
| 12:02:58 | 20 |      A   Just about seven and a half. |
| | 21 | 34    Q   Seven and a half. |
| | 22 |      A   Yes, sir. |
| | 23 | 35    Q   Okay.  And when you started in 2016, who |
| | 24 | was the chief of the department? |
| 12:03:16 | 25 |      A   That was -- it was not Nader.  I can see |

DOMANICO REPORTING, INC.
Natalie R. Domanico, RPR CCR(KY)
565 Madison Point Drive
Lexington, Kentucky  40515
www.domanicoreporting.com

10

12:03:27  1    his face, sir.  I -- I don't remember his name.

2    36      Q     Okay.

3           A     I'll be honest with you, it was not

4    Nader, though.

12:03:34  5    37      Q     Okay.  And were you under the -- were

6    you under Chief Nader from 2017 until approximately

7    2022?

8           A     I got to kind of ask you a question

9    also.  Is that when he took over as chief?

12:03:53  10   38      Q     Approximately 2017.

11          A     Okay.  Yes, sir.  Correct.  Yeah.

12   39      Q     Uh-huh (affirmative).  Did you have any

13   interactions with Chief Nader while you were a police

14   officer?

12:04:15  15          A     Just a -- to say hi to him, sir, to be

16   honest with you, walking through a hallway.  And

17   that's pretty much it.  Casual conversation, just here

18   and there.

19   40      Q     Were you ever -- did you ever interact

12:04:32  20   with Chief Nader in -- in meetings or anything of that

21   nature?

22          A     There was only one time that I had a

23   meeting with him, and it was due to a critical

24   incident that happened in 2018, I believe.

12:04:43  25   41      Q     And do you recall the facts of that

```
12:04:46    1  incident?

            2           A    That was when an individual decided to

            3  shoot through a wall at me.  Shot my partner in the

            4  hip.  Shot through the wall at me with an AK-47.  The

12:04:58    5  gun jammed.  And I was involved.  I was directly

            6  behind him when all that occurred.

            7  42       Q    Uh-huh (affirmative).

            8           A    The individual's name was Bradley

            9  Williams that decided to try to --

12:05:06   10  COURT REPORTER:    That what?

           11           A    Bradley Williams.  That was the one time

           12  I had a real meeting with the chief along with

           13  everybody else that was involved.  And that was for a

           14  very brief time.

12:05:23   15  43       Q    While under the supervision of

           16  Chief Nader, did you ever receive any type of

           17  disciplinary action?

           18           A    No, sir.

           19  44       Q    And to date have you had any

12:05:36   20  disciplinary action?

           21           A    No, sir.

           22  45       Q    In your time at the department, have you

           23  ever interacted with Doug Ullrich?

           24           A    Yes, sir.

12:06:12   25  46       Q    Can you tell me about those
```

DOMANICO REPORTING, INC.
Natalie R. Domanico, RPR CCR(KY)
565 Madison Point Drive
Lexington, Kentucky  40515
www.domanicoreporting.com

12

| | | |
|---|---|---|
| 12:06:13 | 1 | interactions? |
| | 2 | A    Doug Ullrich has been in the same exact |
| | 3 | off (UNINTELLIGIBLE) group as me for the last, |
| | 4 | approximately, six years. |
| 12:06:32 | 5 | 47    Q    Have you had any interactions with John |
| | 6 | Murphy? |
| | 7 | A    Yes, sir. |
| | 8 | 48    Q    And describe those interactions. |
| | 9 | A    John Murphy, he graduated probably about |
| 12:06:40 | 10 | eight, nine months after me.  I saw him down at the |
| | 11 | police academy.  John was also a former United States |
| | 12 | Marine.  So, of course, me and him had stuff in |
| | 13 | common.  So, yes, I -- I do know him, sir. |
| | 14 | 49    Q    And have you ever worked with them on -- |
| 12:07:04 | 15 | well, let me rephrase.  Have you ever worked with Doug |
| | 16 | Ullrich on shift? |
| | 17 | A    Yes, sir.  Of course. |
| | 18 | 50    Q    And have you ever worked with John |
| | 19 | Murphy on shift? |
| 12:07:21 | 20 | A    Very briefly when he was still on Power |
| | 21 | Shift.  But he's on second now, so it has been a very |
| | 22 | long time since I've actually worked, like, calls with |
| | 23 | him. |
| | 24 | 51    Q    Are you aware of any disciplinary action |
| 12:07:51 | 25 | that's ever been taken against Doug Ullrich? |

DOMANICO REPORTING, INC.
Natalie R. Domanico, RPR CCR(KY)
565 Madison Point Drive
Lexington, Kentucky  40515
www.domanicoreporting.com

13

| | | | |
|---|---|---|---|
| 12:07:55 | 1 | A | No, sir. |
| | 2 | 52 Q | You're not aware of any? |
| | 3 | A | No. |
| | 4 | 53 Q | Have you ever seen Doug Ullrich commit |
| 12:08:03 | 5 | violations of police department policy? |
| | 6 | A | Not as far as I know, no. |
| | 7 | 54 Q | Are you aware of any disciplinary action |
| | 8 | that's been taken against John Murphy? |
| | 9 | A | No. |
| 12:08:18 | 10 | 55 Q | Have you ever seen John Murphy take -- |
| | 11 | make any violations of policy -- |
| | 12 | A | (Interrupting) No -- |
| | 13 | 56 Q | -- police policy? |
| | 14 | A | -- (UNINTELLIGIBLE). |
| 12:08:28 | 15 | MS. LANGEN: | Let him finish his question. |
| | 16 | A | Oh.  I'm sorry, ma'am. |
| | 17 | MS. LANGEN: | It's all right.  You're good. |
| | 18 | | You're good.  It happens all the |
| | 19 | | time. |
| 12:08:48 | 20 | 57 Q | Have you ever witnessed any officer |
| | 21 | violate Covington Police Department policies while you |
| | 22 | were on duty? |
| | 23 | A | No, sir. |
| | 24 | 58 Q | Let's talk a little bit about your |
| 12:09:32 | 25 | training and background with the Covington Police |

DOMANICO REPORTING, INC.
Natalie R. Domanico, RPR CCR(KY)
565 Madison Point Drive
Lexington, Kentucky  40515
www.domanicoreporting.com

14

| | | |
|---|---|---|
| 12:09:34 | 1 | Department. |
| | 2 | A    Yes, sir. |
| | 3 | 59    Q    When did you start with -- at the |
| | 4 | academy? |
| 12:09:39 | 5 | A    I started the academy October, November, |
| | 6 | December -- I think in January of 2017.  January or |
| | 7 | February of 2017. |
| | 8 | 60    Q    And how long was the academy? |
| | 9 | A    Six months. |
| 12:10:05 | 10 | 61    Q    And during the academy, did you go |
| | 11 | through any training in regards to use of force? |
| | 12 | A    Meaning use of force as in what -- what |
| | 13 | exactly? |
| | 14 | 62    Q    Well, when I talk about the term use of |
| 12:10:26 | 15 | force, I'm specifically talking about the term that is |
| | 16 | used in the definitions of the general orders.  Like |
| | 17 | the general order, Use of Force policy. |
| | 18 | A    As in ours or just Department of Justice |
| | 19 | or DSJT, period? |
| 12:10:46 | 20 | 63    Q    I'm talking about the Use of Force |
| | 21 | policy General Order -- are you familiar with the Use |
| | 22 | of Force General Order for the City of Covington? |
| | 23 | A    Yes, sir. |
| | 24 | 64    Q    Okay.  And while you were at the |
| 12:10:58 | 25 | academy, did they teach you how to properly use force |

DOMANICO REPORTING, INC.
Natalie R. Domanico, RPR CCR(KY)
565 Madison Point Drive
Lexington, Kentucky  40515
www.domanicoreporting.com

15

12:11:06   1   when restraining a citizen?

2            A     Yes, they do.

3   65     Q     And at the academy they taught you the

4   difference between proper restraint and improper

12:11:18   5   restraint?

6            A     The use of force necessary to effect the

7   arrest, yes.

8   66     Q     Okay.  At the academy, did they teach

9   you about traffic stop procedures?

12:11:44  10            A     Yes.

11  67     Q     And did they teach you what should be

12  done and what shouldn't be done during a traffic stop?

13            A     Broadly, yes.

14  COURT REPORTER:    I didn't hear you.

12:12:02  15            A     Broadly, yes.

16  COURT REPORTER:    Broadly.

17  68     Q     Okay.  So after your sixth month of

18  training with --

19            A     (Interrupting) Uh-huh (affirmative).

12:12:17  20  69     Q     -- the academy, then are you sent out

21  into the field at that time?

22            A     No, not without an FTO.

23  70     Q     Okay.

24            A     So, yes, for the City of Covington, yes,

12:12:29  25  I have a field training officer with me the entire

DOMANICO REPORTING, INC.
Natalie R. Domanico, RPR CCR(KY)
565 Madison Point Drive
Lexington, Kentucky  40515
www.domanicoreporting.com

16

12:12:32   1   time.

2   71      Q    So you had a field training officer with

3   you the entire time.

4           A    Yes, sir.

12:12:36   5   72      Q    And did that field training officer

6   introduce you to the general orders of the -- of the

7   police department at that time?

8           A    PowerDMS actually did.  So that's the

9   program we actually go through before we got the

12:12:50  10   general orders for the policies for use of force.

11   73      Q    Okay.  So tell me, when -- when does

12   that training occur?

13           A    That would have been done -- I may have

14   done it even before I went down to the academy.  So it

12:13:04  15   was -- it's on a computer, is what it's on.  So it's

16   called PowerDMS.  So it's our -- basically, the

17   curriculum of here's what it is, here's what it's not.

18   So it -- it's like a multi-question test type deal.

19   And, also, you can find the exact, basically,

12:13:24  20   PowerPoint PDF for what that is.

21   74      Q    So at any time during your stint with

22   the field training officer, were you trained on the

23   specific general orders of the Covington Police

24   Department?

12:13:49  25           A    Through PowerDMS, yes.

| | | |
|---|---|---|
| 12:13:56 | 1 | COURT REPORTER:    Are you saying Power to EMS? |
| | 2 | A    PowerDMS. |
| | 3 | COURT REPORTER:    Oh, DMS. |
| | 4 | A    Yes, ma'am. |
| 12:13:58 | 5 | 75    Q    Yeah, I don't -- I think I'm confused on |
| | 6 | the question -- on your answer.  Your -- did |
| | 7 | PowerDMS -- |
| | 8 | A    (Interrupting) Yes, sir. |
| | 9 | 76    Q    -- occur prior to you going to the |
| 12:14:10 | 10 | academy; is that correct? |
| | 11 | A    That's what I'm saying.  I don't |
| | 12 | remember whether or not I did that before or after. |
| | 13 | So the academy -- I'm not in uniform, period, before |
| | 14 | the academy.  I'm not on the street, period, before |
| 12:14:21 | 15 | the academy.  I am not technically a cop before the |
| | 16 | academy.  There's certain things we got to do prior to |
| | 17 | go down to the academy.  That would be computer-based. |
| | 18 | PowerDMS. |
| | 19 | 77    Q    Uh-huh (affirmative). |
| 12:14:33 | 20 | A    After the academy, PowerDMS, we still |
| | 21 | have things that we have to catch up on.  So PowerDMS, |
| | 22 | once again, we got to get back into PowerDMS.  We got |
| | 23 | to look through policy and procedure, and we've got to |
| | 24 | do these tests.  So that's kind of how -- before, I |
| 12:14:53 | 25 | don't remember if I actually did it.  After, I'm sure |

DOMANICO REPORTING, INC.
Natalie R. Domanico, RPR CCR(KY)
565 Madison Point Drive
Lexington, Kentucky  40515
www.domanicoreporting.com

18

| | | |
|---|---|---|
| 12:14:56 | 1 | I did at some given point.  I had to have. |
| | 2 | 78        Q      Uh-huh (affirmative). |
| | 3 |             A      So -- so does that answer your question |
| | 4 | on that? |
| 12:15:02 | 5 | 79        Q      Yes.  It definitely clears -- clears |
| | 6 | things up for me.  So on -- just so I'm clear, on |
| | 7 | PowerDMS, do you recall if you were required to review |
| | 8 | the general orders for the department? |
| | 9 |             A      It is there to review if you decide to. |
| 12:15:39 | 10 | 80        Q      But it's not required. |
| | 11 |             A      There is a portion of the PowerDMS for |
| | 12 | use of force.  And it also, along with that, gives the |
| | 13 | 5, 10, 15 pages, or whatever it is, for use of force. |
| | 14 | 81        Q      Okay.  Are you required to review that, |
| 12:16:03 | 15 | or is it optional? |
| | 16 |             A      It's a little bit of both, because it is |
| | 17 | there for you to review.  It's upon you to review it |
| | 18 | also. |
| | 19 | 82        Q      Does anybody check to make sure that you |
| 12:16:23 | 20 | reviewed the use of force? |
| | 21 |             A      If there's a PowerDMS test with it, |
| | 22 | then, yes, we have to -- we, as the person -- nobody |
| | 23 | else can do it for us.  We, as a person, have to |
| | 24 | complete that task, do that test, and we submit it, |
| 12:16:41 | 25 | and then we're done with that portion. |

DOMANICO REPORTING, INC.
Natalie R. Domanico, RPR CCR(KY)
565 Madison Point Drive
Lexington, Kentucky  40515
www.domanicoreporting.com

19

| | | |
|---|---|---|
| 12:16:48 | 1 | 83      Q      Does the PowerDMS require all of the |
| | 2 | general orders to be reviewed or just some of them? |
| | 3 | A      It's whatever the test is actually |
| | 4 | stating. |
| 12:16:58 | 5 | 84      Q      Okay. |
| | 6 | A      So if there's 20 questions, for |
| | 7 | example -- I don't remember how many there actually |
| | 8 | is.  If there's 20 questions, you know it, and you can |
| | 9 | answer all of these, or you're going to review |
| 12:17:11 | 10 | everything.  Reviewing everything, just like anything |
| | 11 | else, is a good reminder of what things actually |
| | 12 | are -- for what they are. |
| | 13 | 85      Q      Uh-huh (affirmative). |
| | 14 | A      So that's kind of -- that's my answer. |
| 12:17:23 | 15 | 86      Q      So based on your answer there -- this is |
| | 16 | just a yes-or-no question.  Based on your |
| | 17 | recollection, are you required to review all of the |
| | 18 | general orders? |
| | 19 | A      No. |
| 12:17:54 | 20 | 87      Q      Do you know if you ever reviewed -- if |
| | 21 | you personally ever reviewed the traffic stop |
| | 22 | procedures in the general orders? |
| | 23 | A      No. |
| | 24 | 88      Q      When was the last time that you've had |
| 12:18:34 | 25 | to review PowerDMS? |

12:18:38   1          A     Probably about -- about a month ago.

           2   89     Q     Okay.  And why did you have to review

           3   the PowerDMS?

           4          A     I had PowerDMS that was due.  So --

12:18:45   5   90     Q     (Interrupting) Oh.

           6          A     -- we have things that are sent out to

           7   us.  We got to get them.  We have to get them done in

           8   a timely manner.  That's our task.  Just like anybody

           9   else has tests, we also have tests.

12:18:56   10  91     Q     Okay.

           11         A     You get those done in a timely manner,

           12  and we go on to the next task, whatever it may be.

           13  When they come out for us, they actually get done.

           14  92     Q     Was there a -- an annual or quarterly

12:19:13   15  time frame on when you had to review and complete

           16  different tasks?

           17         A     Per year there's so many that are

           18  actually sent out to us.  Yes, sir.  So to answer your

           19  question --

12:19:26   20  93     Q     (Interrupting) Uh-huh (affirmative).

           21         A     -- yes, there is.  There is a portion

           22  of -- I don't know how many.  It's upon the captain

           23  when he sends them out, but not upon me.  I just got

           24  to get them done.

12:19:37   25  94     Q     Got it.  And so the captain makes the

| | | |
|---|---|---|
| 12:19:43 | 1 | determinations on which ones you have to complete |
| | 2 | before the end of the year. |
| | 3 | A    I'm -- I'm sorry.  I'm going to say I |
| | 4 | believe.  Everybody, I believe, has the same amount. |
| 12:19:55 | 5 | 95    Q    Uh-huh (affirmative). |
| | 6 | A    Okay?  And everybody has to get those |
| | 7 | done throughout the department. |
| | 8 | 96    Q    Do you recall in 2020, if there were any |
| | 9 | updates to the Use of Force General Order? |
| 12:20:31 | 10 | A    No, sir, I don't. |
| | 11 | 97    Q    Do you recall if your captain or chief |
| | 12 | ever notified you that there was an update to the |
| | 13 | chokehold policy with the general order for use of |
| | 14 | force? |
| 12:21:02 | 15 | A    Yes. |
| | 16 | 98    Q    And do you recall when that -- when that |
| | 17 | update happened? |
| | 18 | A    No. |
| | 19 | 99    Q    You don't recall if the update happened |
| 12:21:16 | 20 | after January 16th, 2021, or before that date? |
| | 21 | A    No, sir, I do not remember. |
| | 22 | 100    Q    Do you -- do you perform traffic stops |
| | 23 | in your day-to-day duties? |
| | 24 | A    Yes. |
| 12:21:49 | 25 | 101    Q    And for a traffic stop based on a moving |

DOMANICO REPORTING, INC.
Natalie R. Domanico, RPR CCR(KY)
565 Madison Point Drive
Lexington, Kentucky  40515
www.domanicoreporting.com

22

12:21:56 1  violation that you observe, what is the typical

2  procedure that you follow when pulling over a vehicle?

3          A    Well, you first turn your lights on.

4  After that, you wait for the car to actually stop.

12:22:12 5  And at first you're calling out the tag.  I'm sorry.

6  Revert back.  You're calling out the tag.  You're

7  calling out your location.  Lights, if they don't stop

8  within -- I don't know -- get to 30 yards, hit your

9  siren a little bit and try to get their attention a

12:22:28 10  little bit further to see if they actually stop or

11  whether they're going to flee.  You never know.  Get

12  out of my vehicle, advise the location where they

13  actually stopped.  I go around.  I make a passenger

14  side approach to them.

12:22:46 15  COURT REPORTER:    I'm sorry.  You make a what?

16          A    Passenger side approach.

17  COURT REPORTER:    Thank you.

18          A    And when I do that, greet them with,

19  I'm -- I'm Officer Elsbernd, Covington Police; do you

12:22:53 20  have your license and registration; and this is the

21  reason I stopped you.  Then I go from there.

22  102    Q    Okay.  So you ask for the license, the

23  registration for the driver?

24          A    Driver, yes, sir.

12:23:08 25  103    Q    If it's a traffic violation.

DOMANICO REPORTING, INC.
Natalie R. Domanico, RPR CCR(KY)
565 Madison Point Drive
Lexington, Kentucky  40515
www.domanicoreporting.com

23

| | | |
|---|---|---|
| 12:23:10 | 1 | A    Yes, sir. |
| | 2 | 104    Q    Do you ask for the license and |
| | 3 | registration, or anything from any of the passengers? |
| | 4 | A    I do ask for the license for a |
| 12:23:20 | 5 | passenger, yes, correct. |
| | 6 | 105    Q    For all of the passengers in the |
| | 7 | vehicle? |
| | 8 | A    If they choose to give it to me |
| | 9 | willingly, they can. |
| 12:23:30 | 10 | 106    Q    Okay.  So every time you stop a vehicle, |
| | 11 | you ask for the license of the passengers as well? |
| | 12 | A    There's nothing that states that you |
| | 13 | cannot, so yes, sir.  Yes. |
| | 14 | 107    Q    And you were trained to do that? |
| 12:23:46 | 15 | A    Yes. |
| | 16 | 108    Q    And -- and when did you begin doing |
| | 17 | that? |
| | 18 | A    We -- we were taught that at the police |
| | 19 | academy. |
| 12:23:56 | 20 | 109    Q    You were taught in the police academy to |
| | 21 | ask for the license for everyone in the vehicle? |
| | 22 | A    Yes. |
| | 23 | 110    Q    And you've been doing that for your |
| | 24 | entire stint at a Covington police officer? |
| 12:24:10 | 25 | A    No. |

DOMANICO REPORTING, INC.
Natalie R. Domanico, RPR CCR(KY)
565 Madison Point Drive
Lexington, Kentucky  40515
www.domanicoreporting.com

24

```
12:24:10   1   111    Q    Okay.  When did you start that practice?

           2          A    Started practice while I was on FTO.

           3   While I was -- I first started with the Covington

           4   Police Department, so on FTO program.

12:24:25   5   112    Q    So you started in 2016?

           6          A    2017.

           7   113    Q    2017.

           8          A    Yes, sir.

           9   114    Q    And so since 2017 to now, you ask for

12:24:37  10   the ID of every officer -- of every person in the

          11   vehicle?

          12          A    No.

          13   115    Q    Okay.  When did you start that practice

          14   of asking for the identification of every individual

12:24:53  15   in the vehicle?

          16          A    As I said, no.  I have done it in the

          17   past.  Do I do it currently?  No.

          18   116    Q    Okay.  So sometimes you do it and

          19   sometimes you don't?

12:25:10  20          A    Yes, sir, correct.

          21   117    Q    Do you know if it is in the general

          22   order as a part of the policy and procedure for

          23   officers to ask every individual for their

          24   identification?

12:25:44  25          A    That is discretionary.
```

DOMANICO REPORTING, INC.
Natalie R. Domanico, RPR CCR(KY)
565 Madison Point Drive
Lexington, Kentucky  40515
www.domanicoreporting.com

25

```
12:25:47    1    118    Q    It says it -- does it say it's

            2    discretionary in the policy and procedure?

            3           A    That one, I don't know.

            4    119    Q    And you're saying that -- who told you

12:26:00    5    it was discretionary?  Was it Chief Nader?

            6           A    Me.

            7    120    Q    Were you present on when the initial

            8    stop occurred on January 1st, 20 -- excuse me --

            9    January 16th, 2021?

12:26:56   10           A    I was present, yes.

           11    121    Q    And from your observation, can you tell

           12    me what -- what happened, from what you can recall?

           13           A    You are speaking about with

           14    Officer Murphy, correct?

12:27:13   15    122    Q    Correct.

           16           A    Okay.  Officer Murphy had a traffic

           17    stop, approximately the 12th and Wheeler.

           18    COURT REPORTER:    Approximately what?

           19           A    12th and Wheeler.

12:27:23   20    COURT REPORTER:    Okay.  Sorry.

           21           A    He had a traffic stop with him.

           22    Individual -- I assume everybody gave IDs.  I'm not

           23    positive on that one.  Individual in the back rear, I

           24    think he gave him his name as Tony Wynn.  Gave his

12:27:43   25    name as Tony Wynn.  It was not Tony Wynn.
```

DOMANICO REPORTING, INC.
Natalie R. Domanico, RPR CCR(KY)
565 Madison Point Drive
Lexington, Kentucky  40515
www.domanicoreporting.com

26

```
12:27:47    1   Officer Murphy discovered that very quickly.  Anthony

            2   Wynn was actually his real name.  He had a warrant for

            3   possession of a handgun by felon.  I think there was

            4   drug charges, maybe, too.  He gets out of the vehicle,

12:28:02    5   puts his hand -- or doesn't want to initially put his

            6   hands up on the roof, like he was advised to prior to

            7   him getting out of the vehicle.  When he exited the

            8   vehicle, initially put his hands up on the roof,

            9   wanted to take them down.  When he took them down, put

12:28:18   10   them by his side.  He was never told to do that,

           11   period.  Where do you keep your weapon?  Do you carry

           12   a weapon?  Waistband, correct?

           13    123      Q    I don't carry a weapon.

           14             A    Okay.  Everybody that carries a weapon

12:28:31   15   carries it at the waistband.  So he goes down towards

           16   the waistband.  He was told not to do that.  I tried

           17   to assist Officer Murphy with getting his hands behind

           18   his back.  He resisted the entire time.  That's when

           19   me and him and Officer Murphy went down in to

12:28:47   20   basically administrative on 12th and -- roughly 12th

           21   and Wheeler.  Right there.  He resisted arrest.

           22   That's when he got taken into custody after backup

           23   actually came.  Officer Murphy suffered an injury.  I

           24   assisted with restraining Mr. Wynn further.

12:29:03   25   Additionally, we got him up -- after he became
```

DOMANICO REPORTING, INC.
Natalie R. Domanico, RPR CCR(KY)
565 Madison Point Drive
Lexington, Kentucky  40515
www.domanicoreporting.com

27

12:29:11   1   restrained, he was laying on his face.  I told

           2   Officer Murphy, I said, get him up; this is over with;

           3   we're done at that point.  Okay.  He don't need to be

           4   down on his face anymore.  He needs to be up.  Let's

12:29:25   5   search him, pat him down.  He's already under arrest.

           6   Let's get him in the back of the car so we could talk

           7   to him at this point.  That didn't work out so well.

           8   He keeps on wanting to fight.  And, I guess, he pulled

           9   away from Officer Martin at one point.  I think he had

12:29:39  10   to get restrained once again, even while he was in

          11   handcuffs, because he kept on trying to go after

          12   somebody for I don't even know what reason.  So that's

          13   the very -- that's the narrative of it, sir.

          14   124      Q    General narrative.

12:29:51  15            A    Yes, sir.

          16   125      Q    Okay.  Thank you for that.  So let's go

          17   back to the vehicle stop.  Were you at any point aware

          18   of the reason for the initial stop?

          19            A    No, sir.

12:30:05  20   126      Q    Was your vehicle there when the initial

          21   stop occurred?

          22            A    No, sir, it was not.

          23   127      Q    Okay.  At what point did you arrive to

          24   the scene?

12:30:18  25            A    I'll give you all the information I have

DOMANICO REPORTING, INC.
Natalie R. Domanico, RPR CCR(KY)
565 Madison Point Drive
Lexington, Kentucky  40515
www.domanicoreporting.com

28

| | | |
|---|---|---|
| 12:30:19 | 1 | that I can remember.  There's a Sergeant Cook that was |
| | 2 | there initially.  I was not going to be there |
| | 3 | initially.  So Officer Murphy made the initial stop. |
| | 4 | Sergeant Cook was on the passenger's side at that |
| 12:30:32 | 5 | point.  The exact same time all this was occurring, we |
| | 6 | had somebody get critically hurt down at -- somebody |
| | 7 | got ran over at Waffle House down on Third Street.  As |
| | 8 | a sergeant, he -- he has to respond. |
| | 9 | 128    Q    Who is he? |
| 12:30:48 | 10 | A    Sergeant Cook. |
| | 11 | 129    Q    Cook. |
| | 12 | A    Yes, sir. |
| | 13 | 130    Q    Okay. |
| | 14 | A    He responded to that. |
| 12:30:52 | 15 | 131    Q    To the Waffle House incident? |
| | 16 | A    Yes, sir.  Initially, he was there.  I |
| | 17 | took over basically for Sergeant Cook as backup.  As a |
| | 18 | sergeant, he needs to be there for a response of that |
| | 19 | nature; somebody critically injured.  I go to the |
| 12:31:07 | 20 | passenger's side rear, and I'm just watching.  You |
| | 21 | know, there's -- it's occupied by four.  So I just go |
| | 22 | to that.  I'm with Officer Murphy at that point, and |
| | 23 | I'm just watching everybody in the front and the back. |
| | 24 | 132    Q    Okay.  And at -- at what point did you |
| 12:31:26 | 25 | arrive?  Was Officer Murphy -- what was first thing |

```
12:31:30   1    that you observed when you saw Officer Murphy?

           2            A    I believe he was at his car at that

           3    point.  Or inside his car, I think, running

           4    individuals at that point.

12:31:41   5    133     Q    So at that point he had already IDed

           6    every -- tried to ID everyone in the car.

           7            A    I do not know, sir.

           8    134     Q    You don't know?

           9            A    I do not know, sir.

12:31:51  10    135     Q    Okay.  So -- but he was at his car when

          11    you arrived so -- and you don't know exactly what he

          12    was doing?

          13            A    Yes, sir, correct.

          14    136     Q    Okay.  All right.  So at what point did

12:32:03  15    Officer Murphy first communicate with you?

          16            A    I think he might have motioned to me

          17    that this is not the guy that he's saying that he is

          18    in the backseat.

          19    137     Q    Okay.

12:32:28  20            A    I do not -- I don't remember exactly.

          21    I'll be honest with you, sir.

          22    138     Q    Okay.  So then the next thing you

          23    observed after he motioned to you is -- is what?

          24    Is -- did Murphy then approach the vehicle a second

12:32:48  25    time?
```

DOMANICO REPORTING, INC.
Natalie R. Domanico, RPR CCR(KY)
565 Madison Point Drive
Lexington, Kentucky  40515
www.domanicoreporting.com

30

| | | | |
|---|---|---|---|
| 12:32:50 | 1 | A | Yes, sir, he did. |
| | 2 | 139 Q | Okay.  And at this point Anthony Wynn is |
| | 3 | | in the back driver's side of the vehicle? |
| | 4 | A | Yes, sir, correct. |
| 12:33:03 | 5 | 140 Q | And Anthony Wynn at that point was asked |
| | 6 | | to get out of the vehicle, step out of the vehicle? |
| | 7 | A | Yes, sir. |
| | 8 | 141 Q | And do you recall if Anthony Wynn was |
| | 9 | | asked to put his hands on top of the vehicle? |
| 12:33:36 | 10 | A | He was asked to place his hands on top |
| | 11 | | of the vehicle.  He was given directions even before |
| | 12 | | getting out of the vehicle to place his hands on top |
| | 13 | | of the vehicle (UNINTELLIGIBLE) -- |
| | 14 | 142 Q | (Interrupting) And -- |
| 12:33:46 | 15 | A | (Interrupting) -- once he exited the |
| | 16 | | vehicle. |
| | 17 | 143 Q | Uh-huh (affirmative). |
| | 18 | A | Yes, sir. |
| | 19 | 144 Q | And who gave him those commands? |
| 12:33:51 | 20 | A | Officer Murphy. |
| | 21 | 145 Q | Okay.  Did you at any time give any |
| | 22 | | commands to Anthony Wynn? |
| | 23 | A | No. |
| | 24 | 146 Q | It was only Officer Murphy? |
| 12:34:01 | 25 | A | Yes. |

12:34:04   1    147    Q    And do you recall if Anthony Wynn placed

2    his hands on top of the vehicle?

3           A    Yes, he did.

4    148    Q    Okay.  And was there any problems at

12:34:17   5    this point with his conduct or behavior when he placed

6    his hands on top of the vehicle?

7           A    For, roughly, three seconds, no.

8    149    Q    For three seconds.  So he had his hand

9    (verbatim) on top of the vehicle for three seconds?

12:34:30  10           A    Approximately.

11   150    Q    Approximately, yeah.

12           A    As you can probably see in the videos

13   that you -- you watched.

14   151    Q    All right.  And then was there any

12:34:37  15   instruction for him to put his hands behind his back?

16           A    At that point, no.

17   152    Q    There was no -- never any instruction

18   for him to put his hands behind his back?

19           A    Never to take his hands off the vehicle.

12:34:52  20   153    Q    Never to take his hands off the vehicle?

21           A    Not to take his hands off the vehicle.

22   So he had his hands on the roof.

23   154    Q    Okay.

24           A    Like he was told to.

12:34:58  25   155    Q    Uh-huh (affirmative).

DOMANICO REPORTING, INC.
Natalie R. Domanico, RPR CCR(KY)
565 Madison Point Drive
Lexington, Kentucky  40515
www.domanicoreporting.com

32

12:34:58   1                A     He was never told to take his hands off

2     of the roof.

3     156     Q     Okay.  So then it's your testimony that

4     Anthony Wynn took his hands off of the roof without

12:35:26   5     being told to put -- take his hands off of the roof.

6                A     Yes.

7     157     Q     And that he put his hands towards his

8     waistband?

9                A     Correct.

12:36:01  10     158     Q     And that when Anthony put his hands

11     towards his waistband, is that when some type of

12     physical altercation occurred?

13                A     Well, when you put them down toward his

14     waistband, he's already down to his sides.

12:36:19  15     159     Q     Uh-huh (affirmative).

16                A     So now we're going to cuff him.  He did

17     not want to be cuffed.  So, yes, a physical

18     altercation did occur after he did not want to be

19     placed in handcuffs.

12:36:32  20     160     Q     Okay.  And I'm just trying to get a

21     picture of how it happened.  So his hands were on the

22     roof.  Then his hands went down towards his waistband.

23                A     Toward his sides.

24     161     Q     Towards his side.

12:36:44  25                A     Waistband is towards the side, too.

| 12:36:49 | 1 | 162 | Q | Towards the side. |

2      A    Yes, sir.

3   163    Q    And then at that time Murphy said, put

4   your hands behind your back?

12:36:57   5      A    I don't remember if he actually said

6   place your hands behind your back or not, but he -- I

7   think he even had handcuffs at one point.

8   164    Q    Okay.  And then Officer Murphy was

9   unable to get the handcuffs on?  Is that the --

12:37:21   10      A    (Interrupting) Myself and Officer Murphy

11   had a -- not an easy time trying to place hand

12   restraints on him.

13   165    Q    And this is all while he's still

14   standing, correct?

12:37:33   15      A    Yes, sir.  Correct.

16   166    Q    Okay.  So at -- at what point did you

17   step in?  Was it when he put his hands by his

18   waistband that you felt it necessary to step in?

19      A    I -- I was right beside Officer Murphy

12:37:45   20   and Mr. Wynn, so it was -- it was almost like a

21   triangle.  So Mr. Wynn was at the doorway, rear

22   driver.  Murphy -- Officer Murphy was right behind

23   him, and I was to the right.

24   167    Q    To the right.

12:37:57   25      A    So Mr. Wynn, me, Officer Murphy.

DOMANICO REPORTING, INC.
Natalie R. Domanico, RPR CCR(KY)
565 Madison Point Drive
Lexington, Kentucky  40515
www.domanicoreporting.com

34

12:38:00   1   168   Q   Got you.  But at the time that he had

2   his hands on the -- top of the vehicle, there was no

3   need -- you didn't feel a need at all to do anything,

4   because his hands were on top of the vehicle.

12:38:10   5         A   I actually -- I think I gave him a

6   verbal command of, chill out, man; chill out.

7   169   Q   Okay.

8         A   I think I even verbalized to him, let's

9   not make this worse than what this has to be, to begin

12:38:22   10   with.

11   170   Q   Got you.

12         A   That was my way of telling him, chill

13   out, because I knew where this was going to go.

14   171   Q   Uh-huh (affirmative).

12:38:29   15         A   And it didn't have to go this way.

16   172   Q   Uh-huh (affirmative).

17         A   Chill out.

18   173   Q   Okay.

19         A   So I'm trying -- talk to me.

12:38:36   20   174   Q   Uh-huh (affirmative).

21         A   I don't want this to go this way.

22   175   Q   Okay.  So you're talking to him.  At

23   what point did you step in?

24         A   At the point when he actually placed his

12:38:48   25   hands down to his sides.

12:38:49   1    176    Q    To his -- to his waistband?

           2           A    Yes, sir.  Well, to his sides,

           3    waistband.  Yes, sides.

           4    177    Q    And so at that time you tried to assist

12:39:04   5    Officer Murphy with getting him restrained in

           6    handcuffs; is that correct?

           7           A    Placing his hands behind his back to

           8    place hand restraints --

           9    178    Q    (Interrupting) Handcuffs on him.

12:39:12  10           A    -- on him, yes, sir.

          11    179    Q    Okay.  So what happened when you two

          12    tried to place the hand restraints on him?

          13           A    He -- he went off to the right.  So I --

          14    I do not remember if the door was still open or not.

12:39:45  15    He went off to the right.  I'm there trying to get an

          16    arm behind the back.  Officer Murphy's trying to get

          17    an arm behind the back because he bumped off to the

          18    right now, and now the fight's just on.  He does not

          19    want to be placed in handcuffs.  I basically

12:40:01  20    piggybacked him.  And after that, I -- that's all I

          21    remember.

          22    180    Q    Okay.

          23           A    I piggybacked him.  Officer Murphy was

          24    up toward the top, toward his head.  I was down toward

12:40:16  25    the bottom of his torso.  I remember trying to reach

12:40:20  1   for my taser.  I couldn't.  My taser platform got

2   broke over, so it was flopped over.  I'm trying to

3   reach for my taser, where I keep my taser off to the

4   left side on my -- on my chest.  I couldn't find it.

12:40:34  5   I couldn't find it.

6   181      Q      Uh-huh (affirmative).

7            A      All right.  I think even I hit the panic

8   button.  As soon as he started physically not wanting

9   to go with us --

12:40:43  10   182      Q      (Interrupting) Uh-huh (affirmative).

11           A      -- not wanting to be restrained in

12   handcuffs, because he was already under arrest,

13   because we already knew we had a warrant and it was

14   him, I hit my panic button even on my radio.

12:40:58  15   COURT REPORTER:      I hit my panic button what?

16           A      On my radio.

17   COURT REPORTER:      On my radio.

18           A      Yes, ma'am.

19   183      Q      Okay.  And when you're saying he didn't

12:41:01  20   want to be restrained, was Anthony, like, throwing

21   punches, or what do you recall?

22           A      Everything's a blur at that point, sir.

23   184      Q      Okay.

24           A      Yes, sir.

12:41:10  25   185      Q      Do you --

```
12:41:11    1            A    (Interrupting) I -- I do not know if he

            2    threw punches.  I do not know if anything else --

            3    more -- everything is more or less a blur.  It went by

            4    that fast.  I do not know if he punched me.  I don't

12:41:23    5    know if he punched Officer Murphy.  I don't know any

            6    of that.  I know that I piggybacked him for a little

            7    bit.  Finally he got on his face.  I got one hand

            8    restraint, I believe, on, one handcuff.  And I had a

            9    hard time trying to get the other one back and around.

12:41:40   10    Officer Losartan finally showed up, and we got him

           11    restrained.  And after that, the fight's over.  Right?

           12    Let's get him up.  Let's roll him up.  So I said,

           13    "Man, stand up.  Fight's over with."

           14    186    Q    So you don't recall if Anthony Wynn ever

12:41:57   15    tried to strike any of the officers?

           16            A    I never saw -- I never felt the strike

           17    upon my person, and I never saw a strike upon

           18    Officer Murphy.

           19    187    Q    Okay.

12:42:09   20            A    But there's a lot of blur in between all

           21    that.

           22    188    Q    Did you ever witness Officer Murphy

           23    strike Anthony Wynn?

           24            A    No, sir.

12:42:16   25    189    Q    Okay.  Did you ever see anyone apply a
```

DOMANICO REPORTING, INC.
Natalie R. Domanico, RPR CCR(KY)
565 Madison Point Drive
Lexington, Kentucky  40515
www.domanicoreporting.com

38

| | | |
|---|---|---|
| 12:42:20 | 1 | chokehold to Anthony Wynn? |
| | 2 | A    No, sir, I did not. |
| | 3 | 190    Q    Did you ever apply a chokehold to |
| | 4 | Anthony Wynn? |
| 12:42:28 | 5 | A    No, sir, I did not. |
| | 6 | 191    Q    Do you ever receive any -- do you ever |
| | 7 | remember seeing any complaints from Anthony that he |
| | 8 | was in pain? |
| | 9 | A    No, sir.  I was not the one that |
| 12:43:36 | 10 | actually interviewed him later on.  It would have been |
| | 11 | one of my sergeants. |
| | 12 | 192    Q    Okay.  Do you remember any complaints |
| | 13 | indicating he was in pain while the incident was |
| | 14 | occurring? |
| 12:43:48 | 15 | A    No, sir. |
| | 16 | 193    Q    Do you recall ever seeing any injuries |
| | 17 | to Anthony Wynn? |
| | 18 | A    No. |
| | 19 | 194    Q    Any blood from him? |
| 12:44:13 | 20 | A    From him, no. |
| | 21 | 195    Q    Do you know what the -- the general |
| | 22 | order in regard to injury sustained by a citizen |
| | 23 | stated when it comes to complaints of injury? |
| | 24 | A    I'm not sure I understand your question, |
| 12:45:05 | 25 | sir. |

DOMANICO REPORTING, INC.
Natalie R. Domanico, RPR CCR(KY)
565 Madison Point Drive
Lexington, Kentucky  40515
www.domanicoreporting.com

39

12:45:05  1   196    Q    Do you know the policy and procedure

2   that officers are supposed to follow when an

3   individual complains of injury sustained during an

4   altercation?

12:45:15  5          A    That's going to be for a supervisor.

6   The supervisor is going to be on scene.  The

7   supervisor's going to ask the remainder of the

8   questions.  See if he needs any medical attention and

9   question him personally.

12:45:25  10  197    Q    Did it -- do you know if a supervisor

11  ever arrived on scene?

12         A    There was several, yes, sir.

13  198    Q    Okay.  And which supervisors were those?

14         A    I believe there's a Sergeant Griswold,

12:45:34  15  Sergeant Cook, and Lieutenant Mangus.

16  COURT REPORTER:    Lieutenant who?

17         A    Mangus.

18  COURT REPORTER:    Thanks.

19         A    Yes, ma'am.  They were all present

12:45:46  20  there.

21  199    Q    Do you ever -- do you ever remember

22  seeing Anthony Wynn receive any medical attention?

23         A    No, sir.

24  200    Q    In your time as a police officer, when

12:46:16  25  there has been altercations with citizens, is it

12:46:26  1    likely or has it happened in the past when medical

          2    attention is called for?

          3            A    Yes, sir.  Of course.

          4    201    Q    And the sergeant would call for that

12:46:51  5    medical attention, typically?

          6            A    Yes, sir, correct.

          7    202    Q    Do you recall if there was ever a

          8    citation issued to the driver for failure to use their

          9    turn signal from -- when leaving the curb?

12:47:33  10           A    No.

          11   203    Q    There wasn't?

          12           A    Not of my knowledge, no, sir.

          13   204    Q    Okay.  That's fair.  Do you ever

          14   remember if any of the passengers of the vehicle were

12:47:54  15   cited for not wearing a seat belt?

          16           A    No, sir.

          17   205    Q    Do you know the difference between a

          18   detention and an arrest?

          19           A    Yes, sir.

12:48:29  20   206    Q    And what is a detention, based on your

          21   understanding?

          22           A    Detainment is going to be, okay, a

          23   traffic stop, for instance.  Everybody is -- within

          24   that vehicle is detained at that point.  An arrest is

12:48:42  25   you're taking them in handcuffs, you're having a

| | | |
|---|---|---|
| 12:48:45 | 1 | citation, and you're taking them to jail. |
| | 2 | 207     Q    Understand. |
| | 3 |          A    Investigational for detainment.  Arrest |
| | 4 | is going to be furtherance. |
| 12:48:58 | 5 | COURT REPORTER:    Arrest is going to be what? |
| | 6 |          A    Furtherance. |
| | 7 | COURT REPORTER:    Furtherance? |
| | 8 |          A    Yes, ma'am. |
| | 9 | 208     Q    So individuals can be detained if there |
| 12:49:02 | 10 | is suspicion that some type of crime has been |
| | 11 | committed or a violation; is that correct? |
| | 12 |          A    Yes, sir, correct. |
| | 13 | 209     Q    And you can detain those individuals for |
| | 14 | a period of time to investigate that violation; is |
| 12:49:24 | 15 | that correct? |
| | 16 |          A    Yes, sir, that's correct. |
| | 17 | 210     Q    And so when you pull the vehicle over |
| | 18 | for a traffic stop, what is the suspicion of the crime |
| | 19 | that has been committed most likely -- most of the |
| 12:49:48 | 20 | time? |
| | 21 |          A    For whatever the reason is that you |
| | 22 | actually pulled the vehicle over for.  I mean, it |
| | 23 | could be a million different things. |
| | 24 | 211     Q    Right.  So it could be, like -- in this |
| 12:50:00 | 25 | case, I think the cause was failure to signal when |

DOMANICO REPORTING, INC.
Natalie R. Domanico, RPR CCR(KY)
565 Madison Point Drive
Lexington, Kentucky  40515
www.domanicoreporting.com

42

| 12:50:04 | 1 | leaving the curb; is that correct? |
| | 2 | A    I don't know. |
| | 3 | 212   Q    You don't know? |
| | 4 | A    No, sir. |
| 12:50:07 | 5 | 213   Q    Okay.  So when you pull a vehicle over |
| | 6 | for a traffic stop and you're detaining the |
| | 7 | individuals in there, in that vehicle, to investigate |
| | 8 | the traffic stop, right? |
| | 9 | A    Yes, sir. |
| 12:50:44 | 10 | 214   Q    Are you aware of any crimes that the |
| | 11 | passengers have committed? |
| | 12 | A    Sir, that's a very big hypothetical that |
| | 13 | you're asking me.  I don't know.  There -- there's a |
| | 14 | million different things. |
| 12:51:01 | 15 | 215   Q    Yeah, I'm not asking -- it's not a |
| | 16 | hypothetical.  It's a question.  Earlier you said that |
| | 17 | sometimes you ask passengers for their IDs -- |
| | 18 | A    (Interrupting) Uh-huh (affirmative). |
| | 19 | 216   Q    -- and sometimes you don't during |
| 12:51:13 | 20 | traffic stops. |
| | 21 | A    Okay. |
| | 22 | 217   Q    At the time of a traffic stop, do you |
| | 23 | have any suspicion that the passenger has committed a |
| | 24 | crime? |
| 12:51:27 | 25 | A    You can ask an individual for an ID. |

| 12:51:29 | 1 | | Whether or not they want to provide it is up to them. |

2    218    Q    That's not my question.

| | 3 | MS. LANGEN: | I'm going to object, because I |
| | 4 | | think it is hypothetical.  You're |
| 12:51:37 | 5 | | not asking him about this specific |
| | 6 | | incident, you're just asking him in |
| | 7 | | general, does he suspect the |
| | 8 | | passenger.  You haven't given him |
| | 9 | | any circumstances to apply that |
| 12:51:47 | 10 | | situation.  So it's a hypothetical. |
| | 11 | | He can't answer that. |
| | 12 | MR. DAVIS: | Well, are you telling him not to |
| | 13 | | answer the question? |
| | 14 | MS. LANGEN: | No.  I'm telling you, it's not |
| 12:51:57 | 15 | | probably possible to answer that |
| | 16 | | question.  Now I'm talking |
| | 17 | | hypothetically.  I'm not saying |
| | 18 | | specifically to him, don't answer |
| | 19 | | the question.  I'm just saying -- |
| 12:52:06 | 20 | | I'm pointing out, I guess, that |
| | 21 | | it's unclear and hypothetical and |
| | 22 | | probably needs to be -- |
| | 23 | MR. DAVIS: | (Interrupting) Okay. |
| | 24 | MS. LANGEN: | -- a more nuanced question. |
| 12:52:15 | 25 | MR. DAVIS: | Yeah. |

```
12:52:15   1      219    Q    My question is this:  Is on the record

           2   earlier, under oath, you stated that if you stop a

           3   vehicle, that sometimes you ask for identification of

           4   passengers and sometimes you don't; is that correct?

12:52:31   5           A    That's correct.

           6      220    Q    So during those instances, how do you

           7   determine when you're going to ask for the

           8   identification and when you're not?

           9           A    From who?

12:52:55  10      221    Q    How do you determine?

          11           A    The driver has to identify themselves,

          12   of course.

          13      222    Q    Okay.

          14           A    Okay?  Hypothetical.  Here we go.  Seat

12:53:07  15   belt violation.  Individual, passenger side, passenger

          16   rear, passenger driver.  Can I ask for their IDs?

          17   Yes, I can, because it's a violation.  They would be

          18   cited for it, not necessarily the driver.

          19      223    Q    Yeah, that's not the situation that

12:53:26  20   we're referring to.

          21           A    Sir, if it's the situation you're saying

          22   on Wheeler Street, I -- I did not make that traffic

          23   stop, so I don't know exactly what you're trying to

          24   ask me.

12:53:36  25   MS. LANGEN:        And you didn't refer to a specific
```

DOMANICO REPORTING, INC.
Natalie R. Domanico, RPR CCR(KY)
565 Madison Point Drive
Lexington, Kentucky  40515
www.domanicoreporting.com

45

| | | |
|---|---|---|
| 12:53:37 | 1 | situation, so I don't know how you |
| | 2 | can tell him that that's not the |
| | 3 | situation you're referring to, |
| | 4 | because you didn't refer to a |
| 12:53:43 | 5 | situation when you asked that |
| | 6 | question. |
| | 7 | MR. DAVIS:    I -- I'm -- I did do that.  I said |
| | 8 | specifically when there's a traffic |
| | 9 | violation, a moving violation, not |
| 12:53:51 | 10 | a seat belt violation.  I'm not |
| | 11 | talking about -- |
| | 12 | A    (Interrupting) I can ask for an ID for a |
| | 13 | seat belt violation.  So can I ask the passenger for |
| | 14 | an ID?  You're asking me for an instance, and I just |
| 12:54:02 | 15 | gave it to you. |
| | 16 | 224    Q    Okay.  Let's -- let's be -- let's be |
| | 17 | more clear.  There is -- you don't -- you're pulling |
| | 18 | over -- if you are pulling over a vehicle for a moving |
| | 19 | violation, not a seat belt violation -- let's say a |
| 12:54:23 | 20 | car fails to signal in changing lanes.  Correct?  Can |
| | 21 | you pull someone over for that? |
| | 22 | A    Yes. |
| | 23 | 225    Q    If you pull someone over for that and |
| | 24 | you detain them, what are you investigating them for? |
| 12:54:44 | 25 | A    Once again, my -- the whole car or just |

DOMANICO REPORTING, INC.
Natalie R. Domanico, RPR CCR(KY)
565 Madison Point Drive
Lexington, Kentucky  40515
www.domanicoreporting.com

46

12:54:47  1    the driver?

2    226    Q    I mean, what -- what are -- what are you

3    going to be investigating for when you pull them over?

4         A    Well, see if there's anything in plain

12:54:56  5    view; any drugs, narcotics, guns, anything of that

6    nature.  I'll ask the driver for their ID.  Sometimes

7    I won't even ask the passengers.  If I don't have

8    furtherance -- if I don't have furtherance, I'm not

9    going to ask everybody for their IDs.  Why would I?

12:55:21  10   227    Q    So if you don't have furtherance, you're

11   not going to ask anything for their ID?

12        A    I don't, no, sir.  My discretion, once

13   again.

14   228    Q    And your department has told you that

12:55:41  15   that's your discretion?

16        A    My department has not told me it's my

17   dis -- or their discretion; it's my discretion.  I am

18   allowed to have discretion as a law enforcement

19   officer.

12:55:56  20   MR. DAVIS:        It's almost 1:00.  Do you think we

21                     can take a break?

22   MS. LANGEN:       If we do a quick one.

23   MR. DAVIS:        I have to get lunch, so...

24   MS. LANGEN:       Yeah.  Can we do it quickly,

12:56:06  25                     though?

| | | | |
|---|---|---|---|
| 12:56:06 | 1 | MR. DAVIS: | What is quickly? |
| | 2 | MS. LANGEN: | Like half hour at the most? |
| | 3 | MR. DAVIS: | Yeah, I think I'll -- I probably |
| | 4 | | need about 45 minutes, at least. |
| 12:56:13 | 5 | WITNESS: | Sir, I have no sleep yet. |
| | 6 | MS. LANGEN: | I know. |
| | 7 | WITNESS: | And I don't want to keep on |
| | 8 | | (UNINTELLIGIBLE). |
| | 9 | | (OFF-THE-RECORD DISCUSSION) |
| 01:00:39 | 10 | COURT REPORTER: | I'm on the record at 1:00 p.m. |
| | 11 | MR. DAVIS: | I would like both attorneys here, |
| | 12 | | since she -- she wanted to be an |
| | 13 | | attorney, too -- |
| | 14 | MS. LANGEN: | (Interrupting) Well, it's not that |
| 01:00:51 | 15 | | she wanted to be an attorney.  She |
| | 16 | | is an attorney. |
| | 17 | MR. DAVIS: | So we're officially on the record. |
| | 18 | | We are taking the deposition of |
| | 19 | | Mr. Elsbernd.  The deposition |
| 01:01:07 | 20 | | started at approximately -- what |
| | 21 | | time was that? |
| | 22 | COURT REPORTER: | 11:56. |
| | 23 | MR. DAVIS: | 11 -- at approximately 11:56. |
| | 24 | | Plaintiff's counsel provided notice |
| 01:01:22 | 25 | | of these depositions a month ago |

DOMANICO REPORTING, INC.
Natalie R. Domanico, RPR CCR(KY)
565 Madison Point Drive
Lexington, Kentucky  40515
www.domanicoreporting.com

48

```
01:01:25    1                        and provided at least ten dates to

            2                        defendants to choose from.

            3                        Defendants chose these dates as the

            4                        dates that they would like to take

01:01:39    5                        the deposition.  After deposing

            6                        Officer Nader this morning from

            7                        9:00 a.m. to approximately

            8                        11:30 a.m., I've asked for a

            9                        45-minute lunch break for myself to

01:01:56   10                        eat lunch and the court reporter.

           11                        The defendants are objecting to my

           12                        45-minute lunch break and are

           13                        stating that the officer's schedule

           14                        conflicts with my 45-minute lunch

01:02:14   15                        break.  I find this to be

           16                        unreasonable.  And I want to make

           17                        it clear on the record that I am

           18                        objecting to their demand that I

           19                        continue my deposition without a

01:02:34   20                        lunch break.

           21     MS. LANGEN:        Okay.  First of all, nobody

           22                        objected to you taking a 45-lunch

           23                        break [sic].  We were trying to

           24                        work out a situation that would

01:02:41   25                        accommodate the witness and
```

DOMANICO REPORTING, INC.
Natalie R. Domanico, RPR CCR(KY)
565 Madison Point Drive
Lexington, Kentucky  40515
www.domanicoreporting.com

49

```
01:02:43   1                        accommodate you.  We -- our officer

           2                        has been working third shift.  He

           3                        got here at 10:00, because that's

           4                        when his deposition was scheduled

01:02:53   5                        to start, was 10:00, as far as I

           6                        know, and --

           7   MR. DAVIS:           (Interrupting) It was not.

           8   MS. LANGEN:          What?

           9   MR. DAVIS:           The deposition was not scheduled to

01:03:05  10                        start at 10:00.

          11   MS. LANGEN:          I was told 10:00.  And that's when

          12                        he was here, was 10:00.  He has not

          13                        slept.  He has not eaten.  And, you

          14                        know, we're just trying to

01:03:14  15                        accommodate -- we're trying to be

          16                        reasonable.  And, you know, we're

          17                        arguing over 15 minutes here.  Can

          18                        you not figure out 15 minutes, be a

          19                        little faster?

01:03:24  20   MS. WEICHOLD:        Just on the record --

          21   MS. LANGEN:          (Interrupting) I don't think that's

          22                        unreasonable.

          23   MS. WEICHOLD:        Just on the record for Covington --

          24   MR. DAVIS:           (Interrupting) Just for the

01:03:28  25                        record --
```

DOMANICO REPORTING, INC.
Natalie R. Domanico, RPR CCR(KY)
565 Madison Point Drive
Lexington, Kentucky  40515
www.domanicoreporting.com

50

| | | |
|---|---|---|
| 01:03:29 | 1 | MS. WEICHOLD: (Interrupting) Just of the record |
| | 2 | for Covington, there's no objection |
| | 3 | to a lunch break.  We were simply |
| | 4 | asking for an accommodation for our |
| 01:03:34 | 5 | officer.  That was it. |
| | 6 | MS. LANGEN: And it's got nothing to do with the |
| | 7 | officer's schedule.  He doesn't |
| | 8 | have an appointment or anything |
| | 9 | like that.  He just needs to get |
| 01:03:41 | 10 | finished with this so he can go |
| | 11 | home, eat, sleep, and go back to |
| | 12 | work on third shift tonight. |
| | 13 | That's it. |
| | 14 | MR. DAVIS: And I would just like to clarify |
| 01:03:51 | 15 | for the record, Elsbernd's Notice |
| | 16 | of Deposition was set to start at |
| | 17 | 11:00 a.m.  As a plaintiff, I am |
| | 18 | entitled to seven hours of |
| | 19 | continuous deposition, and I have |
| 01:04:05 | 20 | only asked for an additional -- |
| | 21 | well, I've only asked for another, |
| | 22 | approximately, hour and a half to |
| | 23 | two hours.  And I'm going to leave |
| | 24 | it at that.  Thank you. |
| 01:04:17 | 25 | MS. LANGEN: We don't have any problem with him |

DOMANICO REPORTING, INC.
Natalie R. Domanico, RPR CCR(KY)
565 Madison Point Drive
Lexington, Kentucky  40515
www.domanicoreporting.com

51

```
01:04:19   1                          taking a deposition up till

           2                          seven hours in length, if that's

           3                          what he chooses to do.  Nobody has

           4                          said he can't.  We were just trying

01:04:26   5                          to ask the question as how -- how

           6                          much longer do you have to take of

           7                          this witness, to try and figure out

           8                          if it's reasonable to just plow

           9                          through instead of taking a

01:04:34  10                          45-minute lunch break, or if a

          11                          30-minute lunch break would work or

          12                          what -- what we could work out.

          13                          That's all we're trying to do.  So

          14                          I -- it sounds like Mr. Davis is

01:04:47  15                          not amenable to a 30-minute lunch

          16                          break, so I guess we'll do 45 --

          17                          does that make you happy?

          18   MR. DAVIS:             It's not about -- this is not about

          19                          making me happy.  This is about the

01:04:59  20                          principle of -- of you guys have

          21                          not given me evidence.  I came --

          22   MS. LANGEN:            (Interrupting) That is absolutely

          23                          not true.

          24   MR. DAVIS:             I came here last time --

01:05:09  25   MS. LANGEN:            (Interrupting) You didn't ask for
```

DOMANICO REPORTING, INC.
Natalie R. Domanico, RPR CCR(KY)
565 Madison Point Drive
Lexington, Kentucky  40515
www.domanicoreporting.com

52

| | | |
|---|---|---|
| 01:05:10 | 1 | the evidence you wanted.  That is |
| | 2 | the problem. |
| | 3 | MR. DAVIS:        Oh, but Jeff -- |
| | 4 | MS. LANGEN:       (Interrupting) Your |
| 01:05:13 | 5 | interrogatories -- |
| | 6 | MR. DAVIS:        (Interrupting) But Jeff -- |
| | 7 | MS. LANGEN:       -- are so unclear -- |
| | 8 | MR. DAVIS:        (Interrupting) But Jeff had -- |
| | 9 | MS. LANGEN:       -- that we couldn't figure out what |
| 01:05:16 | 10 | they were -- |
| | 11 | MR. DAVIS:        (Interrupting) But Jeff figured out |
| | 12 | what I wanted -- |
| | 13 | COURT REPORTER:   (Interrupting) I'm sorry.  I can't |
| | 14 | take you -- |
| 01:05:20 | 15 | MR. DAVIS:        (Interrupting) No, no, no.  But |
| | 16 | Jeff figured out what I needed when |
| | 17 | I -- when I offered to sanction, |
| | 18 | right?  You -- you -- |
| | 19 | MS. LANGEN:       (Interrupting) No. |
| 01:05:24 | 20 | MR. DAVIS:        -- figured it -- you figured it out |
| | 21 | that I needed the -- the -- the |
| | 22 | police reports after I threatened |
| | 23 | sanctions. |
| | 24 | MS. LANGEN:       You did not ask for Internal |
| 01:05:33 | 25 | Affairs -- |

DOMANICO REPORTING, INC.
Natalie R. Domanico, RPR CCR(KY)
565 Madison Point Drive
Lexington, Kentucky  40515
www.domanicoreporting.com

53

```
01:05:35    1   MR. DAVIS:          (Interrupting) I asked for --

            2   MS. LANGEN:         (Interrupting) -- reports.

            3   MR. DAVIS:          (Interrupting)  I asked for

            4                       personnel --

01:05:35    5   MS. LANGEN:         (Interrupting) You did not ask for

            6                       that --

            7   MR. DAVIS:          (Interrupting) I asked for

            8                       personnel reports four times.

            9   MS. LANGEN:         Which we have given that to you.

01:05:39   10   MR. DAVIS:          After I started my deposition --

           11   MS. LANGEN:         (Interrupting) I don't think that

           12                       you've asked for them four times.

           13                       I'd like -- I'll go back and look

           14                       and check.  I don't know how many

01:05:45   15                       times you asked for them.  It might

           16                       have been just once.

           17   MR. DAVIS:          Yeah.

           18   MS. LANGEN:         It might not have been at all.

           19   MR. DAVIS:          Four times.  This is ridiculous.

01:05:57   20                       Then I want to put on the record,

           21                       too, that my other witness is not

           22                       even here.  I'm supposed to have a

           23                       witness at 2:00.  Sent a Notice of

           24                       Depo.  And now they're saying the

01:06:05   25                       witness is not going to be here.
```

DOMANICO REPORTING, INC.
Natalie R. Domanico, RPR CCR(KY)
565 Madison Point Drive
Lexington, Kentucky  40515
www.domanicoreporting.com

54

| | | |
|---|---|---|
| 01:06:06 | 1 | MS. LANGEN: Look, we didn't say he wasn't going |
| | 2 | to be here.  We said we had a |
| | 3 | misunderstanding about what -- when |
| | 4 | he was going to be here.  Are you |
| 01:06:11 | 5 | still walking out while we're -- |
| | 6 | it's on the record -- while we're |
| | 7 | on the record? |
| | 8 | MR. DAVIS: Go ahead. |
| | 9 | MS. LANGEN: That was a simple misunderstanding |
| 01:06:21 | 10 | with Officer Ullrich.  We thought |
| | 11 | he was supposed to be here |
| | 12 | Wednesday.  He -- so we are trying |
| | 13 | to get him here today.  That is it. |
| | 14 | There's nothing nefarious going on |
| 01:06:29 | 15 | there.  It was just a simple |
| | 16 | misunderstanding. |
| | 17 | MR. DAVIS: And I want -- I want on the record |
| | 18 | two months ago -- or a month ago -- |
| | 19 | excuse me -- I sent a Notice of |
| 01:06:41 | 20 | Depo dated March 11th that -- what |
| | 21 | date was this?  February 13th, |
| | 22 | 2024, dated February 13th, 2024, |
| | 23 | that Doug Ullrich was supposed to |
| | 24 | be here on March 11th, 2024 at |
| 01:07:00 | 25 | 2:00 p.m. |

DOMANICO REPORTING, INC.
Natalie R. Domanico, RPR CCR(KY)
565 Madison Point Drive
Lexington, Kentucky  40515
www.domanicoreporting.com

55

| | | | |
|---|---|---|---|
| 01:07:02 | 1 | MS. LANGEN: | Got it.  But the length of time |
| | 2 | | that you provided notice -- |
| | 3 | MR. DAVIS: | (Interrupting) Hold on.  Can I -- |
| | 4 | | can I finish? |
| 01:07:07 | 5 | MS. LANGEN: | I did not realize you weren't |
| | 6 | | finished.  Go ahead. |
| | 7 | MR. DAVIS: | And I want to note that Doug |
| | 8 | | Ullrich -- they're not planning on |
| | 9 | | producing him today. |
| 01:07:16 | 10 | MS. LANGEN: | No, we did not say that. |
| | 11 | MR. DAVIS: | And they told me that he was not |
| | 12 | | planning to be here.  And I'm -- |
| | 13 | | and I'm done. |
| | 14 | MS. LANGEN: | Look, the length of time -- length |
| 01:07:27 | 15 | | of days that you give us per |
| | 16 | | notice -- |
| | 17 | MR. DAVIS: | (Interrupting) I'm going to take my |
| | 18 | | lunch. |
| | 19 | MS. LANGEN: | Go ahead.  The number of days that |
| 01:07:27 | 20 | | you give us for notice of a |
| | 21 | | deposition does not necessarily |
| | 22 | | preclude the possibility that |
| | 23 | | there's going to be a |
| | 24 | | miscommunication about when that |
| 01:07:37 | 25 | | witness comes.  That happens |

| | | |
|---|---|---|
| 01:07:39 | 1 | sometimes, and it's unreasonable |
| | 2 | not to acknowledge that that can |
| | 3 | happen.  We are trying to get |
| | 4 | Officer Ullrich here today.  We |
| 01:07:45 | 5 | will do our very best.  But we are |
| | 6 | not refusing to produce him today. |
| | 7 | It's just -- it's just the way it |
| | 8 | happened.  It was an accident, and |
| | 9 | we didn't mean to do it. |
| 01:07:54 | 10 | MR. DAVIS:      There's a lot of accidents |
| | 11 | happening around here.  You guys |
| | 12 | are way more competent than that. |
| | 13 | MS. LANGEN:     Can we go off the record? |
| | 14 | COURT REPORTER:    Off the record at 1:09 p.m. |
| 01:09:09 | 15 | (OFF THE RECORD) |
| | 16 | COURT REPORTER:    I'm back on the record.  The time |
| | 17 | is 1:55 p.m. |
| | 18 | (Officer Ullrich has joined the deposition |
| | 19 | and is present in the room). |
| 01:55:47 | 20 | 229    Q    All right.  To start, prior to the break |
| | 21 | we were discussing if you had witnessed any unethical |
| | 22 | behavior by other officers.  Do you remember me asking |
| | 23 | you about that? |
| | 24 | MS. LANGEN:     I thought it was any incidents that |
| 01:56:21 | 25 | violate policy.  I thought that's |

01:56:25  1              what you had specifically asked

        2              about.

        3   230    Q    Yes.  Do you recall me asking about any

        4   incidents that violated policy that you've witnessed?

01:56:35  5          A    I have not witnessed anybody violating

        6   policy.

        7   231    Q    Okay.  Have you ever witnessed -- have

        8   you ever witnessed any type of illegal searches of any

        9   kind or source by any officers?

01:56:55  10         A    No.

        11  232    Q    Okay.  Have you witnessed any

        12  warrantless searches by any officers?

        13         A    No.

        14  233    Q    Okay.  Have you witnessed any

01:57:12  15  warrantless searches in specific of Doug Ullrich?

        16  MS. LANGEN:       Objection.  Relevance.  Just for

        17              the record.

        18  MR. DAVIS:        Yeah.

        19         A    No.

01:57:25  20  MS. LANGEN:       I'm not telling him not to answer.

        21              I'm just saying objection,

        22              relevance.

        23  MR. DAVIS:        Okay.

        24  234    Q    Have you witnessed any illegal searches

01:57:34  25  by John Murphy?

```
01:57:37    1              A     No.

            2    MS. LANGEN:          Objection.  Relevance.

            3    235     Q    Are you familiar with this?  I'm going

            4    to enter this in as Exhibit -- where are we at?  I

01:57:51    5    think we're at, like, 14?

            6    COURT REPORTER:    I think it's 13.  Did we mark 13?

            7                   I have a sticker for 13.

            8              (OFF-THE-RECORD DISCUSSION)

            9    MS. LANGEN:          Yes, that's what I have, 13.

01:58:39   10    236     Q    13.  I would like to mark that as

           11    Exhibit 13.

           12              (REPORTER MARKS CANON OF ETHICS AS

           13              PLAINTIFF'S EXHIBIT NO. 13 FOR THE PURPOSES

           14              OF IDENTIFICATION, AND THE SAME IS ATTACHED

01:58:41   15              HERETO AND FILED HEREWITH)

           16    237     Q    Are you familiar with the document

           17    marked as Exhibit 13?

           18              A     Yes.

           19    238     Q    And what is that -- what is that

01:59:05   20    document?

           21              A     Canon of Ethics.

           22    COURT REPORTER:    I can't hear you.

           23              A     Canon of Ethics.

           24    239     Q    And do you remember when you were

01:59:18   25    provided with this document?
```

DOMANICO REPORTING, INC.
Natalie R. Domanico, RPR CCR(KY)
565 Madison Point Drive
Lexington, Kentucky  40515
www.domanicoreporting.com

59

| | | | |
|---|---|---|---|
| 01:59:21 | 1 | A | This was probably introduced at the |
| | 2 | academy. |
| | 3 | 240 | Q | And you do remember receiving it? |
| | 4 | A | It was given to us, yes. |
| 01:59:39 | 5 | 241 | Q | Do you remember reviewing it? |
| | 6 | A | No. |
| | 7 | 242 | Q | Did the City of Covington ever ask you |
| | 8 | to review that? |
| | 9 | A | No. |
| 01:59:50 | 10 | 243 | Q | All right.  In that Canon, do you see |
| | 11 | where they have headings?  It's like articles listed. |
| | 12 | A | Yes. |
| | 13 | 244 | Q | And is there an article about the |
| | 14 | officer's duty to follow the policies and procedures? |
| 02:00:25 | 15 | A | Are you talking about Article 3? |
| | 16 | 245 | Q | Yes. |
| | 17 | A | I see it, yes. |
| | 18 | 246 | Q | Is this the first time that you've, |
| | 19 | like, reviewed that in detail? |
| 02:00:40 | 20 | A | I'm sure I reviewed it at the police |
| | 21 | academy, but a long time ago. |
| | 22 | 247 | Q | And do you understand what the duty is |
| | 23 | of an officer under that article? |
| | 24 | A | Yes. |
| 02:01:02 | 25 | 248 | Q | And in your own -- can you explain for |

DOMANICO REPORTING, INC.
Natalie R. Domanico, RPR CCR(KY)
565 Madison Point Drive
Lexington, Kentucky  40515
www.domanicoreporting.com

60

02:01:06  1    the record what that is?

2              A    Are you talking about Canon of Ethics?

3    249    Q    Yes.

4              A    It's responsibilities of a professional

02:01:17  5    law enforcement officer.

6    250    Q    I was specifically talking about

7    Article 3.

8              A    Do you want me to read it?

9    251    Q    No.  I was just going to say, what is

02:01:25  10   your understanding of the duties of an officer under

11   that article?

12             A    Okay.  It's basically saying to uphold

13   the law, and if you need help clarifying anything

14   about the law, that you ask for help through your

02:02:06  15   supervisors.

16   252    Q    So is there any -- based on that Canon

17   in Article 3, if you're unclear on a matter, are you

18   supposed to seek aid from your supervisor?

19             A    That's what this is stating.

02:02:34  20   253    Q    Yeah.  Did you ever ask any of your

21   supervisors about the duty and/or responsibility to

22   ask everyone in the vehicle for their identification

23   when pulling over a -- a car?

24             A    Repeat that.

02:02:59  25   254    Q    Did you ever ask any of your supervisors

02:03:04  1  for clarity on whether you were supposed to ID

2  everyone in the vehicle when stopping a call for a

3  general traffic stop?

4          A    No.

02:03:17  5  255   Q    So you made that determination on your

6  own?

7          A    Yes.

8  256   Q    I want to watch a little video of the

9  January 16th, 2021 incident.  Have you seen any video

02:04:29 10  besides the body-worn camera footage video?

11          A    Of what exactly?

12  257   Q    Of the January 16th, 2021 incident?

13          A    No.

14  258   Q    And when you say you've seen the video

02:05:06 15  have you watched your own body camera video from that

16  incident?

17          A    Yes, sir.

18  259   Q    Have you watched Officer Murphy's --

19          A    (Interrupting) No.

02:05:17 20  260   Q    -- video?  Okay.

21          A    No.

22  261   Q    So we'll start with Officer Murphy's

23  body-worn camera video.  This is the one provided by

24  the City of Covington.  And I'm going to mark this as

02:06:12 25  14.

| | | |
|---|---|---|
| 02:06:12 | 1 | (REPORTER MARKS MURPHY BODY-WORN CAMERA |
| | 2 | FOOTAGE AS PLAINTIFF'S EXHIBIT NO. 14 FOR THE |
| | 3 | PURPOSES OF IDENTIFICATION) |
| | 4 | MS. LANGEN:        Are you going to mark the whole |
| 02:06:18 | 5 | video as 14, or just this clip? |
| | 6 | MR. DAVIS:        Well, we're going to start at -- so |
| | 7 | mark the whole video, and then |
| | 8 | we'll just start at 24 minutes. |
| | 9 | (Plays video). |
| 02:06:49 | 10 | 262    Q    All right. |
| | 11 | (Plays video). |
| | 12 | 263    Q    Okay.  So this is the part where |
| | 13 | Officer Murphy was instructing Anthony Wynn to put his |
| | 14 | hands on top of the car; is that correct? |
| 02:07:18 | 15 | A    Yes. |
| | 16 | 264    Q    And you previously discussed this in the |
| | 17 | deposition earlier, correct? |
| | 18 | A    Yes. |
| | 19 | 265    Q    Okay.  And did Anthony Wynn put his |
| 02:07:29 | 20 | hands on top of the vehicle?  Could you tell from |
| | 21 | that? |
| | 22 | A    Play it back. |
| | 23 | (Plays video). |
| | 24 | 266    Q    If I -- if I could pause it here, is |
| 02:08:03 | 25 | this -- is this you here at the top of the screen, on |

DOMANICO REPORTING, INC.
Natalie R. Domanico, RPR CCR(KY)
565 Madison Point Drive
Lexington, Kentucky  40515
www.domanicoreporting.com

63

```
02:08:06    1   the right of the screen?

            2           A    Pretty blurry, but -- you know.

            3   267     Q    Well, I think you're going to go out

            4   of -- out of the picture.  Let me back it up a little

02:08:19    5   bit.

            6           (Plays video).

            7   268     Q    Can you tell if that's you or not?

            8           A    Yes (inaudible).

            9   269     Q    That's you.

02:09:04   10   COURT REPORTER:    I'm sorry.  I can't -- I can't hear

           11                      you.

           12           A    Yes.  That's me.  Yes, ma'am.

           13           (Plays video).

           14   270     Q    So before you -- you described Anthony

02:09:59   15   putting his hand by his waistband?

           16           A    Down to his sides.  Waistband is down

           17   toward his sides.

           18   271     Q    Towards -- towards the sides?

           19           A    Yes, sir.

02:10:10   20   272     Q    From this video, are you able to tell

           21   when he did that?

           22           A    Yeah.  We just saw it.  As soon as he

           23   got out of the car.

           24   273     Q    So -- okay.  So as soon as he got out of

02:10:21   25   the car?
```

DOMANICO REPORTING, INC.
Natalie R. Domanico, RPR CCR(KY)
565 Madison Point Drive
Lexington, Kentucky  40515
www.domanicoreporting.com

64

02:10:21  1          (Plays video).

2     274    Q    (Inaudible).

3     COURT REPORTER:   I can't take your question while

4                        you're playing the video.

02:10:21  5     275    Q    Go ahead.

6            A    You can see it right there.

7     276    Q    Okay.  So you were talking about him

8     putting his hand by his waistband at --

9            A    (Interrupting) Okay.  After -- so get

02:10:43 10     out of the car.  All right.  Play the part.

11           (Plays video).

12     277    Q    When he got out of the video -- you

13     don't need the sound, do you?

14           A    A little bit.

02:11:12 15     278    Q    So where was it that he put his hand by

16     his sides?  You're -- I'm just trying to clarify what

17     happened.  Previous -- your previous testimony, from

18     what I recall -- and it doesn't -- I'm not trying to

19     pin you down.  I just want to get that -- accurate

02:11:25 20     facts.  Okay?

21           A    Okay.

22     279    Q    So, previously, from your testimony, was

23     that he pulled -- he was out of the car, put his hands

24     on top of the car, and then he put his hands down by

02:11:36 25     his waistband.

DOMANICO REPORTING, INC.
Natalie R. Domanico, RPR CCR(KY)
565 Madison Point Drive
Lexington, Kentucky  40515
www.domanicoreporting.com

65

| | | | |
|---|---|---|---|
02:11:38  1             A     Okay.

2    280     Q     And then that's when the altercation

3    ensued; is that correct?

4             A     Yes.  He takes his hands off the -- off

02:11:48  5    the roof.

6    281     Q     He takes his hands off the roof and puts

7    them by his waistband?

8             A     Yes, sir.

9    282     Q     Okay.  Can we -- can we see where that

02:11:56  10   happens?  And I'm going to play the video a little

11   bit.

12            (Plays video).

13            A     (Answering while video is playing).

14   Sometimes you ask (unintelligible audio) -- because I

02:12:12  15   knew where this was going.  We have a --

16   283     Q     (Interrupting) Okay.  So now can you see

17   this?  We're at 25:07.  And did you hear

18   Officer Murphy say "put your hands behind your back"?

19            A     Yes.

02:12:29  20   284     Q     And -- and can you see Anthony Wynn's

21   hands here?

22            A     No.

23   285     Q     Okay.  Let's keep playing it.

24            (Plays video).

02:12:55  25   286     Q     Let's do this:  This is going to help

02:12:57  1   everybody.  So we're just going to slow this down.  So

2   you can tell me that -- at what point -- "Put your

3   hands behind your back" was at 25.  You heard that?

4           A    Yes.

02:13:21  5   287   Q   And do you see the hand here grabbing

6   his hand?  Let's back it up.

7           A    Sir, that's unclear to me.  No.

8           (Plays video).

9   288   Q   I'm just trying to figure out at what

02:13:59  10  point did you say he put his hands at his waistband.

11          A    He put his hands down toward his sides.

12  289   Q   Towards his sides?

13          (Plays video).

14          A    Yes.  And that's when we were going to

02:14:06  15  apply hand restraints, and he was tensing up and

16  (unintelligible audio) -- I applied hand restraints

17  because of his actions.

18  290   Q   Okay.  And so if his hands are on top of

19  the car -- and then did you hear Murphy say "put your

02:14:19  20  hands behind your back"?

21          A    Yes.

22  291   Q   So if he -- if he then has to put his

23  hands behind his back, does his hands -- do his

24  hands --

02:14:26  25          A    (Interrupting) His hands --

DOMANICO REPORTING, INC.
Natalie R. Domanico, RPR CCR(KY)
565 Madison Point Drive
Lexington, Kentucky  40515
www.domanicoreporting.com

67

02:14:26   1   292   Q   (Interrupting) -- have to go by his

           2   waistband?

           3         A   They got to go down to his sides, yes.

           4   Correct.

02:14:32   5   293   Q   Correct.  So he was following the

           6   instructions of Officer Murphy at that point, then,

           7   correct?

           8         A   No.

           9   294   Q   He wasn't?

02:14:39  10         A   He was tensing up when he was doing it,

          11   though.  He was not allowing Officer Murphy to place

          12   hand restraints on him.

          13   295   Q   Okay.  I think that -- I think what I'm

          14   trying to understand is at the time he was putting his

02:14:56  15   hands behind his back, is that the time where you

          16   thought he was putting his hands by his waistband?

          17         A   No.

          18   296   Q   Okay.  So at what time did you think

          19   that he was putting his hands by his waistband?

02:15:18  20         A   When he initially got out of the

          21   vehicle.

          22   297   Q   Oh, the waistband was when he initially

          23   got out of the vehicle.

          24         A   Yes.

02:15:24  25   298   Q   Okay.  So I'm just trying to clarify,

02:15:25   1   because initially it was he had his hands on his car,

2   then he put his hands by his waistband, and then there

3   was a tussle.  Now it's a little different, and that's

4   okay, based on the video.  You're saying that

02:15:38   5   initial --

6                A    (Interrupting) Yeah.  When you're going

7   to watch the video, of course something is going to

8   change from what I verbalized to you, and now we're

9   talking watching the video, yeah.

02:15:45  10   299    Q    Right.  Yeah.

11                A    There's evidentiary right there.

12   300    Q    Okay.  So that --

13                A    (Interrupting) If I am mis -- if I'm

14   wrong two hours ago --

02:15:50  15   301    Q    (Interrupting) Right.

16                A    -- that clarifies I'm wrong.  The video

17   proves me different.

18   302    Q    Okay.

19                A    So -- yes, sir.

02:15:56  20   303    Q    So, now, based off of what you've seen,

21   Anthony Wynn put his hands by his waistband first, and

22   then he was instructed to put his hands on top of the

23   vehicle.

24                A    Yes, sir.

02:16:07  25   304    Q    And then he put his hands behind his

DOMANICO REPORTING, INC.
Natalie R. Domanico, RPR CCR(KY)
565 Madison Point Drive
Lexington, Kentucky  40515
www.domanicoreporting.com

69

```
02:16:09   1   back; is that correct?

           2          A     He put them down to his side.

           3   305    Q     To his side.  Did you --

           4          A     (Interrupting) Yes, sir.

02:16:13   5   306    Q     Okay.  And so you're not --

           6          A     (Interrupting) But he did not place them

           7   behind his back.

           8   307    Q     Okay.

           9          A     To his side is not behind his back.

02:16:20  10   308    Q     Okay.

          11          (Plays video).

          12   309    Q     Can you see that there?  This is at --

          13   this is literally at 25:03.

          14          (Plays video).

02:16:49  15   310    Q     Do you see his hands there?

          16          A     I see a hand there, yeah.

          17   311    Q     And -- and whose hand is that?

          18          A     I assume it's Anthony's.

          19   312    Q     It's whose?

02:16:58  20          A     He's in white.

          21   313    Q     White?  Right.  And is his hand behind

          22   his back?

          23          A     It looks like he's turned that way, so

          24   per the camera shot, yeah, it looks like it is.

02:17:12  25   314    Q     Okay.  So he was told to put his hands
```

DOMANICO REPORTING, INC.
Natalie R. Domanico, RPR CCR(KY)
565 Madison Point Drive
Lexington, Kentucky  40515
www.domanicoreporting.com

70

02:17:14   1   behind his back at 25, and then he placed his hands

2   behind his back, it looks like here, at -- at 25:03.

3   That's this time stamp here.

4           A    He never put his hands behind his back.

02:17:32   5   315    Q    At 25:03 you just identified his hand

6   behind his back.

7           A    You're looking at an angled camera shot

8   that makes it look like it's behind his back, but it

9   was never behind his back.

02:17:45   10  316    Q    Is it in front of him?

11          A    It was more or less to the side of him.

12  317    Q    So you're saying that this angle is to

13  this -- he's put it to his side, not behind his back.

14          A    I don't believe that's behind his back,

02:17:56   15  sir.

16  318    Q    Okay.  Okay.

17          (Plays video).

18  319    Q    Okay.  So at the point -- do you hear

19  Officer Murphy say "quit tensing up"?  Did you hear

02:18:20   20  that?

21          A    Yes, sir.

22  320    Q    Okay.  So at that point what happened,

23  from your recollection?

24          A    He just started fighting us.

02:18:29   25  321    Q    Okay.  And you say you don't recall if

02:18:35   1   Officer Murphy ever threw a punch and struck Anthony

           2   Wynn?

           3              A      No.

           4    322    Q      And do you remember if Officer Murphy

02:18:48   5   ever put Anthony Wynn in a chokehold?

           6              A      No, sir.  Like I said, no.

           7    323    Q      All right.  We're going to look at --

           8   we're going to take a quick look at your video, your

           9   body camera footage.  Just give me one second.  The

02:19:19  10   internet here is --

          11   MR. DAVIS:         (Interrupting) So I'm going to mark

          12                      this video -- this is Elsbernd's

          13                      video that was provided by the

          14                      City.  We can mark this as -- are

02:20:01  15                      we 15?  15, please.

          16              (REPORTER MARKS ELSBERND BODY-WORN CAMERA

          17              FOOTAGE AS PLAINTIFF'S EXHIBIT NO. 15 FOR THE

          18              PURPOSES OF IDENTIFICATION)

          19              (Plays video).

02:20:08  20    324    Q      So does this look like your vantage

          21   point on that night when Anthony Wynn was asked to

          22   step out of the vehicle?

          23              A      Yes, it is.

          24    325    Q      Okay.  Here, can you see this

02:20:50  25   individual -- this is at 1:17.  Who is this individual

DOMANICO REPORTING, INC.
Natalie R. Domanico, RPR CCR(KY)
565 Madison Point Drive
Lexington, Kentucky  40515
www.domanicoreporting.com

72

```
02:20:55    1   here?

            2            A      Murphy.

            3   326      Q      Murphy.  And you see Anthony Wynn there?

            4            A      Yeah.

02:21:34    5   327      Q      Okay.

            6            (Plays video).

            7   328      Q      Okay.  Let's stop it there.  Okay.  Now,

            8   are Anthony Wynn's hands behind his back?

            9            A      I don't know.

02:21:44   10   329      Q      Does it look like he attempted to put

           11   them behind his back?

           12            A      It looks like he attempted to put them

           13   behind his back from that vantage point, yes.

           14   330      Q      Okay.  Okay.  And so he's attempting to

02:21:54   15   comply with Murphy's order of putting his hands behind

           16   his back, correct?

           17            A      Correct.

           18   331      Q      And then if he -- if we go back a couple

           19   of seconds here to -- to 50.  Do you see Anthony

02:22:33   20   Wynn's arms and hands there?

           21            A      Yes.  From that vantage point, it's a

           22   bit more clear.

           23   332      Q      And does it look like his hands and arms

           24   are behind his back?

02:22:42   25            A      At that point, yes.
```

DOMANICO REPORTING, INC.
Natalie R. Domanico, RPR CCR(KY)
565 Madison Point Drive
Lexington, Kentucky  40515
www.domanicoreporting.com

73

| | | | |
|---|---|---|---|
| 02:22:43 | 1 | 333 | Q    Okay. |
| | 2 | | (Plays video). |
| | 3 | 334 | Q    Did you hear the witness -- did you hear |
| | 4 | anybody in the background say "stop punching him"? |
| 02:23:35 | 5 | | A    No.  Did they? |
| | 6 | 335 | Q    Okay. |
| | 7 | | (Plays video). |
| | 8 | | A    Yeah, I heard a female voice. |
| | 9 | 336 | Q    All right.  So prior to this incident, |
| 02:24:43 | 10 | were you made aware at all that -- that Anthony Wynn |
| | 11 | was involved in an incident with the police department |
| | 12 | on January 1st, 2021? |
| | 13 | | A    No.  I don't -- |
| | 14 | 337 | Q    (Interrupting) Did you know anything |
| 02:24:55 | 15 | about that incident? |
| | 16 | | A    I don't know what incident that is, sir. |
| | 17 | 338 | Q    Okay.  And -- and so you -- you weren't |
| | 18 | aware that Anthony Wynn had assault -- a shoulder |
| | 19 | injury as a result of interaction with the police |
| 02:25:15 | 20 | department on January 1st, 2021? |
| | 21 | MS. LANGEN:      Objection.  Alleged shoulder |
| | 22 | | injury.  I don't know it's been |
| | 23 | | established, but you can answer. |
| | 24 | | A    I -- I don't know what instance you're |
| 02:25:25 | 25 | talking about. |

DOMANICO REPORTING, INC.
Natalie R. Domanico, RPR CCR(KY)
565 Madison Point Drive
Lexington, Kentucky  40515
www.domanicoreporting.com

74

02:25:25  1    339    Q    Okay.  Now, someone has a shoulder

2    injury, is it diffi -- would it be more difficult for

3    them to put their hand behind their back?

4           A    Sir, if I know somebody's got a shoulder

02:25:41  5    injury, I'm not going to know if it's hard for

6    somebody to put their shoulder -- or put it behind

7    their back.  Nor did anybody tell me, hey, my shoulder

8    is hurt, so it might have taken a little time getting

9    it behind my back.

02:25:52  10   340    Q    Got you.

11          A    So...

12          (Plays video).

13   341    Q    Okay.  Do you have -- when -- when

14   you're trained in the use of force, do they train you

02:26:10  15   that it's often regular for citizens to maybe tense up

16   when they're putting -- being put into restraints?

17          A    No.

18   342    Q    It's never been taught to you?

19          A    No.  If they have a medical condition or

02:26:28  20   something, they usually verbalize that prior, so we

21   can make proper arrangements for them.

22   343    Q    Okay.  And so you were saying you were

23   unaware if there was any prior injury to Anthony Wynn?

24          A    Correct.

02:26:54  25   344    Q    Did you write the police report

```
02:27:03   1   associated with the January 16th incident?

           2            A     You're talking 12th Street, correct?

           3   345      Q     Twelfth Street, yes.

           4            A     Yes, sir, I did.

02:27:14   5   346      Q     You did?

           6            A     I did.

           7   347      Q     Okay.

           8            A     I wrote the citation, as it was.   I

           9   wrote the citation.

02:27:20  10   348      Q     Did you draft the Use of Force Report?

          11            A     I did.

          12   349      Q     And why did you draft the report and not

          13   Murphy -- Officer Murphy?

          14            A     I did not draft a report.

02:27:40  15   Officer Murphy did do a report.

          16   350      Q     He drafted the Use of Force Report?

          17            A     He did by use of force, I believe, on

          18   Wynn.  I did one on Wynn.

          19   351      Q     You both drafted a report on Anthony

02:27:54  20   Wynn for use of force?

          21            A     I can't vouch for Officer Murphy.

          22   352      Q     Okay.  After the incident, did

          23   Officer Murphy seem a -- a little shaken up to you?

          24            A     Yes.

02:28:09  25   353      Q     And why do you say that?
```

DOMANICO REPORTING, INC.
Natalie R. Domanico, RPR CCR(KY)
565 Madison Point Drive
Lexington, Kentucky  40515
www.domanicoreporting.com

76

02:28:12  1          A    The bit that I know is he was bleeding

        2    from the forehead.

        3    COURT REPORTER:    I'm sorry.  I didn't hear that.

        4          A    Bleeding from the forehead.

02:28:34  5    354    Q    And did you talk to Officer Murphy after

        6    the incident?

        7          A    No.

        8    355    Q    And why do you say that he seemed a

        9    little out of it, or shaken up?

02:29:02 10          A    I'm sorry?

       11    356    Q    Why do you -- why do you feel like he

       12    was shaken up?

       13          A    I believe he had a head injury due to

       14    his head bleeding.

02:29:15 15    357    Q    Okay.  I would like to introduce this

       16    one as Exhibit 16.

       17          (REPORTER MARKS OFFICER ELSBERND USE OF FORCE

       18          REPORT AS PLAINTIFF'S EXHIBIT NO. 16 FOR THE

       19          PURPOSES OF IDENTIFICATION, AND THE SAME IS

02:29:43 20          ATTACHED HERETO AND FILED HEREWITH)

       21    358    Q    Do you remember if Anthony Wynn reported

       22    any injuries to you afterwards, after the incident?

       23          A    No, sir.  Like I told you earlier --

       24    well, it went to a sergeant.  A supervisor showed up

02:30:03 25    on the scene and asked him about injuries.

DOMANICO REPORTING, INC.
Natalie R. Domanico, RPR CCR(KY)
565 Madison Point Drive
Lexington, Kentucky  40515
www.domanicoreporting.com

77

02:30:28   1   359   Q   Can you take a look at this document and

2   let me know what it is?

3         A   It's a Use of Force Report.

4   360   Q   And who drafted that Use of Force

02:30:36   5   Report?

6         A   I did.

7   361   Q   And do you see on the Use of Force

8   Report on the first page where it says "Injury Type"?

9         A   Yes.

02:30:58   10   362   Q   And so it -- it stated that there was a

11   shoulder injury there for Anthony Wynn?

12         A   It says, "Right shoulder pain."

13   363   Q   Okay.  So do you remember -- do you

14   recall how you got that information --

02:31:18   15         A   (Interrupting) Yes.

16   364   Q   -- if you drafted the report?

17         A   It would have been from one of my

18   sergeants that on scene I talked to.

19   365   Q   Okay.  Did you review the Use of Force

02:31:41   20   Report for Officer Murphy?

21         A   No.

22   MR. DAVIS:       Let's introduce this one as well.

23                    It's No. 16.

24   COURT REPORTER:   Seventeen.

02:32:05   25   MR. DAVIS:       Seventeen.  Excuse me.

| | | |
|---|---|---|
| 02:32:18 | 1 | MS. LANGEN:          Are you done with the Canon of |
| | 2 | Ethics? |
| | 3 | MR. DAVIS:          Yes. |
| | 4 | MS. LANGEN:          Can we pass that over?  I just |
| 02:32:23 | 5 | don't want it to get lost.  Just |
| | 6 | put it in that pile.  Yeah. |
| | 7 | Thanks. |
| | 8 | (REPORTER MARKS OFFICER MARTIN'S USE OF FORCE |
| | 9 | REPORT AS PLAINTIFF'S EXHIBIT NO. 17 FOR THE |
| 02:32:34 | 10 | PURPOSES OF IDENTIFICATION, AND THE SAME IS |
| | 11 | ATTACHED HERETO AND FILED HEREWITH) |
| | 12 | 366     Q    If you would take a look at that and let |
| | 13 | me know what you think it is, based on your review of |
| | 14 | it. |
| 02:32:48 | 15 | A    It was stating on here is Use of Force. |
| | 16 | Reporting officers:  Officer Martin. |
| | 17 | 367     Q    Martin? |
| | 18 | A    Yes. |
| | 19 | 368     Q    Do you remember seeing Officer Martin at |
| 02:33:02 | 20 | the scene? |
| | 21 | A    I do, yes. |
| | 22 | 369     Q    And do you remember when he arrived? |
| | 23 | A    He arrived with the rest of the other |
| | 24 | officers as all this was occurring.  I -- I don't |
| 02:33:13 | 25 | remember when. |

DOMANICO REPORTING, INC.
Natalie R. Domanico, RPR CCR(KY)
565 Madison Point Drive
Lexington, Kentucky  40515
www.domanicoreporting.com

79

| | | | |
|---|---|---|---|
| 02:33:14 | 1 | 370 | Q   Okay.  And in his Use of Force Report, |
| | 2 | | he only lists Officer Murphy as an injured party; is |
| | 3 | | that correct? |
| | 4 | | A   Yes. |
| 02:33:38 | 5 | 371 | Q   And that -- was that done by his |
| | 6 | | sergeant as well, or is he a sergeant? |
| | 7 | | A   Sir, I cannot testify to that.  I do not |
| | 8 | | know. |
| | 9 | 372 | Q   Okay.  I'm just trying to figure out at |
| 02:33:49 | 10 | | the time of the incident, was there one supervising |
| | 11 | | sergeant or were there multiple supervising sergeants? |
| | 12 | | Do you know? |
| | 13 | | A   Multiple sergeants. |
| | 14 | 373 | Q   Multiple sergeants. |
| 02:33:59 | 15 | | A   I gave the names earlier.  And one |
| | 16 | | lieutenant.  Yes, sir. |
| | 17 | 374 | Q   Okay.  So do you know who the sergeant |
| | 18 | | was that was supervising you? |
| | 19 | | A   It's got Sergeant Griswold on here. |
| 02:34:12 | 20 | 375 | Q   Griswold. |
| | 21 | | A   Do I remember exactly?  No. |
| | 22 | 376 | Q   No. |
| | 23 | | A   My assumption is, due to what's on here, |
| | 24 | | Sergeant Griswold. |
| 02:34:20 | 25 | 377 | Q   Sergeant Griswold. |

DOMANICO REPORTING, INC.
Natalie R. Domanico, RPR CCR(KY)
565 Madison Point Drive
Lexington, Kentucky  40515
www.domanicoreporting.com

80

02:34:21  1        A     Yes, sir.

2     378    Q     And then on -- on Martin's Use of Force,

3     it was also Sergeant Griswold; is that correct, as a

4     supervisor?

02:34:52  5        A     Where's the other one here?  Griswold,

6     yes.  Correct.

7     379    Q     Okay.  And then in Martin's Use of Force

8     Report, it doesn't look like Officer Murphy is listed

9     at all; is that correct, as "other officers"?

02:35:24  10       A     I don't know.  It's just -- it was -- I

11    don't know -- you want me to look through them and

12    see?

13    380    Q     Yeah.

14    MS. LANGEN:        Are you just asking him what the

02:35:35  15                        document says, or are you asking if

16                        he remembers?

17    MR. DAVIS:         What the document says.  What the

18                        document says, yeah.

19    MS. LANGEN:        Okay.

02:35:40  20       A     Okay.  I'm sorry.  Repeat that one more

21    time.

22    381    Q     Sure.

23       A     What was that question again, please?

24    382    Q     On the back page of this -- I'm

02:35:47  25    referring to the back page --

DOMANICO REPORTING, INC.
Natalie R. Domanico, RPR CCR(KY)
565 Madison Point Drive
Lexington, Kentucky  40515
www.domanicoreporting.com

81

02:35:48   1           A      (Interrupting) Okay, got it.

           2   383     Q      -- where it says "other officers

           3   involved."

           4           A      Okay.  All right.  Myself,

02:35:53   5   Sergeant Griswold.  Okay.  Are you asking about any

           6   furtherance with other officers that were involved?

           7   384     Q      Yes.

           8           A      Okay.  So right here.  "Other officers'

           9   IDs:  299, 301, 239, 216, 336, 240, 232."

02:36:15  10   385     Q      Oh, so one of those is probably --

          11           A      (Interrupting) So there's an additional

          12   onto what you're looking for.

          13   386     Q      Oh, okay.

          14           A      All of these officers were involved.

02:36:23  15   387     Q      All of the officers there.  Okay.  Do we

          16   know the -- let me see if I can find the ID of Murphy.

          17           A      I do not know all the IDs off the top of

          18   my head.  I am 0299.  So there's -- there's that.

          19   388     Q      Got it.

02:36:43  20           A      Just because they're not mentioned on

          21   the back doesn't mean they weren't there.

          22   389     Q      And like -- and you -- do you remember

          23   any ambulance or any -- being called to the scene on

          24   this evening?

02:36:59  25           A      No.  No.  I'm sorry.  As I was leaving,

```
02:37:08   1   there was one down on 12th at Wheeler, right before

           2   the bridge.  There was an ambulance there.

           3   390     Q     And who was that ambulance called for?

           4           A     I do not know.  There was one there,

02:37:19   5   though.  That answers that part.  I don't know who

           6   for, though.

           7   391     Q     Okay.  Do you ever remember seeing

           8   Anthony Wynn get treated?

           9           A     No.  I had other things I was doing.

02:37:32  10   392     Q     Okay.  Were you personally struck with

          11   any blows by Anthony Wynn?

          12           A     No.

          13   393     Q     And did you sustain any injuries as a

          14   result of the use of force?

02:37:58  15           A     No.

          16   394     Q     But you felt -- did you feel as if your

          17   life was in dinger?

          18           A     There was factors.  I was probably more

          19   worried about getting ran over in the middle of the

02:38:24  20   street than anything else, to be honest.

          21   395     Q     Did you ever feel Anthony Wynn reach for

          22   your gun?

          23           A     Did I feel something on my fireman, is

          24   what you're asking?

02:38:54  25   396     Q     No, that's not the question.  I said,
```

02:38:56   1   did you ever feel Anthony Wynn reach for your gun?

2           A    Well, that's basically the same thing I

3   just said though.

4   397    Q    I don't think so.

02:39:06   5           A    Okay.  No.

6   398    Q    Okay.  Did you ever feel Anthony Wynn

7   reach for your taser?

8           A    No.

9   399    Q    Okay.  Did you ever see Anthony Wynn

02:39:28   10  reach for Officer Murphy's gun?

11          A    No.

12  400    Q    Did you ever see Anthony Wynn reach for

13  Officer Murphy's taser?

14          A    No.

02:39:55   15  401    Q    Have you ever observed any officers in

16  the Covington Police Department use a chokehold on a

17  citizen?

18          A    No.

19  402    Q    And you've been with the Department for

02:40:08   20  how long?

21          A    At that point?

22  403    Q    Uh-huh (affirmative).

23          A    The time of the occurrence?

24  404    Q    Uh-huh (affirmative).

02:40:15   25          A    What year was it?

02:40:17   1    405      Q      2021.

           2             A      2021.  '17 -- '16, '17, '18, '19, '20,

           3    21.  Five years.  No.

           4    406      Q      To date, have you seen anyone apply a

02:40:28   5    chokehold on a citizen?

           6             A      No.

           7    407      Q      Do you -- did you review -- earlier you

           8    said you reviewed that Internal Affairs report?

           9             A      I took a look at it, and I can't

02:40:46  10    remember all of those, of course, but there's a lot to

          11    it.

          12    408      Q      Okay.  In that report, do you remember

          13    seeing that -- them confirming that a chokehold was

          14    applied to Anthony Wynn?

02:40:57  15             A      I did confirm.

          16    409      Q      Did you see in that report where they

          17    confirmed that a chokehold was applied to Anthony

          18    Wynn?

          19             A      No.

02:41:09  20    410      Q      Are you aware that a chokehold was

          21    applied to Anthony Wynn?

          22             A      Yes.

          23    411      Q      Okay.  In your time with the Department,

          24    have you ever seen an officer punch a citizen?

02:41:28  25             A      No.

02:41:36   1   412     Q     And based on your review of the Internal

           2   Affairs investigation, are you aware that it was

           3   confirmed that Anthony Wynn was punched the night of

           4   this incident?

02:41:50   5           A     I'm sorry.  Repeat that.

           6   413     Q     Are you aware, based on your review of

           7   the Internal Affairs investigation, that Anthony Wynn

           8   was punched on the evening of January 16th, 2021?

           9           A     No.

02:42:03  10   MR. DAVIS:         All right.  I think I'm about done.

          11                      If I could have three minutes to

          12                      review my notes and make sure I

          13                      didn't miss anything.

          14   MS. LANGEN:        Sure.

02:42:38  15   MR. DAVIS:         Then we can come back and wrap up.

          16   MS. LANGEN:        Uh-huh (affirmative).

          17   COURT REPORTER:    I'm going off the record then.  And

          18                      the time is 2:42.

          19           (OFF THE RECORD)

02:49:38  20   COURT REPORTER:    Back on record.  And the time is

          21                      2:49 p.m.

          22   414     Q     Okay.  So my last question pertains to

          23   your direct supervision and your time as an officer.

          24   And is it your understanding that from 2017 to 2022,

02:50:01  25   that you were under the supervision of Chief Ralph

```
02:50:10    1   Nader?

            2           A    '17 to '22, yes, sir, correct.

            3   415     Q    And is it your understanding that Ralph

            4   Nader was in charge of making sure that all of the

02:50:21    5   policies and procedures, general orders of the

            6   Department were followed?

            7           A    Ultimately, yes, correct.

            8   MR. DAVIS:         All right.  I have no further

            9                      questions.

02:50:41   10   MS. LANGEN:        I have no questions.

           11              *  *  *  *  *  *  *  *  *

           12           THEREUPON, the taking of the deposition of

           13   OFFICER DANNY ELSBERND concluded at 2:50 p.m.

           14              *  *  *  *  *  *  *  *  *

11:59:01   15

           16

           17

           18

           19

           20

           21

           22

           23

           24

           25
```

1  STATE OF KENTUCKY )
                     )
2  COUNTY OF FAYETTE )

3          I, NATALIE R. DOMANICO, the undersigned

4  Notary Public in and for the State of Kentucky at

5  Large, do hereby certify that OFFICER DANNY ELSBERND,

6  the aforesaid deponent, was by me first duly sworn to

7  testify the truth, the whole truth, and nothing but the

8  truth in the case of ANTHONY MARIO WYNN, Plaintiff, vs.

9  CITY OF COVINGTON, ET AL., Defendant,

10  No. 2:21-CV-00137-DBL-CJS, now pending in the United

11  States District Court for the Eastern District of

12  Kentucky at Covington.

13          That the foregoing deposition was taken down

14  in stenotype by me and afterwards reduced to

15  computer-aided transcription under my direction, and

16  the typewritten transcript is a true record of the

17  testimony given by said witness.

18          Defendant to said action and counsel for the

19  deponent requested in writing that said deposition be

20  signed by the testifying witness.

21          I further certify that said deposition

22  was submitted to the witness by email to his counsel

23  for his reading and signature on or about the 3rd day

24  of April, 2024.

25          That the Defendants, were represented by

DOMANICO REPORTING, INC.
Natalie R. Domanico, RPR CCR(KY)
565 Madison Point Drive
Lexington, Kentucky  40515
www.domanicoreporting.com

88

1  their counsel, Hon. Jennifer Langen and Hon. Sheree E.

2  Weichold, at the taking of said deposition; that the

3  Plaintiff was represented by his counsel, Hon. Jamir

4  Davis; that there were no other appearances.  That said

5  deposition was taken on behalf of the Plaintiff

6  pursuant to Notice, and pursuant to the Federal Rules

7  of Civil Procedure for the District Courts of the

8  United States.

9          Pursuant to KRS 454.280, I certify that I am

10 not related to nor employed by, nor do I have any

11 contractual or any other financial relationship with

12 any person or entity interested in the outcome of this

13 litigation or their respective counsel and have no

14 interest whatsoever in this litigation.  I further

15 certify that Domanico Reporting, Inc. is independently

16 owned and operated.  We do not cost shift or contract

17 services.

18          My commission expires:  February 13, 2028.

19 IN TESTIMONY WHEREOF, I have hereunto set my

20 hand and seal of office on this the 1st day of April

21 2024.

22    \S:\Natalie R. Domanico_____
   NOTARY ID KYNP1983 NATALIE R. DOMANICO, CCR-KY, RPR

23

24

25

COURT REPORTER: [35]
7/10 7/12 8/5 8/17 8/19
10/14 10/16 12/10 16/14
16/16 18/1 18/3 23/15
23/17 26/18 26/20 37/15
37/17 40/16 40/18 42/5
42/7 48/10 48/22 53/13
57/14 57/16 59/6 59/22
64/10 65/3 77/3 78/24
86/17 86/20
MR. DAVIS: [48] 7/13 44/12
44/23 44/25 46/7 47/20
47/23 48/1 48/3 48/11
48/17 48/23 50/7 50/9
50/24 51/14 52/18 52/24
53/3 53/6 53/8 53/11 53/15
53/20 54/1 54/3 54/7 54/10
54/17 54/19 55/8 55/17
56/3 56/7 56/11 56/17
57/10 58/18 58/23 63/6
72/11 78/22 78/25 79/3
81/17 86/10 86/15 87/8
MS. LANGEN: [51] 14/15
14/17 44/3 44/14 44/24
45/25 47/22 47/24 48/2
48/6 48/14 49/21 50/8
50/11 50/21 51/6 51/25
52/22 52/25 53/4 53/7 53/9
53/19 53/24 54/2 54/5 54/9
54/11 54/18 55/1 55/9 56/1
56/5 56/10 56/14 56/19
57/13 57/24 58/16 58/20
59/2 59/9 63/4 74/21 79/1
79/4 81/14 81/19 86/14
86/16 87/10
MS. WEICHOLD: [3] 50/20
50/23 51/1
WITNESS: [3] 7/11 48/5
48/7

'

'16 [1] 85/2
'17 [3] 85/2 85/2 87/2
'17 to [1] 87/2
'18 [1] 85/2
'19 [1] 85/2
'20 [1] 85/2
'22 [1] 87/2

0

0299 [1] 82/18

1

10 [1] 19/13
101 [1] 4/7
10:00 [5] 50/3 50/5 50/10
50/11 50/12
11 [3] 1/13 2/7 48/23
11:00 a.m [1] 51/17
11:30 a.m [1] 49/8
11:55 [2] 1/14 2/8
11:56 [2] 48/22 48/23
11th [2] 55/20 55/24
122123 [1] 3/3
12th [8] 7/7 7/10 26/17
26/19 27/20 27/20 76/2
83/1
13 [9] 59/6 59/6 59/7 59/9

59/10 59/11 59/13 59/17
59/18
13th [2] 55/21 55/22
14 [5] 4/19 59/5 62/25 63/2
63/5
15 [5] 4/19 19/13 72/15
72/15 72/17
15 minutes [2] 50/17 50/18
15th [1] 8/12
16 [3] 77/16 77/18 78/23
16th [8] 7/5 7/19 22/20 26/9
62/9 62/12 76/1 86/8
17 [1] 79/9
1:00 [1] 47/20
1:00 p.m [1] 48/10
1:09 p.m [1] 57/14
1:17 [1] 72/25
1:55 p.m [1] 57/17
1st [4] 26/8 74/12 74/20
89/20

2

20 [4] 3/17 20/6 20/8 26/8
2016 [3] 7/25 10/23 25/5
2017 [8] 11/6 11/10 15/6
15/7 25/6 25/7 25/9 86/24
2018 [1] 11/24
2020 [1] 22/8
2021 [11] 7/5 7/19 22/20
26/9 62/9 62/12 74/12
74/20 85/1 85/2 86/8
2022 [2] 11/7 86/24
2024 [7] 1/13 2/7 55/22
55/22 55/24 88/24 89/21
2028 [1] 89/18
21 [1] 85/3
216 [1] 82/9
22-week [1] 9/15
2311 [1] 3/18
2318 [1] 3/18
232 [1] 82/9
239 [1] 82/9
24 minutes [1] 63/8
240 [1] 82/9
25 [2] 67/3 71/1
25:03 [2] 70/13 71/2
25:03 you [1] 71/5
25:07 [1] 66/17
292-2311 [1] 3/18
292-2318 [1] 3/18
299 [1] 82/9
2:00 [1] 54/23
2:00 p.m [1] 55/25
2:21-CV-00137-DBL-CJS [1]
1/2
2:42 [1] 86/18
2:49 p.m [1] 86/21
2:50 [1] 87/13

3

30 yards [1] 23/8
30-minute [2] 52/11 52/15
301 [1] 82/9
31st [1] 7/25
336 [1] 82/9
3rd [1] 88/23

4

40 [2] 2/6 3/10
41011 [3] 3/3 3/11 3/17

45 [1] 52/16
45 minutes [1] 48/4
45-lunch [1] 49/22
45-minute [4] 49/9 49/12
49/14 52/10
454.280 [1] 89/9
47 [1] 12/4

5

50 [1] 73/19

8

859 [2] 3/18 3/18

9

9:00 a.m [1] 49/7

A

a.m [5] 1/14 2/8 49/7 49/8
51/17
ABC [1] 3/16
able [1] 64/20
about [40] 7/6 7/18 7/20
9/18 10/20 12/25 13/9
14/24 15/14 15/15 15/20
16/9 21/1 21/1 26/13 44/5
46/11 48/4 52/18 52/18
52/19 55/3 56/24 57/23
58/2 58/3 60/13 60/15 61/2
61/6 61/14 61/21 65/7
74/15 74/25 77/25 82/5
83/19 86/10 88/23
absolutely [1] 52/22
academy [22] 10/2 13/11
15/4 15/5 15/8 15/10 15/25
16/3 16/8 16/20 17/14
18/10 18/13 18/14 18/15
18/16 18/17 18/20 24/19
24/20 60/2 60/21
accident [1] 57/8
accidents [1] 57/10
accommodate [3] 49/25
50/1 50/15
accommodation [1] 51/4
accurate [1] 65/19
accurately [1] 6/7
acknowledge [1] 70/18
action [5] 12/17 12/20
13/24 14/7 88/18
actions [1] 67/17
actually [20] 9/13 13/22
17/8 17/9 18/25 20/3 20/7
20/11 21/13 21/18 23/4
23/10 23/13 27/2 27/23
34/5 35/5 35/24 39/10
42/22
ADAMS [2] 2/6 3/10
adamsattorneys.com [1]
3/11
additional [1] 51/20 82/11
Additionally [1] 27/25
administrative [1] 27/20
Administrator [1] 3/16
advise [1] 23/12
advised [1] 27/6
Affairs [4] 53/25 85/8 86/2
86/7
affirmative [21] 8/14 11/12
12/7 16/19 18/19 19/2
20/13 21/20 22/5 31/17

32/25 33/15 35/14 35/16
35/20 37/6 39/10 43/18
84/22 84/24 86/16
affirmatively [1] 5/22
aforesaid [1] 88/6
after [24] 5/1 9/14 10/2
13/10 16/17 18/12 18/20
18/25 22/20 23/4 27/22
27/25 28/11 30/23 33/18
36/20 38/11 49/5 53/22
54/10 65/9 76/22 77/5
77/22
afterwards [2] 77/22 88/14
again [5] 18/22 28/10 46/25
47/13 81/23
against [2] 13/25 14/8
ago [6] 21/1 48/25 55/18
55/18 60/21 69/14
ahead [4] 55/8 56/6 56/19
65/5
aid [1] 61/18
aided [1] 88/15
AK [1] 12/4
AK-47 [1] 12/4
AL [3] 1/9 3/13 88/9
alcohol [1] 6/3
all [42] 2/11 5/10 6/16 6/19
9/25 12/6 14/17 14/18 20/1
20/9 20/17 24/6 28/25 29/5
30/14 32/14 34/13 35/3
36/20 37/7 38/20 40/19
49/21 52/13 54/18 57/20
60/10 63/10 65/10 72/7
74/9 74/10 79/24 81/9 82/4
82/14 82/15 82/17 85/10
86/10 87/4 87/8
Alleged [1] 74/21
allow [1] 5/18
allowed [1] 47/18
allowing [1] 68/11
almost [2] 34/20 47/20
along [3] 9/5 12/12 19/12
already [6] 4/20 28/5 30/5
33/14 37/12 37/13
also [11] 5/14 5/18 5/23 9/6
11/9 13/11 17/19 19/12
19/18 21/9 81/3
altercation [4] 33/12 33/18
40/4 66/2
altercations [1] 40/25
am [13] 7/6 7/15 7/15 9/5
9/22 10/8 18/15 47/17
49/17 51/17 69/13 82/18
89/9
ambulance [3] 82/23 83/2
83/3
amenable [1] 52/15
amount [1] 22/4
angle [1] 71/12
angled [1] 71/7
annual [1] 21/14
another [1] 51/21
answer [15] 5/12 5/19 5/25
18/6 19/3 20/9 20/14 20/15
21/18 44/11 44/13 44/15
44/18 58/20 74/23
answering [2] 5/17 66/13
answers [1] 83/5
ANTHONY [49] 1/6 3/5
7/16 27/1 31/2 31/5 31/8

## A

ANTHONY... [42]  31/22 32/1 33/4 33/10 37/20 38/14 38/23 39/1 39/4 39/7 39/17 40/22 63/13 63/19 64/14 66/20 69/21 72/1 72/5 72/21 73/3 73/8 73/19 74/10 74/18 75/23 76/19 77/21 78/11 83/8 83/11 83/21 84/1 84/6 84/9 84/12 85/14 85/17 85/21 86/3 86/7 88/8
Anthony's [1]  70/18
any [66]  5/14 6/3 6/20 7/1 9/21 10/9 10/17 11/12 12/16 12/19 13/5 13/24 14/2 14/7 14/11 14/20 15/11 17/21 22/8 24/3 28/17 31/21 31/21 32/4 32/14 32/17 38/5 38/15 39/6 39/7 39/12 39/16 39/19 40/8 40/22 41/14 43/10 43/23 44/9 47/5 51/25 57/21 57/24 58/3 58/8 58/8 58/9 58/11 58/12 58/14 58/24 61/16 61/20 61/25 62/9 75/23 77/22 82/5 82/23 82/23 83/11 83/13 84/15 89/10 89/11 89/12
anybody [5]  19/19 21/8 58/5 74/4 75/7
anymore [1]  28/4
anyone [2]  38/25 85/4
anything [15]  5/13 6/6 11/20 20/10 24/3 35/3 38/2 47/4 47/5 47/11 51/8 61/13 74/14 83/20 86/13
appearances [2]  2/18 89/4
applied [4]  67/16 85/14 85/17 85/21
apply [5]  38/25 39/3 44/9 67/15 85/4
appointment [1]  51/8
approach [3]  23/14 23/16 30/24
approximate [1]  2/8
approximately [12]  10/19 11/6 11/10 13/4 26/17 26/18 32/10 32/11 48/20 48/23 49/7 51/22
April [2]  88/24 89/20
are [53]  4/19 5/25 6/2 6/6 7/5 9/25 13/24 14/7 15/21 16/20 18/1 19/14 20/12 20/12 20/17 21/6 21/17 26/13 40/2 43/10 44/12 46/18 46/24 47/2 47/2 48/18 49/11 49/12 53/7 55/4 55/12 57/3 57/5 57/12 59/3 59/4 59/16 60/15 61/2 61/17 63/4 64/20 67/18 72/14 73/8 73/24 79/1 81/14 81/15 82/5 85/20 86/2 86/6
arguing [1]  50/17
arm [2]  36/16 36/17
arms [2]  73/20 73/23
around [3]  23/13 38/9 57/11

arrangements [1]  75/21
arrest [9] 6/25 16/7 27/22 28/5 37/12 41/18 41/22 42/3 42/5
arrive [2]  28/23 29/25
arrived [4]  30/11 40/11 79/22 79/23
article [6]  60/13 60/15 60/23 61/7 61/11 61/17
Article 3 [3]  60/15 61/7 61/17
articles [1]  60/11
as [59]  2/11 5/2 6/1 8/3 9/17 11/9 13/3 14/6 14/6 15/12 15/18 19/22 19/23 24/11 25/16 25/22 26/24 26/25 29/7 29/17 29/17 32/12 37/8 37/8 40/24 47/18 49/3 50/5 50/5 51/17 52/5 59/4 59/10 59/12 59/17 62/24 63/2 63/5 64/22 64/22 64/24 64/24 72/14 72/17 74/19 76/8 77/16 77/18 78/22 79/9 79/24 80/2 80/6 81/3 81/9 82/25 83/13 83/16 86/23
ask [36]  5/16 5/17 5/23 5/25 7/20 11/8 23/22 24/2 24/4 24/11 24/21 25/9 25/23 40/7 43/17 43/25 45/3 45/7 45/16 45/24 46/12 46/13 47/6 47/7 47/9 47/11 52/5 52/25 53/24 54/5 60/7 61/14 61/20 61/22 61/25 66/14
asked [15]  31/5 31/9 31/10 46/5 49/8 51/20 51/21 54/1 54/3 54/7 54/12 54/15 58/1 72/21 77/25
asking [14]  7/18 25/14 43/13 43/15 44/5 44/6 46/14 51/4 57/22 58/3 81/14 81/15 82/5 83/24
assault [1]  74/18
assist [2]  27/17 36/4
Assistant [1]  3/16
assisted [1]  27/17 36/4
associated [1]  76/1
assume [2]  26/22 70/18
assumption [1]  80/23
at [118]
attached [4]  4/19 59/14 77/20 79/11
attempted [2]  73/10 73/12
attempting [1]  73/14
attention [5]  23/9 40/8 40/22 41/2 41/5
attorney [6]  6/15 6/16 7/16 48/13 48/15 48/16
attorneys [4]  3/5 3/12 3/20 48/11
audio [2]  66/14 67/16
August [1]  9/23
aware [11]  7/5 13/24 14/2 14/7 28/17 43/10 74/10 74/18 85/20 86/2 86/6
away [1]  28/9

## B

back [53]  18/22 23/6 26/23

27/18 28/6 28/17 29/23 31/3 32/15 32/18 34/4 34/6 36/7 36/16 36/17 38/9 51/11 54/13 57/16 63/22 64/4 66/18 67/3 67/6 67/20 67/23 68/15 70/1 70/7 70/9 70/22 71/1 71/2 71/4 71/6 71/8 71/9 71/13 71/14 73/8 73/11 73/13 73/16 73/18 73/24 75/3 75/7 75/9 81/24 81/25 82/21 86/15 86/20
background [3]  7/21 14/25 74/4
backseat [1]  30/18
backup [2]  27/22 29/17
based [11]  18/17 20/15 20/16 22/25 41/20 61/16 69/4 69/20 79/13 86/1 86/6
basically [7]  17/16 17/19 27/20 29/17 36/19 61/12 84/2
be [48]  5/13 7/18 11/3 11/15 16/11 16/12 18/17 20/2 21/12 28/3 28/4 29/2 29/18 30/21 33/17 33/18 35/9 36/19 37/11 37/20 40/5 40/6 41/22 42/4 42/5 42/9 42/23 42/24 44/22 45/17 46/16 46/16 47/3 48/12 48/15 49/15 50/15 50/18 54/25 55/2 55/4 55/11 55/24 56/12 56/23 75/2 83/20 88/19
became [1]  27/25
because [15]  19/16 28/11 35/4 35/13 36/17 37/12 37/13 44/3 45/17 46/4 50/3 66/14 67/17 69/1 82/20
become [2]  9/14 9/20
been [22]  4/20 5/6 9/16 9/21 10/18 13/2 13/21 13/25 14/8 17/13 24/23 39/10 40/25 42/10 42/19 50/2 54/16 54/18 74/22 75/18 78/17 84/19
before [18]  2/3 5/7 5/17 5/19 6/2 7/19 17/9 17/14 18/12 18/13 18/14 18/15 18/24 22/2 22/20 31/11 64/14 83/1
begin [3]  6/2 24/16 35/9
behalf [3]  1/6 2/10 89/5
behavior [2]  32/5 57/22
behind [35]  12/6 27/17 32/15 32/18 34/4 34/6 34/22 36/7 36/16 36/17 66/18 67/3 67/20 67/23 68/15 69/25 70/7 70/9 70/21 71/1 71/2 71/4 71/6 71/8 71/9 71/13 71/14 73/24 73/11 73/13 73/15 73/24 75/3 75/6 75/9
being [4]  5/2 33/5 75/16 82/23
believe [12]  6/24 9/14 9/23 11/24 22/4 22/4 30/2 38/8 40/14 71/14 76/17 77/13 11/24 46/13 46/19
belt [5]  41/15 45/15 46/10 46/13 46/19
beside [1]  34/19

27/18 28/6 28/17 29/23 31/3 32/15 32/18 34/4 34/6 36/7 36/16 36/17 38/9 51/11 54/13 57/16 63/22 64/4 66/18 67/3 67/6 67/20 67/23 68/15 70/1 70/7 70/9 70/22 71/1 71/2 71/4 71/6 71/8 71/9 71/13 71/14 73/8 73/11 73/13 73/16 73/18 73/24 75/3 75/7 75/9 81/24 81/25 82/21 86/15 86/20
besides [1]  62/10
between [3]  16/4 38/20 41/17
big [1]  43/12
bit [10]  14/24 19/16 23/9 23/10 38/7 64/5 65/14 66/11 73/22 77/1
bleeding [3]  77/1 77/4 77/14
blood [1]  39/19
blows [1]  83/11
blur [3]  37/22 38/3 38/20
blurry [1]  64/2
body [9]  4/13 4/14 7/1 62/10 62/15 62/23 63/1 72/9 72/16
body-worn [7]  4/13 4/14 7/1 62/10 62/23 63/1 72/16
both [3]  19/16 48/11 76/19
bottom [1]  36/25
Box [1]  3/3
Bradley [2]  12/8 12/11
break [13]  5/14 5/18 47/21 49/9 49/12 49/15 49/20 49/23 51/3 52/10 52/11 52/16 57/20
bridge [1]  83/2
brief [1]  12/14
briefly [1]  13/20
Broadly [3]  16/13 16/15 16/16
broke [1]  37/2
bumped [1]  36/17
but [24]  5/25 7/19 13/21 19/10 21/23 30/10 34/6 35/1 38/20 53/3 53/6 53/8 53/11 53/15 56/1 57/5 60/21 64/2 70/6 71/8 74/23 83/16 85/10 88/7
button [3]  37/8 37/14 37/15

## C

call [2]  41/4 62/2
called [4]  17/16 41/2 82/23 83/3
calling [1]  23/5 23/6 23/7
calls [1]  13/22
came [3]  27/23 52/21 52/24
camera [12]  4/13 4/14 4/19 7/2 62/10 62/15 62/23 63/1 70/24 71/7 72/9 72/16
Campbell [3]  8/3 8/6 8/8
can [51]  5/14 5/19 5/21 7/23 9/3 9/9 10/3 10/25 12/25 17/19 19/23 20/8 24/9 26/11 26/12 29/1 32/12 42/9 42/13 43/25 45/16 45/17 46/2 46/12 46/13 46/20 47/21 47/24 50/7 51/10 56/3 56/4 57/2 57/13 60/25 64/7 65/6 66/9 66/9 66/16 66/20 67/2 70/12 72/14 72/24 74/23 75/21 78/1 79/4 82/16 86/15
can't [10]  5/13 44/11 52/4 53/13 59/22 64/10 64/10 65/3 76/21 85/9
cannot [2]  24/13 80/7
Canon [8]  4/12 59/12 59/21

**C**

Canon... [5]  59/23 60/10 61/2 61/16 79/1
captain [3]  21/22 21/25 22/11
capture [1]  5/20
captured [1]  5/13
car [17]  23/4 28/6 30/2 30/3 30/6 30/10 46/20 46/25 61/23 63/14 64/23 64/25 65/10 65/23 65/24 67/19 69/1
carries [2]  27/14 27/15
carry [2]  27/11 27/13
Carter's [1]  8/12
case [3]  1/2 42/25 88/8
Casual [1]  11/17
catch [1]  18/21
cause [1]  42/25
CCR [1]  89/22
CCR-KY [1]  89/22
ceremonies [3]  10/13 10/15 10/16
certain [1]  18/16
certify [4]  88/5 88/21 89/9 89/15
change [1]  69/8
changing [1]  46/20
charge [1]  87/4
charges [1]  27/4
check [2]  19/19 54/14
chest [1]  37/4
chief [10]  10/24 11/6 11/9 11/13 11/20 12/12 12/16 22/11 26/5 86/25
Chief Nader [5]  11/6 11/13 11/20 12/16 26/5
chill [4]  35/6 35/6 35/12 35/17
chokehold [9]  22/13 39/1 39/3 72/5 84/16 85/5 85/13 85/17 85/20
choose [2]  24/8 49/2
chooses [1]  52/3
chose [1]  49/3
circumstances [1]  44/9
citation [5]  6/25 41/8 42/1 76/8 76/9
cited [2]  41/15 45/18
citizen [5]  16/1 39/22 84/17 85/5 85/24
citizens [2]  40/25 75/15
CITY [10]  1/9 3/13 3/16 3/20 15/22 16/24 60/7 62/24 72/14 88/9
Civil [2]  2/12 89/7
CJS [2]  1/2 88/10
clarifies [1]  69/16
clarify [3]  51/14 65/16 68/25
clarifying [1]  61/13
clarity [1]  62/1
clean [1]  5/21
clear [4]  19/6 46/17 49/17 73/22
clears [2]  19/5 19/5
clip [1]  63/5
come [2]  21/13 86/15
comes [2]  39/23 56/25
coming [1]  8/1

**C**

command [1]  35/6
commands [2]  3/19 37/22
commencing [1]  2/7
commission [1]  89/18
commit [1]  14/4
committed [4]  42/11 42/19 43/11 43/23
common [1]  13/13
communicate [1]  30/15
competent [1]  57/12
complains [1]  40/3
complaints [3]  39/7 39/12 39/23
complete [3]  19/24 21/15 22/1
completed [1]  10/2
comply [1]  73/15
computer [3]  17/15 18/17 88/15
computer-aided [1]  88/15
computer-based [1]  18/17
concluded [1]  87/13
condition [1]  75/19
conduct [1]  32/5
confirm [1]  85/15
confirmed [2]  85/17 86/3
confirming [1]  85/13
conflicts [1]  49/14
confused [1]  18/5
continue [1]  49/19
continuous [1]  51/19
contract [1]  89/16
contractual [1]  89/11
conversation [1]  11/17
Cook [6]  29/1 29/4 29/10 29/11 29/17 40/15
cop [1]  18/15
Corp [1]  8/21
corporal [1]  8/22
Corps [2]  8/16 8/18
correct [43]  6/18 7/8 7/14 10/19 11/11 18/10 24/5 25/20 26/14 26/15 27/12 30/13 31/4 33/9 34/14 34/15 36/6 41/6 42/11 42/12 42/15 42/16 43/1 45/4 45/5 46/20 63/14 63/17 66/3 68/4 68/5 68/7 70/1 73/16 73/17 75/24 76/2 80/3 81/3 81/6 81/9 87/2 87/7
cost [1]  89/16
could [7]  28/6 42/23 42/24 52/12 63/20 63/24 86/11
couldn't [4]  37/1 37/4 37/5 53/9
counsel [7]  4/20 48/24 88/18 88/22 89/1 89/3 89/13
County [4]  8/3 8/6 8/8 88/2
couple [1]  73/18
course [6]  13/12 13/17 41/3 45/12 69/7 85/10
court [7]  1/1 5/11 5/13 5/18 5/25 49/10 88/11
Courts [1]  89/7
COVINGTON [27]  1/2 1/9 2/6 3/3 3/11 3/13 3/17 3/20 7/24 8/1 8/12 8/24 14/21 14/25 15/22 16/24 17/23 18/11 18/20 20/7 21/22 22/10 22/19 23/3 23/8 25/19 26/3 27/13 28/3 28/12 30/8 30/11 30/20 34/5 35/21 34/8 38/5 38/14 43/2 43/3 43/13 43/19 44/18 45/4 45/23 46/1 46/17 47/7 47/8 47/10 47/12 48/7 50/21 51/25 54/11 54/14 65/13 71/14 71/25 73/9 74/13 74/16 74/22 74/24 79/5 79/24 81/10 81/11 83/5 84/4

**C**

23/19 24/24 25/5 50/23 51/2 60/7 62/24 84/16 88/9 88/12
covingtonky.gov [1]  3/19
crime [3]  42/10 42/18 43/24
crimes [1]  43/10
critical [1]  11/23
critically [2]  29/6 29/19
cuff [1]  33/16
cuffed [1]  33/17
curb [2]  41/9 43/1
current [1]  8/23
currently [2]  10/5 25/17
curriculum [1]  17/17
custody [1]  27/22
CV [2]  1/2 88/10

**D**

DANNY [5]  1/10 2/2 5/1 87/13 88/5
date [6]  1/13 10/6 12/19 22/20 55/21 85/4
dated [2]  55/20 55/22
dates [3]  49/1 49/3 49/4
Davis [6]  3/2 3/2 5/5 7/15 52/14 89/4
day [4]  22/23 22/23 88/23 89/20
days [3]  8/9 56/15 56/19
DBL [2]  1/2 88/10
deal [1]  17/18
dealings [1]  10/17
December [1]  15/6
decide [1]  19/9
decided [2]  12/2 12/9
DEFENDANT [4]  3/12 3/20 88/9 88/18
defendants [5]  1/10 49/2 49/3 49/11 88/25
definitely [1]  19/5
definitions [1]  15/16
demand [1]  49/14
department [26]  3/15 7/24 8/2 8/24 10/1 10/10 10/18 10/24 12/22 14/5 14/21 15/1 15/18 17/7 17/24 19/8 22/7 25/4 47/14 47/16 74/11 74/20 84/16 84/19 85/23 87/6
Depo [2]  54/24 55/20
deponent [2]  88/6 88/19
deposing [1]  49/5
deposition [27]  1/6 2/2 2/8 5/6 5/23 6/10 6/14 6/20 48/18 48/19 49/5 49/19 50/4 50/9 51/16 51/19 52/1 54/10 56/21 57/18 63/17 87/12 88/13 88/19 88/21 89/2 89/5
depositions [1]  48/25
deputy [2]  8/4 8/6
describe [2]  9/3 13/8
described [1]  64/14
detail [2]  9/5 60/19
detain [2]  42/13 46/24
detained [2]  41/24 42/9
detaining [1]  43/6
detainment [2]  41/22 42/3
detention [2]  41/18 41/20
determination [2]  62/5

**C**

determinations [1]  22/1
determine [2]  45/7 45/10
did [96]
didn't [12]  16/14 28/7 35/3 35/15 37/19 45/25 46/4 52/25 55/1 57/9 77/3 86/13
difference [2]  16/4 41/17
different [5]  21/16 42/23 43/14 69/3 69/17
diffi [1]  75/2
difficult [1]  75/2
dinger [1]  83/17
direct [3]  3/18 5/4 86/23
direction [1]  88/15
directions [1]  31/11
directly [1]  12/5
dis [1]  47/17
disciplinary [4]  12/17 12/20 13/24 14/7
discovered [1]  27/1
discovery [1]  2/10
discretion [5]  47/12 47/15 47/17 47/17 47/18
discretionary [3]  25/25 26/2 26/5
discussed [1]  63/16
discussing [1]  57/21
DISCUSSION [2]  48/9 59/8
DISTRICT [5]  1/1 1/1 88/11 88/11 89/7
DMS [1]  18/3
do [111]
document [7]  59/16 59/20 59/25 78/1 81/15 81/17 81/18
documents [2]  6/20 6/22
does [14]  9/11 17/11 19/3 19/19 20/1 26/1 36/18 44/7 52/17 56/21 67/23 72/20 73/10 73/23
doesn't [5]  27/5 51/7 65/18 81/8 82/21
doing [4]  24/16 24/23 30/12 68/10 83/9
Domanico [5]  2/3 88/3 89/15 89/22 89/22
don't [55]  11/1 18/5 18/11 18/25 20/7 21/22 22/10 22/19 23/3 23/8 25/19 26/3 27/13 28/3 28/12 30/8 30/11 30/20 34/5 35/21 34/8 38/5 38/14 43/2 43/3 43/13 43/19 44/18 45/4 45/23 46/1 46/17 47/7 47/8 47/10 47/12 48/7 50/21 51/25 54/11 54/14 65/13 71/14 71/25 73/9 74/13 74/16 74/22 74/24 79/5 79/24 81/10 81/11 83/5 84/4
done [16]  16/12 16/12 17/13 17/14 19/25 21/7 21/11 21/13 21/24 22/7 25/16 28/3 56/13 79/1 80/5 86/10
door [1]  36/14
doorway [1]  34/21
Doug [8]  12/23 13/2 13/15 13/25 14/4 55/23 56/7 58/15

**D**

down [26]  13/10 17/14
18/17 27/9 27/9 27/15
27/19 28/4 28/5 29/6 29/7
33/13 33/14 33/22 35/25
36/24 64/16 64/16 65/19
65/24 67/1 67/11 68/3 70/2
83/1 88/13
draft [3]  76/10 76/12 76/14
drafted [4]  76/16 76/19 78/4
78/16
driver [9]  23/23 23/24 34/22
41/8 45/11 45/16 45/18
47/1 47/6
driver's [1]  31/3
drug [1]  27/4
drugs [2]  6/3 47/5
DSJT [1]  15/19
due [4]  11/23 21/4 77/13
80/23
duly [2]  5/2 88/6
during [7]  5/23 15/10 16/12
17/21 40/3 43/19 45/6
duties [4]  10/9 10/10 22/23
61/10
duty [4]  14/22 60/14 60/22
61/21

**E**

earlier [6]  43/16 45/2 63/17
77/23 80/15 85/7
EASTERN [1]  1/1 88/11
easy [1]  34/11
eat [2]  49/10 51/11
eaten [1]  50/13
effect [1]  16/6
eight [2]  10/19 13/10
eight years [1]  10/19
ELSBERND [11]  1/10 2/2
4/14 4/16 5/1 23/19 48/19
72/16 77/17 87/13 88/5
Elsbernd's [2]  51/15 72/12
else [6]  12/13 19/23 20/11
21/9 38/2 83/20
email [1]  88/22
employed [1]  89/10
EMS [1]  18/1
end [1]  22/2
enforcement [2]  47/18 61/5
ensued [1]  66/3
enter [2]  10/1 59/4
entire [4]  16/25 17/3 24/24
27/18
entitled [1]  51/18
entity [1]  89/12
established [1]  74/23
ET [3]  1/9 3/13 88/9
Ethics [6]  4/12 59/12 59/21
59/23 61/2 79/2
even [10]  17/14 28/10
28/12 31/11 34/7 35/8 37/7
37/14 47/7 54/22
evening [2]  82/24 86/8
ever [42]  5/6 11/19 11/19
12/16 12/23 13/14 13/15
13/18 13/25 14/4 14/10
14/20 20/20 20/21 22/12
38/14 38/22 38/25 39/3
39/6 39/6 39/16 40/11

**F**

40/21 40/21 41/7 41/13
58/7 58/8 60/7 61/20 61/23
72/1 72/5 83/7 83/23 84/1
84/6 84/9 84/12 84/15
85/24
every [7]  5/12 24/10 25/10
25/10 25/14 25/23 30/6
everybody [9]  12/13 22/4
22/6 26/22 27/14 29/23
41/23 47/9 67/1
everyone [4]  24/21 30/6
61/22 62/2
everything [3]  20/10 20/10
38/3
Everything's [1]  37/22
evidence [2]  52/21 53/1
evidentiary [1]  69/11
exact [3]  13/2 17/19 29/5
exactly [6]  15/13 30/11
30/20 45/23 62/11 80/21
EXAMINATION [1]  5/4
examined [1]  5/2
example [1]  20/7
excuse [3]  26/8 55/19 78/25
EXHIBIT [12]  4/10 4/11
4/19 59/4 59/11 59/13
59/17 63/2 72/17 77/16
77/18 79/9
Exhibit 13 [2]  59/11 59/17
Exhibit 16 [1]  77/16
exited [2]  27/7 31/15
expires [1]  89/18
explain [2]  9/9 60/25

**F**

face [4]  11/1 28/1 28/4 38/7
factors [1]  83/18
facts [2]  11/25 65/20
fails [1]  46/20
failure [2]  41/8 42/25
fair [1]  41/13
familiar [3]  15/21 59/3
59/16
far [2]  14/6 50/5
fast [1]  38/4
faster [1]  50/19
FAYETTE [1]  88/2
February [4]  15/7 55/21
55/22 89/18
February 13th [2]  55/21
55/22
Federal [2]  2/11 89/6
feel [7]  35/3 77/11 83/16
83/21 83/23 84/1 84/6
felon [1]  27/3
felt [3]  34/18 38/16 83/16
female [1]  74/8
few [2]  5/10 7/20
field [6]  9/10 16/21 16/25
17/2 17/5 17/22
fight [1]  28/8
fight's [3]  36/18 38/11 38/13
fighting [1]  71/24
figure [5]  50/18 52/7 53/9
67/9 80/9
figured [4]  53/11 53/16
53/20 53/20
filed [5]  2/9 4/19 59/15
77/20 79/11
finally [2]  38/7 38/10

**G**

financial [1]  89/11
find [5]  37/19 37/4 37/5
49/15 82/16
finish [4]  5/16 5/19 14/15
56/4
finished [2]  51/10 56/6
first [12]  5/2 7/23 23/3 23/5
25/3 29/25 30/15 49/21
60/18 69/21 78/8 88/6
Five [2]  8/9 85/3
Five years [2]  8/9 85/3
flag [4]  10/13 10/14 10/15
10/16
flee [1]  23/11
flopped [1]  37/2
follow [3]  23/2 40/2 60/14
followed [1]  87/6
following [1]  68/5
follows [1]  5/3
footage [8]  4/13 4/15 4/20
7/2 62/10 63/2 72/9 72/17
force [33]  4/16 4/17 6/24
15/11 15/12 15/15 15/17
15/20 15/22 15/25 16/6
17/10 19/12 19/13 19/20
22/9 22/14 75/14 76/10
76/16 76/17 76/20 77/17
78/3 78/4 78/7 78/19 79/8
79/15 80/1 81/2 81/7 83/14
foregoing [1]  88/13
forehead [2]  77/2 77/4
formal [2]  9/22 9/23
former [1]  13/11
four [4]  29/21 54/8 54/12
54/19
frame [1]  21/15
front [2]  29/23 71/10
FTO [8]  9/6 9/9 9/17 9/20
9/21 16/22 25/2 25/4
funeral [1]  10/12
further [5]  23/10 27/24 87/8
88/21 89/14
furtherance [7]  42/4 42/6
42/7 47/8 47/8 47/10 62/6

**G**

gave [7]  26/22 26/24 26/24
31/19 35/5 46/15 80/15
general [19]  15/16 15/17
15/21 15/22 17/6 17/10
17/23 19/8 20/2 20/18
20/22 22/9 22/13 25/21
28/14 39/21 44/7 62/3 87/5
get [30]  7/19 18/22 21/7
21/7 21/11 21/13 21/24
22/6 23/8 23/9 23/11 28/2
28/6 28/10 29/6 31/6 33/20
34/9 36/15 36/16 38/9
38/12 47/23 51/9 55/13
57/3 65/9 65/19 79/5 83/8
gets [1]  27/4
getting [6]  27/7 27/17 31/12
36/5 75/8 83/19
give [6]  24/8 28/25 31/21
56/15 56/20 72/9
given [7]  19/1 31/11 44/8
52/21 54/9 60/4 88/17
gives [1]  19/12

**H**

go [30]  5/9 9/19 9/22 15/10
17/19 18/17 21/23 21/23
23/21 28/11 28/16 29/19
29/21 35/13 35/15 35/21
37/9 45/14 51/10 51/11
54/13 55/8 56/6 56/19
57/13 64/3 65/5 68/1 68/3
73/18
goes [1]  27/15
going [46]  5/9 7/20 9/22
18/9 20/9 22/3 23/11 29/2
33/16 35/13 40/5 40/6 40/7
41/22 42/4 42/5 44/3 45/7
47/3 47/9 47/11 51/23
54/25 55/1 55/4 55/14
56/17 56/23 59/3 61/9
62/24 63/4 63/6 64/3 66/10
66/15 66/25 67/1 67/14
69/6 69/7 72/7 72/8 72/11
75/5 86/17
good [3]  14/17 14/18 20/11
got [36]  6/23 6/24 6/24 11/8
17/9 18/16 18/22 18/22
18/23 21/7 21/23 21/25
27/22 27/25 29/7 35/1
35/11 37/1 38/7 38/7 38/10
50/3 51/6 56/1 64/23 64/24
65/12 68/3 68/20 68/23
75/4 75/10 78/14 80/19
82/1 82/19
grabbing [1]  67/5
graduated [1]  13/9
greet [1]  23/18
Griswold [8]  40/14 80/19
80/20 80/24 80/25 81/3
81/5 82/5
group [1]  13/3
Guard [4]  9/5 10/11 10/12
10/17
guess [3]  28/8 44/20 52/16
gun [4]  12/5 83/22 84/1
84/10
guns [1]  47/5
guy [1]  30/17
guys [2]  52/20 57/11

**H**

had [31]  11/22 12/12 12/19
13/5 13/12 17/2 19/1 20/24
21/21 21/15 26/16 26/21
27/2 28/9 29/6 30/5 32/8
32/22 34/7 34/11 35/1
37/13 38/8 53/8 55/2 57/21
58/1 69/1 74/18 77/13 83/9
half [5]  9/18 10/20 10/21
48/2 51/22
hallway [1]  11/16
hand [20]  27/5 32/8 34/11
36/8 36/12 38/7 64/15 65/8
65/15 67/5 67/6 67/15
67/16 68/12 70/16 70/17
70/21 71/5 75/3 89/20
handcuff [1]  38/8
handcuffs [9]  28/11 33/19
34/7 34/9 36/6 36/9 36/19
37/12 41/25
handgun [1]  27/3
hands [61]  27/6 27/8 27/17
31/9 31/10 31/12 32/2 32/6
32/15 32/18 32/19 32/20

**H**

hands... [49]  32/21 32/22
33/1 33/4 33/5 33/7 33/10
33/21 33/22 34/4 34/6
34/17 35/2 35/4 35/25 36/7
63/14 63/20 65/23 65/24
66/4 66/6 66/18 66/21 67/3
67/10 67/11 67/18 67/20
67/23 67/23 67/24 67/25
68/15 68/16 68/19 69/1
69/2 69/21 69/22 69/25
70/15 70/25 71/1 71/4 73/8
73/15 73/20 73/23
happen [1]  57/3
happened [10]  11/24 22/17
22/19 26/12 33/21 36/11
41/1 57/8 65/17 71/22
happening [1]  57/11
happens [3]  14/18 56/25
66/10
happy [2]  52/17 52/19
hard [2]  38/9 75/5
has [23]  4/20 13/2 13/21
21/9 22/4 22/6 29/8 35/9
40/25 41/1 42/10 42/19
43/23 45/11 47/14 47/16
50/2 50/12 50/13 52/3
57/18 67/22 75/1
have [85]  5/6 5/8 7/3 9/4
9/16 9/19 9/21 10/3 10/4
10/4 10/6 10/9 11/12 12/19
12/22 13/5 13/14 13/15
13/18 14/4 14/10 14/20
16/25 17/13 17/13 18/21
18/21 19/1 19/22 19/23
21/2 21/6 21/7 21/9 22/1
23/20 25/16 28/25 30/16
35/15 39/10 43/11 43/23
47/7 47/8 47/10 47/10 47/18
47/23 48/5 51/8 51/19
51/25 52/6 52/20 54/9
54/16 54/18 54/22 58/5
58/7 58/7 58/11 58/14
58/24 59/7 59/9 60/11 62/9
62/15 62/18 65/15 68/1
75/8 75/13 75/19 78/17
84/15 85/4 85/24 86/11
87/8 87/10 89/10 89/13
89/19
haven't [1]  44/8
having [1]  41/25
he [138]
he's [9]  13/21 28/5 30/17
33/14 34/13 70/20 70/23
71/13 73/14
head [6]  5/12 5/22 36/24
77/13 77/14 82/18
headings [1]  60/11
hear [10]  16/14 59/22 64/10
66/17 67/19 71/18 71/19
74/3 74/3 77/3
heard [2]  67/3 74/8
help [3]  61/13 61/14 66/25
here [32]  11/17 45/14 48/11
50/3 50/12 50/17 52/24
54/22 54/25 55/2 55/4
55/11 55/13 55/24 56/12
57/4 57/11 63/24 63/25
66/21 67/5 71/2 71/3 72/10

here's [2]  17/17 17/17
hereby [1]  88/5
hereto [4]  4/19 59/15 77/20
79/11
heretofore [1]  2/9
hereunto [1]  89/19
herewith [4]  4/19 59/15
77/20 79/11
hey [1]  75/7
hi [1]  11/15
him [61]  11/15 11/23 12/6
13/10 13/12 13/13 13/23
14/15 26/21 26/24 27/7
27/19 27/25 28/2 28/5 28/5
28/6 28/7 31/19 32/15
32/18 33/16 34/12 34/23
35/5 35/8 35/12 35/22 36/5
36/9 36/10 36/12 36/20
36/23 37/14 38/6 38/10
38/12 38/12 39/10 39/19
39/20 40/9 44/5 44/6 44/8
44/12 44/18 46/2 51/25
55/13 56/9 57/6 58/20 65/7
68/12 71/10 71/11 74/4
77/25 81/14
hip [1]  12/4
his [141]
hit [4]  23/8 37/7 37/14
37/15
Hold [1]  56/3
home [1]  51/11
Hon [7]  2/5 3/2 3/9 3/15
89/1 89/1 89/3
honest [4]  11/3 11/16 30/21
83/20
Honor [4]  9/5 10/11 10/11
10/17
hour [3]  2/8 48/2 51/22
hours [4]  51/18 51/23 52/2
69/14
House [2]  29/7 29/15
how [20]  6/13 8/7 8/7 9/13
9/16 10/6 15/8 15/25 18/24
20/7 21/22 33/21 45/6
45/10 46/1 52/5 52/5 54/14
78/14 84/20
huh [21]  8/14 11/12 12/7
18/18 18/19 19/2 20/13
21/20 22/5 31/17 32/25
33/15 35/14 35/16 35/20
37/6 37/10 43/18 84/22
84/24 86/16
hurt [2]  29/6 75/8
hypothetical [6]  43/12 43/16
44/4 44/10 44/21 45/14
hypothetically [1]  44/17

**I**

I'd [1]  54/13
I'll [7]  5/23 11/3 28/25 30/21
47/6 48/3 54/13
I'm [73]  5/9 7/20 8/5 8/25
9/6 14/16 15/15 15/20 18/5
18/11 18/13 18/14 18/25
19/6 22/3 22/3 22/3 23/5
23/15 23/19 23/19 26/22
29/20 29/22 29/23 33/20
35/19 36/15 37/2 39/24

72/24 73/1 73/19 79/15
80/19 80/23 81/5 82/8
43/15 44/3 44/14 44/16
44/17 44/19 44/20 46/7
46/10 47/8 48/10 51/23
53/13 54/22 56/12 56/19
56/17 57/16 58/20 58/21
59/3 60/20 62/24 64/10
65/16 65/18 66/10 67/9
68/13 68/25 69/13 69/16
72/11 75/5 77/3 77/10 80/9
81/20 81/24 82/25 86/5
86/10 86/17
I've [1]  13/22 49/8 51/21
ID [10]  25/10 30/6 43/25
46/12 46/14 47/6 47/11
62/1 82/16 89/22
IDed [1]  30/5
identification [10]  25/14
25/24 45/3 45/8 59/14
61/22 63/3 72/18 77/19
79/10
identified [1]  71/5
identify [1]  45/11
IDs [6]  26/22 43/17 45/16
47/9 82/9 82/17
if [69]  6/1 18/25 19/7 19/9
19/21 20/6 20/8 20/20
20/20 22/8 22/11 22/19
23/7 23/10 23/25 24/8
25/21 31/8 32/1 34/5 36/14
38/1 38/2 38/4 38/5 38/14
40/8 40/10 41/7 41/14 42/9
45/2 45/21 46/18 46/23
47/4 47/7 47/8 47/10 47/22
52/2 52/8 52/10 57/21
61/13 61/17 63/24 63/24
64/7 67/18 67/22 67/22
69/13 69/13 71/25 72/4
73/18 73/18 75/4 75/5
75/19 75/23 77/21 78/16
79/12 81/15 82/16 83/16
86/11
illegal [3]  58/8 58/24
impair [1]  6/4
improper [1]  16/4
in [101]
inaudible [2]  64/8 65/2
Inc [1]  89/15
incident [21]  7/5 7/6 7/19
11/24 12/1 29/15 39/13
44/6 62/9 62/12 62/16 74/9
74/11 74/15 74/16 76/1
76/22 77/6 77/22 80/10
86/4
incidents [1]  57/24 58/4
independently [1]  89/15
INDEX [3]  3/23 4/7 4/10
indicating [1]  39/13
individual [10]  12/2 25/14
25/23 26/22 26/23 40/3
43/25 45/15 72/25 72/25
individual's [1]  42/13
individuals [4]  30/4 42/9
42/13 43/7
influence [2]  6/3 6/6
information [2]  28/25 78/14
initial [5]  26/7 28/18 28/20
29/3 69/5
initially [8]  27/5 27/8 29/2
29/3 29/16 68/20 68/22
69/1

injured [2]  29/19 80/2
injuries [4]  39/16 77/22
77/25 83/13
injury [12]  27/23 39/22
39/23 40/3 74/19 74/22
75/2 75/5 75/23 77/13 78/8
78/11
inside [1]  30/3
instance [3]  41/23 46/14
74/24
instances [1]  45/6
instead [1]  52/9
instructed [1]  69/22
instructing [1]  63/13
instruction [2]  32/15 32/17
instructions [1]  68/6
interact [1]  11/19
interacted [1]  12/23
interaction [1]  74/19
interactions [4]  11/13 13/1
13/5 13/8
interest [1]  89/14
interested [1]  89/17
internal [5]  6/23 53/24 85/8
86/1 86/7
internet [1]  72/10
interrogatories [1]  53/5
Interrupting [51]  14/12
16/19 18/8 21/5 21/20
31/14 31/15 34/10 36/9
43/13 43/18 44/23
46/12 48/14 50/7 50/21
50/24 51/1 52/22 52/25
53/4 53/6 53/8 53/11 53/13
53/15 53/19 54/1 54/2 54/3
54/5 54/7 54/11 56/3 56/17
62/19 65/9 66/16 67/25
68/1 69/6 69/8 69/15 70/4
70/6 72/11 74/14 78/15
82/1 82/11
interviewed [1]  39/10
into [6]  7/20 10/1 16/21
18/22 27/22 75/16
introduce [3]  17/6 77/15
78/22
introduced [1]  60/1
INTRODUCTION [1]  4/11
investigate [2]  42/14 43/7
investigating [2]  46/24 47/3
investigation [3]  6/23 86/2
86/7
Investigational [1]  42/3
involved [6]  12/5 12/13
74/11 82/3 82/6 82/14
is [137]
it [141]
it's [52]  9/14 14/17 17/15
17/15 17/15 17/16 17/17
17/18 19/10 19/16 19/17
20/3 21/22 23/25 26/1
29/21 33/3 43/15 43/16
44/10 44/14 44/21 45/17
45/21 47/16 47/17 47/20
48/14 51/6 52/8 52/18 55/6
57/1 57/7 57/7 59/6 60/11
61/4 61/12 69/3 70/18
70/19 71/8 73/21 74/22
75/5 75/15 75/18 78/3
78/23 80/19 81/10

J... [1] 89/22

jail [4] 8/3 8/6 8/8 42/1
jailer [2] 8/4 8/6
Jamir [3] 3/2 7/15 89/3
jammed [1] 12/5
January [13] 7/5 7/19 15/6
15/6 22/20 26/8 26/9 62/9
62/12 74/12 74/20 76/1
86/8
January 16th [8] 7/5 7/19
22/20 26/9 62/9 62/12 76/1
86/8
January 1st [3] 26/8 74/12
74/20
jdavis [1] 3/4
jdaviscounsel.com [1] 3/4
Jeff [7] 2/5 6/17 53/3 53/6
53/8 53/11 53/16
Jennifer [2] 3/9 89/1
jmando [1] 3/11
job [1] 9/5
John [7] 13/5 13/9 13/11
13/18 14/8 14/10 58/25
joined [1] 57/18
judge [1] 6/2
judgment [1] 6/4
just [59] 5/9 5/10 5/10 5/16
7/20 10/12 10/20 11/15
11/17 15/18 19/6 20/2
20/10 20/16 21/8 21/23
29/20 29/21 29/23 33/20
36/18 44/6 44/19 46/14
46/25 50/14 50/20 50/23
50/24 51/1 51/9 51/14 52/4
52/8 54/16 55/15 57/7 57/7
58/16 58/21 61/9 63/5 63/8
64/22 65/16 65/19 67/1
67/9 68/25 71/5 71/24 72/9
79/4 79/5 80/9 81/10 81/14
82/20 84/3
Justice [1] 15/18

## K

keep [5] 6/7 27/11 37/3
48/7 66/23
keeps [1] 28/8
KENTUCKY [9] 1/1 2/5 2/7
3/3 3/11 3/17 88/1 88/4
88/12
kept [1] 28/11
kind [4] 11/8 18/24 20/14
58/9
knew [3] 35/13 37/13 66/15
know [56] 5/24 13/13 14/6
20/8 20/20 21/22 23/8
23/11 25/21 26/3 28/12
29/21 30/7 30/8 30/9 30/11
38/1 38/2 38/4 38/5 38/5
38/6 39/21 40/1 40/10
41/17 43/2 43/3 43/13
45/23 46/1 48/6 50/6 50/14
50/16 54/14 64/2 73/9
74/14 74/16 74/22 74/24
75/4 75/5 77/1 78/12 79/13
80/8 80/12 80/17 81/10
81/11 82/16 82/17 83/4
83/5
knowledge [1] 41/12
KRS [1] 89/9

## L

lanes [1] 46/20
Langen [2] 3/9 89/1
Large [2] 2/5 88/5
last [4] 13/3 20/24 52/24
86/22
later [1] 39/10
law [8] 2/6 3/2 3/10 5/25
47/18 61/5 61/13 61/14
laying [1] 28/1
least [2] 48/4 49/1
leave [1] 51/23
leaving [3] 41/9 43/1 82/25
left [1] 37/4
legal [2] 3/15 6/1
length [4] 52/2 56/1 56/14
56/14
less [2] 38/3 71/11
let [6] 13/5 14/15 64/4
78/2 79/12 82/16
let's [16] 14/24 28/4 28/6
28/16 35/8 38/12 38/12
46/16 46/16 46/16 46/19
66/23 66/25 67/6 73/7
78/22
license [6] 23/20 23/22 24/2
24/4 24/11 24/21
lieutenant [3] 40/15 40/16
80/16
Lieutenant Mangus [1]
40/15
life [1] 83/17
lights [2] 23/3 23/7
like [36] 5/13 13/22 15/16
17/18 20/10 21/8 27/6
32/24 34/20 37/20 42/24
48/2 48/11 49/4 51/9 51/14
52/14 54/13 59/5 59/10
60/11 60/19 70/23 70/24
71/2 71/8 72/6 72/20 73/10
73/12 73/23 77/11 77/15
77/23 81/8 82/22
likely [2] 41/1 42/19
listed [2] 60/11 81/8
lists [1] 80/2
literally [1] 70/13
litigation [2] 89/13 89/14
little [14] 14/24 19/16 23/9
23/10 38/6 50/19 62/8 64/4
65/14 66/10 69/3 75/8
76/23 77/9
location [2] 23/7 23/12
long [6] 8/7 9/16 13/22 15/8
60/21 84/20
longer [1] 52/6
look [15] 18/23 54/13 55/1
56/14 71/8 72/7 72/8 72/20
73/10 73/23 78/1 79/12
81/8 81/11 85/9
looking [2] 71/7 82/12
looks [4] 70/23 70/24 71/2
73/12
Losartan [1] 38/10
lost [1] 79/5
lot [3] 38/20 57/10 85/10
lunch [12] 47/23 49/9 49/10
49/12 49/14 49/20 49/22

## M

ma'am [6] 14/16 18/4 37/18
40/19 42/8 64/12
made [3] 29/3 62/5 74/10
Madison [1] 8/13
Main [1] 3/18
make [11] 5/21 14/11 19/19
23/13 23/15 35/9 45/22
49/16 52/17 75/21 86/12
makes [2] 21/25 71/8
making [2] 52/19 87/4
man [2] 35/6 38/13
Mando [2] 2/6 6/17
Mangus [2] 40/15 40/17
manner [2] 21/8 21/11
many [5] 10/6 20/7 21/17
21/22 54/14
March [4] 1/13 2/7 55/20
55/24
March 11th [2] 55/20 55/24
Marine [4] 8/16 8/18 8/21
13/12
MARIO [4] 1/6 3/5 7/16
88/8
mark [7] 59/6 59/10 62/24
63/4 63/7 72/11 72/14
marked [1] 59/17
MARKS [5] 59/12 63/1
72/16 77/17 79/8
Martin [4] 28/9 79/16 79/17
79/19
Martin's [4] 4/17 79/8 81/2
81/7
matter [1] 61/17
may [2] 17/13 21/12
maybe [2] 27/4 75/15
me [47] 5/19 7/23 12/3 12/4
12/25 13/3 13/10 13/12
13/15 16/25 17/11 19/6
21/23 24/8 26/6 26/8 26/12
27/19 30/16 34/25 35/19
38/4 43/13 45/24 46/14
47/16 52/19 52/21 55/19
56/11 57/22 58/3 61/8 64/4
64/12 67/2 67/7 69/17 72/9
75/7 78/2 78/25 79/13
81/11 82/16 88/6 88/14
mean [4] 42/22 47/2 57/9
82/21
Meaning [1] 15/12
Meaning use [1] 15/12
means [2] 9/3 9/4
medical [5] 40/8 40/22 41/1
41/5 75/19
medication [1] 6/3
meeting [2] 11/23 12/12
meetings [1] 11/20
mentioned [1] 82/20
met [1] 6/15
middle [1] 83/19
might [4] 30/16 54/15 54/18
75/8
million [2] 42/23 43/14
minute [6] 49/9 49/12 49/14
52/10 52/11 52/15
minutes [5] 48/4 50/17
50/18 63/8 86/11

## N

Nader [10] 10/25 11/4 11/6
11/13 11/20 12/16 26/5
49/6 87/1 87/4
name [5] 11/1 12/8 26/24
26/25 27/2
names [1] 80/15
narcotics [1] 47/5
narrative [1] 28/13 28/14

mis [1] 69/13
miscommunication [1]
56/24
miss [1] 86/13
misunderstanding [3] 55/3
55/9 55/16
Monday [2] 1/13 2/7
month [5] 9/18 16/17 21/1
48/25 55/18
months [3] 13/10 15/9
55/18
more [10] 38/3 38/3 44/24
46/17 57/12 71/11 73/22
75/2 81/20 83/18
morning [1] 49/6
most [3] 42/19 42/19 48/2
motioned [2] 30/16 30/23
moving [3] 22/25 46/9
46/18
Mr [1] 5/5
Mr. [6] 27/24 34/20 34/21
34/25 48/19 52/14
Mr. Davis [1] 52/14
Mr. Elsbernd [1] 48/19
Mr. Wynn [4] 27/24 34/20
34/21 34/25
much [2] 11/17 52/6
multi [1] 17/18
multi-question [1] 17/18
multiple [3] 80/11 80/13
80/14
Murphy [55] 4/13 13/6 13/9
13/19 14/8 14/10 26/14
26/16 27/1 27/17 27/19
27/23 28/2 29/3 29/22
29/25 30/1 30/15 30/24
31/20 31/24 34/3 34/8
34/10 34/19 34/22 34/22
34/25 36/5 36/23 38/5
38/18 38/22 58/25 63/1
63/13 66/18 67/19 68/6
68/11 71/19 72/1 72/4 73/2
73/3 76/13 76/13 76/15
76/21 76/23 77/5 78/20
80/2 81/8 82/14
Murphy's [6] 36/16 62/18
62/22 73/15 84/10 84/13
my [47] 5/19 6/7 6/15 6/15
10/8 12/3 20/14 23/12
35/12 37/1 37/1 37/3 37/3
37/4 37/4 37/14 37/14
37/15 37/16 37/17 38/17
39/11 41/12 44/2 45/1
46/25 47/12 47/16 47/16
47/17 49/11 49/14 49/19
54/10 54/21 56/17 75/7
75/9 78/17 80/23 82/18
83/23 86/12 86/22 88/15
89/18 89/19
myself [3] 34/10 49/9 82/4

**N**

Natalie [3]   2/3 88/3 89/22
nature [4]   9/4 11/21 29/19
  47/6
necessarily [2]   45/18 56/21
necessary [2]   16/6 34/18
need [6]   28/3 35/3 35/3
  48/4 61/13 65/13
needed [2]   53/16 53/21
needs [5]   28/4 29/18 40/8
  44/22 51/9
nefarious [1]   55/14
never [12]   23/11 27/10
  32/17 32/19 32/20 33/1
  38/16 38/16 38/17 71/4
  71/9 75/18
new [2]   9/13 9/25
next [2]   21/12 30/22
night [2]   72/21 86/3
nine [1]   13/10
nine months [1]   13/10
no [104]
No. [2]   78/23 88/10
No. 16 [1]   78/23
No.
2:21-CV-00137-DBL-CJS
  [1]   88/10
nobody [3]   19/22 49/21
  52/3
nodding [1]   5/12
Nods [1]   5/22
nor [3]   75/7 89/10 89/10
Nos [1]   4/19
not [108]
Notary [3]   2/4 88/4 89/22
note [2]   4/19 56/7
notes [1]   86/12
nothing [4]   24/12 51/6
  55/14 88/7
notice [10]   1/7 2/9 48/24
  51/15 54/23 55/19 56/2
  56/16 56/20 89/6
notified [1]   15/5
November [1]   15/5
now [16]   9/18 10/19 13/21
  25/9 33/16 36/18 36/18
  44/16 54/24 66/16 69/3
  69/8 69/20 73/7 75/1 88/10
nuanced [1]   44/24
number [2]   6/25 56/19

**O**

oath [1]   45/2
object [1]   44/3
objected [1]   49/22
objecting [2]   49/11 49/18
objection [5]   51/2 58/16
  58/21 59/2 74/21
observation [1]   26/11
observe [1]   23/1
observed [3]   30/1 30/23
  84/15
occupied [1]   29/21
occur [3]   17/12 18/9 33/18
occurred [4]   12/6 26/8
  28/21 33/12
occurrence [1]   84/23
occurring [3]   29/5 39/14
  79/24

October [2]   7/25 15/5
October 31st [1]   7/25
off [23]   13/3 32/19 39/20
  32/21 33/1 33/4 33/5 36/13
  36/15 36/17 37/3 48/9
  57/13 57/14 57/15 59/8
  66/4 66/4 66/6 69/20 82/17
  86/17 86/19
offered [1]   53/17
office [1]   89/20
officer [80]   1/10 2/2 4/16
  4/17 5/1 9/10 11/14 14/20
  16/25 17/2 17/5 17/22
  23/19 24/24 25/10 26/14
  26/16 27/1 27/17 27/19
  27/23 28/2 28/9 29/3 29/22
  29/25 30/1 30/15 31/20
  31/24 34/8 34/10 34/19
  34/22 34/25 36/5 36/16
  36/23 38/5 38/10 38/18
  38/22 40/24 47/19 49/6
  50/1 51/5 55/10 57/4 57/18
  60/23 61/5 61/10 62/10
  62/22 63/13 66/18 68/6
  68/11 71/19 72/1 72/4
  76/13 76/15 76/21 76/23
  77/5 77/17 78/20 79/8
  79/16 79/19 80/2 81/8
  84/10 84/13 85/24 86/23
  87/13 88/5
Officer Elsbernd [1]   23/19
Officer Losartan [1]   38/10
Officer Martin [3]   28/9
  79/16 79/19
Officer Murphy [39]   26/14
  26/16 27/1 27/17 27/19
  27/23 28/2 29/3 29/22
  29/25 30/1 30/15 31/20
  31/24 34/8 34/10 34/19
  34/22 34/25 36/5 36/23
  38/5 38/18 38/22 63/13
  66/18 68/6 68/11 71/19
  72/1 72/4 76/13 76/15
  76/21 76/23 77/5 78/20
  80/2 81/8
Officer Murphy's [5]   36/16
  62/18 62/22 84/10 84/13
Officer Nader [1]   49/6
Officer Ullrich [3]   55/10
  57/4 57/18
officer's [3]   49/13 51/7
  60/14
officers [17]   9/14 10/1 10/6
  25/23 38/15 40/2 57/22
  58/9 58/12 79/16 79/24
  81/9 82/2 82/6 82/14 82/15
  84/15
officers' [1]   82/8
offices [1]   2/5
official [1]   5/24
officially [1]   48/17
often [1]   75/15
Oh [7]   14/16 18/3 21/5 53/3
  68/22 82/10 82/13
okay [136]
on [132]
once [6]   18/22 28/10 31/15
  46/25 47/12 54/16
one [30]   5/20 7/8 10/3 10/4
  10/8 11/22 12/11 26/3

26/23 28/9 34/7 38/7 38/8
  39/9 39/9 39/11 44/22
  62/23 72/9 76/18 77/16
  78/17 78/22 80/10 80/15
  81/5 81/20 82/10 83/1 83/4
ones [1]   22/1
only [8]   5/20 10/3 10/3
  11/22 31/24 51/20 51/21
  80/2
onto [1]   82/12
open [1]   36/14
operated [1]   89/16
opposing [1]   4/20
optional [1]   19/15
or [53]   5/12 5/12 6/1 6/3
  11/20 15/6 15/18 15/19
  18/12 18/12 19/13 19/15
  20/2 20/9 20/16 21/14
  22/11 22/20 23/10 24/3
  27/5 30/3 32/5 34/6 36/14
  37/21 38/3 41/1 42/11 44/1
  46/25 47/17 51/8 52/10
  52/11 55/18 58/9 61/21
  63/5 64/7 71/11 75/6 75/19
  77/9 80/6 80/11 81/15
  82/23 88/23 89/11 89/12
  89/13 89/16
order [8]   15/17 15/21 15/22
  22/9 22/13 25/22 39/22
  73/15
orders [9]   15/16 17/6 17/10
  17/23 19/8 20/2 20/18
  20/22 87/5
other [14]   2/11 10/10 38/9
  54/21 57/22 79/23 81/5
  81/9 82/2 82/6 82/8 83/9
  89/4 89/11
our [5]   17/16 21/8 50/1 51/4
  57/5
ours [1]   15/18
out [42]   16/20 21/6 21/13
  21/18 21/23 23/5 23/6 23/7
  23/12 27/4 27/7 28/7 31/6
  31/6 31/12 35/6 35/6 35/13
  35/17 44/20 49/24 50/18
  52/7 52/12 53/9 53/11
  53/16 53/20 55/5 64/3 64/4
  64/23 64/24 65/10 65/12
  65/23 67/9 68/20 68/23
  72/22 77/9 80/9
outcome [1]   89/12
over [22]   5/9 11/9 23/2 28/2
  29/7 29/17 37/2 37/2 38/11
  38/13 42/17 42/22 43/5
  46/18 46/18 46/21 46/23
  47/3 50/17 61/23 79/4
  83/19
own [3]   60/25 62/6 62/15
owned [1]   89/16

**P**

p.m [6]   48/10 55/25 57/14
  57/17 86/21 87/13
P.O [1]   3/3
page [6]   4/2 4/11 5/10 78/8
  81/24 81/25
pages [1]   19/13
PAGES...............................
  ...90 [1]   4/7
PAGES...............................
  ...90-101 [1]   4/7

pain [3]   39/8 39/13 78/12
panic [3]   37/9 37/14 37/15
part [4]   25/22 63/12 65/10
  83/5
partner [1]   12/3
party [1]   80/2
pass [1]   79/4
passenger [9]   23/13 23/16
  24/5 43/23 44/8 45/15
  45/15 45/16 46/13
passenger's [2]   29/4 29/20
passengers [8]   24/3 24/6
  24/11 41/14 43/11 43/17
  45/4 47/7
past [3]   7/3 25/17 41/1
pat [1]   28/5
pause [1]   63/24
PDF [1]   17/20
pending [1]   88/10
per [3]   21/17 56/15 70/24
perform [1]   22/22
period [5]   15/19 18/13
  18/14 27/11 42/14
permitted [2]   2/11
person [6]   5/20 19/22 19/23
  25/10 38/17 89/12
personally [2]   20/21 40/9
  83/10
personnel [2]   54/4 54/8
pertains [1]   86/22
physical [2]   33/12 33/17
physically [1]   37/8
picture [2]   33/21 64/4
piggybacked [3]   36/20
  36/23 38/6
Pike [3]   2/6 3/10 3/17
pile [1]   79/6
pin [1]   65/19
place [8]   31/10 31/12 34/6
  34/11 36/8 36/12 68/11
  70/6
placed [6]   32/1 32/5 33/19
  35/24 36/19 71/1
Placing [1]   36/7
plain [1]   47/4
plaintiff [8]   1/6 1/7 2/10 3/5
  51/17 88/8 89/3 89/5
PLAINTIFF'S [7]   4/11 48/24
  59/13 63/2 72/17 77/18
  79/9
planning [2]   56/8 56/12
play [3]   63/22 65/10 66/10
playing [3]   65/4 66/13 66/23
Plays [19]   63/9 63/11 63/23
  64/6 64/13 65/1 65/11
  66/12 66/24 67/8 67/13
  70/11 70/14 71/17 72/19
  73/6 74/2 74/7 75/12
please [4]   5/11 5/18 72/15
  81/23
PLLC [3]   2/6 3/2 3/10
plow [1]   52/8
point [33]   19/1 28/3 28/7
  28/9 28/17 28/23 29/5
  29/22 29/24 30/3 30/4 30/5
  30/14 31/2 31/5 32/5 32/16
  34/7 34/16 35/23 35/24
  37/22 41/24 67/2 67/10
  68/6 71/18 71/22 72/21

**P**

point... [4] 73/13 73/21 73/25 84/21
pointing [1] 44/20
police [24] 7/24 8/2 8/24 9/14 11/13 13/11 14/5 14/13 14/21 14/25 17/7 17/23 23/19 24/18 24/20 24/24 25/4 40/24 53/22 60/20 74/11 74/19 75/25 84/16
policies [4] 14/21 17/10 60/14 87/5
policy [13] 14/5 14/11 14/13 15/17 15/21 18/23 22/13 25/22 26/2 40/1 57/25 58/4 58/6
portion [3] 19/11 19/25 21/21
position [3] 8/23 9/17 10/12
positive [1] 26/23
possession [1] 27/3
possibility [1] 56/22
possible [1] 44/15
Power [2] 13/20 18/1
PowerDMS [16] 17/8 17/16 17/25 18/12 18/7 18/18 18/20 18/21 18/22 19/7 19/11 19/21 20/1 20/25 21/3 21/4
PowerPoint [1] 17/20
practice [3] 25/1 25/2 25/13
preclude [1] 56/22
preparation [1] 6/19
prepare [2] 6/10 6/13
present [5] 6/2 26/7 26/10 40/19 57/19
presently [2] 9/6 10/8
pretty [2] 11/17 64/2
previous [2] 65/17 65/17
previously [3] 8/2 63/16 65/22
principle [1] 52/20
prior [11] 8/1 8/10 8/15 10/9 18/9 18/16 27/6 57/20 74/9 75/20 75/23
probably [9] 13/9 21/1 32/12 44/15 44/22 48/3 60/1 82/10 83/18
problem [2] 51/25 53/2
problems [1] 32/4
procedure [7] 2/12 18/23 23/2 25/22 26/2 40/1 89/7
procedures [4] 16/9 20/22 60/14 87/5
proceeding [1] 6/1
produce [1] 57/6
producing [1] 56/9
professional [2] 2/4 61/4
program [3] 9/15 17/9 25/4
proper [2] 16/4 75/21
properly [1] 15/25
proves [1] 69/17
provide [1] 44/1
provided [6] 48/24 49/1 56/2 59/25 62/23 72/13
Public [2] 2/4 88/4
pull [5] 42/17 43/5 46/21 46/23 47/3

pulled [3] 28/8 42/22 65/23
pulling [4] 23/2 46/7 46/10 61/23
punch [2] 72/1 85/24
punched [4] 38/4 38/5 86/3 86/8
punches [2] 37/21 38/2
punching [1] 74/4
purpose [1] 9/24
purposes [7] 2/10 2/11 59/13 63/3 72/18 77/19 79/10
pursuant [4] 2/9 89/6 89/6 89/9
put [40] 27/5 27/8 27/9 31/9 32/15 32/18 33/5 33/7 33/10 33/13 34/3 34/17 54/20 63/13 63/19 65/15 65/23 65/24 66/18 67/2 67/10 67/11 67/19 67/22 69/2 69/21 69/22 69/23 70/2 70/25 71/4 71/13 72/5 73/10 73/12 75/3 75/6 75/6 75/16 79/6
puts [2] 27/5 66/6
putting [7] 64/15 65/8 68/14 68/16 68/19 73/15 75/16

**Q**

quarterly [1] 21/14
question [25] 5/12 5/17 5/19 11/8 14/15 17/18 18/6 19/3 20/16 21/19 39/24 40/9 43/16 44/2 44/13 44/16 44/19 44/24 45/1 46/6 52/5 65/3 81/23 85/22 86/22
questions [9] 5/24 6/8 7/18 7/20 20/6 20/8 40/8 87/9 87/10
quick [2] 47/22 72/8
quickly [3] 27/1 47/24 48/1
quit [1] 71/19

**R**

radio [3] 37/14 37/16 37/17
Ralph [2] 86/25 87/3
ran [2] 29/7 83/19
reach [7] 36/25 37/3 83/21 84/1 84/7 84/10 84/12
read [1] 61/8
reading [1] 88/23
real [3] 9/14 12/12 27/2
realize [1] 56/5
rear [4] 26/23 29/20 34/21 45/16
reason [4] 23/21 28/12 28/18 42/21
reasonable [2] 50/16 52/8
recall [17] 11/25 19/7 22/8 22/11 22/16 22/19 26/12 31/8 32/1 37/21 38/14 39/16 41/7 58/3 65/18 71/25 78/14
receive [2] 12/16 39/6 40/22
receiving [1] 60/3
recollection [2] 20/17 71/23
record [7] 5/21 7/15 45/1 48/9 48/10 48/17 49/17

501 [3] 50/23 50/25 51/1
51/15 54/20 55/6 55/7
55/17 57/13 57/14 57/15
57/16 58/17 59/8 61/1
86/17 86/19 86/20 88/16
recruits [1] 9/13
reduced [1] 88/14
refer [3] 7/4 45/25 46/4
referring [3] 45/20 46/3 81/25
refusing [1] 57/6
regard [1] 39/22
regards [1] 15/11
Registered [1] 2/3
registration [3] 23/20 23/23 24/3
regular [1] 75/15
related [1] 89/10
relationship [1] 89/11
relevance [3] 58/16 58/22 59/2
remainder [1] 40/7
remember [30] 11/1 18/12 18/25 20/7 22/21 29/1 30/20 34/5 36/14 36/21 36/25 39/7 39/12 40/21 41/14 57/22 59/24 60/3 60/5 72/4 77/21 78/13 79/19 79/22 79/25 80/21 82/22 83/7 85/10 85/12
remembers [1] 81/16
reminder [1] 20/11
Repeat [3] 61/24 81/20 86/5
rephrase [1] 13/15
report [24] 4/16 4/18 6/23 6/24 6/25 75/25 76/10 76/12 76/14 76/15 76/16 76/19 77/18 78/3 78/5 78/8 78/16 78/20 79/9 80/1 81/8 85/8 85/12 85/16
reported [1] 77/21
reporter [10] 2/4 5/11 5/14 5/18 49/10 59/12 63/1 72/16 77/17 77/9 79/8
REPORTER'S [1] 4/19
Reporting [2] 79/16 89/15
reports [3] 53/22 54/2 54/8
represented [2] 88/25 89/3
requested [1] 88/19
require [2] 9/11 20/1
required [5] 5/25 19/7 19/10 19/14 20/17
resisted [2] 27/18 27/21
respective [1] 89/13
respond [1] 29/8
responded [2] 29/14
responding [1] 6/7
response [1] 29/18
responsibilities [1] 61/4
responsibility [1] 61/21
rest [1] 79/23
restrained [6] 28/1 28/10 36/5 37/11 37/20 38/11
restraining [2] 16/1 27/24
restraint [3] 16/4 16/5 38/8
restraints [7] 34/12 36/8 36/12 67/15 67/16 68/12 75/16
result [2] 74/19 83/14

Revert [1] 23/6
review [20] 6/22 6/22 7/1 19/7 19/9 19/14 19/17 19/17 20/9 20/17 20/25 21/2 21/15 60/8 78/19 79/13 85/7 86/1 86/6 86/12
reviewed [7] 19/20 20/2 20/20 20/21 60/19 60/20 85/8
reviewing [2] 20/10 60/5
ridiculous [1] 54/19
right [37] 6/16 6/19 9/18 14/17 27/21 30/14 32/14 34/19 34/22 34/23 34/24 36/13 36/15 36/18 37/7 38/11 42/24 43/8 53/18 57/20 60/10 63/10 64/1 65/6 65/10 69/10 69/11 69/15 70/21 72/7 74/9 78/12 82/4 82/8 83/1 86/10 87/8
role [1] 8/20
roll [1] 38/12
roof [9] 27/6 27/8 32/22 33/2 33/4 33/5 33/22 66/5 66/6
room [1] 57/19
roughly [2] 27/20 32/7
RPR [1] 89/22
rules [3] 2/11 5/10 89/6
running [1] 30/3

**S**

said [20] 2/8 25/16 28/2 34/3 34/5 38/12 43/16 46/7 52/4 55/2 72/6 83/25 84/3 85/8 88/17 88/18 88/19 88/21 89/2 89/4
sake [1] 5/11
same [8] 5/10 13/2 22/4 29/5 59/14 77/19 79/10 84/2
sanction [1] 53/17
sanctions [1] 53/23
saw [5] 13/10 30/1 38/16 38/17 64/22
say [17] 6/16 11/15 22/3 26/1 46/19 55/1 56/10 61/9 62/14 66/18 67/10 67/19 71/19 71/25 74/4 76/25 77/8
saying [14] 18/1 18/11 26/4 30/17 37/19 44/17 44/19 45/21 54/24 58/21 61/12 69/4 71/12 75/22
says [7] 26/1 78/8 78/12 81/15 81/17 81/18 82/2
scene [7] 28/24 40/6 40/11 77/25 78/18 79/20 82/23
schedule [2] 49/13 51/7
scheduled [2] 50/4 50/9
school [1] 9/23
screen [2] 63/25 64/1
seal [1] 89/20
search [1] 28/5
searches [4] 58/8 58/12 58/15 58/24
seat [5] 41/15 45/14 46/10 46/13 46/19
second [4] 10/8 13/21

**S**

second... [2] 30/24 72/9
seconds [4] 32/7 32/8 32/9 73/19
see [25] 10/25 23/10 32/12 38/25 40/8 47/4 60/10 60/17 65/6 66/9 66/16 66/20 67/5 70/12 70/15 70/16 72/24 73/3 73/19 78/7 81/12 82/16 84/9 84/12 85/16
seeing [6] 39/7 39/16 40/22 79/19 83/7 85/13
seek [1] 61/18
seem [1] 76/23
seemed [1] 77/8
seen [7] 14/4 14/10 62/9 62/14 69/20 85/4 85/24
sends [1] 21/23
sent [5] 16/20 21/6 21/18 54/23 55/19
sergeant [19] 29/1 29/4 29/8 29/10 29/17 29/18 40/14 40/15 41/4 77/24 80/6 80/6 80/11 80/17 80/19 80/24 80/25 81/3 82/5
Sergeant Cook [5] 29/1 29/4 29/10 29/17 40/15
Sergeant Griswold [6] 40/14 80/19 80/24 80/25 81/3 82/5
sergeants [5] 39/11 78/18 80/11 80/13 80/14
services [2] 10/13 89/17
set [2] 51/16 89/19
seven [4] 10/20 10/21 51/18 52/2
seven hours [1] 51/18 52/2
Seventeen [2] 78/24 78/25
several [1] 40/12
shaken [3] 76/23 77/9 77/12
she [5] 5/19 48/12 48/12 48/15 48/15
Sheree [2] 3/15 89/1
sheree.weichold [1] 3/19
shift [6] 13/16 13/19 13/21 50/2 51/12 89/16
shoot [1] 12/3
shot [4] 12/3 12/4 70/24 71/7
should [1] 16/11
shoulder [8] 74/18 74/21 75/1 75/4 75/6 75/7 78/11 78/12
shouldn't [1] 16/12
showed [2] 38/10 77/24
sic [1] 49/23
side [16] 23/14 23/16 27/10 29/4 29/20 31/3 33/24 33/25 34/1 37/4 45/15 70/2 70/3 70/9 71/11 71/13
sides [12] 33/14 33/23 35/25 36/2 36/3 64/16 64/17 64/18 65/16 67/11 67/12 68/3
signal [3] 41/9 42/25 46/20
signature [1] 88/23

**S**

signed [1] 88/20
simple [2] 95/9 55/15
simply [1] 51/3
since [3] 13/22 25/9 48/12
sir [91]
siren [1] 23/9
situation [7] 44/10 45/19 45/21 46/1 46/3 46/5 49/24
six [2] 13/4 15/9
Six months [1] 15/9
six years [1] 13/4
sixth [1] 16/17
sleep [2] 48/5 51/11
slept [1] 50/13
slow [1] 67/1
so [133]
Solicitor [1] 3/16
some [5] 9/4 19/1 20/2 33/11 42/10
somebody [5] 28/12 29/6 29/6 29/19 75/6
somebody's [1] 75/4
someone [3] 46/21 46/23 75/1
something [3] 69/7 75/20 83/23
sometimes [9] 25/18 25/19 43/17 43/19 45/3 45/4 47/6 57/1 66/14
soon [3] 37/8 64/22 64/24
sorry [13] 8/5 14/16 22/3 23/5 23/15 26/20 53/13 64/10 77/3 77/10 81/20 82/25 86/5
sound [1] 65/13
sounds [1] 52/14
source [1] 58/9
speaking [3] 5/20 7/6 26/13
special [1] 10/10
specialist [3] 8/25 9/1 9/4
specialty [1] 10/12
specific [4] 17/23 44/5 45/25 58/15
specifically [5] 15/15 44/18 46/8 58/1 61/6
stamp [1] 71/3
stand [1] 38/13
standing [1] 34/14
start [11] 5/11 15/13 25/1 25/13 50/5 50/10 51/16 57/20 62/22 63/6 63/8
started [10] 7/23 10/23 15/5 25/2 25/3 25/5 37/8 48/20 54/10 71/24
State [2] 2/5 87/17 88/4
stated [3] 39/23 45/2 78/10
states [8] 1/1 8/16 8/17 8/21 13/11 24/12 88/11 89/8
stating [4] 20/4 49/13 61/19 79/15
stenotype [1] 88/14
step [5] 31/6 34/17 34/18 35/23 72/22
sticker [1] 59/7
still [5] 13/20 18/20 34/13 36/14 55/5
stint [2] 17/21 24/24
stop [25] 16/9 16/12 20/21 22/25 23/4 23/7 23/10

**S**

24/10 26/8 26/17 26/21 28/17 28/18 28/24 29/3 41/23 42/18 43/6 43/8 43/22 45/2 45/23 62/3 73/7 74/4
stopped [2] 23/13 23/21
stopping [1] 62/2
stops [2] 22/22 43/20
street [9] 2/6 3/10 3/17 18/14 29/7 45/22 76/2 76/3 83/20
strike [4] 38/15 38/16 38/17 38/23
struck [2] 72/1 83/10
stuff [1] 13/12
submit [1] 19/24
submitted [1] 88/22
suffered [1] 27/23
supervising [3] 80/10 80/11 80/18
supervision [3] 12/15 86/23 86/25
supervisor [6] 40/5 40/6 40/10 61/18 77/24 81/4
supervisor's [1] 40/7
supervisors [4] 40/13 61/15 61/21 61/25
supplied [1] 4/20
supposed [6] 40/2 54/22 55/11 55/23 61/18 62/1
sure [9] 5/21 18/25 19/19 39/24 60/20 81/22 86/12 86/14 87/4
suspect [1] 44/7
suspicion [3] 42/10 42/18 43/23
sustain [1] 83/13
sustained [2] 39/22 40/3
sworn [5] 5/2 88/6

**T**

tag [2] 23/5 23/6
take [18] 5/14 5/17 14/10 27/9 32/19 32/20 32/21 33/1 33/5 47/21 49/4 52/6 53/14 56/17 65/3 72/8 78/1 79/12
taken [9] 1/6 2/3 2/9 13/25 14/8 27/22 75/8 88/13 89/5
takes [2] 66/4 66/6
taking [8] 41/25 42/1 48/18 49/22 52/1 52/9 87/12 89/2
talk [5] 14/24 15/14 28/6 35/19 77/5
talked [1] 78/18
talking [12] 15/15 15/20 35/22 44/16 46/10 61/15 61/2 61/6 65/7 69/9 74/25 76/2
taser [6] 37/1 37/1 37/3 37/3 84/7 84/13
task [3] 19/24 21/8 21/12
tasks [1] 21/16
taught [4] 16/3 24/18 24/20 75/18
teach [4] 9/13 15/25 16/8 16/11
tell [10] 7/23 12/25 17/11 26/11 46/2 63/20 64/7

**T**

64/20 67/2 75/7
telling [4] 33/12 44/12 44/14 58/20
ten [1] 49/1
tense [1] 75/15
tensing [3] 67/15 68/10 71/19
term [2] 15/14 15/15
test [4] 17/18 19/21 19/24 20/3
testified [1] 5/2
testify [2] 80/7 88/7
testifying [1] 88/20
testimony [5] 33/3 65/17 65/22 88/17 89/19
tests [3] 18/24 21/9 21/9
than [3] 35/9 57/12 83/20
Thank [4] 8/19 23/17 28/16 51/24
Thanks [2] 40/18 79/7
that [294]
that's [43] 11/17 13/25 14/8 17/8 18/11 18/24 20/14 20/14 21/8 27/18 27/22 28/12 28/13 36/20 40/5 41/13 42/16 43/12 44/2 45/5 45/19 46/2 47/15 50/3 50/11 50/21 51/13 52/2 52/13 57/25 59/9 61/19 64/7 64/9 64/12 66/2 67/7 67/14 69/3 71/3 71/14 83/25 84/2
their [17] 23/9 25/23 41/8 43/17 45/16 47/6 47/9 47/11 47/17 49/18 61/22 75/3 75/3 75/6 75/7 89/1 89/13
them [29] 13/14 20/2 21/7 21/7 21/23 21/24 23/14 23/18 27/9 27/9 27/10 33/13 41/25 42/1 44/1 46/24 46/24 47/3 54/12 54/15 66/7 70/2 70/6 73/11 73/12 75/3 75/21 81/11 85/13
themselves [1] 45/11
then [28] 16/20 19/22 19/25 23/21 30/22 30/24 32/14 33/3 33/22 34/3 34/8 54/20 67/3 65/24 66/2 67/19 67/22 68/6 69/2 69/2 69/22 69/25 71/1 73/18 81/2 81/7 86/15 86/17
there [60] 11/18 11/22 19/9 19/11 19/17 20/7 20/15 21/14 21/21 21/21 22/8 22/12 23/21 27/3 27/21 28/20 29/2 29/2 29/16 29/18 32/4 32/14 32/17 35/2 36/15 40/12 40/20 40/25 41/7 41/11 42/9 43/7 43/13 46/17 55/15 60/13 61/16 65/6 69/2 69/11 70/12 70/15 70/16 70/23 73/7 73/20 75/23 78/10 78/11 80/10 81/15 82/21 83/1 83/2 83/2 83/4 83/4 83/18 89/4
there's [22] 18/16 19/21 20/6 20/8 21/17 24/12 29/1

**T**

there's... [15]  29/21 38/20 40/14 43/13 46/8 47/4 51/2 55/14 56/23 57/10 69/11 82/11 82/18 82/18 85/10
THEREUPON [1]  87/12
these [5]  18/24 20/9 48/25 49/3 82/14
they [28]  10/2 15/25 16/2 16/3 16/8 16/11 20/12 21/13 21/13 23/7 23/10 23/12 24/8 24/9 40/19 44/1 45/17 49/4 53/10 56/11 60/11 68/3 74/5 75/14 75/19 75/20 82/21 85/16
they're [5]  23/11 54/24 56/8 75/16 82/20
thing [3]  29/25 30/22 84/2
things [8]  18/16 18/21 19/6 20/11 21/6 42/23 43/14 83/9
think [26]  15/6 18/5 26/24 27/3 28/9 30/3 30/16 34/7 35/5 35/8 37/7 42/25 44/4 47/20 48/3 50/21 54/11 59/5 59/6 64/3 68/13 68/13 68/18 79/13 84/4 86/10
third [3]  29/7 50/2 51/12
this [72]  5/24 6/1 6/20 9/22 20/15 23/20 28/2 28/7 29/5 30/17 31/2 32/5 34/13 35/9 35/9 35/13 35/15 35/21 35/21 42/24 44/5 45/1 49/6 49/15 51/10 52/7 52/18 52/19 54/19 55/21 59/3 59/4 59/25 60/1 60/18 61/9 62/23 62/24 63/5 63/12 63/16 63/25 63/25 64/20 66/15 66/17 66/25 66/25 67/1 70/12 70/13 71/3 71/12 71/13 72/12 72/12 72/14 72/20 72/24 72/25 72/25 74/9 77/15 78/1 78/22 79/24 81/24 82/24 86/4 89/12 89/14 89/20
those [11]  10/9 12/25 13/8 21/11 22/6 31/19 40/13 42/13 45/6 82/10 85/10
though [7]  10/3 11/4 47/25 68/11 83/5 83/6 84/3
thought [4]  55/10 57/24 57/25 68/16
threatened [1]  53/22
three [5]  10/4 32/7 32/8 32/9 86/11
three minutes [1]  86/11
three seconds [3]  32/7 32/8 32/9
three weeks [1]  10/4
threw [2]  38/2 72/1
through [12]  9/20 9/21 11/16 12/3 12/4 15/11 17/9 17/25 18/23 52/9 61/14 81/11
throughout [1]  22/7
throwing [1]  37/20
till [1]  52/1
time [52]  1/14 5/14 5/20

9/22 10/3 10/4 11/22 12/11 12/14 12/22 13/2 13/24 13/24 16/21 17/1 17/3 17/7 17/21 20/24 21/15 24/10 27/18 29/5 30/25 31/21 34/3 34/11 35/1 36/4 38/9 40/24 42/14 42/20 43/22 52/24 56/1 56/14 57/16 60/18 60/21 68/14 68/15 68/18 71/3 75/8 80/10 81/21 84/23 85/23 86/18 86/20 86/23
timely [1]  21/8 21/11
times [44]  54/8 54/12 54/15 54/19
title [1]  8/23
today [6]  6/4 6/11 55/13 56/9 57/4 57/6
told [13]  26/4 27/10 27/16 28/1 32/24 33/1 33/5 47/14 47/16 50/11 56/11 70/25 77/23
tonight [1]  51/12
Tony [3]  26/24 26/25 26/25
too [4]  27/4 33/25 48/13 54/21
took [5]  11/9 27/9 29/17 33/4 85/9
top [16]  31/9 31/10 31/12 32/2 32/6 32/9 35/2 35/4 36/24 63/14 63/20 63/25 65/24 67/14 69/22 82/17
torso [1]  36/25
toward [7]  33/13 33/23 36/24 36/24 36/24 64/17 67/11
towards [10]  27/15 33/7 33/11 33/22 33/24 33/25 34/1 64/18 64/18 67/12
traffic [17]  16/9 16/12 20/21 22/22 22/25 23/25 26/16 26/21 41/23 42/18 43/6 43/8 43/20 43/22 45/22 46/8 62/3
train [1]  75/14
trained [5]  9/25 10/7 17/22 24/14 75/14
training [13]  9/10 9/19 9/22 9/23 9/25 14/25 15/11 16/18 16/25 17/2 17/5 17/12 17/22
transcript [1]  88/16
transcription [1]  88/15
treated [1]  83/8
triangle [1]  34/21
tried [5]  27/16 30/6 36/4 36/12 38/15
true [2]  52/23 88/16
truth [3]  88/7 88/7 88/8
truthfully [1]  6/1
try [3]  12/9 23/9 52/7
trying [23]  28/11 33/20 34/11 35/19 36/15 36/16 36/25 37/2 38/9 45/23 49/23 50/14 50/15 52/4 52/13 55/12 57/3 65/16 65/18 67/9 68/14 68/25 80/9
turn [2]  23/3 41/9
turned [1]  70/23

tussle [1]  69/3
Twelfth [1]  76/3
two [5]  8/9 36/11 51/23 55/18 69/14
two days [1]  8/9
two hours [2]  51/23 69/14
two months [1]  55/18
type [2]  12/16 17/18 33/11 42/10 58/8 78/8
typewritten [1]  88/16
typical [1]  23/1
typically [1]  41/5

**U**

Uh [21]  8/14 11/12 12/7 16/19 18/19 19/2 20/13 21/20 22/5 31/17 32/25 33/15 35/14 35/16 35/20 37/6 37/10 43/18 84/22 84/24 86/16
Uh-huh [21]  8/14 11/12 12/7 16/19 18/19 19/2 20/13 21/20 22/5 31/17 32/25 33/15 35/14 35/16 35/20 37/6 37/10 43/18 84/22 84/24 86/16
Ullrich [11]  12/23 13/2 13/16 13/25 14/4 55/10 55/23 56/8 57/4 57/18 58/15
Ultimately [1]  87/7
unable [1]  34/9
unaware [1]  75/23
unclear [4]  44/21 53/7 61/17 67/7
under [12]  6/2 6/6 11/5 11/6 12/15 28/5 37/12 45/2 60/23 61/10 86/25 88/15
undersigned [1]  88/3
understand [4]  39/24 42/2 60/22 68/14
understanding [4]  41/21 61/10 86/24 87/3
unethical [1]  57/21
uniform [1]  18/13
unintelligible [6]  13/3 14/14 31/13 48/8 66/14 67/16
UNITED [7]  1/1 8/15 8/17 8/20 13/11 88/10 89/8
unreasonable [2]  49/16 50/22 57/1
until [1]  11/6
up [25]  18/21 19/6 27/6 27/8 27/25 28/2 28/4 36/24 38/10 38/12 38/12 38/13 44/1 52/1 64/4 67/6 67/15 68/10 71/19 75/15 76/23 77/9 77/12 77/24 86/15
update [3]  22/12 22/17 22/19
updates [1]  22/9
uphold [1]  61/12
upon [5]  19/17 21/22 21/23 38/17 38/17
us [9]  19/23 21/7 21/13 21/18 37/9 56/15 56/20 60/4 71/24
use [35]  4/16 4/17 6/24 15/11 15/12 15/14 15/17 15/20 15/21 15/25 16/6

17/10 19/12 19/13 19/20 22/9 22/13 48/8 73/14 76/10 76/16 76/17 76/20 77/17 78/3 78/4 78/7 78/19 79/8 79/15 80/1 81/2 81/7 83/14 84/16
used [1]  15/16
usually [1]  75/20

**V**

vantage [3]  72/20 73/13 73/21
vehicle [44]  23/2 23/12 24/7 24/10 24/21 25/11 25/15 27/4 27/7 27/8 28/17 28/20 30/24 31/3 31/6 31/9 31/9 31/11 31/12 31/13 31/16 32/2 32/6 32/9 32/19 32/20 32/21 35/2 35/4 41/14 41/24 42/17 42/22 43/5 43/7 45/3 46/18 61/22 62/2 63/20 68/21 68/23 69/23 72/22
verbal [1]  35/6
verbalize [1]  75/20
verbalized [2]  35/8 69/8
verbatim [1]  32/9
very [7]  12/14 13/20 13/21 27/1 28/13 43/12 57/5
video [41]  4/19 62/8 62/9 62/10 62/14 62/15 62/20 62/23 63/5 63/7 63/9 63/11 63/23 64/6 64/13 64/20 65/1 65/4 65/11 65/12 66/10 66/12 66/13 66/24 67/8 67/13 69/4 69/7 69/9 69/16 70/11 70/14 71/17 72/8 72/12 72/13 72/19 73/6 74/2 74/7 75/12
videos [1]  32/12
view [1]  47/5
violate [2]  14/21 57/25
violated [1]  58/4
violating [1]  58/5
violation [12]  23/1 23/25 42/11 42/14 45/15 45/17 46/9 46/9 46/10 46/13 46/19 46/19
violations [2]  14/5 14/11
voice [1]  74/8
vouch [1]  76/21

**W**

Waffle [2]  29/7 29/15
waistband [23]  27/12 27/15 27/16 33/8 33/11 33/14 33/22 33/25 34/8 36/1 36/3 64/15 64/16 65/8 65/25 66/7 67/10 68/2 68/16 68/19 68/22 69/2 69/21
wait [1]  23/4
walking [2]  11/16 55/5
wall [2]  12/3 12/4
want [18]  27/5 33/17 33/18 35/21 36/19 37/20 44/1 48/7 49/16 54/20 55/17 55/17 56/7 61/8 62/8 65/19 79/5 81/11
wanted [5]  27/9 48/12

**W**

wanted... [3] 48/15 53/1 53/12
wanting [3] 28/8 37/8 37/11
warrant [2] 27/2 37/13
warrantless [2] 58/12 58/15
was [176]
wasn't [3] 41/11 55/1 68/9
watch [2] 62/8 69/7
watched [3] 32/13 62/15 62/18
watching [3] 29/20 29/23 69/9
way [7] 5/21 35/12 35/15 35/21 57/7 57/12 70/23
we [69] 5/14 5/21 6/2 6/16 7/19 17/9 17/9 18/16 18/20 18/21 18/22 18/22 19/22 19/22 19/23 19/24 21/6 21/7 21/7 21/9 21/12 24/18 24/18 27/25 28/6 29/5 37/13 37/13 38/10 45/14 47/20 47/22 47/24 48/18 49/23 50/1 51/3 51/25 52/4 52/12 53/9 54/9 55/1 55/2 55/2 55/10 55/12 56/10 57/3 57/4 57/5 57/9 57/13 57/21 59/4 59/6 64/22 66/9 66/9 66/15 67/14 72/14 72/15 73/18 75/20 79/4 82/15 86/15 89/16
we'll [3] 52/16 62/22 63/8
we're [19] 5/10 19/25 28/3 33/16 45/20 48/17 50/14 50/15 50/16 52/13 55/5 55/6 59/5 63/6 66/17 67/1 69/8 72/7 72/8
we've [1] 18/23
weapon [4] 27/11 27/12 27/13 27/14
wearing [1] 41/15
Wednesday [1] 55/12
week [1] 9/15
weeks [1] 10/4
Weichold [2] 3/15 89/2
well [17] 13/15 15/14 23/3 24/11 28/7 33/13 36/2 44/12 47/4 48/14 51/21 63/6 64/3 77/24 78/22 80/6 84/2
went [7] 17/14 27/19 33/22 36/13 36/15 38/3 77/24
were [41] 8/7 8/7 11/5 11/5 11/13 11/19 14/22 15/24 17/22 19/7 22/8 24/14 24/18 24/20 26/7 28/17 33/21 35/4 40/13 40/19 41/14 49/23 51/3 52/4 53/10 57/21 59/24 62/1 65/7 67/14 74/10 75/22 75/22 80/11 82/6 82/14 83/10 86/25 87/6 88/25 89/4
weren't [3] 56/5 74/17 82/21
what [90]
what's [1] 80/23
whatever [4] 19/13 20/3 21/12 42/21
whatsoever [1] 89/14

Wheeler [8] 7/7 7/11 7/12 26/7 26/9 27/21 45/25 83/1
when [77] 6/16 7/4 7/23 10/23 11/9 12/2 12/6 13/20 15/3 15/14 16/1 17/11 17/11 20/24 21/13 21/15 21/23 22/16 22/16 23/2 23/18 24/16 25/1 25/13 26/7 27/7 27/9 27/18 27/22 28/20 30/1 30/10 32/5 33/10 33/11 33/13 34/17 35/24 36/11 37/19 39/23 40/2 40/24 41/1 41/9 42/17 42/25 43/5 45/7 45/8 46/5 46/8 47/3 50/4 50/11 53/16 53/17 55/3 56/24 59/24 61/23 62/2 62/14 64/21 65/12 66/2 67/14 68/10 68/20 68/22 69/6 72/21 75/13 75/13 75/16 79/22 79/25
where [16] 8/2 8/10 23/12 27/11 35/13 37/3 59/4 60/11 63/12 65/15 66/9 66/15 68/15 78/8 82/2 85/16
Where's [1] 81/5
WHEREOF [1] 89/19
whether [4] 18/12 23/11 44/1 62/1
which [3] 22/1 40/13 54/9
while [13] 11/13 12/15 14/21 15/24 25/2 25/3 28/10 34/13 39/13 55/5 55/6 65/3 66/13
white [2] 70/20 70/21
who [11] 10/23 26/4 29/9 31/19 40/16 45/9 72/25 78/4 80/17 83/3 83/5
whole [4] 46/25 63/4 63/7 88/7
whose [2] 70/17 70/19
why [7] 21/2 47/9 76/12 76/25 77/8 77/11 77/11
will [2] 7/18 57/5
Williams [2] 12/9 12/11
willingly [1] 24/9
within [3] 10/10 23/8 41/23
without [3] 16/22 33/4 49/19
witness [13] 1/9 5/1 38/22 49/25 52/7 54/21 54/23 54/25 56/25 74/3 88/17 88/20 88/22
witnessed [9] 14/20 57/21 58/4 58/5 58/7 58/8 58/11 58/14 58/24
won't [1] 47/7
work [7] 8/2 8/11 28/7 49/24 51/12 52/11 52/12
worked [6] 8/3 8/12 13/14 13/15 13/18 13/22
working [1] 50/2
worn [7] 4/13 4/14 7/1 62/10 62/23 63/1 72/16
worried [1] 83/19
worse [1] 35/9
would [18] 6/4 6/7 17/13 18/17 39/10 41/4 45/17 47/9 48/11 49/4 49/24

51/14 52/11 59/10 75/2 77/11 78/17 79/10
wrap [1] 86/15
write [1] 75/25
writing [1] 88/19
wrong [2] 69/14 69/16
wrote [2] 76/8 76/9
WYNN [51] 1/6 3/5 7/16 26/24 26/25 26/25 27/2 27/24 31/2 31/5 31/8 31/22 32/1 33/4 34/20 34/21 34/25 38/14 38/23 39/1 39/4 39/17 40/22 63/13 63/19 69/21 72/2 72/5 72/21 73/3 74/10 74/18 75/23 76/18 76/18 76/20 77/21 78/11 83/8 83/11 83/21 84/1 84/6 84/9 84/12 85/14 85/18 85/21 86/3 86/7 88/8
Wynn's [3] 66/20 73/8 73/20

**Y**

yards [1] 23/8
yeah [22] 11/11 18/5 32/11 43/15 44/25 45/19 47/24 48/3 54/17 58/18 61/20 64/22 69/6 69/9 69/10 70/16 70/24 73/4 74/8 79/6 81/13 81/18
year [3] 21/17 22/2 84/25
years [4] 8/9 10/19 13/4 85/3
yes [127]
yes-or-no [1] 20/16
yet [1] 48/5
you [386]
you don't [1] 46/17
you're [39] 14/2 14/17 14/18 20/9 23/5 23/6 23/6 26/4 35/22 37/19 41/25 41/25 42/1 43/6 43/13 44/4 44/6 45/7 45/8 45/21 45/23 46/3 46/14 46/17 47/10 61/17 64/3 65/4 65/16 69/4 69/6 70/5 71/7 71/12 74/24 75/14 76/2 82/12 83/24
you've [9] 10/18 20/24 24/23 54/12 58/4 60/18 62/14 69/20 84/19
your [70] 6/4 6/16 7/21 8/20 8/23 9/5 12/22 14/24 16/17 17/21 18/6 18/6 19/3 20/15 20/16 21/18 22/11 22/23 23/3 23/7 23/8 23/20 24/23 26/1 27/11 28/20 33/3 34/4 34/4 34/6 34/6 39/24 40/24 41/20 47/14 47/15 53/4 60/25 61/10 61/14 61/18 61/20 61/25 62/5 62/15 65/3 65/17 65/22 66/18 66/18 67/2 67/3 67/19 67/20 71/23 72/8 72/8 72/20 79/13 83/16 83/22 84/1 84/7 85/23 86/1 86/6 86/23 86/23 86/24 87/3

Weichold & Associates [1] ...N/S:\Natalie [1] 89/22