1            UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF KENTUCKY
2                   AT COVINGTON
          CASE NO. 2:21-CV-00137-DBL-CJS
3

4              * * * * * * * *          COPY

5    _____
                                     )
6    ANTHONY MARIO WYNN,             ) DEPOSITION TAKEN ON
                                     ) BEHALF OF PLAINTIFF
7           PLAINTIFF                ) BY:  NOTICE
                                     )
8    VS.                             )
                                     )
9    CITY OF COVINGTON, ET AL.,      ) WITNESS:
                                     )
10          DEFENDANTS               ) OFFICER DOUGLAS ULLRICH
     _____)
11

12                 * * * * * * * * *

13        DATE:     Monday, March 11, 2024

14        TIME:     2:56 p.m.

15                 * * * * * * * * *

16

17

18

19

20

21

22

23

24

25

1                    * * * * * * * *

2              The deposition of OFFICER DOUGLAS ULLRICH was

3    taken before Natalie R. Domanico, Registered

4    Professional Reporter and Notary Public in and for the

5    State of Kentucky at Large, at the offices of Hon. Jeff

6    Mando, ADAMS LAW, PLLC, 40 W. Pike Street, Covington,

7    Kentucky, on Monday, March 11, 2024, commencing at the

8    approximate hour of 2:56 p.m.  Said deposition was

9    taken pursuant to Notice, heretofore filed, for the

10   purposes of discovery on behalf of Plaintiff, and for

11   all other purposes as permitted by the Federal Rules of

12   Civil Procedure.

13                    * * * * * * * *

14

15

16

17

18

19

20

21

22

23

24

25

DOMANICO REPORTING, INC.
Natalie R. Domanico, RPR CCR(KY)
565 Madison Point Drive
Lexington, Kentucky  40515
www.domanicoreporting.com

2

1   <u>APPEARANCES:</u>

2           Hon. Jamir Davis
            J. DAVIS LAW FIRM, PLLC
3           P.O. Box 122123
            Covington, Kentucky  41011
4           jdavis@jdaviscounsel.com

5           ATTORNEYS FOR PLAINTIFF,
            ANTHONY MARIO WYNN

6

7

8           Hon. Jennifer Langen
            ADAMS LAW, PLLC
9           40 W. Pike Street
            Covington, Kentucky 41011
10          jmando@adamsattorneys.com

11          ATTORNEYS FOR DEFENDANT,
            CITY OF COVINGTON, ET AL.

12

13

14          Hon. Sheree E. Weichold
            LEGAL DEPARTMENT
15          Assistant City Solicitor
            ABC Administrator
16          20 Pike Street
            Covington, Kentucky  41011
17          Main:  (859) 292-2311
            Direct: (859)292-2318
18          sheree.weichold@covingtonky.gov

19          ATTORNEYS FOR DEFENDANT,
            CITY OF COVINGTON

20

21

22

23

24

25

```
1                          INDEX

2   WITNESS:  OFFICER ROBERT NADER              PAGE

3   DIRECT EXAMINATION ..........................5
    By Mr. Davis
4
    REPORTER'S CERTIFICATE ......................66
5   REPORTER'S CERTIFICATE ......................67

6   INDEX PAGES. . . . . . . . . . . . . . . .68-78

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
02:56:42   1   COURT REPORTER:     I'm back on the record.  The time
           2                       is 2:56 p.m.  Officer, will you
           3                       please raise your right hand?
           4   WITNESS:            (WITNESS DOES SAME).
02:56:45   5   COURT REPORTER:     Do you swear or affirm that the
           6                       testimony you're about to give
           7                       today will be the truth, the whole
           8                       truth and nothing but the truth so
           9                       help you God?
02:56:58  10   WITNESS:            Yes, ma'am, I do.
          11           The witness, OFFICER DOUGLAS ULLRICH, after
          12   first being duly sworn, was examined and testified as
          13   follows:
          14                    DIRECT EXAMINATION
02:57:00  15   By Mr. Davis:
          16   1      Q   All right.  I'm Jamir Davis.  I'm the
          17   attorney for Anthony Wynn.  And today we're going to
          18   be taking your deposition.  Have you been in a
          19   deposition before?
02:57:13  20          A   I have.
          21   2      Q   All right.  So you're pretty familiar
          22   with the rules of the deposition, but I'm just going
          23   to go over a few of them just so we're all on the same
          24   page.  To start with, make sure that you answer any of
02:57:25  25   my questions with yes or no, please.  That's for the
```

DOMANICO REPORTING, INC.
Natalie R. Domanico, RPR CCR(KY)
565 Madison Point Drive
Lexington, Kentucky  40515
www.domanicoreporting.com

5

02:57:30  1   court reporter, so that we can make sure that she gets

2   everything on the record.  Nodding your head is --

3   doesn't work, so yes or no would be great.  Also, you

4   can take a break at any time.  I just ask that you

02:57:43  5   finish answering the question that I've put forth

6   prior to us taking that break.  For the sake of the

7   court reporter, please make sure to allow me to finish

8   any question that I pose prior to you giving an

9   answer.  And during this deposition I also am going to

02:58:05  10  be asking you questions that require a truthful

11  answer.  Unless your attorney tells you not to, please

12  answer all the questions truthfully.  Although a judge

13  is not present, this is a formal legal proceeding.

14  Before we begin, are you currently under the influence

02:58:26  15  of any drugs or alcohol or medication that would

16  impair your judgment?

17          A    No.

18  3       Q    Are you under the influence of anything

19  that would keep you from answering questions

02:58:35  20  accurately?

21          A    No.

22  4       Q    How did you prepare for the deposition

23  today?

24          A    I reviewed my body camera sometime prior

02:58:53  25  to this.  And I have met with our attorneys.

| | | | |
|---|---|---|---|
| 02:58:58 | 1 | 5 | Q    And when you say your attorneys, would |
| | 2 | that be Jeff Mando? |
| | 3 | | A    Yes. |
| | 4 | 6 | Q    And who else? |
| 02:59:05 | 5 | | A    And Jennifer. |
| | 6 | 7 | Q    And Jennifer?  Okay.  Do you remember if |
| | 7 | you reviewed any documents specifically? |
| | 8 | | A    I don't believe I did. |
| | 9 | 8 | Q    And when I refer to the January 16th |
| 02:59:30 | 10 | incident, are you familiar with the incident that I'm |
| | 11 | referring to? |
| | 12 | | A    I am. |
| | 13 | 9 | Q    When did you start with the City of |
| | 14 | Covington as a police officer? |
| 02:59:47 | 15 | | A    My hire date is September 5th of 2011. |
| | 16 | 10 | Q    Prior to working for the City of |
| | 17 | Covington, where did you work? |
| | 18 | | A    Immediately prior or my full work |
| | 19 | history? |
| 03:00:11 | 20 | 11 | Q    Immediately prior. |
| | 21 | | A    I believe my last job prior to Covington |
| | 22 | was working at the Butler County Jail for Aramark. |
| | 23 | 12 | Q    And what were your duties in that role? |
| | 24 | | A    I was kitchen supervisor. |
| 03:00:49 | 25 | 13 | Q    And were you terminated from that |

DOMANICO REPORTING, INC.
Natalie R. Domanico, RPR CCR(KY)
565 Madison Point Drive
Lexington, Kentucky  40515
www.domanicoreporting.com

7

```
03:00:55    1   position or did you leave voluntarily?

            2           A    I left voluntarily.

            3   14      Q    Previous to the Butler County Jail,

            4   where were you employed?

03:01:13    5           A    It's been a long time.  I think the last

            6   job I had prior to that was through AlliedBarton.  I'm

            7   not 100 percent that's the -- the proper order, but...

            8   15      Q    Was that like a temporary position of

            9   some sort?

03:01:32   10           A    No.

           11   16      Q    No?  What was the position there?

           12           A    I was a third-shift lieutenant.

           13   17      Q    And what were your duties there?

           14           A    I supervised security at a data center

03:01:51   15   in Cincinnati.

           16   18      Q    And prior to starting with the City of

           17   Covington, did you have any prior law enforcement

           18   training or work experience?

           19           A    Yes.

03:02:11   20   19      Q    And where was that?

           21           A    I was a police officer for the City of

           22   Valdez, in Alaska, in 2009.  And then after that, I

           23   attended the Law Enforcement Police Academy through

           24   Great Oaks in Cincinnati.

03:02:41   25   20      Q    And why did you leave your police
```

```
03:02:45    1    officer job in Alaska?

            2            A    I resigned and moved back from Alaska to

            3    here.

            4    21       Q    And then with the academy in Cincinnati,

03:03:10    5    how long were you in that academy?

            6            A    I don't recall.

            7    22       Q    Do you recall the year that you started

            8    the academy?

            9            A    2009, 2010.  I'm not sure.

03:03:33   10    23       Q    And why did you stop attending the

           11    academy?

           12            A    I graduated.

           13    24       Q    And what did you do after graduation?

           14            A    I was hired by Covington.

03:04:03   15    25       Q    So you started the academy in 2009, and

           16    then you were hired by Covington in 2011?

           17            A    I'm not sure when I started the academy.

           18    As I said, I believe it was 2009 or 2010.

           19    26       Q    How long does it typically take to

03:04:30   20    graduate the academy?

           21            A    I have no idea what is typical.  But I

           22    went through the academy during one course of the

           23    academy.

           24    27       Q    Were there any delays in your time in

03:04:53   25    the academy?
```

DOMANICO REPORTING, INC.
Natalie R. Domanico, RPR CCR(KY)
565 Madison Point Drive
Lexington, Kentucky  40515
www.domanicoreporting.com

9

| | | | |
|---|---|---|---|
| 03:04:54 | 1 | | A    None. |
| | 2 | 28 | Q    So you started in 2011 with the City of |

Covington Police Department.  What was your first job

with them?

03:05:26  5    A    Police officer.

6    29    Q    And what is your job title now?

7    A    I'm a police specialist.

8    30    Q    And what are the duties of a police

9    specialist that are different than the police --

03:06:00  10    duties of a police officer?

11    A    There's many different possibilities

12    there.  My particular specialty is I am a TAP officer;

13    I'm a hostage crisis negotiator, and I'm our LGBTQ+

14    liaison.

03:06:18  15    31    Q    Okay.  Tell us -- tell me about the TAP.

16    What does that stand for?

17    A    It's the traffic accident prevention

18    program.

19    32    Q    And what are your duties in that regard?

03:06:32  20    A    I conduct high-visibility traffic

21    enforcement, as well as DUI and collision

22    investigation.  I'm also responsible for training

23    nearly all new hires in traffic enforcement, DUI

24    investigation and collision investigation.

03:07:05  25    33    Q    All right.  Then tell me about the other

DOMANICO REPORTING, INC.
Natalie R. Domanico, RPR CCR(KY)
565 Madison Point Drive
Lexington, Kentucky  40515
www.domanicoreporting.com

10

03:07:23   1   duties that you have as a specialist.

2          A    I'm also a hostage crisis negotiator

3   assigned to the S.W.A.T. team.

4   34      Q    What are your duties there?

03:07:38   5          A    Respond for crisis and hostage

6   situations and open lines of communication in an

7   attempt to peacefully resolve crisises -- or crises as

8   they arise.

9   35      Q    And then the last one?

03:08:09  10          A    The LGBTQ+ liaison.

11   36      Q    And what are your duties there?

12          A    I act as a visible face and partner with

13   the LGBTQ+ community.  I conduct outreach, attend

14   training, assist with the planning of NKY Pride, and

03:08:38  15   am made aware of any potential hate crimes surrounding

16   the LGBTQ+ community and review those, as appropriate

17   and assigned by the criminal investigations bureau.

18   37      Q    And when did you start your duties as

19   the TAP specialist?

03:09:05  20          A    February of 2014.  I believe that's

21   correct.  I don't have my CV with me, but I believe

22   that is the date.

23   38      Q    And when did you begin as the hostage

24   crisis negotiator?

03:09:22  25          A    2023, either -- fall of 2023.

03:09:34   1   39     Q     And how about with the LGBTQ+

           2   responsibilities?

           3          A     I believe it was spring of 2023.

           4   February, maybe March.

03:10:06   5   40     Q     Now, within the department, does the

           6   department only have one person in each of these

           7   positions, or are there multiple people in each

           8   position?

           9          A     Multiple.

03:10:16  10   41     Q     So there's other TAP coordinators -- or

          11   specialists, excuse me.  There's other hostage crisis

          12   negotiators and other LGBTQ+ liaisons?

          13          A     There's one other TAP officer.  Our

          14   hostage crisis negotiations team consists of six

03:10:38  15   members, and there's one other liaison with the LGBTQ+

          16   community.

          17   42     Q     So in your duties as TAP specialist, are

          18   you responsible for training new officers in any way,

          19   shape or form?

03:11:08  20          A     Yes.  As I said, I am.

          21   43     Q     And what does that training look like?

          22          A     It can vary officer to officer.  But as

          23   it's currently set, I typically take each new recruit

          24   for a week, and we do high visibility traffic

03:11:26  25   enforcement, roadside investigation, DUI investigation

03:11:29  1  and collision investigations.

2  44      Q    Is that the same process for the hostage

3  specialist position?  Are you responsible for training

4  new officers at all, or no?

03:11:58  5          A    Officers -- recruits are not

6  specifically assigned to a negotiator for training.

7  However, if and when the circumstances arise that they

8  are in training and we have a crisis situation where

9  negotiators are working, they would typically shadow

03:12:17  10  the negotiator during that, so it is a very

11  dependent -- upon calls.

12  45      Q    Have you ever been disciplined while you

13  were at the City of Covington?

14          A    Yes.

03:13:05  15  46      Q    And what were you disciplined for?

16          A    I've been there for close to 13 years.

17  I've been disciplined a number of times.  Various

18  things.  Traffic accidents.  I believe I have one

19  writeup for insubordination.  I don't recall the

03:13:23  20  specifics on the rest of them without reviewing it.

21  47      Q    We can take a look at Exhibit 2.

22  COURT REPORTER:    They're in order.

23          A    Thank you.  I have Exhibit 2.

24  48      Q    If would you take a look at that and let

03:14:12  25  me know what it is once you've a chance to review it.

03:14:46   1          A    This is a suspension order from April of

           2   2018, in which I was suspended one day for an at-fault

           3   collision resulting in minor damage to a vehicle.

           4   Specifically, the police car.

03:15:04   5   49     Q    So that was in 2018?

           6          A    It's signed off April of 2018.

           7   50     Q    You remember this accident?

           8          A    I do.

           9   51     Q    Do you recall what happened?

03:15:25  10          A    I do.

          11   52     Q    And why -- why were you found to be at

          12   fault?

          13          A    Why was I found to be at fault?

          14   53     Q    Uh-huh (affirmative).

03:15:34  15          A    You would have to ask the finders that

          16   made that determination.

          17   54     Q    Was there an investigation of the

          18   accident?

          19          A    There was.

03:15:43  20   55     Q    Who investigated the accident?

          21          A    The on-duty supervisor would have

          22   investigated it at the scene.  And then it goes before

          23   our accident review board.

          24   56     Q    Okay.  And the accident review board

03:15:56  25   found -- ultimately found you at fault?

```
03:16:00     1              A     Yes.

             2     57    Q     And at the time of this accident, were

             3     you under the supervision of Chief Nader?

             4              A     Yes, that's correct.

03:16:18     5     58    Q     Can you take a look at Exhibit 3.

             6              A     I have Exhibit 3.

             7     59    Q     Can you describe to me what that is?

             8              A     It's an addendum to that prior

             9     suspension order.

03:17:07    10     60    Q     And can you explain why there was an

            11     addendum?

            12              A     They added it to the suspension order

            13     afterwards.

            14     61    Q     What did -- what were they trying to add

03:17:18    15     in particular?

            16     MS. LANGEN:          Objection.  Because he didn't write

            17                          it, so I'm not sure how he's

            18                          supposed to know what they were

            19                          trying to do.

03:17:30    20     62    Q     Did you sign it?

            21              A     I did sign it.

            22     63    Q     So you signed it understanding the

            23     addendum?

            24              A     I did.

03:17:40    25     64    Q     Okay.  So can you explain to me what
```

| 03:17:41 | 1 | that addendum is? |
| | 2 |     A   It's a followup document that goes with |
| | 3 | the suspension order relating to overtime worked on |
| | 4 | May 9th of 2018. |
| 03:18:00 | 5 | 65    Q   So there was a -- in the prior |
| | 6 | Exhibit 2, seems like there were -- were there some |
| | 7 | restrictions on you working overtime? |
| | 8 |     A   I'll look at Exhibit 2, again.  Can you |
| | 9 | ask your question again, please? |
| 03:18:43 | 10 | 66    Q   Based on Exhibit 2, were there |
| | 11 | restrictions on you working overtime? |
| | 12 |     A   Exhibit 2 says there's no off-duty |
| | 13 | details, nor shift overtime the week of and after the |
| | 14 | suspension day.  However, nowhere on here does it say |
| 03:19:01 | 15 | when the suspension day is. |
| | 16 | 67    Q   What date was -- was that signed? |
| | 17 |     A   The suspension order? |
| | 18 | 68    Q   Yeah. |
| | 19 |     A   It was signed on April 17th of 2018. |
| 03:19:24 | 20 | 69    Q   And so -- and then what date was this |
| | 21 | signed? |
| | 22 |     A   Exhibit 3? |
| | 23 | 70    Q   Yes. |
| | 24 |     A   May 9th of 2018.  Approximately a month |
| 03:19:30 | 25 | later. |

DOMANICO REPORTING, INC.
Natalie R. Domanico, RPR CCR(KY)
565 Madison Point Drive
Lexington, Kentucky  40515
www.domanicoreporting.com

16

03:19:35  1    71      Q    So between the time Exhibit 2 was signed

          2    and the time Exhibit 3 was signed, you worked some

          3    type of overtime; is that correct?

          4            A    I'm certain that I worked a lot of

03:19:45  5    overtime in that point.

          6    72      Q    Okay.  And was -- were you not supposed

          7    to?

          8            A    As it said, "No off-duty details, nor

          9    shift overtime the week of and after the suspension

03:19:59 10    day."

         11    73      Q    So you worked overtime, although it --

         12    that said that you weren't supposed to, after the

         13    suspension day?

         14            A    As it says, it is the week of the

03:20:13 15    suspension and the week after the suspension day.

         16    This is -- this is a month.  This is four and a half

         17    weeks; whatever that is.  So there -- we're only

         18    talking about a two-week setup here.  So I certainly

         19    worked overtime in that plus month.

03:20:32 20    74      Q    Okay.  And so what was the -- what was

         21    the need -- do you understand what the need for that

         22    addendum was?

         23            A    Do I understand the need for the

         24    addendum?

03:20:43 25    75      Q    Yes.

03:20:46  1            A    I don't think I fully understand your

2    question.

3    76      Q    Why did you have to sign an addendum to

4    the first suspension?

03:20:55  5            A    I worked overtime on May 9th.  And the

6    suspension day, which was never served because it was

7    taken as a vacation day, so I didn't actually have a

8    suspension day, was scheduled for May 3rd.  So it's

9    within that week after.

03:21:15  10   77      Q    That you worked overtime?

11           A    Correct.

12   78      Q    So were you ever actually suspended?

13           A    No, I served no suspension for this.

14   79      Q    And at the time, did Chief Ralph Nader

03:21:53  15   sign that?

16           A    Rob Nader?

17   80      Q    Rob Nader.  Excuse me.  Rob Nader.

18           A    He did not.

19   81      Q    Who signed that on behalf of the

03:22:02  20   department?

21           A    There is not a signature on the behalf

22   of the department.  All I see is my signature and then

23   the signatory of a notary.

24   82      Q    Okay.  Did someone sign Exhibit 2 on

03:22:15  25   behalf of the department?

03:22:22   1          A     There is a signature on Exhibit 2 from

           2   Chief Nader, as well as a notary and myself.

           3   83     Q     So based on that signature, Chief Nader

           4   was the one that implemented the suspension, but you

03:22:46   5   never served the suspension; is that correct?

           6          A     As it says in Exhibit 2 -- oh, boy, let

           7   me see if we can find it.  I apologize.  Let me find

           8   it.

           9   MS. LANGEN:          Take your time.

03:24:02  10          A     Oh, I'm sorry.  That is -- referenced a

          11   different accident.  This is not this accident.  It

          12   was an accident in January, where I took a vacation

          13   day.  So that was -- it appears that there was a

          14   suspension day for this accident.

03:24:15  15   84     Q     Okay.  Can we take a look at Exhibit 4.

          16          A     I have Exhibit 4.

          17   85     Q     Can you tell me what Exhibit 4 is?

          18          A     I cannot.  It doesn't have a title.

          19   It's some printed pages with an outline on it.

03:24:51  20   86     Q     Oh.  I'm sorry.  I'm sorry.  Can we jump

          21   to Exhibit 6?

          22   MS. LANGEN:          That's 5.  There's 6.

          23          A     Yeah.  All right.  I have Exhibit 6.

          24   87     Q     Take a look at that and let me know what

03:25:10  25   it is.

03:25:39   1           A    This is a suspension order from 2016.

           2    88    Q    And why were you suspended in 2016?

           3           A    For improperly handling evidence.  And

           4    the rule violation is for insubordination.

03:26:00   5    89    Q    And did you serve a suspension for this

           6    incident?

           7           A    It says a suspension day without pay is

           8    ordered.  I don't have any independent recollection of

           9    whether or not one was served.

03:26:27  10    90    Q    We can go back briefly.  In January of

          11    2018, you were suspended as well; is that correct?

          12           A    I don't --

          13    91    Q    (Interrupting) Based on Exhibit 2 and 3.

          14           A    Based on what Exhibit 2 says, is in

03:26:52  15    January of 2017, I received a suspension day in which

          16    a vacation was forfeited and a recommendation of

          17    driver training for previous accidents.  So I did not

          18    serve a suspension at that time.

          19    92    Q    Although, the vacation day was just

03:27:13  20    forfeited.

          21           A    Correct.

          22    93    Q    Do you recall in Exhibit 6 what the

          23    insubordination was for?

          24           A    I do.

03:27:29  25    94    Q    And what was it for?

03:27:32    1            A    I believe I made an addendum to that.

            2    To my recollection, I made an addendum to that.  There

            3    was a disagreement on how to process some evidence,

            4    and I followed the instructions of the on-duty

03:27:46    5    supervisor.  However, he did not like the way that I

            6    followed his instructions and believed that I was

            7    attempting to circumvent him and believed it to be

            8    insubordination.

            9    95      Q    And who was the chief of police at this

03:28:04   10    time, do you know?

           11            A    It states on Exhibit 6 that it was Chief

           12    Brian Carter.

           13    96      Q    So that was before Chief Nader took

           14    over; is that correct?

03:28:18   15            A    That's correct.

           16    97      Q    All right.  We're going to move on to

           17    Exhibit No. 7.  If you can take a look at that and let

           18    me know what it is.

           19            A    This is a -- a suspension order for a

03:28:42   20    different collision from 2016.

           21    98      Q    Do you remember the details of that

           22    collision?

           23            A    I do.

           24    99      Q    And did the board find you at fault for

03:29:08   25    that accident?

03:29:11   1           A    Yes.

           2   100     Q    In 2016, was Rob Nader your captain?

           3           A    I don't have any idea.

           4   101     Q    Oh.  Do you not remember the captain

03:29:30   5   that you reported to?

           6           A    I don't have any idea who the captain

           7   was in 2016.  I've worked under maybe ten captains.

           8   102     Q    Did you ever work under Rob Nader?

           9           A    I did.

03:29:43  10   103     Q    And then for Exhibit 6, did you -- do

          11   you know if Rob Nader was your captain then?

          12           A    I don't have any idea.

          13   104     Q    Do you recall if Rob Nader was within

          14   the department in a supervisory role for Incident

03:30:12  15   No. 6, when that occurred?

          16           A    I don't know what his role was at that

          17   time.  He was in supervision when I was first hired

          18   and remained in supervision until the end of his

          19   career.  I don't have any idea if he was in my direct

03:30:26  20   chain of command at that time.

          21   105     Q    Or not.  Now that makes sense.  Okay.

          22   And then can we take a look at Exhibit 8.  And once

          23   you've reviewed that, can you let me know what it is?

          24           A    This is a -- an official letter of

03:31:07  25   reprimand from July of 2014.

DOMANICO REPORTING, INC.
Natalie R. Domanico, RPR CCR(KY)
565 Madison Point Drive
Lexington, Kentucky  40515
www.domanicoreporting.com

22

| 03:31:12 | 1 | 106 | Q | And what was that letter of reprimand |

03:31:12  1    106    Q    And what was that letter of reprimand
          2    based off of?
          3           A    Several incidents.
          4    107    Q    Can you name the incidents?
03:31:22  5           A    A use of force, a vehicle accident, a
          6    paperwork error, having a dirty police car, a
          7    less-than-appropriate chat message and improper
          8    collection of evidence during a search warrant.
          9    108    Q    And that year was 2014?
03:31:52 10           A    That's correct.
         11    109    Q    Do you remember if Rob Nader was your
         12    captain in 2014?
         13           A    I don't have any idea.
         14    110    Q    That letter of reprimand specifically
03:32:14 15    states that there was inappropriate message sent.  Do
         16    you recall what that message was?
         17           A    What the letter of reprimand actually
         18    says is, "On June 27th, 2014, Officer Ullrich sent an
         19    MDT chat message to several" other -- "several
03:32:33 20    officers stating, 'I violate every policy.'"
         21    111    Q    And what is an MDT chat message?  What
         22    is that?
         23           A    An MDT is a mobile data terminal.  It's
         24    the computers in our cars.
03:32:45 25    112    Q    Oh.  So you can send messages to other

03:32:49  1  vehicles?

2          A    Yes.  Through our mobile dispatch

3  program, there is a -- a chat message and a group chat

4  message function within that.  And there was a message

03:33:02  5  between several officers joking back and forth.

6  113    Q    And do you remember how many officers

7  received that message?

8          A    I have no idea.

9  114    Q    You don't remember how -- who you sent

03:33:13  10  it to?

11          A    I know that Rob Auton received it.  I

12  don't have any idea who else received it.

13  115    Q    Do you know how the captain or sergeant

14  or lieutenant got wind of that message?

03:33:28  15          A    I don't know who was notified, but I

16  know that Rob Auton brought it to the attention of

17  someone.

18  116    Q    Is Rob Auton still with the department?

19          A    No.

03:33:42  20  117    Q    Do you know, did he leave or did he

21  retire?

22          A    He retired several years ago.

23  118    Q    Do you know if anyone responded to that

24  message that you sent?

03:34:08  25          A    I don't recall.

```
03:34:10    1    119     Q    And you stated that that message was

            2    sent in 2014; is that correct?

            3            A    According to this letter, it says

            4    June 27th of 2014.

03:34:37    5    120     Q    And did anyone from the Covington Police

            6    department sign that?

            7            A    It's signed by Chief Jones, myself and a

            8    notary.

            9    121     Q    Did you receive any suspension for that

03:35:02   10    reprimand?

           11            A    No.

           12    122     Q    Okay.  After you sent that text message,

           13    did you violate any department policies?

           14            A    In the last 10 years have I violated a

03:35:37   15    department policy?

           16    123     Q    Yes, since you sent that text message?

           17            A    I expect so, yes.

           18    124     Q    You expect so, or has there been -- has

           19    it been determined that you have?

03:35:52   20            A    Has it been determined that I have?

           21    125     Q    Yes.  Through an investigation of the

           22    department or through a board, anything like that?

           23            A    I mean, the collisions that we've talked

           24    about are since then, and those are found to be

03:36:12   25    outside of policy.  And the other documents we've
```

03:36:14  1  reviewed.

2  126    Q    Okay.  And so in the same year that you

3  were found to have violated those policies on -- that

4  we talked about in Exhibit 10 --

03:36:34  5          A    (Interrupting) Exhibit 10?

6  127    Q    Or what exhibit were we just on?  I'm

7  sorry.

8          A    The letter of reprimand is Exhibit 8.

9  128    Q    Excuse me.  Exhibit 8.  Letter of

03:36:46  10  reprimand.  So you can strike that last one.  So the

11  same year that the letter of reprimand happened in

12  2014, is that the same year you were given additional

13  duties within the department when it came to the -- I

14  think you -- you called it the TAP program?

03:37:23  15          A    Yes, that's correct.

16  129    Q    Are you compensated extra when -- or

17  did -- are you -- is there additional compensation

18  when you take on roles as a specialist?

19          A    There is specialty pay, yes.

03:37:36  20  130    Q    And how much additional compensation

21  were you given as a result of your TAP duties?

22          A    At that time?

23  131    Q    Uh-huh (affirmative).

24          A    I would have to review the contract.  I

03:37:46  25  don't know.

03:38:08   1    132     Q    Can we take a look at Exhibit 9.

          2           A    Okay.

          3    133     Q    Can you identify what Exhibit 9 is?

          4           A    It's a memorandum from Lieutenant

03:38:35   5  Colonel Nader to Chief Carter regarding one of the

          6  suspensions we've already discussed.

          7    134     Q    What date is that dated?

          8           A    March 11th of 2016.

          9    135     Q    So it looks like in -- in 2016 Nader had

03:38:57  10  some supervisory duties over you?

        11           A    I don't have any idea.

        12    136     Q    I mean, based on the letter, he's

        13  writing a memo based on your performance; is that

        14  correct?

03:39:09  15           A    He is.

        16    137     Q    Okay.  So if he doesn't have any duties

        17  over you to supervise you, would he write a memo in

        18  regard to your performance?

        19           A    I don't know what his position was at

03:39:24  20  that time.  I don't know if he was in my direct chain

        21  of command.  I don't know what his job was when he

        22  wrote this.

        23    138     Q    Okay.  Can we take a look at -- oh,

        24  before we jump there, what -- what is this memo

03:39:48  25  referring to, based on your review?

DOMANICO REPORTING, INC.
Natalie R. Domanico, RPR CCR(KY)
565 Madison Point Drive
Lexington, Kentucky  40515      27
www.domanicoreporting.com

03:39:51    1            A    It is referring to the insubordination

2    suspension that we spoke about earlier, where we had a

3    disagreement and a difference of understanding of what

4    was instructed by the sergeant at the time.

03:40:06    5    139    Q    And this is in regard to evidence that

6    was not processed?

7            A    No.

8    140    Q    Okay.  What is this in regard to?  What

9    was the insubordination regarding?

03:40:20   10            A    It was how the evidence was processed.

11    141    Q    Okay.  So was the evidence not processed

12    in a timely manner?

13            A    No.

14    142    Q    Then what was the issue?

03:40:36   15            A    As it explains in this, Sergeant Bowman

16    instructed me to take a lockbox that was recovered in

17    an abandoned stolen car and take it to the crime lab

18    to have them open it.  I took it to the crime lab and

19    informed them of that, and they assisted me in opening

03:40:58   20    it, and I'm the one who physically opened it, and

21    Sergeant Bowman believed that to be insubordinate,

22    because I didn't follow what he meant for me to do.

23    143    Q    Okay.  Do you remember what was in the

24    lockbox?

03:41:12   25            A    I don't.

DOMANICO REPORTING, INC.
Natalie R. Domanico, RPR CCR(KY)
565 Madison Point Drive
Lexington, Kentucky  40515
www.domanicoreporting.com

28

| | | | |
|---|---|---|---|
| 03:41:13 | 1 | 144 | Q    Okay.  That was No. 9? |
| | 2 | | A    Yes. |
| | 3 | 145 | Q    Can we take a look at No. 10.  If you |
| | 4 | | could take a look at that and let me know what it is, |
| 03:41:51 | 5 | | once you've had a chance to review it. |
| | 6 | | A    This is a letter of reprimand regarding |
| | 7 | | a motor vehicle collision from 2014. |
| | 8 | 146 | Q    And what date is that one dated? |
| | 9 | | A    States November 15th of 2014. |
| 03:42:40 | 10 | 147 | Q    Do you remember how many vehicle |
| | 11 | | accidents you were in, in 2014? |
| | 12 | | A    No, I have no idea. |
| | 13 | 148 | Q    Would you say at least two? |
| | 14 | | A    No, I would not say that.  As I had |
| 03:42:49 | 15 | | said, I don't know. |
| | 16 | 149 | Q    Do you recall how many vehicle accidents |
| | 17 | | you've been in, in your entire time as a Covington |
| | 18 | | police officer? |
| | 19 | | A    No. |
| 03:43:10 | 20 | 150 | Q    Would you say it's more than five? |
| | 21 | | A    It is. |
| | 22 | 151 | Q    Were you found at fault in that |
| | 23 | | accident? |
| | 24 | | A    Yes. |
| 03:43:31 | 25 | 152 | Q    And did the board find you at fault? |

03:43:33   1              A    That's correct.

           2   153    Q    And in 2014, you don't remember who your

           3   captain was?

           4              A    I don't have any idea who the captain

03:43:44   5   was at that time.

           6   154    Q    Were you suspended for that accident?

           7              A    I was not.

           8   155    Q    Did you receive any disciplinary action

           9   besides that letter of reprimand?

03:44:21  10              A    Ever?

          11   156    Q    For that accident.

          12              A    Oh, for this accident?

          13   157    Q    Uh-huh (affirmative).

          14              A    No.

03:44:27  15   158    Q    And you still kept your duties as the

          16   TAP officer or specialist after that incident

          17   occurred?

          18              A    Yes.

          19   159    Q    All right.  If we can take a look at

03:44:48  20   Exhibit 11.  Take a look at that and let me know what

          21   it is.

          22              A    This is a memo from Sergeant Mears to

          23   Lieutenant Steffen from June of 2014.

          24   160    Q    And what was that memo regarding?

03:46:22  25              A    He lists several areas that he finds

DOMANICO REPORTING, INC.
Natalie R. Domanico, RPR CCR(KY)
565 Madison Point Drive
Lexington, Kentucky  40515
www.domanicoreporting.com

30

03:46:26    1    concerning or problematic, and our interactions --

            2    161    Q    (Interrupting) In which --

            3           A    (Interrupting) -- in my performance.

            4    162    Q    And which areas are those?

03:46:35    5           A    He lists that I did not collect some

            6    items from a car during a search warrant, that I made

            7    the MDT chat that we spoke about earlier, that I had a

            8    use of force, that my car was dirty, that I transposed

            9    numbers during a citation report on a report number,

03:47:01   10    and that I was in a car accident.  And some other

           11    evidence issue that I don't have any idea what it is.

           12    163    Q    And you were never suspended for any of

           13    those incidents; is that correct?

           14           A    I received no formal punishment for

03:47:29   15    this, to my knowledge.

           16    164    Q    Can we take a look at Exhibit 12.

           17           A    It is a memo from Sergeant Rose to

           18    Lieutenant Steffen in reference to the items not taken

           19    from the search warrant vehicle and the MDT massive --

03:48:34   20    message from June of 2014 that are in Exhibit 11.

           21    165    Q    What was the date on that one?

           22           A    June 29th of 2014.

           23    166    Q    Are you familiar with Exhibit 13?  Can

           24    you take a look at that -- or excuse me.  Let me see

03:49:13   25    this one.  Yes, Exhibit 13.

03:49:37   1            A     This is a document signed by

           2    Officer Elsbernd.

           3    167     Q     Okay.  Have you ever seen that document,

           4    though?

03:49:45   5            A     No.

           6    168     Q     That document was never provided to you?

           7            A     I've never seen this document signed by

           8    Officer Elsbernd, no.

           9    169     Q     No?  Oh, okay.  Let me ask you what -- a

03:49:58  10    different question.  Have you ever seen a similar

          11    document to that provided to you by the police

          12    department?

          13            A     This is not from the police department.

          14    This is from the Kentucky Law Enforcement Council.

03:50:11  15    170     Q     Okay.

          16            A     I don't have any recollection of this

          17    document or any version of this document.  I don't

          18    know.

          19    171     Q     Yeah, I -- I didn't see one in your

03:50:22  20    police file, is why I'm asking.  So it's your

          21    testimony that you've never received that?

          22            A     I don't have any recollection of this

          23    document or a similar document.  I don't know.

          24    172     Q     And just so that we're clear, that's the

03:50:41  25    Canon of Ethics for a police officer?

03:50:45   1        A    It is a Form L2 from the Kentucky Law

2    Enforcement Council titled "Canon of Ethics."  I don't

3    know anything about it.

4    173    Q    Okay.  From your recollection, were you

03:51:03   5    ever provided general orders for the City of Covington

6    in regards to police policies and procedures?

7        A    The general orders are how our policies

8    and procedures are outlined.

9    174    Q    Yeah.  And did you receive those?

03:51:19  10        A    Yes.

11    175    Q    And were you required to review them?

12        A    On an ongoing basis we review our

13    general orders.

14    176    Q    And how do you review them?  Is it

03:51:30  15    online?  Do you have a physical copy?  What is the

16    process for you reviewing those?

17        A    It depends.  Sometimes they provide us a

18    physical copy, but I believe the way that they track

19    it is through PowerDMS, which is an online-based

03:51:48  20    platform.

21    177    Q    And prior to you starting as the -- I

22    think it was TAP officer or TAP specialist; is that

23    correct?

24        A    TAP specialist.

03:52:21  25    178    Q    Yeah, TAP specialist.  Were you required

DOMANICO REPORTING, INC.
Natalie R. Domanico, RPR CCR(KY)
565 Madison Point Drive
Lexington, Kentucky  40515
www.domanicoreporting.com

33

03:52:23   1   to review any of the traffic stop procedures or

           2   traffic procedures within the department?

           3          A     Prior to taking the street, I had to

           4   review all of the policies.  And then as they're

03:52:39   5   updated, we have to review them as they're updated.

           6   179    Q    Okay.  And so you've reviewed every

           7   general order?

           8          A    I believe that's accurate.  There may be

           9   some updates that I have not signed off on yet, but

03:52:52  10   that would be a pretty limited number, if there are

          11   any.

          12   180    Q    Okay.  And in your role as an officer,

          13   you have made traffic stops, correct?

          14          A    I -- I'd say I probably made about

03:53:17  15   100,000 traffic stops.

          16   181    Q    In the -- in the time that you've been

          17   with the police department?

          18          A    Yes.  That's the only time I've made

          19   traffic stops, is at the police department.

03:53:30  20   182    Q    No, I'm just speaking with -- specific

          21   to Covington.  I'm sorry.  Because you have previous

          22   police --

          23          A    (Interrupting) Ah.

          24   183    Q    -- experience.

03:53:38  25          A    Okay.  Yes, with Covington, I've made

DOMANICO REPORTING, INC.
Natalie R. Domanico, RPR CCR(KY)
565 Madison Point Drive
Lexington, Kentucky  40515
www.domanicoreporting.com

34

03:53:39    1    about 100,000 traffic stops with the City of

            2    Covington, would be my estimate.

            3    184      Q      Okay.  And so in the traffic stops that

            4    you make, what are you typically looking for when

03:53:58    5    there is -- when you proceed to make a traffic stop?

            6    Are you looking for, like, some type of violation of

            7    a -- a moving violation?  How does that work?

            8            A      Well, to conduct a traffic stop, you

            9    have to have a lawful reason to do so.

03:54:17   10    185      Q      Uh-huh (affirmative).

           11            A      And that can be a moving violation, it

           12    can be an equipment violation.  There can be some

           13    other reasonable suspicion for it.  Or you could have

           14    another investigatory stop potentially.

03:54:29   15    186      Q      Okay.  Okay.  So let's focus on traffic

           16    stops for moving violations or equipment violations.

           17    So when you're making a stop for a moving violation,

           18    what is the process that you typically follow in

           19    making that stop?

03:54:53   20            A      It can vary.  They are dynamic and

           21    individual.  However, I would identify a vehicle,

           22    confirm that I have the lawful reason to stop the car.

           23    If able, I would try to run the license plate, if

           24    there is one and it's visible and I have time to do

03:55:14   25    so.  And then I would activate my lights and/or siren,

03:55:18   1   pulling the car over, identify the occupants, explain

2   the reason for stop and then take appropriate

3   enforcement action or investigative action at that

4   time.

03:55:29   5   187     Q     And when you say identify the occupants,

6   what does that mean?

7            A     Find out who they are.

8   188     Q     Okay.  And you identify all of the

9   occupants in the vehicle, typically, or just the

03:55:42  10   driver?

11            A     Again, it varies stop to stop, but the

12   vast majority is identifying all occupants of the

13   vehicle.

14   189     Q     Okay.  And the Covington Police

03:55:53  15   Department trained you to identify all of the

16   occupants?

17            A     Well, there's nothing in the law that

18   forbids it.  There is Supreme Court case law that says

19   that we can ask for identification for all occupants

03:56:05  20   of the vehicle.  We are trained that way.  I conduct

21   training of our recruits in that manner.  And have had

22   thousands and thousands of encounters in that manner.

23   All of our training officers train that way.

24   190     Q     So you've trained all of your officers

03:56:22  25   that way?

03:56:22  1          A    I have trained -- all of the people that

2  I have trained, I've instructed them to identify all

3  of the occupants of the car.

4  191      Q    Okay.  And why isn't that in the general

03:56:32  5  order?

6  MS. LANGEN:          Objection.  I don't know how -- he

7                     doesn't have a basis for that

8                     because he doesn't write the

9                     general order.

03:56:41  10  MR. DAVIS:          Well, he's the trained specialist.

11  MS. LANGEN:          But that's different than general

12                     order.  You asked for the general

13                     order.  You asked why is this not

14                     in the general order, and he

03:56:50  15                     doesn't write the general order, so

16                     he has no --

17  192      Q  (Interrupting) I mean, to your

18  understanding, why is it not in the general order?

19          A    There's a lot of stuff that's not in the

03:56:57  20  general order.  There's nothing in the general order

21  about traffic stops that says that you should be in

22  uniform when you do it.  There's nothing in the

23  general order that says you should activate red and

24  blue lights.  There's nothing in the general order

03:57:10  25  that says at nighttime you should turn on your lights.

DOMANICO REPORTING, INC.
Natalie R. Domanico, RPR CCR(KY)
565 Madison Point Drive
Lexington, Kentucky  40515      37
www.domanicoreporting.com

| | | |
|---|---|---|
| 03:57:12 | 1 | There's nothing in the general order that says you |
| | 2 | should either take an enforcement action or provide |
| | 3 | a -- a verbal warning for a particular incident. |
| | 4 | Traffic stops are dynamic.  The general orders are |
| 03:57:28 | 5 | simply rules that we have to follow.  And then you |
| | 6 | have to work through your investigations |
| | 7 | appropriately. |
| | 8 | 193     Q     Okay.  So you have discretion on whether |
| | 9 | to identify occupants or not in your role as a police |
| 03:57:39 | 10 | officer. |
| | 11 |         A     You have a tremendous amount of |
| | 12 | discretion in that, certainly. |
| | 13 | 194     Q     All right.  Yeah.  Do you know if black |
| | 14 | occupants of vehicles have been identified more than |
| 03:57:52 | 15 | white occupants of vehicles? |
| | 16 |         A     I have nothing that suggests that to be |
| | 17 | true. |
| | 18 | 195     Q     You have nothing to suggest it to be |
| | 19 | true.  Do you have any anything to suggest it to be |
| 03:58:03 | 20 | false? |
| | 21 |         A     No. |
| | 22 | 196     Q     Okay.  Are you supposed to keep a tally |
| | 23 | of the number of vehicles that you stop and the race |
| | 24 | of the individuals that are in the vehicle? |
| 03:58:14 | 25 |         A     No, I've never been trained on anything |

DOMANICO REPORTING, INC.
Natalie R. Domanico, RPR CCR(KY)
565 Madison Point Drive
Lexington, Kentucky  40515
www.domanicoreporting.com

38

03:58:16  1   like that.

2   197    Q    Okay.  The City of Covington has never

3   had a system like that since you've been there?

4            A    Not that I'm aware of, no.

03:58:25  5   198    Q    Okay.  So from my understanding, you

6   have been in charge of training officers on what to do

7   and what not to do during vehicle stops since 2014; is

8   that correct?

9            A    I am one of the officers who conducts

03:59:15  10   that training.  And --

11   199    Q    (Interrupting) Yeah.  You're one of two,

12   correct?

13            A    No, if I can finish, sir.  I am one of

14   the officers who conducts that training.  My specialty

03:59:24  15   includes high visibility traffic enforcement, DUI

16   investigation, roadside investigation, collision

17   investigation.  Our field training officers, in

18   general, also all train in traffic stops and other

19   general patrol duties, which includes traffic

03:59:42  20   enforcement.

21   200    Q    Okay.  So you're one of the officers

22   that -- that trains it.  And it's your understanding

23   that you have discretion to train how you see deemed

24   necessary for the identification of individuals during

03:59:58  25   a traffic stop?

04:00:04   1          A    I'm sorry.  Can you say that again?  I

2  was --

3  201    Q    (Interrupting) Where does your authority

4  come from to train individuals that come into the

04:00:14  5  department on when to identify individuals or not?

6          A    My authority?  I'm assigned to recruit

7  by the on-duty supervisors, and I train that recruit.

8  202    Q    Okay.  Has Chief Nader ever told you to

9  identify all -- all occupants of vehicles when you

04:00:39  10  pull it over -- pull them over?

11          A    I don't recall having any conversation

12  on that subject ever with him.

13  203    Q    Okay.  So it is your understanding that

14  there is discretion whether to ID individuals or not;

04:01:18  15  is that correct?

16          A    There is discretion in a great quantity

17  of the work that we do, including identifying people.

18  However, it is best practice to identify all occupants

19  of the vehicle.

04:01:29  20  204    Q    Even if there is no reasonable suspicion

21  that they have committed any type of crime?

22          A    Yes.

23  205    Q    And where did you find that authority?

24          A    Where did I find that authority?

04:01:43  25  206    Q    Yeah.  What -- where did -- where did

04:01:45   1   that come -- where did your belief in that come from?

2          A     The way I was trained from my FTOs,

3   there's nothing in the law forbidding me from asking

4   anyone to identify themselves.  I've had conversations

04:02:00   5   with the county attorney's office, who believes that

6   you are, as a passenger who is not otherwise suspected

7   of criminal activity, required by law to identify

8   themselves.  And if they refuse to do so, that they

9   should be arrested.

04:02:14   10   207     Q     And that's what -- that's what you've

11   been trained by?

12          A     That is what I was told by the county

13   attorney's office.

14   208     Q     Okay.

04:02:20   15          A     That is not a step that I think that I

16   have ever seen us do; however, we identify all

17   occupants of vehicles.  It's how you conduct a traffic

18   stop.  It is a -- a normal or essentially every

19   traffic stop outside of a small percentage of aberrant

04:02:46   20   stops.

21   209     Q     Are you to conduct -- are you to use

22   your discretion in when that happens -- well, let's

23   take a look at the general order real quick.  I

24   think -- is this is Exhibit 4?  Take a look at

04:03:21   25   Exhibit 4.

```
04:03:36    1              A    All right.  I have Exhibit 4.

            2    210    Q    Are you familiar with this exhibit?

            3              A    No.

            4    211    Q    You're not?

04:03:48    5              A    It doesn't say what it is, when it is

            6    from.  It is an outline with some bold pointed areas,

            7    but other than some handwritten title on here, it

            8    doesn't tell me what this is.

            9    212    Q    Okay.  Would you concede that this

04:04:11   10    is the -- that this is the part of the general order

           11    that was provided by the city in regards to traffic

           12    stops for the City of Covington?

           13    MS. LANGEN:          I'm not prepared to concede that

           14                         without a Bates number that came

04:04:29   15                         from us on the bottom of that.

           16                         If -- if you compare those or if I

           17                         can compare those with what we did

           18                         produce and see that there is no

           19                         difference, then I'm not going to

04:04:40   20                         argue with you about it, but...

           21                         But I don't know where that came

           22                         from without our Bates number.

           23    MR. DAVIS:           Okay.

           24    MS. LANGEN:          And I don't -- I mean, I don't know

04:05:06   25                         if you want to take time --
```

DOMANICO REPORTING, INC.
Natalie R. Domanico, RPR CCR(KY)
565 Madison Point Drive
Lexington, Kentucky  40515
www.domanicoreporting.com

42

```
04:05:08    1   MR. DAVIS:          (Interrupting) That's fine.

            2   MS. LANGEN:         -- and do that right now, but --

            3   MR. DAVIS:          (Interrupting) I'm going to find

            4                       it.

04:05:13    5   MS. LANGEN:         -- you're welcome to ask him

            6                       questions --

            7   MR. DAVIS:          (Interrupting) Just give me one

            8                       second.

            9   MS. LANGEN:         -- with -- you know, the --

04:05:13   10                       representing to him that that's

           11                       where you got it.

           12    213     Q    TAP officer specialist, I would think

           13   you would know what the general order looked like, but

           14   if you're saying you don't recognize it, here it is.

04:05:40   15   MS. LANGEN:         Move to strike that.

           16    214     Q    All right.  Here we are.

           17   MR. DAVIS:          And you didn't provide Bates

           18                       numbers on them, actually.

           19   MS. LANGEN:         Did we not?

04:06:50   20   MR. DAVIS:          No.

           21   MS. LANGEN:         Okay.

           22   MR. DAVIS:          This is the list of all of the

           23                       general orders that you provided to

           24                       us.  Saved it in my DropBox

04:07:01   25                       account.  Here, as you can see --
```

DOMANICO REPORTING, INC.
Natalie R. Domanico, RPR CCR(KY)
565 Madison Point Drive
Lexington, Kentucky  40515
www.domanicoreporting.com

43

```
04:07:05   1   MS. LANGEN:          (Interrupting) Well, that's really
           2                        unusual that --
           3   MR. DAVIS:           (Interrupting) -- I clicked on 61.
           4                        There is no Bates number.
04:07:10   5   MS. LANGEN:          Well, that's unusual that we would
           6                        not put a Bates number on there.
           7                        But, I mean, I don't know.  You can
           8                        represent to him that that's where
           9                        that came from.  I'm not going to
04:07:20  10                        sit here and compare or contrast
          11                        them.  But you can represent to him
          12                        that that is where you got that,
          13                        and you can ask questions with that
          14                        representation having been made.
04:07:32  15                        I'm just not willing to stipulate
          16                        that that's what that is unless I
          17                        have a chance to do that, and I'm
          18                        not going to sit here right now and
          19                        do it.
04:07:41  20   MR. DAVIS:           Okay.  So --
          21   MS. LANGEN:          (Interrupting) If there is any kind
          22                        of discrepancy later on, we can
          23                        argue about it.  But, you know,
          24                        represent to him that that's where
04:07:48  25                        you got that and start asking him
```

```
04:07:49   1                         questions about it.
           2    MR. DAVIS:          Okay.  We'll do it that way.
           3    215    Q    So this was provided by your counsel.
           4    MS. LANGEN:         That's a representation he is
04:07:59   5                        making.  And, I mean, I --
           6    216    Q    (Interrupting) And your counsel says
           7    that there was --
           8    MS. LANGEN:         (Interrupting) He's an attorney, so
           9                        I will assume that he is, you know,
04:08:06  10                        truthful about that, so...
          11    217    Q    And the ones that were provided didn't
          12    have a Bates number, so there's no Bates number on
          13    this one.
          14           A    I don't know what a Bates number is.
04:08:15  15    218    Q    It's the number that's at the bottom
          16    of --
          17    MS. LANGEN:         We put like little "COV1" to
          18                        whatever.
          19           A    Okay.
04:08:24  20    219    Q    They didn't number these.  But this is
          21    what was provided to me.  Are there any limitations on
          22    when you can use discretion on when to ID individuals
          23    in the vehicle?
          24           A    Are there any limitations on when to use
04:09:03  25    discretion?
```

04:09:04   1   220      Q    Uh-huh (affirmative).

           2            A    There are general limitations on

           3   discretion.  I don't believe there is anything in any

           4   policy anywhere that limits discretion on IDing people

04:09:26   5   specifically in a car on a traffic stop.

           6   221      Q    Oh, okay.  So to your knowledge,

           7   officers have ultimate discretion on when to

           8   identify -- when to ID everyone in the car during a

           9   traffic stop.

04:09:46  10            A    No.

          11   222      Q    Okay.  Are there limits to the

          12   discretion by officers?

          13            A    As I've said, there are general

          14   limitations on discretion.

04:10:08  15   223      Q    Uh-huh (affirmative).

          16            A    And those would apply within a traffic

          17   stop.  But as I said, I don't believe there is

          18   anything specific to traffic stops in identifying the

          19   passengers of vehicles that has any -- any guidance

04:10:21  20   either way.

          21   224      Q    Uh-huh (affirmative).

          22            (OFF THE RECORD)

          23   COURT REPORTER:    I'm going off record.  The time is

          24                      4:11 p.m.

04:15:10  25            (OFF THE RECORD)

DOMANICO REPORTING, INC.
Natalie R. Domanico, RPR CCR(KY)
565 Madison Point Drive
Lexington, Kentucky  40515
www.domanicoreporting.com

46

04:16:08    1   COURT REPORTER:      Back on the record at 4:16 p.m.

            2   225      Q      All right.  So based on your knowledge

            3   and understanding of the traffic stop procedures,

            4   there's no limits on an officer's discretion on

04:16:26    5   whether or not to ID individuals in a car during a

            6   traffic stop; is that correct?

            7           A      No, that is still incorrect.

            8   226      Q      Okay.  So what is your position on that

            9   matter?

04:16:37   10           A      There are still general principles that

           11   control discretion.  And on a traffic stop, those

           12   general principles still apply.

           13   227      Q      Well, what are the general principles?

           14           A      That your discretion cannot be motivated

04:16:51   15   by -- solely by race, age, ethnicity, gender,

           16   socioeconomic status, nationality.  I think that's the

           17   list.

           18   228      Q      And you train your office --

           19           A      (Interrupting) Sexuality.

04:17:08   20   229      Q      Oh.  And you train your officers how to

           21   do that?

           22           A      What do you mean?

           23   230      Q      How not to base their discretion on

           24   those -- on those classes that you just provided.

04:17:20   25           A      Yeah, we -- we discuss that during

DOMANICO REPORTING, INC.
Natalie R. Domanico, RPR CCR(KY)
565 Madison Point Drive
Lexington, Kentucky  40515
www.domanicoreporting.com

47

| | | |
|---|---|---|
| 04:17:22 | 1 | training.  It's in their training records that it's |
| | 2 | covered. |
| | 3 | 231    Q    And you provide that training? |
| | 4 |        A    Amongst others, yes. |
| 04:17:30 | 5 | 232    Q    Oh.  And -- and how were you -- how were |
| | 6 | you -- were you ever certified or trained on how to |
| | 7 | provide that training?  What background do you have in |
| | 8 | providing training on race bias and policing? |
| | 9 |        A    Well, my degree is a degree in gender |
| 04:17:50 | 10 | and diversity studies from Xavier University. |
| | 11 | However, the -- the training that essentially we do, |
| | 12 | since I'm a certified field training officer, is that |
| | 13 | we cover the topics of biased policing and how to |
| | 14 | avoid biased policing and how to justly and fairly |
| 04:18:12 | 15 | enforce the law, regardless of any of those protected |
| | 16 | statuses. |
| | 17 | 233    Q    And where does the curriculum for that |
| | 18 | training come from? |
| | 19 |        A    It comes from our FTO manual. |
| 04:18:26 | 20 | 234    Q    I've never seen those trainings, and |
| | 21 | I've requested, like, all of the trainings that have |
| | 22 | been provided. |
| | 23 | MS. LANGEN:        You've asked for training about |
| | 24 |                   specific officers, to my knowledge, |
| 04:18:37 | 25 |                   and I'm not -- I will confess that |

04:18:39   1                    I have not memorized what your

2                    Interrogatories and Requests for

3                    Production say, but I don't recall

4                    being asked for the FTO training

04:18:46   5                    manual, per se.

6   MR. DAVIS:        Oh.

7   MS. LANGEN:       Or, you know, other general

8                    standardized things.  It's -- like,

9                    definitely you have asked for

04:18:55  10                   Officer Ullrich's personnel file

11                   and Officer -- the officers that

12                   have been here today, but not the

13                   FTO training manual.

14       A   If I can elaborate.  We also receive

04:19:08  15  either annual or biannual training on bias in policing

16  through the Department of Criminal Justice training.

17  235    Q   Okay.  And during your time with

18  Officer Nader, when he was with the department, he

19  provided those trainings to you as well?

04:19:30  20       A   I don't know if he directly provided me

21  any training, but through his subordinates, our

22  training has been arranged and -- and proctored, as

23  well as the arranging of our additional trainings --

24  of some of my additional training, but our mandatory

04:19:52  25  additional training, which includes that bias

04:19:54   1   training, which includes our 40 hours of required

2   training for certification, even though we have --

3   many officers, including myself, have a tremendous

4   amount of training in addition to that.

04:20:04   5   236   Q   Have you been accused of racial

6   discrimination ever?

7   MS. LANGEN:        Objection, but you can answer.

8             A   Sure.  Yes.

9   237   Q   And are you currently in any type of

04:20:16   10   litigation regarding a racial discrimination claim

11   against you?

12             A   No.

13   238   Q   Was there previous litigation for racial

14   discrimination claims against you?

04:20:27   15             A   The -- I have had two people sue me.  I

16   do not know if either of them ever claimed it was

17   race-based.

18   239   Q   Were they African-American?

19             A   One was -- is.

04:20:49   20   240   Q   And is there currently any pending

21   litigation against you?

22             A   No.

23   241   Q   Okay.  Was there -- recently, was there

24   any current litigation against you?

04:21:06   25             A   Recently was there current?

```
04:21:08    1    242    Q    Recently, was there any litigation in

            2    the last year or so?

            3           A    Yes.

            4    MS. LANGEN:         I will tell you, just for the
04:21:15    5                        record, there was a lawsuit that

            6                        has been tried, and he got a

            7                        defense verdict on that.

            8    MS. WEICHOLD:       Okay.

            9    243    Q    And was that by another African-American
04:21:28   10    citizen of Covington?

           11           A    No.

           12    244    Q    Okay.  Who was it by?

           13           A    Jeffrey Cundiff.

           14    245    Q    Okay.  And what were the claims made
04:21:37   15    against you in that lawsuit?

           16    MS. LANGEN:         Just -- for the record, just note

           17                        an objection to the whole line of

           18                        questioning about other litigation

           19                        and other types of claims, but you
04:21:46   20                        can answer this.

           21           A    His accusations include a First

           22    Amendment retaliation and unlawful search.

           23    246    Q    Okay.  Were there -- in the other racial

           24    discrimination claims against you, were any of them
04:22:09   25    found to have been substantiated?
```

DOMANICO REPORTING, INC.
Natalie R. Domanico, RPR CCR(KY)
565 Madison Point Drive
Lexington, Kentucky  40515
www.domanicoreporting.com

51

| | | |
|---|---|---|
| 04:22:14 | 1 | A    What other racial discrimination claims |
| | 2 | are you talking about? |
| | 3 | 247    Q    Can we look back at the record, please? |
| | 4 | COURT REPORTER:    Where? |
| 04:22:22 | 5 | MR. DAVIS:    Just like a par -- couple |
| | 6 | paragraphs up. |
| | 7 | 248    Q    I thought I just asked if there were |
| | 8 | other racial discrimination claims against you, and |
| | 9 | you said that there were two, and one of them was. |
| 04:22:36 | 10 | MS. LANGEN:    You asked about litigation. |
| | 11 | MR. DAVIS:    Litigation. |
| | 12 | MS. LANGEN:    He said he was not certain what the |
| | 13 | allegations in either of those |
| | 14 | lawsuits was.  As I understood what |
| 04:22:45 | 15 | you said. |
| | 16 | A    In Jeffrey Cundiff, there was no -- |
| | 17 | MS. LANGEN:    (Interrupting) No, there's no |
| | 18 | racial component to that -- |
| | 19 | A    -- allegation of racial component. |
| 04:22:48 | 20 | MS. LANGEN:    -- whatsoever. |
| | 21 | A    And the other lawsuit, I don't know if |
| | 22 | there was a -- an accusation of a racial component. |
| | 23 | 249    Q    Okay.  And what were the -- what was |
| | 24 | determined in the other lawsuits? |
| 04:23:04 | 25 | A    It was dismissed.  The first lawsuit was |

DOMANICO REPORTING, INC.
Natalie R. Domanico, RPR CCR(KY)
565 Madison Point Drive
Lexington, Kentucky  40515
www.domanicoreporting.com

52

04:23:06  1    dismissed, and then the second lawsuit went to trial

          2    and we had a defense verdict.

          3    250    Q    Okay.  And -- and so based on your

          4    training and abilities and background, you feel as if

04:23:38  5    you are qualified to train officers on actions not to

          6    take post stop in regards to race, socioeconomic

          7    status, and those -- those things; things of that

          8    nature?

          9           A    I'm sorry.  Your question was a little

04:24:08  10   unwieldy.  I -- you're asking if I feel that I have

          11   the ability and knowledge to conduct training on how

          12   to proceed through a traffic stop regarding race and

          13   other protected statuses?

          14   251    Q    Correct.

04:24:28  15          A    Yes.  I mean, the policy is clear, the

          16   law is clear that those protected statuses are just

          17   that; they are protected.  They cannot be the basis

          18   for any discretionary decision.

          19   252    Q    Have you ever pulled over a vehicle and

04:24:43  20   not asked for the IDs of anyone -- of everyone in the

          21   car?

          22          A    Yes.

          23   253    Q    In your 100,000 stops -- you said you've

          24   done 100,000 stops -- how many times would you say

04:24:55  25   you've not IDed everyone in the car?

04:24:59   1              A    It's not something we track, but I would

2       estimate that it's probably well below 5 percent of

3       stops I do not ask for IDs from everyone in the car.

4       254    Q    Okay.  Do you ask for IDs from minors --

04:25:14   5              A    (Interrupting) Yes.

6       255    Q    -- in -- in a vehicle?

7                 A    Yes.

8       256    Q    And your department has told you that

9       that's okay to do?

04:25:41  10              A    To ask minors for IDs?

11      257    Q    Uh-huh (affirmative).

12               A    Minors drive cars.

13      258    Q    That's not what I was talking about.

14               A    Oh.

04:25:50  15      259    Q    I think you understand what I'm saying.

16      If a passenger is a minor, are you going to ID a minor

17      in the vehicle?  You're ID -- identifying and asking

18      for identification from minors in vehicles that are

19      not driving the car.

04:26:02  20              A    I mean, it depends.  Am I asking for

21      six-years-olds to provide ID?  No.  If we have someone

22      who is 15, 16, 17 or appears to be an adult, who ends

23      up being a minor, yes, I'm certainly going to identify

24      them.  We have missing children; we have exploited

04:26:19  25      children; we have trafficked children all over the --

04:26:24   1   the country, including Covington.  We've recovered

           2   these kinds of kids.  We're currently out looking for

           3   a number of missing endangered children in the city

           4   today.  And the way we figure out that they're missing

04:26:35   5   and they need to get taken back to somewhere where

           6   they're being properly cared for is we identify them.

           7   260    Q    And you identify them based on if

           8   there's a moving violation?

           9          A    No, I never said that.

04:26:47  10   261    Q    I just -- I just specifically asked you,

          11   in the 100,000 stops that you've done with moving

          12   violations in regards --

          13          A    I've not had 100,000 stops of moving

          14   violations.  I've had 100,000 stops, I would guess, in

04:27:01  15   total.

          16   262    Q    Okay.  If we're talking about 100 -- if

          17   we're talking about moving violations, are you

          18   identifying minors -- are you IDing minors when you

          19   make the stop on the car for a moving violation?

04:27:18  20   MS. LANGEN:         And I'm just going to object on the

          21                       basis of relevance, because I don't

          22                       think any of the individuals in

          23                       that car were minors; were they, on

          24                       the 16th of January?  So --

04:27:26  25   MR. DAVIS:          (Interrupting) You can --

```
04:27:27    1    MS. LANGEN:         (Interrupting) -- it's not

            2                        relevant.

            3    MR. DAVIS:          You can object.

            4    MS. LANGEN:         Yeah.  I mean, that's just for the

04:27:31    5                        record, but you can -- you can

            6                        answer.

            7          A    Yes, I would still identify minors for

            8    the reasons I've stated.  Minors still commit crimes.

            9    Minors still need to be identified.

04:28:05   10    263    Q    What's the difference between being

           11    arrested and detained?

           12          A    I think it depends on the context of how

           13    you're using those.  I personally don't think there is

           14    much of a difference between arrested and detained.

04:28:26   15    If you're arrested, you are not free to leave.  If

           16    you're detained, you're not free to leave.  Does that

           17    mean it's a physical arrest, where you're placed in

           18    handcuffs and taken to jail?  No.  But if I arrest

           19    your movement, if I seize your freedom on a traffic

04:28:40   20    stop, I think there's an argument to be made that that

           21    could be called an arrest.

           22    264    Q    And who trained you on that?

           23          A    Xavier University, University of

           24    Cincinnati.

04:28:54   25    265    Q    Did the police -- did the department
```

DOMANICO REPORTING, INC.
Natalie R. Domanico, RPR CCR(KY)
565 Madison Point Drive
Lexington, Kentucky  40515
www.domanicoreporting.com

56

```
04:28:56    1   tell you that there's no difference between being

            2   arrested and detained, the Covington Police

            3   Department?

            4           A    That's not what I said, sir.  Okay?

04:29:04    5   266    Q    I asked a question.  I didn't say what

            6   you said.  I said, did the Covington Police Department

            7   train you on that being the difference between being

            8   arrested and detained?

            9           A    There is a limited detention, and

04:29:16   10   there's a physical arrest.  And as I said in my

           11   initial answer, I think it's based on context.

           12   267    Q    In your initial answer, you just said

           13   the things -- they were the same; is that correct?

           14   MS. LANGEN:        He said it was his personal

04:29:29   15                      opinion.

           16   MR. DAVIS:         His personal opinion that they were

           17                      the same.

           18   268    Q    And I asked you who trained you --

           19   MS. LANGEN:        (Interrupting) And that there was

04:29:34   20                      not much difference between the

           21                      two.

           22   269    Q    I asked you who trained you to believe

           23   that those things are the same.

           24           A    And I answered that.

04:29:42   25   270    Q    And I asked, did the City of Covington
```

04:29:45   1   Police Office -- Department train you that those two

2   things were the same?

3          A     No.  As I've stated, it, again, depends

4   on context.  And we're talking about a limited

04:29:57   5   detention versus a physical arrest.

6   271     Q     Okay.  So that's your own definition of

7   what the difference is between being detained and

8   arrested.  That's not what the -- the Covington Police

9   Office -- Department trained you to believe.

04:30:13  10          A     I don't believe that there is a

11   definition for a specific training within the

12   department of delineating between detention and

13   arrest --

14   272     Q     (Interrupting) Okay.

04:30:21  15          A     -- in -- in that kind of a context.

16   273     Q     So you were under the supervision of

17   Officer Nader for approximately six years, and he

18   never -- you were never trained on the difference

19   between a detention and an arrest?

04:30:40  20          A     Again, not what I said.  What I said is

21   contextually it can be gray at best.  I think there's

22   an argument to be made that upon stopping a car and

23   seizing your rights, and you are not free to leave you

24   are essentially arrested in that moment.  Doesn't mean

04:31:00  25   you're going to jail.  But I have seized your

04:31:03  1   freedoms, and you're stopped.  Now, where it goes from

          2   that limited detention to the line of when are we in

          3   custody for purposes of Miranda, versus when you are

          4   under arrest, that -- those lines are gray, and I

04:31:20  5   think it depends on the situation.

          6   274    Q    And you've been operating this entire

          7   time under that understanding of the difference

          8   between being detained and arrested; is that correct?

          9          A    Yes.

04:31:38 10   275    Q    And the -- the City of Covington Police

         11   Department, did they train you in that thought

         12   process, or is that your own personal opinion?

         13          A    It's a culmination of everything.  I

         14   mean, the sum of my experience and training between

04:31:55 15   Covington Police, DOCJT, KLEC, LAPD, California

         16   Highway Patrol, Great Oaks, Xavier University, UC,

         17   Miami University; all of the totality of places where

         18   I have learned law, learned training, talked about

         19   policing, together.

04:32:14 20   276    Q    Okay.

         21          A    I'm sorry.  That felt fast.

         22   277    Q    And do you specifically remember

         23   Officer Nader giving you any type of training between

         24   the different -- about the difference between

04:32:36 25   detention and an arrest?

04:32:38    1              A    I'd appreciate it if you'd refer to him

            2    as Chief Nader.  And I don't know that Chief Nader has

            3    given me specific training from him personally at any

            4    point in time on almost any subjects, because he was

04:32:54    5    never my immediate, direct supervisor.  He was never

            6    my sergeant.  There were always lines of supervision

            7    in between.  And I don't believe he was the training

            8    sergeant or the training lieutenant while I was there.

            9    278      Q    Is the chief of police ultimately

04:33:10   10    responsible for making sure that all of the general

           11    orders are followed by the police officers?

           12              A    That's not a question for me to answer.

           13    I don't know.

           14    279      Q    You don't know the answer to that

04:33:18   15    question?

           16              A    I don't know the answer to that.

           17    COURT REPORTER:    What was your answer?

           18              A    I don't -- I don't know the answer to

           19    that question.

04:33:31   20    280      Q    All right.  So just to clarify, you

           21    don't believe there's a difference between detention

           22    and arrest.  And when you pull a vehicle over, just so

           23    that I'm clear, even if there's no reasonable

           24    suspicion that any of the other individuals in the

04:33:58   25    vehicle have committed a crime, you're still going to

```
04:34:02    1    ID everyone in the vehicle; is that correct?

            2             A    Let me answer your first question first.

            3    There is a difference between detention and arrest.  I

            4    think there's an argument to be made where that line

04:34:14    5    lies.

            6    MS. LANGEN:        And there is a legal argument

            7                       that's made all the time in case

            8                       law.  That's a legal issue.

            9    MR. DAVIS:         Are you giving a running objection,

04:34:23   10                       or are you --

           11    MS. LANGEN:        (Interrupting) I'm just saying

           12                       that's a legal issue, and to the

           13                       extent that you're asking him to

           14                       draw a legal conclusion, I don't

04:34:29   15                       think you're able to do that.  You

           16                       can still --

           17    MR. DAVIS:         (Interrupting) You don't think I

           18                       can do what?

           19    MS. LANGEN:        Ask him for a question that calls

04:34:37   20                       for a legal conclusion.

           21    MR. DAVIS:         Okay.  That's your objection, then.

           22    MS. LANGEN:        Yes, that is an objection.

           23    MR. DAVIS:         Okay.  Thank you.  Go ahead.

           24             A    So to the question of is there a

04:34:46   25    difference between detention and arrest?  Yes, there
```

04:34:49    1   is a difference.  Where that line lies is questionable

           2   and gray.

           3   281    Q   Okay.  That's all I wanted to -- that's

           4   not what -- that's fine.  That's -- that's what you --

04:34:58    5   that's not what you said earlier.

           6         A   It is what I said earlier.

           7   282    Q   Okay.  Okay.  Good to know.  We're --

           8   we're good there.  Let's move on to the next question.

           9   You as the trainer, the TAP trainer for the department

04:35:17   10   since 2014 -- correct?  Is that correct?  You've been

         11   a TAP trainer with the department since 2014; is that

         12   correct?

         13         A   As a TAP officer or TAP specialist.

         14   283    Q   Specialist.  And you train new

04:35:27   15   candidates that come into the department; is that

         16   correct?

         17         A   That is correct.

         18   284    Q   Okay.  And in that role, you are

         19   training individuals that they have discretion to ID

04:35:46   20   everyone in the vehicle, regardless if there is

         21   probable cause or reasonable suspicion that they've

         22   committed a crime; is that correct?

         23         A   I don't know that I'm training them on

         24   discretion.  I'm telling them that that is what they

04:36:01   25   should do on any given traffic stop, is identify all

04:36:04    1    of the occupants of the vehicle.

2    285    Q    In the vehicle, okay.  And you're

3    telling them even if there are minor individuals in

4    the vehicle, ID the minor individuals in the vehicle;

04:36:14    5    is that correct?

6    MS. LANGEN:        Same objection as noted before, but

7                      you can answer the question.

8             A    Yes.  I don't know if someone is a minor

9    until I identify them.  And people lie to us all the

04:36:26   10   time.  For example, my understanding, your client lied

11   about who he was on this evening.

12   MR. DAVIS:        Okay.  I think I just need

13                     five minutes, and then I can wrap

14                     up.

04:36:49   15   MS. LANGEN:       Okay.  Great.

16   COURT REPORTER:   I'm off the record at 4:36 p.m.

17          (OFF THE RECORD).

18   COURT REPORTER:    We're back on the record.  The time

19                      is 4:47 p.m.

04:47:26   20   286    Q    Officer Ullrich, do you follow policies,

21   or not?

22            A    Yes, of course, I follow policy.

23   287    Q    So on June 28th, 2014, when you sent the

24   message stating, "I violate every policy," was that

04:47:47   25   true or false?

04:47:48    1           A    It was a joke within a con -- within the

            2    context of a conversation amongst friends.

            3    288    Q    If you -- if you follow every policy,

            4    why have you been written up over 10 times?

04:48:12    5           A    The majority -- my recollection, the

            6    majority of my writeups surround car accidents.  And I

            7    drive a car for a living, 40 to 70 hours a week for

            8    the last 13 years.  I get into car accidents.  They

            9    happen.  Uh --

04:48:28   10    289    Q    (Interrupting) Do most officers get into

           11    car accidents?

           12    MS. LANGEN:         Let him finish.  Let him finish.

           13                        Finish what you were saying.

           14           A    Beyond that, everyone makes mistakes.  I

04:48:40   15    try to be accountable when I make mistakes and grow

           16    from them.

           17    290    Q    And since you were initially written up

           18    for car accidents in 2014, do you know approximately

           19    how many car accidents you've been in?

04:48:55   20           A    I do not.

           21    291    Q    Have you been in over seven?

           22           A    I don't know.

           23    292    Q    Does eight car accidents sound correct?

           24           A    As I said, I don't know.

04:49:14   25    293    Q    Have you been into 10 car accidents?

04:49:17   1   MS. LANGEN:        Objection.  Asked and answered.

           2   294    Q    You can answer.

           3   MS. LANGEN:        You can answer, but just this last

           4                      one.

04:49:28   5              A    I don't know.

           6   MR. DAVIS:         All right.  I have no further

           7                      questions.

           8   MS. LANGEN:        And I don't have any questions.

           9              * * * * * * * * * *

04:49:36  10              THEREUPON, the taking of the deposition of

          11   OFFICER DOUGLAS ULLRICH concluded at 4:49 p.m.

          12              * * * * * * * * * *

          13

          14

          15

          16

          17

          18

          19

          20

          21

          22

          23

          24

          25

1  STATE OF KENTUCKY )
                     )
2  COUNTY OF FAYETTE )

3          I, NATALIE R. DOMANICO, the undersigned

4  Notary Public in and for the State of Kentucky at

5  Large, do hereby certify that OFFICER DOUGLAS ULLRICH,

6  the aforesaid deponent, was by me first duly sworn to

7  testify the truth, the whole truth, and nothing but the

8  truth in the case of ANTHONY MARIO WYNN, Plaintiff, vs.

9  CITY OF COVINGTON, ET AL., Defendant,

10  No. 2:21-CV-00137-DBL-CJS, now pending in the United

11  States District Court for the Eastern District of

12  Kentucky at Covington.

13          That the foregoing deposition was taken down

14  in stenotype by me and afterwards reduced to

15  computer-aided transcription under my direction, and

16  the typewritten transcript is a true record of the

17  testimony given by said witness.

18          Defendant to said action and counsel for the

19  deponent requested in writing that said deposition be

20  signed by the testifying witness.

21          I further certify that said deposition

22  was submitted to the witness by email to his counsel

23  for his reading and signature on or about the 3rd day

24  of April, 2024.

25          That the Defendants, were represented by

1  their counsel, Hon. Jennifer Langen and Hon. Sheree E.

2  Weichold, at the taking of said deposition; that the

3  Plaintiff was represented by his counsel, Hon. Jamir

4  Davis; that there were no other appearances.  That said

5  deposition was taken on behalf of the Plaintiff

6  pursuant to Notice, and pursuant to the Federal Rules

7  of Civil Procedure for the District Courts of the

8  United States.

9          Pursuant to KRS 454.280, I certify that I am

10 not related to nor employed by, nor do I have any

11 contractual or any other financial relationship with

12 any person or entity interested in the outcome of this

13 litigation or their respective counsel and have no

14 interest whatsoever in this litigation.  I further

15 certify that Domanico Reporting, Inc. is independently

16 owned and operated.  We do not cost shift or contract

17 services.

18         My commission expires:  February 13, 2028.

19 IN TESTIMONY WHEREOF, I have hereunto set my

20 hand and seal of office on this the 27th day of March

21 2024.

22 ____\S:\Natalie R. Domanico _____
   NOTARY ID KYNP1983 NATALIE R. DOMANICO, CCR-KY, RPR

23

24

25

**ERRATA SHEET**

WITNESS: Officer Douglas Ullrich          DEPOSITION DATE: Monday, March 11, 2024

| PAGE & LINE NO. | READS | SHOULD READ | REASON FOR CHANGE |
|---|---|---|---|
| P56 Line 13 | think there is | think there is Not | transcription error |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**SIGNATURE PAGE FOR THE DEPOSITION OF**

**Officer Douglas Ullrich**

**TAKEN ON Monday, March 11, 2024**

RE: 2:21-CV-00137-DBL-CJS Anthony Mario Wynn vs City of Covington, et. al..

I, _Douglas Ullrich_, state that I have read the foregoing deposition and the same is a true and correct transcript of the testimony given by me on the _12_ day of _April_, 20 _24_.

_____
(WITNESS)

Subscribed and sworn to before me on this _12th_ day of _April_, 20 _24_. My commission expires: _06/02/24_.

_____  #KYNP8153
NOTARY PUBLIC, STATE AT LARGE

COURT REPORTER: [9]
4/9 5/5 13/22 46/23 47/1
52/4 60/17 63/16 63/18
MR. DAVIS: [23]  37/10
42/23 43/1 43/3 43/7 43/17
43/20 43/22 44/3 44/20
45/2 49/6 52/5 52/11 55/25
56/3 57/16 61/9 61/17
61/21 61/23 63/12 65/6
MS. LANGEN: [43]  15/16
19/9 19/22 37/6 37/11
42/13 42/24 43/2 43/5 43/9
43/15 43/19 43/21 44/1
44/5 44/21 45/4 45/8 45/17
48/23 49/7 50/7 51/4 51/16
52/10 52/12 52/17 52/20
55/20 56/1 56/4 57/14
57/19 61/6 61/11 61/19
61/22 63/6 63/15 64/12
65/1 65/3 65/8
MS. WEICHOLD: [1]  51/8
WITNESS: [2]  5/4 5/10

'
'I [1]  23/20

.
.68 [1]  4/6
.68-78 [1]  4/6

1
10 [5]  26/4 26/5 29/3 64/4
64/25
10 years [1]  25/14
100 [1]  55/16
100 percent [1]  8/7
100,000 [7]  34/15 35/1
53/23 53/24 55/11 55/13
55/14
11 [4]  1/13 2/7 30/20 31/20
11th [1]  27/8
12 [1]  31/16
122123 [1]  3/3
13 [3]  31/3 31/25 67/18
13 years [2]  13/16 64/8
15 [1]  54/22
15th [1]  29/9
16 [1]  54/22
16th [2]  7/9 55/24
17 [1]  54/22
17th [1]  16/19

2
20 [1]  3/16
2009 [4]  8/22 9/9 9/15 9/18
2010 [2]  9/9 9/18
2011 [3]  7/15 9/16 10/2
2014 [20]  11/20 22/25 23/9
23/12 23/18 25/2 25/4
26/12 29/7 29/9 29/11 30/2
30/23 31/20 31/22 39/7
62/10 62/11 63/23 64/18
2016 [7]  20/12 20/12 21/20
22/2 22/7 27/8 27/9
2017 [1]  20/15
2018 [7]  14/2 14/5 14/6
16/4 16/19 16/24 20/11
2023 [3]  11/25 11/25 12/3

2024 [4]  1/13 2/7 66/24
67/21
2028 [1]  67/18
2311 [1]  3/17
2318 [1]  3/17
27th [3]  23/18 25/4 67/20
28th [1]  63/23
292-2311 [1]  3/17
292-2318 [1]  3/17
29th [1]  31/22
2:21-CV-00137-DBL-CJS [1]
1/2
2:56 [2]  1/14 2/8
2:56 p.m [1]  5/2

3
3rd [2]  18/8 66/23

4
40 [3]  2/6 3/9 64/7
40 hours [1]  50/1
41011 [3]  3/3 3/9 3/16
454.280 [1]  67/9
4:11 p.m [1]  46/24
4:16 p.m [1]  47/1
4:36 p.m [1]  63/16
4:47 p.m [1]  63/19
4:49 [1]  65/11

5
5 percent [1]  54/2
5th [1]  7/15

6
61 [1]  44/3

7
70 hours [1]  64/7
78 [1]  4/6

8
859 [2]  3/17 3/17

9
9th [3]  16/4 16/24 18/5

A
abandoned [1]  28/17
ABC [1]  3/15
aberrant [1]  41/19
abilities [1]  53/4
ability [1]  53/11
able [2]  35/23 61/15
about [29]  5/6 10/15 10/25
12/1 17/18 25/24 26/4 28/2
31/7 33/3 34/14 35/1 37/21
42/20 44/23 45/1 45/10
48/23 51/18 52/2 52/10
54/13 55/16 55/17 58/4
59/18 59/24 63/11 66/23
academy [11]  8/23 9/4 9/5
9/8 9/11 9/15 9/17 9/20
9/22 9/23 9/25
accident [18]  10/17 14/7
14/18 14/20 14/23 14/24
15/2 19/11 19/11 19/12
19/14 21/25 23/5 29/23
30/6 30/11 30/12 31/10
accidents [11]  13/18 20/17
29/11 29/16 64/6 64/8

64/11 64/18 64/19 64/23
64/25 24
According [1]  25/3
account [1]  43/25
accountable [1]  64/15
accurate [1]  34/8
accurately [1]  6/20
accusation [1]  52/22
accusations [1]  51/21
accused [1]  50/5
act [1]  11/12
action [5]  30/8 36/3 36/3
38/2 66/18
actions [1]  53/5
activate [2]  35/25 37/23
activity [1]  41/7
actually [4]  18/7 18/12
23/17 43/18
ADAMS [2]  2/6 3/8
adamsattorneys.com [1]
3/10
add [1]  15/14
added [1]  15/12
addendum [9]  15/8 15/11
15/23 16/1 17/22 17/24
18/3 21/1 21/2
addition [1]  50/4
additional [6]  26/12 26/17
26/20 49/23 49/24 49/25
Administrator [1]  3/15
adult [1]  54/22
affirm [1]  5/5
affirmative [8]  14/14 26/23
30/13 35/10 46/1 46/15
46/21 54/11
aforesaid [1]  66/6
African [2]  50/18 51/9
African-American [2]  50/18
51/9
after [10]  5/11 8/22 9/13
16/13 17/9 17/12 17/15
18/9 25/12 30/16
afterwards [2]  15/13 66/14
again [6]  16/8 16/9 36/11
40/1 58/3 58/20
against [7]  50/11 50/14
50/21 50/24 51/15 51/24
52/8
age [1]  47/15
ago [1]  24/22
Ah [1]  34/23
ahead [1]  61/23
aided [1]  66/15
AL [3]  1/9 3/11 66/9
Alaska [3]  8/22 9/1 9/2
alcohol [1]  6/15
all [41]  2/11 5/16 5/21 5/23
6/12 10/23 10/25 13/4
18/22 19/23 21/16 30/19
34/4 36/8 36/12 36/15
36/19 36/23 36/24 37/1
37/2 38/13 39/18 40/9 40/9
40/18 41/16 42/1 43/16
42/25 47/2 48/21 54/25
59/17 60/10 60/20 61/7
62/3 62/25 63/9 65/6
allegation [1]  52/19
allegations [1]  52/13
AlliedBarton [1]  8/6
allow [1]  6/7

almost [1]  60/4
already [1]  27/6
also [6]  6/3 6/9 10/22 11/2
39/18 49/14
although [3]  6/12 17/11
20/19
always [1]  60/6
am [9]  6/9 7/12 10/12 11/15
12/20 39/9 39/13 54/20
67/9
Amendment [1]  51/22
American [2]  50/18 51/9
amongst [2]  48/4 64/2
amount [2]  38/11 50/4
annual [1]  49/15
another [2]  35/14 51/9
answer [18]  5/24 6/9 6/11
6/12 50/7 51/20 56/6 57/11
57/12 60/12 60/14 60/16
60/17 60/18 61/2 63/7 65/2
65/3
answered [2]  57/24 65/1
answering [2]  6/5 6/19
ANTHONY [4]  1/6 3/5 5/17
66/8
any [56]  5/24 6/4 6/8 6/15
7/7 8/17 9/24 11/15 12/18
20/8 22/5 22/6 22/12 22/19
23/13 24/12 25/9 25/13
27/11 27/16 30/4 30/8
31/11 31/12 32/16 32/17
32/22 34/1 34/11 38/19
40/11 40/21 44/21 45/21
45/24 46/3 46/19 46/19
48/15 49/21 50/9 50/20
50/24 51/1 51/24 53/18
55/22 59/23 60/3 60/4
60/24 62/25 65/6 67/10
67/11 67/12
anyone [4]  24/23 25/5 41/4
53/20
anything [7]  6/18 25/22 33/3
38/19 38/25 46/3 46/18
anywhere [1]  46/4
apologize [1]  19/7
appearances [2]  2/18 67/4
appears [2]  19/13 54/22
apply [2]  46/16 47/12
appreciate [1]  60/1
appropriate [3]  11/16 23/7
36/2
appropriately [1]  38/7
approximate [1]  2/8
approximately [3]  16/24
58/17 64/18
April [4]  14/1 14/6 16/19
66/24
April 17th [1]  16/19
Aramark [1]  7/22
are [66]  6/14 6/18 7/10 10/8
8/19 11/4 11/9 11/14 11/11 12/7
12/17 13/3 13/5 13/8 13/9
25/24 25/24 26/16 26/17
31/4 31/20 31/23 33/7 33/8
34/10 35/4 35/6 35/20 36/7
36/20 38/4 38/4 38/22
38/24 41/6 41/21 41/21
42/2 43/16 45/21 45/24
46/11 46/13 47/10
47/13 50/9 52/2 53/3 53/16

## A

are... [17]  53/17 54/16
54/18 55/17 55/18 56/15
57/23 58/23 58/24 59/2
59/3 59/4 60/11 61/9 61/10
62/18 63/3
areas [3]  30/25 31/4 42/6
argue [2]  42/20 44/23
argument [4]  56/20 58/22
61/4 61/6
arise [2]  11/8 13/7
arranged [1]  49/22
arranging [1]  49/23
arrest [12]  56/17 56/18
56/21 57/10 58/5 58/13
58/19 59/4 59/25 60/22
61/3 61/25
arrested [9]  41/9 56/11
56/14 56/15 57/2 57/8 58/8
58/24 59/8
as [49]  2/11 5/12 7/14 9/18
10/21 10/21 11/1 11/7
11/12 11/16 11/18 11/23
12/17 12/20 12/22 17/8
17/14 18/7 19/2 19/2 19/6
20/11 26/18 26/21 28/15
29/14 29/17 30/15 33/21
34/4 34/5 34/12 38/9 41/6
43/25 46/13 46/17 49/19
49/22 49/23 52/14 53/4
57/10 58/3 60/2 62/9 62/13
63/6 64/24
ask [11]  6/4 14/15 16/9
32/9 36/19 43/5 44/13 54/3
54/4 54/10 61/19
asked [14]  37/12 37/13
48/23 49/4 49/9 52/7 52/10
53/20 55/10 57/5 57/18
57/22 57/25 65/1
asking [8]  6/10 32/20 41/3
44/25 53/10 54/17 54/20
61/13
assigned [4]  11/3 11/17
13/6 40/6
assist [1]  11/14
Assistant [1]  3/15
assisted [1]  28/19
assume [1]  45/9
at [59]  1/2 2/5 2/5 2/7 6/4
7/22 8/14 13/4 13/13 13/21
13/24 14/2 14/11 14/13
14/22 14/25 15/2 15/5 16/8
18/14 19/15 19/24 20/18
21/9 21/17 21/24 22/16
22/20 22/22 26/22 27/1
27/19 27/23 28/4 29/3 29/4
29/13 29/22 29/25 30/5
30/19 30/20 31/16 31/24
34/19 36/3 37/25 41/23
41/24 45/15 47/1 52/3
58/21 60/3 63/16 65/11
66/4 66/12 67/2
at-fault [1]  14/2
attempt [1]  11/7
attempting [1]  21/7
attend [1]  11/13
attended [1]  8/23
attending [1]  9/10
attention [1]  24/16

attorney [3]  5/17 6/11 45/8
47/5 47/5 47/13
attorneys [5]  3/5 3/11 3/19
6/25 7/1
authority [4]  40/3 40/6
40/23 40/24
Auton [3]  24/11 24/16 24/18
avoid [1]  48/14
aware [2]  11/15 39/4

## B

back [8]  5/1 9/2 20/10 24/5
47/1 52/3 55/5 63/18
background [2]  48/7 53/4
base [1]  47/23
based [14]  16/10 19/3
20/13 20/14 23/2 27/12
27/13 27/25 33/19 47/2
50/17 53/3 55/7 57/11
basis [4]  33/12 37/7 53/17
55/21
Bates [8]  42/14 42/22 43/17
44/4 44/6 45/12 45/12
45/14
be [32]  5/7 5/18 6/3 6/10
7/2 14/11 14/13 21/7 25/24
28/21 34/8 34/10 35/2
35/11 35/12 35/12 37/21
38/16 38/18 38/19 41/9
47/14 53/17 54/22 56/9
56/20 56/21 58/21 58/22
61/4 64/15 66/19
because [7]  15/16 18/6
28/22 34/21 37/8 55/21
60/4
been [28]  5/18 8/5 13/12
13/16 13/17 25/18 25/19
25/20 29/17 34/16 38/14
38/25 39/3 39/6 41/11
44/14 48/22 49/12 49/22
50/5 51/6 51/25 59/6 62/10
64/4 64/19 64/21 64/25
before [7]  2/3 5/19 6/14
14/22 21/13 27/24 63/6
begin [2]  6/14 11/23
behalf [6]  1/6 2/10 18/19
18/21 18/25 67/5
being [10]  5/12 49/4 54/23
55/6 56/10 57/1 57/7 57/7
58/7 59/8
belief [1]  41/1
believe [17]  7/8 7/21 9/18
11/20 11/21 12/3 13/18
21/1 33/18 34/8 46/3 46/17
57/22 58/9 58/10 60/7
60/21
believed [3]  21/6 21/7 28/21
believes [1]  41/5
below [1]  54/2
besides [1]  30/9
best [2]  40/18 58/21
between [18]  17/1 24/5
56/10 56/14 57/1 57/7
57/20 58/7 58/12 58/19
59/8 59/14 59/23 59/24
60/7 60/21 61/3 61/25
Beyond [1]  64/14
biannual [1]  49/1
bias [3]  48/8 49/15 49/25
biased [2]  48/13 48/14

black [1]  38/13
blue [1]  23/24
board [5]  14/23 14/24 21/24
25/22 29/25
body [1]  6/24
bold [1]  42/6
bottom [2]  42/15 45/15
Bowman [2]  28/15 28/21
Box [1]  3/3
boy [1]  19/6
break [2]  6/4 6/6
Brian [1]  21/12
briefly [1]  20/10
brought [1]  24/16
bureau [1]  11/17
but [35]  5/8 5/22 8/7 9/21
11/21 12/22 19/4 24/15
33/18 34/9 36/11 37/11
42/7 42/20 42/21 43/2
43/13 44/7 44/11 44/23
45/20 46/17 49/3 49/12
49/21 49/24 50/7 51/19
54/1 56/5 56/18 58/25 63/6
65/3 66/7
Butler [2]  7/22 8/3

## C

California [1]  59/15
called [2]  26/14 56/21
calls [2]  13/11 61/19
came [4]  26/13 42/14 42/21
44/9
camera [1]  6/24
can [56]  6/1 6/4 12/22
13/21 15/5 15/7 15/10
15/25 16/8 19/7 19/15
19/17 19/20 20/10 21/17
22/22 22/23 23/4 23/25
26/10 27/1 27/3 27/23 29/3
30/19 31/16 31/23 35/11
35/12 35/12 35/20 36/19
39/13 40/1 42/17 43/25
44/7 44/11 44/13 44/22
45/22 49/14 50/7 51/20
52/3 55/25 56/3 56/5 56/5
58/21 61/16 61/18 63/7
63/13 65/2 65/3
candidates [1]  62/15
cannot [3]  19/18 47/14
53/17
Canon [2]  32/25 33/2
captain [8]  22/2 22/4 22/6
22/11 23/12 24/13 30/3
30/4
captains [1]  22/7
car [27]  14/4 23/6 28/17
31/6 31/8 31/10 35/22 36/1
37/3 46/5 46/8 47/5 53/21
53/25 54/3 54/19 55/19
55/23 58/22 64/6 64/7 64/8
64/11 64/18 64/19 64/23
64/25
cared [1]  55/6
career [1]  22/19
cars [2]  23/24 54/12
Carter [2]  21/12 27/5
case [4]  1/2 36/18 61/7
66/8
cause [1]  62/21
CCR [1]  67/22

CCR-KY [1]  67/22
center [1]  49/21
certain [2]  17/4 52/12
certainly [3]  17/18 38/12
54/23
certification [1]  50/2
certified [2]  48/6 48/12
certify [4]  66/5 66/21 67/9
67/15
chain [2]  22/20 27/20
chance [3]  13/25 29/5
44/17
charge [1]  39/6
chat [6]  23/7 23/19 23/21
24/3 24/3 31/7
chief [13]  15/3 18/14 19/2
19/3 21/9 21/11 21/13 25/7
27/5 40/8 60/2 60/2 60/9
children [4]  54/24 54/25
54/25 55/3
Cincinnati [4]  8/15 8/24 9/4
56/24
circumstances [1]  13/7
circumvent [1]  21/7
citation [1]  31/9
citizen [1]  51/10
city [19]  1/9 3/11 3/15 3/19
7/13 7/16 8/16 8/21 10/2
13/13 33/5 35/1 39/2 42/11
42/12 55/3 57/25 59/10
66/9
Civil [2]  2/12 67/7
CJS [2]  1/2 66/10
claim [1]  50/10
claimed [1]  50/16
claims [6]  50/14 51/14
51/19 51/24 52/1 52/8
clarify [1]  60/20
classes [1]  47/24
clear [4]  32/24 53/15 53/16
60/23
clicked [1]  44/3
client [1]  63/10
close [1]  13/16
collect [1]  31/5
collection [1]  23/8
collision [8]  10/21 10/24
13/1 14/3 21/10 21/22 29/7
39/16
collisions [1]  25/23
Colonel [1]  27/5
come [6]  40/4 40/4 41/1
41/1 48/18 62/15
comes [1]  48/19
command [2]  22/20 27/21
commencing [1]  2/7
commission [1]  67/18
commit [1]  56/8
committed [3]  40/21 60/25
62/22
communication [1]  11/6
community [3]  11/13 11/16
12/16
compare [3]  42/16 42/17
44/10
compensated [1]  26/16
compensation [2]  26/17
26/20
component [3]  52/18 52/19
52/22

69

## C

computer [1]  66/15
computer-aided [1]  66/15
computers [1]  23/24
con [1]  64/1
concede [2]  42/9 42/13
concerning [1]  31/1
concluded [1]  65/11
conclusion [2]  61/14 61/20
conduct [7]  10/20 11/13
 35/8 36/20 41/17 41/21
 53/11
conducts [2]  39/9 39/14
confess [1]  48/25
confirm [1]  35/22
consists [1]  12/14
context [5]  56/12 57/11
 58/4 58/15 64/2
contextually [1]  58/21
contract [2]  26/24 67/16
contractual [1]  67/11
contrast [1]  44/10
control [1]  47/11
conversation [2]  40/11 64/2
conversations [1]  41/4
coordinators [1]  12/10
copy [2]  33/15 33/18
correct [33]  11/21 15/4 17/3
 18/11 19/5 20/11 20/21
 21/14 21/15 23/10 25/2
 26/15 27/14 30/1 31/13
 33/23 34/13 39/8 39/12
 40/15 47/6 53/14 57/13
 59/8 61/1 62/10 62/10
 62/12 62/16 62/17 62/22
 63/5 64/23
cost [1]  67/16
could [3]  29/4 35/13 56/21
Council [2]  32/14 33/2
counsel [7]  45/3 45/6 66/18
 66/22 67/1 67/3 67/13
country [1]  55/1
county [5]  7/22 8/3 41/5
 41/12 66/2
couple [1]  52/5
course [2]  9/22 63/22
court [5]  1/1 6/1 6/7 36/18
 66/11
Courts [1]  67/7
COV1 [1]  45/17
cover [1]  48/13
covered [1]  48/2
COVINGTON [35]  1/2 1/9
 2/6 3/3 3/9 3/11 3/16 3/19
 7/14 7/17 7/17 7/21 8/17 9/14
 9/16 10/3 13/13 25/5 29/17
 33/5 34/21 34/25 35/2
 36/14 39/2 42/12 51/10
 55/1 57/2 57/6 57/25 58/8
 59/10 59/15 66/9 66/12
covingtonky.gov [1]  3/18
crime [5]  28/17 28/18 40/21
 60/25 62/22
crimes [2]  11/15 56/8
criminal [3]  11/17 41/7
 49/16
crises [1]  11/7
crisis [7]  10/13 11/2 11/5
 11/24 12/11 12/14 13/8

crisises [1]  11/7
culmination [1]  59/13
Cundiff [2]  51/13 52/16
current [2]  50/24 50/25
currently [6]  6/14 12/23
 50/9 50/20 55/2
curriculum [1]  48/17
custody [1]  59/3
CV [3]  1/2 11/21 66/10

## D

damage [1]  14/3
data [2]  8/14 23/23
date [8]  1/13 7/15 11/22
 16/16 16/20 27/7 29/8
 31/21
dated [2]  27/7 29/8
Davis [5]  3/2 3/2 5/15 5/16
 67/4
day [16]  14/2 16/14 16/15
 17/10 17/13 17/15 18/6
 18/7 18/8 19/13 19/14 20/7
 20/15 20/19 66/23 67/20
DBL [1]  1/2 66/10
decision [1]  53/18
deemed [1]  39/23
DEFENDANT [4]  3/11 3/19
 66/9 66/18
DEFENDANTS [2]  1/10
 66/25
defense [2]  51/7 53/2
definitely [1]  49/9
definition [2]  58/6 58/11
degree [2]  48/9 48/9
delays [1]  9/24
delineating [1]  58/12
department [34]  3/14 10/3
 12/5 12/6 18/20 18/22
 18/25 22/14 24/18 25/6
 25/13 25/15 25/22 26/13
 32/12 32/13 34/2 34/17
 34/19 36/15 40/5 49/16
 49/18 54/8 56/25 57/3 57/6
 58/1 58/9 58/12 59/11 62/9
 62/11 62/15
dependent [1]  13/11
depends [5]  33/17 54/20
 56/12 58/3 59/5
deponent [2]  66/6 66/19
deposition [14]  1/6 2/2 2/8
 5/18 5/19 5/22 6/9 6/22
 65/10 66/13 66/19 66/21
 67/2 67/5
describe [1]  15/7
details [3]  16/13 17/8 21/21
detained [1]  56/11 56/14
 56/16 57/2 57/8 58/7 59/8
detention [9]  57/9 58/5
 58/12 58/19 59/2 59/25
 60/21 61/3 61/25
determination [1]  14/16
determined [3]  25/19 25/20
 52/24
did [48]  6/22 7/8 7/13 7/17
 8/1 8/17 8/25 9/10 9/13
 11/18 11/23 15/14 15/20
 15/21 15/24 18/3 18/14
 18/18 18/24 20/5 20/17
 21/5 21/24 22/8 22/9 22/10
 24/20 24/20 25/5 25/9

25/13 26/17 29/25 30/8
31/3 33/9 40/23 40/24
40/25 40/25 41/1 42/17
43/19 56/25 56/25 57/6
57/25 59/11
didn't [8]  15/16 18/7 28/22
 32/19 43/17 45/11 45/20
 57/5
difference [15]  28/3 42/19
 56/10 56/14 57/1 57/7
 57/20 58/7 58/18 59/7
 59/24 60/21 61/3 61/25
 62/1
different [7]  10/9 10/11
 19/11 21/20 32/10 37/11
 59/24
direct [5]  3/17 5/14 22/19
 27/20 60/5
direction [1]  66/15
directly [1]  49/20
dirty [2]  23/6 31/8
disagreement [2]  21/3 28/3
disciplinary [1]  30/8
disciplined [3]  13/12 13/15
 13/17
discovery [1]  2/10
discrepancy [1]  44/22
discretion [19]  38/8 38/12
 39/23 40/14 40/16 41/22
 45/22 45/25 46/3 46/4 46/7
 46/12 46/14 47/4 47/11
 47/14 47/23 62/19 62/24
discretionary [1]  53/18
discrimination [6]  50/6
 50/10 50/14 51/24 52/1
 52/8
discuss [1]  47/25
discussed [1]  27/6
dismissed [2]  52/25 53/1
dispatch [1]  24/2
DISTRICT [5]  1/1 1/1 66/11
 66/11 67/7
diversity [1]  48/10
do [65]  5/5 5/10 7/6 9/7
 9/13 12/24 14/8 14/9 14/10
 15/19 17/21 17/23 20/22
 20/24 21/10 21/21 21/23
 22/4 22/10 22/13 23/11
 23/15 24/6 24/13 24/20
 24/23 28/22 28/23 29/10
 29/16 33/14 33/15 35/9
 35/24 37/22 38/13 38/19
 39/6 39/7 40/17 41/8 41/16
 43/2 44/17 44/19 45/2
 47/21 47/22 48/7 48/11
 50/16 54/3 54/4 54/9 59/22
 61/15 61/18 62/25 63/20
 64/10 64/18 64/20 66/5
 67/10 67/16
DOCJT [1]  59/15
document [10]  16/2 32/1
 32/3 32/6 32/7 32/11 32/17
 32/17 32/23 32/23
documents [2]  7/7 25/25
does [12]  5/4 9/19 10/16
 12/5 12/21 16/14 35/7 36/6
 40/3 48/17 56/16 64/23
doesn't [9]  6/3 19/18 27/16
 37/7 37/8 37/15 42/5 42/8
 58/24

Domanico [5]  2/3 66/3
 67/15 67/22 67/22
don't [64]  7/8 9/6 11/21
 13/19 18/1 20/8 20/12 22/3
 22/6 22/12 22/16 22/19
 23/13 24/9 24/12 24/15
 24/25 26/25 27/11 27/19
 27/20 27/21 28/25 29/15
 30/2 30/4 31/11 32/16
 32/17 32/22 32/23 33/2
 37/6 40/11 42/21 42/24
 42/24 43/14 44/7 45/14
 46/3 46/17 49/3 49/20
 52/21 55/21 56/13 58/10
 60/2 60/7 60/13 60/14
 60/16 60/18 60/18 60/21
 61/14 61/17 62/23 63/8
 64/22 64/24 65/5 65/8
done [2]  53/24 55/11
DOUGLAS [5]  1/10 2/2
 5/11 65/11 66/5
down [1]  66/13
draw [1]  61/14
drive [2]  54/12 64/7
driver [2]  20/17 36/10
driving [1]  54/19
DropBox [1]  43/24
drugs [1]  6/15
DUI [4]  10/21 10/23 12/25
 39/15
duly [2]  5/12 66/6
during [12]  6/9 9/22 13/10
 23/8 31/6 31/9 39/7 39/24
 46/8 47/5 47/25 49/17
duties [16]  7/23 8/13 10/8
 10/10 10/19 11/1 11/4
 11/11 11/18 12/17 26/13
 26/21 27/10 27/16 30/15
 39/19
duty [5]  14/21 16/12 17/8
 21/4 40/7
dynamic [2]  35/20 38/4

## E

each [3]  12/6 12/7 12/23
earlier [4]  28/2 31/7 62/5
 62/6
EASTERN [2]  1/1 66/11
eight [1]  64/23
either [6]  11/25 38/2 46/20
 49/15 50/16 52/13
elaborate [1]  49/14
Elsbernd [2]  32/2 32/8
else [2]  7/4 24/12
email [1]  64/12
employed [2]  8/4 67/10
encounters [1]  36/22
end [1]  22/18
endangered [1]  55/3
ends [1]  54/22
enforce [1]  48/15
enforcement [11]  8/17 8/23
 10/21 10/23 12/25 32/14
 33/2 36/3 38/2 39/15 39/20
entire [2]  29/17 59/6
entity [1]  67/12
equipment [2]  35/12 35/16
error [1]  23/6
essentially [3]  41/18 48/11
 58/24

**E**

estimate [2] 35/2 54/2
ET [3] 1/9 3/11 66/9
Ethics [2] 32/25 33/2
ethnicity [1] 47/15
even [4] 40/20 50/2 60/23
63/3
evening [1] 63/11
ever [14] 13/12 18/12 22/8
30/10 32/3 32/10 33/5 40/8
40/12 41/16 48/6 50/6
50/16 53/19
every [5] 23/20 34/6 41/18
63/24 64/3
everyone [7] 46/8 53/20
53/25 54/3 61/1 62/20
64/14
everything [2] 6/2 59/13
evidence [7] 20/3 21/3 23/8
28/5 28/10 28/11 31/11
EXAMINATION [1] 5/14
examined [1] 5/12
example [1] 63/10
excuse [4] 12/11 18/17 26/9
31/24
exhibit [42] 13/21 13/23
15/5 15/6 16/6 16/8 16/10
16/12 16/22 17/1 17/2
18/24 19/1 19/6 19/15
19/16 19/17 19/21 19/23
20/13 20/14 20/22 21/11
21/17 22/10 22/22 26/4
26/5 26/6 26/8 26/9 27/1
27/3 30/20 31/16 31/20
31/23 31/25 41/24 41/25
42/1 42/2
Exhibit 10 [2] 26/4 26/5
Exhibit 11 [2] 30/20 31/20
Exhibit 12 [1] 31/16
Exhibit 13 [2] 31/23 31/25
Exhibit 2 [12] 13/21 13/23
16/6 16/8 16/10 16/12 17/1
18/24 19/1 19/6 20/13
20/14
Exhibit 3 [4] 15/5 15/6
16/22 17/2
Exhibit 4 [6] 19/15 19/16
19/17 41/24 41/25 42/1
Exhibit 6 [5] 19/21 19/23
20/22 21/11 22/10
Exhibit 8 [3] 22/22 26/8
26/9
Exhibit 9 [2] 27/1 27/3
expect [2] 25/17 25/18
experience [3] 8/18 34/24
59/14
expires [1] 67/18
explain [3] 15/10 15/25 36/1
explains [1] 28/15
exploited [1] 54/24
extent [1] 61/13
extra [1] 26/16

**F**

face [1] 11/12
fairly [1] 48/14
fall [1] 11/25
false [2] 38/20 63/25
familiar [4] 5/21 7/10 31/23

42/2
fast [1] 59/21
fault [7] 14/2 14/12 14/13
14/25 21/24 29/22 29/25
FAYETTE [1] 66/2
February [3] 11/20 12/4
67/18
Federal [2] 2/11 67/6
feel [2] 53/4 53/10
felt [1] 59/21
few [1] 5/23
field [2] 39/17 48/12
figure [1] 55/4
file [2] 32/20 49/10
filed [1] 2/9
financial [1] 67/11
find [8] 19/7 19/7 21/24
29/25 36/7 40/23 40/24
43/3
finders [1] 14/15
finds [1] 30/25
fine [2] 43/1 62/4
finish [6] 6/5 6/7 39/13
64/12 64/12 64/13
FIRM [1] 3/2
first [9] 5/12 10/3 18/4
22/17 51/21 52/25 61/2
61/2 66/6
five [2] 29/20 63/13
five minutes [1] 63/13
focus [1] 35/15
follow [6] 28/22 35/18 38/5
63/20 63/22 64/3
followed [3] 21/4 21/6 60/11
follows [1] 5/13
followup [1] 16/2
forbidding [1] 41/3
forbids [1] 36/18
force [2] 23/5 31/8
foregoing [1] 66/13
forfeited [2] 20/16 20/20
form [2] 12/19 33/1
Form L2 [1] 33/1
forth [2] 6/5 24/5
found [8] 14/11 14/13 14/25
14/25 25/24 26/3 29/22
51/25
four [1] 17/16
free [3] 56/15 56/16 58/23
freedom [1] 56/19
freedoms [1] 59/1
friends [1] 64/2
FTO [3] 48/19 49/4 49/13
FTOs [1] 41/2
full [1] 7/18
fully [1] 18/1
function [1] 24/4
further [3] 65/6 66/21 67/14

**G**

gender [2] 47/15 48/9
general [30] 33/5 33/7
33/13 34/7 37/4 37/9 37/11
37/12 37/14 37/15 37/18
37/20 37/20 37/23 37/24
38/1 38/4 39/18 39/19
41/23 42/10 43/13 43/23
46/2 46/13 47/10 47/12
47/13 49/7 60/10

got [3] 55/5 64/8 64/19
gets [1] 62/1
give [2] 5/6 43/7
given [5] 26/12 26/21 60/3
62/25 66/17
giving [3] 6/8 59/23 61/9
go [3] 5/23 20/10 61/23
God [1] 5/9
goes [3] 14/22 16/2 59/1
going [14] 5/17 5/22 6/9
21/16 42/19 43/3 44/9
44/18 46/23 54/16 54/23
55/20 58/25 60/25
good [2] 62/7 62/8
got [5] 24/14 43/11 44/12
44/25 51/6
graduate [1] 9/20
graduated [1] 9/12
graduation [1] 9/13
gray [3] 58/21 59/4 62/2
great [5] 6/3 8/24 40/16
59/16 63/15
group [1] 24/3
grow [1] 64/15
guess [1] 55/14
guidance [1] 46/19

**H**

had [14] 8/6 27/9 28/2 29/5
29/14 31/7 34/3 36/21 39/3
41/4 50/15 53/2 55/13
55/14
half [1] 17/16
hand [2] 5/3 67/20
handcuffs [1] 56/18
handling [1] 20/3
handwritten [1] 42/7
happen [1] 64/9
happened [2] 14/9 26/11
happens [1] 41/22
has [11] 25/18 25/18 25/20
37/16 39/22 40/8 46/19
49/22 51/6 54/8 60/2
hate [1] 11/15
have [101]
having [1] 23/6 40/11 44/14
he [35] 15/16 18/18 21/5
22/17 22/19 24/20 24/20
24/22 27/15 27/16 27/17
27/20 27/21 28/22 30/25
30/25 31/5 37/6 37/8 37/14
37/16 45/4 45/9 49/18
49/18 49/20 51/6 52/12
52/12 57/14 58/17 60/4
60/5 60/7 63/11
he's [4] 15/17 27/12 37/10
45/8
head [1] 6/2
help [1] 5/9
here [10] 9/3 16/14 17/18
42/7 43/14 43/16 43/25
44/10 44/18 49/12
hereby [1] 66/5
heretofore [1] 2/9
hereunto [1] 67/19
high [3] 10/20 12/24 39/15
high-visibility [1] 10/20
Highway [1] 59/16
him [14] 21/7 40/12 43/5
43/10 44/8 44/11 44/24

44/25 60/1 60/3 61/13
61/19 64/6 64/12
hire [1] 7/15
hired [3] 9/14 9/16 22/17
hires [1] 10/23
his [12] 21/6 22/16 22/18
27/19 27/21 49/21 51/21
57/14 57/16 66/22 66/23
67/3
history [1] 7/19
Hon [7] 2/5 3/2 3/8 3/14
67/1 67/1 67/3
hostage [7] 10/13 11/2 11/5
11/23 12/11 12/14 13/2
hour [1] 2/8
hours [2] 50/1 64/7
how [30] 6/22 9/5 9/19 12/1
15/17 21/3 24/6 24/9 24/13
26/20 28/10 29/19 29/16
33/7 33/14 35/7 37/6 39/23
41/17 47/20 47/23 48/5
48/5 48/6 48/13 48/14
53/11 53/24 56/12 64/19
however [7] 13/7 16/14
21/5 35/21 40/18 41/16
48/11
huh [8] 14/14 26/23 30/13
35/10 46/1 46/15 46/21
54/11

**I**

I'd [2] 34/14 60/1
I'll [1] 16/8
I'm [45] 4/9 5/16 5/16 5/22
7/10 8/6 9/9 9/17 10/7
10/13 10/13 10/22 11/2
15/17 17/4 19/10 19/20
19/20 26/6 28/20 32/20
34/20 34/21 39/4 40/1 40/6
42/13 42/19 43/3 44/9
44/15 44/17 46/23 48/12
48/25 53/9 54/15 54/23
55/20 59/21 60/23 61/11
62/23 62/24 63/16
I've [17] 6/5 13/16 13/17
22/7 32/7 34/18 34/25 37/2
38/25 41/4 46/13 48/20
48/21 55/13 55/14 56/8
58/3
ID [11] 40/14 45/22 46/8
47/5 54/16 54/17 54/21
61/1 62/19 63/4 67/22
idea [12] 9/21 22/3 22/6
22/12 22/19 23/13 24/8
24/12 27/11 29/12 30/4
31/11
IDed [1] 53/25
identification [3] 36/19
39/24 54/18
identified [2] 38/14 56/9
identify [21] 27/3 35/21 36/1
36/5 36/8 36/15 37/2 38/9
40/5 40/9 40/18 41/4 41/7
41/16 46/8 54/23 55/6 55/7
56/7 62/25 63/9
identifying [5] 36/12 40/17
46/18 54/17 55/18
IDing [2] 46/4 55/18
IDs [4] 53/20 54/3 54/4
54/10

**I**

if [50]  7/6 13/7 13/24 19/7
21/17 22/11 22/13 22/19
23/11 24/23 27/16 27/20
29/3 30/19 34/10 35/23
35/23 38/13 39/13 40/20
41/8 42/16 42/16 42/16
42/25 43/14 44/21 49/14
49/20 50/16 52/7 52/21
53/4 53/10 54/16 54/21
55/7 55/16 55/16 56/15
56/15 56/18 56/19 60/1
60/23 62/20 63/3 63/8 64/3
64/3
immediate [1]  60/5
Immediately [2]  7/18 7/20
impair [1]  6/16
implemented [1]  19/4
improper [1]  23/7
improperly [1]  20/3
in [166]
inappropriate [1]  23/15
Inc [1]  67/15
incident [6]  7/10 7/10 20/6
22/14 30/16 38/3
incidents [3]  23/3 23/4
31/13
include [1]  51/21
includes [4]  39/15 39/19
49/25 50/1
including [3]  40/17 50/3
55/1
incorrect [1]  47/7
independent [1]  20/8
independently [1]  67/15
INDEX [2]  3/22 4/6
individual [1]  35/21
individuals [12]  38/24 39/24
40/4 40/5 40/14 45/22 47/5
55/22 60/24 62/19 63/3
63/4
influence [2]  6/14 6/18
informed [1]  28/19
initial [2]  57/11 57/12
initially [1]  64/17
instructed [3]  28/4 28/16
37/2
instructions [2]  21/4 21/6
insubordinate [1]  28/21
insubordination [6]  13/19
20/4 20/23 21/8 28/1 28/9
interactions [1]  31/1
interest [1]  67/14
interested [1]  67/12
Interrogatories [1]  49/2
Interrupting [26]  20/13 26/5
31/2 31/3 34/23 37/17
39/11 40/3 43/1 43/3 43/7
44/1 44/3 44/21 45/6 45/8
47/19 52/17 54/5 55/25
56/1 57/19 58/14 61/11
61/17 64/10
into [5]  40/4 62/15 64/8
64/10 64/25
investigated [2]  14/20 14/22
investigation [10]  10/22
10/24 10/24 12/25 12/25
14/17 25/21 39/16 39/16
39/17

investigations [3]  11/17
3/1 38/6
investigative [1]  36/3
investigatory [1]  35/14
is [161]
is the [1]  42/10
isn't [1]  37/4
issue [4]  28/14 31/11 61/8
61/12
it [110]
it's [26]  8/5 10/17 12/23
14/6 15/8 16/2 18/8 19/19
23/23 25/7 27/4 29/20
32/20 35/24 39/22 41/17
45/15 48/1 48/1 49/8 54/1
54/2 56/1 56/17 57/11
59/13
items [2]  31/6 31/18

**J**

jail [4]  7/22 8/3 56/18 58/25
Jamir [3]  3/2 5/16 67/3
January [5]  7/9 19/12 20/10
20/15 55/24
January 16th [1]  7/9
jdavis [1]  3/4
jdaviscounsel.com [1]  3/4
Jeff [2]  2/5 7/2
Jeffrey [2]  51/13 52/16
Jennifer [4]  3/8 7/5 7/6 67/1
jmando [1]  3/10
job [6]  7/21 8/6 9/1 10/3
10/6 27/21
joke [1]  64/1
joking [1]  24/5
Jones [1]  25/7
judge [1]  6/12
judgment [1]  6/16
July [1]  22/25
jump [2]  19/20 27/24
June [6]  23/18 25/4 30/23
31/20 31/22 63/23
June 27th [2]  23/18 25/4
June 28th [1]  63/23
June 29th [1]  31/22
just [27]  5/22 5/23 6/4
20/19 26/6 32/24 34/20
36/9 43/7 44/15 47/24 51/4
51/16 51/16 52/5 52/7
53/16 55/10 55/10 55/20
56/4 57/12 60/20 60/22
61/11 63/12 65/3
Justice [1]  49/16
justly [1]  48/14

**K**

keep [2]  6/19 38/22
KENTUCKY [11]  1/1 2/5
2/7 3/3 3/9 3/16 32/14 33/1
66/1 66/4 66/12
kept [1]  30/15
kids [1]  55/2
kind [2]  44/21 58/15
kinds [1]  55/2
kitchen [1]  7/24
KLEC [1]  59/15
know [50]  13/25 15/18
19/24 21/10 21/18 22/11
22/16 22/23 24/11 24/13
24/15 24/16 24/20 24/23

26/25 27/19 27/20 27/21
29/4 29/15 30/20 32/18
32/23 33/3 37/6 38/13
42/21 42/24 43/9 43/13
44/7 44/23 45/9 45/14 49/7
49/20 50/16 52/21 60/2
60/13 60/14 60/16 60/18
62/7 62/23 63/8 64/18
64/22 64/24 65/5
knowledge [5]  31/15 46/6
47/2 48/24 53/11
KRS [1]  67/9
KY [1]  67/22
KYNP1983 [1]  67/22

**L**

L2 [1]  33/1
lab [2]  28/17 28/18
Langen [2]  3/8 67/1
LAPD [1]  59/15
Large [2]  2/5 66/5
last [8]  7/21 8/5 11/9 25/14
26/10 51/2 64/8 65/3
later [2]  16/25 44/22
law [15]  2/6 3/2 3/8 8/17
8/23 32/14 33/1 36/17
36/18 41/3 41/7 48/15
53/16 59/18 61/8
lawful [2]  35/9 35/22
lawsuit [5]  51/5 51/15 52/21
52/25 53/1
lawsuits [2]  52/14 52/24
learned [2]  59/18 59/18
least [1]  29/13
leave [6]  8/1 8/25 24/20
56/15 56/16 58/23
left [1]  8/2
legal [7]  3/14 6/13 61/6
61/8 61/12 61/14 61/20
less [1]  23/7
less-than-appropriate [1]
23/7
let [13]  13/24 19/6 19/7
19/24 21/17 22/23 29/4
30/20 31/24 32/9 61/2
64/12 64/12
let's [3]  15/15 41/22 62/8
letter [11]  22/24 23/1 23/14
23/17 25/3 26/8 26/9 26/11
27/12 29/6 30/9
LGBTQ [7]  10/13 11/10
11/13 11/16 12/1 12/12
12/15
liaison [3]  10/14 11/10
12/15
liaisons [1]  12/12
license [1]  35/23
lie [1]  63/9
lied [1]  63/10
lies [2]  61/5 62/1
lieutenant [6]  8/12 24/14
27/4 30/23 31/18 60/8
Lieutenant Steffen [1]  31/18
lights [3]  35/25 37/24 37/25
like [14]  8/8 12/21 16/6 21/5
25/22 27/9 35/6 39/1 39/3
43/13 45/17 48/21 49/8
52/5
limitations [4]  45/21 45/24
46/2 46/14

limited [4]  34/10 57/9 58/4
58/2
limits [1]  46/4 46/11 47/4
line [4]  51/17 59/2 61/4
62/1
lines [3]  11/6 59/4 60/6
list [2]  43/22 47/17
lists [2]  30/25 31/5
litigation [10]  50/10 50/13
50/21 50/24 51/1 51/18
52/10 52/11 67/13 67/14
little [2]  45/17 53/9
living [1]  64/7
lockbox [2]  28/16 28/24
long [3]  8/5 9/9 9/19
look [20]  12/21 13/21 13/24
15/5 16/8 19/15 19/24
21/17 22/22 27/1 27/23
29/3 29/4 30/19 30/20
31/16 31/24 41/23 41/24
52/3
looked [1]  43/13
looking [1]  35/4 35/6 55/2
looks [1]  27/9
lot [2]  17/4 37/19

**M**

ma'am [1]  5/10
made [15]  11/15 14/16 21/1
21/2 31/6 34/13 34/14
34/18 34/25 44/14 51/14
56/20 58/22 61/4 61/7
Main [1]  3/17
majority [1]  36/12 64/5 64/6
make [7]  52/4 61/6 67/3 35/4
35/5 55/19 64/15
makes [2]  22/21 64/14
making [4]  35/17 35/19
45/6 60/10
mandatory [1]  49/24
Mando [2]  2/6 7/2
manner [3]  28/12 36/21
36/22
manual [3]  48/19 49/5
49/13
many [7]  10/11 24/6 29/10
29/16 50/3 53/24 64/12
March [5]  1/13 2/7 12/4
27/8 67/20
March 11th [1]  27/8
MARIO [3]  1/6 3/5 66/8
massive [1]  31/19
matter [1]  47/9
may [5]  16/4 16/24 18/5
18/8 34/8
May 3rd [1]  18/8
May 9th [3]  16/4 16/24 18/5
maybe [2]  12/4 22/7
MDT [2]  23/19 23/21 23/23
31/7 31/19
MDT chat [1]  31/7
me [35]  6/7 10/10 10/25
11/21 12/11 13/25 15/7
15/25 18/17 19/7 19/7
19/17 19/24 21/18 22/23
26/9 28/16 28/19 28/22
29/4 30/20 31/24 31/24
32/9 41/3 42/8 43/7 45/21
49/20 50/15 60/3 60/12
61/2 66/6 66/14

## M

mean [14] 25/23 27/12 36/6 37/17 42/24 44/7 45/5 47/22 53/15 54/20 56/4 56/17 58/24 59/14
meant [1] 28/22
Mears [1] 30/22
medication [1] 6/15
members [1] 12/15
memo [6] 27/13 27/17 27/24 30/22 30/24 31/17
memorandum [1] 27/4
memorized [1] 49/1
message [16] 23/7 23/15 23/16 23/19 23/21 24/3 24/4 24/4 24/7 24/14 24/24 25/1 25/12 25/16 31/20 63/24
messages [1] 23/25
met [1] 6/25
Miami [1] 59/17
minor [7] 14/3 54/16 54/16 54/23 63/3 63/4 63/8
minors [10] 54/4 54/10 54/12 54/18 55/18 55/18 55/23 56/7 56/8 56/9
minutes [1] 63/13
Miranda [1] 59/3
missing [3] 54/24 55/3 55/4
mistakes [2] 64/14 64/15
mobile [2] 23/23 24/2
moment [1] 58/24
Monday [2] 1/13 2/7
month [3] 16/24 17/16 17/19
more [2] 29/20 38/14
most [1] 64/10
motivated [1] 47/14
motor [1] 29/7
move [3] 21/16 43/15 62/8
moved [1] 9/2
movement [1] 56/19
moving [9] 35/7 35/11 35/16 35/17 55/8 55/11 55/13 55/17 55/19
Mr [1] 5/15
much [3] 26/20 56/14 57/20
multiple [2] 12/7 12/9
my [34] 5/25 6/24 7/15 7/18 7/21 10/12 11/21 18/22 21/2 22/19 27/20 31/3 31/8 31/15 35/2 35/25 39/5 39/14 40/6 41/2 43/24 48/9 48/24 49/24 57/10 59/14 60/5 60/6 63/10 64/5 64/6 66/15 67/18 67/19
myself [3] 19/2 25/7 50/3

## N

Nader [21] 15/3 18/14 18/16 18/17 18/17 19/2 19/3 21/13 22/22 22/8 22/11 22/13 23/11 27/5 27/9 40/8 49/18 58/17 59/23 60/2 60/2
name [1] 23/4
Natalie [3] 2/3 66/3 67/22
nationality [1] 47/16
nature [1] 53/8

nearly [1] 10/23
necessary [1] 39/24
need [6] 17/21 17/21 17/23 55/5 56/9 63/12
negotiations [1] 12/14
negotiator [5] 10/13 11/2 11/24 13/6 13/10
negotiators [2] 12/12 13/9
never [14] 18/6 19/5 31/12 32/6 32/7 32/21 38/25 39/2 48/20 55/9 58/18 58/18 60/5 60/5
new [5] 10/23 12/18 12/23 13/4 62/14
next [1] 62/8
nighttime [1] 37/25
NKY [1] 11/14
no [57] 1/2 5/25 6/3 6/17 6/21 8/10 8/11 9/21 13/4 16/12 17/8 18/13 18/13 24/8 24/19 25/11 28/7 28/13 29/12 29/12 29/14 29/19 30/14 31/14 32/5 32/8 32/9 34/20 37/16 38/21 38/25 39/4 39/13 40/20 42/3 42/18 43/20 44/4 45/12 46/10 47/4 47/7 50/12 50/22 51/11 52/16 52/17 52/17 54/21 55/9 56/18 57/1 58/3 60/23 65/6 67/4 67/13
No. [5] 21/17 22/15 29/1 29/3 66/10
No. 10 [1] 29/3
No. 2:21-CV-00137-DBL-CJS [1] 66/10
No. 6 [1] 22/15
No. 7 [1] 21/17
No. 9 [1] 29/1
Nodding [1] 6/2
None [1] 10/1
nor [4] 16/13 17/8 67/10 67/10
normal [1] 41/18
not [72]
notary [6] 2/4 18/23 19/2 25/8 66/4 67/22
note [1] 51/16
noted [1] 63/6
nothing [10] 5/8 36/17 37/20 37/22 37/24 38/1 38/16 38/18 41/3 66/7
NOTICE [3] 1/7 2/9 67/6
notified [1] 24/15
November [1] 29/9
November 15th [1] 29/9
now [7] 10/6 12/5 22/21 43/2 44/18 59/1 66/10
nowhere [1] 16/14
number [14] 13/17 31/9 34/10 38/23 42/14 42/22 44/4 44/6 45/12 45/12 45/14 45/15 45/20 55/3
numbers [1] 31/9 43/18

## O

Oaks [2] 8/24 59/16
object [2] 55/20 56/3
objection [9] 15/16 37/6

50/7 51/17 61/9 61/21 67/22 63/6 65/10
occupants [14] 36/1 36/5 36/9 36/12 36/16 36/19 37/3 38/9 38/14 38/15 40/9 40/18 41/17 63/1
occurred [2] 22/15 30/17
off [10] 14/6 16/12 17/8 23/2 34/9 46/22 46/23 46/25 63/16 63/17
off-duty [2] 16/12 17/8
office [6] 41/5 41/13 47/18 58/1 58/9 67/20
officer [33] 1/10 2/2 5/2 5/11 7/14 8/21 9/1 10/5 10/10 10/12 12/13 12/22 12/22 23/18 29/18 30/16 32/2 32/8 32/25 33/22 34/12 38/10 43/12 48/12 49/10 49/11 49/18 58/17 59/23 62/13 63/20 65/11 66/5
Officer Elsbernd [2] 32/2 32/8
Officer Nader [3] 49/18 58/17 59/23
Officer Ullrich [1] 63/20
Officer Ullrich's [1] 49/10
officer's [1] 47/4
officers [22] 12/18 13/4 13/5 23/20 24/5 24/6 36/23 36/24 39/6 39/9 39/14 39/17 39/21 46/7 46/12 47/20 48/24 49/11 50/3 53/5 60/11 64/10
offices [1] 2/5
official [1] 22/24
oh [13] 19/6 19/10 19/20 22/4 23/25 27/23 30/12 32/9 46/6 47/20 48/5 49/6 54/14
okay [72]
olds [1] 54/21
on [98]
on-duty [3] 14/21 21/4 40/7
once [3] 13/25 22/22 29/5
one [26] 9/22 11/9 12/6 12/13 12/15 13/18 14/2 19/4 20/9 26/10 27/5 28/20 29/8 31/21 31/25 32/19 35/24 39/9 39/11 39/13 39/21 43/7 45/13 50/19 52/9 65/4
ones [1] 45/11
ongoing [1] 33/12
online [2] 33/15 33/19
online-based [1] 33/19
only [3] 12/6 17/17 34/18
open [2] 11/6 28/18
opened [1] 28/20
opening [1] 28/19
operated [1] 67/16
operating [1] 59/6
opinion [3] 57/15 57/16 59/12
or [60] 5/5 5/25 6/3 6/15 6/15 7/18 8/1 8/18 9/18 11/7 12/7 12/10 12/19 13/4 20/9 22/21 24/13 24/14 24/20 25/18 25/22 26/6

26/16 30/16 31/1 31/24 32/17 32/23 33/22 34/1 35/13 35/16 35/25 36/3 36/9 38/2 38/9 40/5 40/14 41/18 42/16 44/10 47/5 48/6 49/7 49/15 51/2 54/22 59/12 60/8 61/10 62/13 62/21 63/21 63/25 66/23 67/11 67/12 67/13 67/16
order [25] 8/7 13/22 14/1 15/9 15/12 16/3 16/17 20/1 21/19 34/7 37/5 37/9 37/12 37/13 37/14 37/15 37/18 37/20 37/20 37/23 37/24 38/1 41/23 42/10 43/13
ordered [1] 20/3
orders [6] 33/5 33/7 33/13 38/4 43/23 60/11
other [26] 2/11 10/25 12/10 12/11 12/12 12/13 12/15 23/19 23/25 25/25 31/10 35/13 39/18 42/7 49/7 51/18 51/19 51/23 52/1 52/8 52/21 52/24 53/13 60/24 67/4 67/11
others [1] 48/4
otherwise [1] 41/6
our [18] 6/25 10/13 12/13 14/23 23/24 24/2 31/1 33/7 33/12 36/21 36/23 39/17 42/22 48/19 49/21 49/23 49/24 50/1
out [3] 36/7 55/2 55/4
outcome [1] 67/12
outline [2] 19/19 42/6
outlined [1] 33/8
outreach [1] 11/13
outside [2] 25/25 41/19
over [12] 5/23 21/14 27/10 27/17 36/1 40/10 40/10 53/19 54/25 60/22 64/4 64/21
overtime [11] 16/3 16/7 16/11 16/13 17/3 17/5 17/9 17/11 17/19 18/5 18/10 18/10 19/4
own [2] 58/6 59/12
owned [1] 67/16

## P

p.m [8] 1/14 2/8 5/2 46/24 47/1 63/16 63/19 65/11
P.O [1] 3/3
page [2] 4/2 5/24
pages [2] 4/6 19/19
paperwork [1] 23/6
par [1] 52/5
paragraphs [1] 52/6
part [1] 42/10
particular [3] 10/12 15/15 38/3
partner [1] 11/12
passenger [2] 41/6 54/16
passengers [1] 46/19
patrol [2] 39/19 59/16
pay [2] 20/7 26/19
peacefully [1] 11/7
pending [2] 50/20 66/10
people [6] 12/7 37/1 40/17 46/4 50/15 63/9
per [1] 49/5

**P**

per se [1] 49/5
percent [2] 8/7 54/2
percentage [1] 41/19
performance [3] 27/13
 27/18 31/3
permitted [1] 2/11
person [2] 12/6 67/12
personal [3] 57/14 57/16
 59/12
personally [2] 56/13 60/3
personnel [1] 49/10
physical [5] 33/15 33/18
 56/17 57/10 58/5
physically [1] 28/20
Pike [3] 2/6 3/9 3/16
placed [1] 56/17
places [1] 59/17
PLAINTIFF [7] 1/6 1/7 2/10
 3/5 66/8 67/3 67/5
planning [1] 11/14
plate [1] 35/23
platform [1] 33/20
please [6] 5/3 5/25 6/7 6/11
 16/9 52/3
PLLC [3] 2/6 3/2 3/8
plus [1] 17/19
point [2] 17/5 60/4
pointed [1] 42/6
police [34] 7/14 8/21 8/23
 8/25 10/3 10/5 10/7 10/8
 10/9 10/10 14/4 21/9 23/6
 25/5 29/18 32/11 32/13
 32/20 32/25 33/6 34/17
 34/19 34/22 36/14 38/9
 56/25 57/2 57/6 58/1 58/8
 59/10 59/15 60/9 60/11
policies [6] 25/13 26/3 33/6
 33/7 34/4 63/20
policing [5] 48/8 48/13
 48/14 49/15 59/19
policy [7] 25/15 25/25 46/4
 53/15 63/22 63/24 64/3
policy.' [1] 23/20
pose [1] 6/8
position [5] 8/1 8/8 8/11
 12/8 13/3 27/19 47/8
positions [1] 12/7
possibilities [1] 10/11
post [1] 53/6
potential [1] 11/15
potentially [1] 35/14
PowerDMS [1] 33/19
practice [1] 40/18
prepare [1] 6/22
prepared [1] 42/13
present [1] 6/13
pretty [2] 5/21 34/10
prevention [1] 10/17
previous [4] 8/3 20/17
 34/21 50/13
Pride [1] 11/14
principles [3] 47/10 47/12
 47/13
printed [1] 19/19
prior [14] 6/6 6/8 6/24 7/16
 7/18 7/20 7/21 8/6 8/16
 8/17 15/8 16/5 33/21 34/3
probable [1] 62/21
probably [2] 34/14 54/2
problematic [1] 61/1
Procedure [2] 2/12 67/7
procedures [5] 33/6 33/8
 34/1 34/2 47/3
proceed [2] 35/5 53/12
proceeding [1] 6/13
process [5] 13/2 21/3 33/16
 35/18 59/12
processed [3] 28/6 28/10
 28/11
proctored [1] 49/22
produce [1] 42/18
Production [1] 49/3
Professional [1] 2/4
program [3] 10/18 24/3
 26/14
proper [1] 8/7
properly [1] 55/6
protected [4] 48/15 53/13
 53/16 53/17
provide [6] 33/17 38/2
 43/17 48/3 48/7 54/21
provided [12] 32/6 32/11
 33/5 42/11 43/23 45/3
 45/11 45/21 47/24 48/22
 49/19 49/20
providing [1] 48/8
Public [2] 2/4 66/4
pull [3] 40/10 40/10 60/22
pulled [1] 53/19
pulling [1] 36/1
punishment [1] 31/14
purposes [3] 2/10 2/11 59/3
pursuant [2] 2/9 67/6 67/6
 67/9
put [3] 6/5 44/6 45/17

**Q**

qualified [1] 53/5
quantity [1] 40/16
question [15] 6/5 6/8 16/9
 18/2 32/10 53/9 57/5 60/12
 60/15 60/19 61/2 61/19
 61/24 62/8 63/7
questionable [1] 62/1
questioning [1] 51/18
questions [9] 5/25 6/10 6/12
 6/19 43/6 44/13 45/1 65/7
 65/8
quick [1] 41/23

**R**

race [6] 38/23 47/15 48/8
 50/17 53/6 53/12
race-based [1] 50/17
racial [9] 50/5 50/10 50/13
 51/23 52/1 52/8 52/18
 52/19 52/22
raise [1] 5/3
Ralph [1] 18/14
reading [1] 66/23
real [1] 41/23
really [1] 44/1
reason [3] 35/9 35/22 36/2
reasonable [4] 35/13 40/20
 60/23 62/21
reasons [1] 56/8
recall [11] 9/6 9/7 13/19
 14/9 20/22 22/13 23/16
24/25 29/16 40/11 49/3
 49/14
receive [4] 25/9 33/6 33/9
 49/14
received [6] 20/15 24/7
 24/11 24/12 31/14 32/21
recently [3] 50/23 50/25
 51/1
recognize [1] 43/14
recollection [6] 20/8 21/2
 32/16 32/22 33/4 64/5
recommendation [1] 20/16
record [14] 5/1 6/2 46/22
 46/23 46/25 47/1 51/5
 51/16 52/3 56/5 63/16
 63/17 63/18 66/16
records [1] 48/1
recovered [2] 28/16 55/1
recruit [3] 12/23 40/6 40/7
recruits [2] 13/5 36/21
red [1] 37/23
reduced [1] 66/14
refer [2] 7/9 60/1
reference [1] 31/18
referenced [1] 19/10
referring [3] 7/11 27/25 28/1
refuse [1] 41/8
regard [4] 10/19 27/18 28/5
 28/8
regarding [6] 27/5 28/9 29/6
 30/24 50/10 53/12
regardless [2] 48/15 62/20
regards [4] 33/6 42/11 53/6
 55/12
Registered [1] 2/3
related [1] 67/10
relating [1] 16/3
relationship [1] 67/11
relevance [1] 55/21
relevant [1] 56/2
remained [1] 22/18
remember [11] 7/6 14/7
 21/21 22/24 23/11 24/6 24/9
 28/23 29/10 30/2 59/22
report [2] 31/9 31/9
reported [1] 22/5
reporter [3] 2/4 6/1 6/7
Reporting [1] 2/4
represent [3] 44/8 44/11
 44/24
representation [2] 44/14
 45/4
represented [2] 66/25 67/3
representing [1] 43/10
reprimand [10] 22/25 23/1
 23/14 23/17 25/10 26/8
 26/10 26/11 29/6 30/9
requested [2] 48/21 66/19
Requests [1] 49/2
require [1] 6/10
required [4] 33/11 33/25
 41/7 50/1
resigned [1] 9/2
resolve [1] 11/7
respective [1] 67/13
Respond [1] 11/5
responded [1] 24/23
responsibilities [1] 12/2
responsible [4] 10/22 12/18
 13/3 60/10
rest [1] 13/20
restrictions [2] 16/7 16/11
result [1] 14/3
resulting [1] 14/3
retaliation [1] 51/22
retire [1] 24/21
retired [1] 24/22
review [13] 11/16 13/25
 14/23 14/24 26/24 27/25
 29/5 33/11 33/12 33/14
 34/1 34/4 34/5
reviewed [5] 6/24 7/7 22/23
 26/1 34/6
reviewing [2] 13/20 33/16
right [15] 5/3 5/16 5/21
 10/25 19/23 21/16 30/19
 38/13 42/1 43/2 43/16
 44/18 47/2 60/20 65/6
rights [1] 58/23
roadside [2] 12/25 39/16
Rob [11] 18/16 18/17 18/17
 22/2 22/8 22/11 22/13
 23/11 24/11 24/16 24/18
role [6] 7/23 22/14 22/16
 34/12 38/9 62/18
roles [1] 26/18
Rose [1] 31/17
RPR [1] 67/22
rule [1] 20/4
rules [4] 2/11 5/22 38/5
 67/6
run [1] 35/23
running [1] 61/9

**S**

S.W.A.T [1] 11/3
said [30] 2/8 9/18 12/20
 17/8 17/12 29/15 46/13
 46/17 52/9 52/12 52/15
 53/23 55/9 57/4 57/6 57/6
 57/10 57/12 57/14 58/20
 58/20 62/5 62/6 64/24
 66/17 66/18 66/19 66/21
 67/2 67/4
sake [1] 6/6
same [11] 5/4 5/23 13/2
 26/2 26/11 26/12 57/13
 57/17 57/23 58/2 63/6
Saved [1] 43/24
say [12] 7/1 16/14 29/13
 29/14 29/20 34/14 36/5
 40/1 42/5 49/3 53/24 57/5
saying [4] 43/14 54/15
 61/11 64/13
says [13] 16/12 17/14 19/6
 20/7 20/14 23/18 25/3
 36/18 37/21 37/23 37/25
 38/1 45/6
scene [1] 14/22
scheduled [1] 18/8
se [1] 49/5
seal [1] 67/20
search [2] 23/8 31/6 31/19
 51/22
second [2] 43/8 53/1
security [1] 8/14
see [7] 18/22 19/7 31/24
 32/19 39/23 42/18 43/25
seems [1] 16/6
seen [5] 32/3 32/7 32/10
 41/16 48/20

**S**

seize [1]  56/19
seized [1]  58/25
seizing [1]  58/23
send [1]  23/25
sense [1]  22/21
sent [8]  23/15 23/18 24/9 24/24 25/2 25/12 25/16 63/23
September [1]  7/15
September 5th [1]  7/15
sergeant [8]  24/13 28/4 28/15 28/21 30/22 31/17 60/6 60/8
Sergeant Bowman [2]  28/15 28/21
Sergeant Mears [1]  30/22
Sergeant Rose [1]  31/17
serve [2]  20/5 20/18
served [4]  18/6 18/13 19/5 20/9
services [1]  67/17
set [2]  12/23 67/19
setup [1]  17/18
seven [1]  64/21
several [6]  23/3 23/19 23/19 24/5 24/22 30/25
several years [1]  24/22
Sexuality [1]  47/19
shadow [1]  13/9
shape [1]  12/19
she [1]  6/1
Sheree [2]  3/14 67/1
sheree.weichold [1]  3/18
shift [4]  8/12 16/13 17/9 67/16
should [6]  37/21 37/23 37/25 38/2 41/9 62/25
sign [6]  15/20 15/21 18/3 18/15 18/24 25/6
signatory [1]  18/23
signature [5]  18/21 18/22 19/1 19/3 66/23
signed [13]  14/6 15/22 16/16 16/19 16/21 17/1 17/2 18/19 25/7 32/1 32/7 34/9 66/20
similar [2]  32/10 32/23
simply [1]  38/5
since [8]  25/16 25/24 39/3 39/7 48/12 62/10 62/11 64/17
sir [2]  39/13 57/4
siren [1]  35/25
sit [2]  44/10 44/18
situation [2]  13/8 59/5
situations [1]  11/6
six [3]  12/14 54/21 58/17
six years [1]  58/17
six-years-olds [1]  54/21
small [1]  41/19
so [69]
socioeconomic [2]  47/16 53/6
solely [1]  47/15
Solicitor [1]  3/15
some [14]  8/9 16/6 17/2 19/19 21/3 27/10 31/5 31/10 34/9 35/6 35/12 42/6

12/7 49/24
someone [4] 18/24 24/17 54/21 63/8
something [1]  54/1
sometime [1]  6/24
Sometimes [1]  33/17
somewhere [1]  55/5
sorry [8]  19/10 19/20 19/20 26/7 34/21 40/1 53/9 59/21
sort [1]  8/9
sound [1]  64/23
speaking [1]  34/20
specialist [15]  10/7 10/9 11/1 11/19 12/17 13/3 26/18 30/16 33/22 33/24 33/25 37/10 43/12 62/13 62/14
specialists [1]  12/11
specialty [3]  10/12 26/19 39/14
specific [5]  34/20 46/18 48/24 58/11 60/3
specifically [7]  7/7 13/6 14/4 23/14 46/5 55/10 59/22
specifics [1]  13/20
spoke [2]  28/2 31/7
spring [1]  12/3
stand [1]  10/16
standardized [1]  49/8
start [4]  5/24 7/13 11/18 44/25
started [4]  9/7 9/15 9/17 10/2
starting [2]  8/16 33/21
State [3]  2/5 65/13 66/4
stated [3]  25/1 56/8 58/3
states [6]  1/1 21/11 23/15 29/9 66/11 67/8
stating [2]  23/20 63/24
status [2]  47/16 53/7
statuses [3]  48/16 53/13 53/16
Steffen [2]  30/23 31/18
stenotype [1]  66/14
step [1]  41/1
still [10]  24/18 30/15 47/7 47/10 47/12 56/7 56/8 56/9 60/25 61/16
stipulate [1]  44/15
stolen [1]  28/17
stop [26]  9/10 34/1 35/5 35/8 35/14 35/17 35/19 35/22 36/2 36/11 36/11 38/23 39/25 41/18 41/19 46/5 46/9 46/17 47/3 47/6 47/11 53/6 53/12 55/19 56/20 62/25
stopped [1]  59/1
stopping [1]  58/22
stops [19]  34/13 34/15 34/19 35/1 35/3 35/16 37/21 38/4 39/7 39/18 41/20 42/12 46/18 53/23 53/24 54/3 55/3 55/13 55/14
street [4]  2/6 3/9 3/16 34/3
strike [2]  26/10 43/15
studies [1]  48/10
stuff [1]  37/19
subject [1]  40/12

subjects [1]  60/4
submitted [1]  68/22
subordinates [1]  49/21
substantiated [1]  51/25
sue [1]  50/15
suggest [2]  38/18 38/19
suggests [1]  38/16
sum [1]  59/14
supervise [1]  27/17
supervised [1]  8/14
supervision [5]  15/3 22/17 22/18 58/16 60/6
supervisor [4]  7/24 14/21 21/5 60/5
supervisors [1]  40/7
supervisory [2]  22/14 27/10
supposed [4]  15/18 17/6 17/12 38/22
Supreme [1]  36/18
sure [8]  5/24 6/1 6/7 9/9 9/17 15/17 50/8 60/10
surround [1]  64/6
surrounding [1]  11/15
suspected [1]  41/6
suspended [6]  14/2 18/12 20/2 20/11 30/6 31/12
suspension [26]  14/1 15/9 15/12 16/3 16/14 16/15 16/17 17/9 17/13 17/15 17/15 18/4 18/6 18/8 18/13 19/4 19/5 19/14 20/1 20/5 20/7 20/15 20/18 21/9 25/9 28/2
suspensions [1]  27/6
suspicion [4]  35/13 40/20 60/24 62/21
swear [1]  5/5
sworn [2]  5/12 66/6
system [1]  39/3

**T**

take [28]  6/4 9/19 12/23 13/21 13/24 15/5 19/9 19/15 19/24 21/17 22/22 26/18 27/1 27/23 28/16 28/17 29/3 29/4 30/19 30/20 31/16 31/24 36/2 38/2 41/23 41/24 42/25 53/6
taken [9]  1/6 2/3 2/9 18/7 31/18 55/5 56/18 66/13 67/5
taking [5]  5/18 6/6 34/3 65/10 67/2
talked [3]  25/23 26/4 59/18
talking [6]  17/18 52/2 54/13 55/16 55/17 58/4
tally [1]  38/22
TAP [18]  10/12 10/15 11/19 12/10 12/13 12/17 26/14 26/21 30/16 33/22 33/22 33/24 33/25 43/12 62/9 62/11 62/13 62/13
team [2]  11/3 12/14
tell [7]  10/15 10/15 10/25 19/17 42/8 51/4 57/1
telling [2]  62/24 63/3
tells [1]  6/11
temporary [1]  8/8
ten [1]  22/7

terminal [1]  23/23
terminated [1]  7/25
testified [1]  5/12
testify [1]  66/7
testifying [1]  66/20
testimony [4]  5/6 32/21 66/17 67/19
text [2]  25/12 25/16
than [6]  10/9 23/7 29/20 37/11 38/14 42/7
Thank [2]  13/23 61/23
that [338]
that's [43]  5/25 8/7 11/20 15/4 19/22 21/15 23/10 26/15 30/1 32/24 34/8 34/18 37/11 37/19 41/10 41/10 43/1 43/10 44/1 44/5 44/8 44/16 44/24 45/4 45/15 47/16 54/9 54/13 56/4 57/4 58/6 58/8 60/12 61/7 61/8 61/12 61/21 62/3 62/3 62/4 62/4 62/4 62/5 their [4]  47/23 48/1 67/1 67/13
them [23]  5/23 10/4 13/20 28/18 28/19 33/11 33/14 34/5 37/2 40/10 43/18 44/11 50/16 51/24 52/9 54/24 55/6 55/7 62/23 62/24 63/3 63/9 64/16
themselves [2]  41/4 41/8
then [21]  8/22 9/4 9/16 10/25 11/9 14/22 16/20 18/22 22/10 22/11 22/22 25/24 28/14 34/4 35/25 36/2 38/5 42/19 53/1 61/21 63/13
there [76]
there's [25]  10/11 12/10 12/11 12/13 12/15 16/12 19/22 36/17 37/19 37/20 37/22 37/24 38/1 41/3 45/12 47/4 52/17 55/8 56/20 57/1 57/10 58/21 60/21 60/23 61/4
THEREUPON [1]  65/10
these [3]  12/6 45/20 55/2
they [26]  11/8 13/7 13/9 15/12 15/14 15/18 28/19 33/17 33/18 35/20 36/7 40/21 41/8 41/8 45/20 50/18 53/17 53/17 55/5 55/23 57/13 57/16 59/11 62/19 62/24 64/8
they're [5]  13/22 34/4 34/5 55/4 55/6
they've [1]  62/21
things [7]  13/18 49/8 53/7 53/7 57/13 57/23 58/2
think [20]  8/5 18/1 26/14 33/22 41/15 41/24 43/12 47/16 54/15 55/22 56/12 56/13 56/20 57/11 58/21 59/5 61/4 61/15 61/17 63/12
third [1]  8/12
third-shift [1]  8/12
this [54]  6/9 6/13 6/25 14/1 14/7 15/2 16/20 17/16 17/16 17/16 18/10 18/13 19/11

**T**

this... [42]  19/11 19/14 20/1
20/5 21/9 21/19 22/24 25/3
27/22 27/24 28/5 28/8
28/15 29/6 30/12 30/22
31/15 31/25 32/1 32/7
32/13 32/14 32/16 32/17
32/22 37/13 41/24 42/2
42/8 42/9 42/10 43/22 45/3
45/13 45/20 51/20 59/6
63/11 65/3 67/12 67/14
67/20
those [24]  11/16 25/24 26/3
31/4 31/13 33/9 33/16
42/16 42/17 46/16 47/11
47/24 47/24 48/15 48/20
49/19 52/13 53/7 53/7
53/16 56/13 57/23 58/1
59/4
though [2]  32/4 50/2
thought [2]  52/7 59/11
thousands [2]  36/22 36/22
through [11]  8/6 8/23 9/22
24/2 25/21 25/22 33/19
38/6 49/16 49/21 53/12
time [31]  1/14 5/1 6/4 8/5
9/24 15/2 17/1 17/2 18/14
19/9 20/18 21/10 22/17
22/20 26/22 27/20 28/4
29/17 30/5 34/16 34/18
35/24 36/4 42/25 46/23
49/17 59/7 60/4 61/7 63/10
63/18
timely [1]  28/12
times [3]  13/17 53/24 64/4
title [3]  10/6 19/18 42/7
titled [1]  33/2
today [5]  5/7 5/17 6/23
49/12 55/4
together [1]  59/19
told [3]  40/8 41/12 54/8
took [3]  19/12 21/13 28/18
topics [1]  48/13
total [1]  55/15
totality [1]  59/17
track [2]  33/18 54/1
traffic [34]  10/17 10/20
10/23 12/24 13/18 34/1
34/2 34/13 34/15 34/19
35/1 35/3 35/5 35/8 35/15
37/21 38/4 39/15 39/18
39/19 39/25 41/17 41/19
42/11 46/5 46/9 46/16
46/18 47/3 47/6 47/11
53/12 56/19 62/25
trafficked [1]  54/25
train [1]  36/23 39/18 39/23
40/4 40/7 47/18 47/20 53/5
57/7 58/1 59/11 62/14
trained [15]  36/15 36/20
36/24 37/1 37/2 37/10
38/25 41/2 41/11 48/6
56/22 57/18 57/22 58/9
58/18
trainer [3]  62/9 62/9 62/11
training [46]  8/18 10/22
11/14 12/18 12/21 13/3
13/6 13/8 20/17 36/21
36/23 39/6 39/10 39/14

39/17 48/1 48/1 48/3 48/7
48/8 48/9 48/17 48/18
48/23 49/4 49/13 49/15
49/16 49/21 49/22 49/24
49/25 50/1 50/2 50/4 53/4
53/11 58/11 59/14 59/18
59/23 60/3 60/7 60/8 62/19
62/23
trainings [4]  48/20 48/21
49/19 49/23
trains [1]  39/22
transcript [1]  66/16
transcription [1]  66/15
transposed [1]  31/8
tremendous [2]  38/11 50/3
trial [1]  53/1
tried [1]  51/6
true [4]  38/17 38/19 63/25
66/16
truth [6]  5/7 5/8 5/8 66/7
66/7 66/8
truthful [2]  6/10 45/10
truthfully [1]  6/12
try [2]  35/23 64/15
trying [2]  15/14 15/19
turn [1]  37/25
two [7]  17/18 29/13 39/11
50/15 52/9 57/21 58/1
two-week [1]  17/18
type [5]  17/3 35/6 40/21
50/9 59/23
types [1]  51/19
typewritten [1]  66/16
typical [1]  9/21
typically [6]  9/19 12/23 13/9
35/4 35/18 36/9

**U**

UC [1]  59/16
Uh [9]  14/14 26/23 30/13
35/10 46/1 46/15 46/21
54/11 64/9
Uh-huh [8]  14/14 26/23
30/13 35/10 46/1 46/15
46/21 54/11
ULLRICH [7]  1/10 2/2 5/11
23/18 63/20 65/11 66/5
Ullrich's [1]  49/10
ultimate [1]  46/7
ultimately [2]  14/25 60/9
under [9]  6/14 6/18 15/3
22/7 22/8 58/16 59/4 59/7
66/15
undersigned [1]  66/3
understand [4]  17/21 17/23
18/1 54/15
understanding [9]  15/22
28/3 37/18 39/5 39/22
40/13 47/3 59/7 63/10
understood [1]  52/14
uniform [1]  37/22
UNITED [3]  1/1 66/10 67/8
University [5]  48/10 56/23
56/23 59/16 59/17
unlawful [1]  51/22
unless [2]  6/11 44/16
until [2]  22/18 63/9
unusual [2]  44/2 44/5
unwieldy [1]  53/10
up [5]  52/6 54/23 63/14

64/4 64/17
updated [2]  34/3 34/5
updates [1]  34/9
upon [2]  13/11 58/22
us [7]  6/6 10/15 33/17
41/16 42/15 43/24 63/9
use [5]  23/5 31/8 41/21
45/22 45/24
using [1]  56/13

**V**

vacation [4]  18/7 19/12
20/16 20/19
Valdez [1]  8/22
varies [1]  36/11
Various [1]  13/17
vary [2]  12/22 35/20
vast [1]  36/12
vehicle [25]  14/3 23/5 29/7
29/10 29/16 31/19 35/21
36/9 36/13 36/20 38/24
39/7 40/19 45/23 53/19
54/6 54/17 60/22 60/25
61/1 62/20 63/1 63/2 63/4
63/4
vehicles [8]  24/1 38/14
38/15 38/23 40/9 41/17
46/19 54/18
verbal [1]  38/3
verdict [2]  51/7 53/2
version [1]  32/17
versus [2]  58/5 59/3
very [1]  13/10
violate [3]  23/20 25/13
63/24
violated [1]  25/14 26/3
violation [8]  20/4 35/6 35/7
35/11 35/12 35/17 55/8
55/19
violations [5]  35/16 35/16
55/12 55/14 55/17
visibility [3]  10/20 12/24
39/15
visible [2]  11/12 35/24
voluntarily [2]  8/1 8/2

**W**

want [1]  42/25
wanted [1]  62/3
warning [1]  38/3
warrant [3]  23/8 31/6 31/19
was [130]
was the [1]  17/20
way [10]  12/18 21/5 33/18
36/20 36/23 36/25 41/2
45/2 46/20 55/4
we [51]  6/1 6/14 12/24 13/8
13/21 19/7 19/15 19/20
20/10 22/22 26/4 26/6 27/1
27/23 27/24 28/2 28/2 29/3
30/19 31/7 31/16 33/12
34/5 36/19 36/20 38/5
40/17 41/16 42/17 43/16
43/19 44/5 44/22 45/17
47/25 47/25 48/11 48/13
49/14 50/2 52/3 53/2 54/1
54/21 54/24 54/24 54/25
55/4 55/9 59/2 67/16
We'll [1]  45/2
we're [12]  5/17 5/23 17/17

21/16 32/24 55/2 55/16
55/17 58/6 62/7 62/8 63/18
we've [4]  25/23 25/25 27/6
55/1
week [8]  12/24 16/13 17/9
17/14 17/15 17/18 18/9
64/7
weeks [1]  17/17
Weichold [2]  3/14 67/2
welcome [1]  43/5
well [14]  10/21 19/2 20/11
35/8 36/17 37/10 41/22
44/1 44/5 47/13 48/9 49/19
49/23 54/2
went [2]  9/22 53/1
were [54]  7/23 7/25 8/4
8/13 9/5 9/16 9/24 13/13
13/15 14/11 15/2 15/14
15/18 16/6 16/6 16/10 17/6
18/12 20/2 20/11 26/3 26/6
26/12 26/21 29/11 29/22
30/6 31/12 33/4 33/11
33/25 45/11 48/5 48/5 48/6
50/18 51/14 51/23 51/24
52/7 52/9 52/23 55/23
55/23 57/13 57/16 58/2
58/16 58/18 60/6 64/13
64/17 66/25 67/4
weren't [1]  17/12
what [103]
What's [1]  56/10
whatever [2]  17/17 45/18
whatsoever [2]  52/20 67/14
when [35]  7/1 7/9 7/13 9/17
11/18 11/23 13/7 16/15
22/15 22/17 26/13 26/16
26/18 27/21 35/4 35/5
35/17 36/5 37/22 40/5 40/9
41/22 42/5 45/22 45/22
45/24 46/7 46/8 49/18
55/18 59/2 59/3 60/22
63/23 64/15
where [25]  7/17 8/4 8/20
13/8 19/12 28/2 40/3 40/23
40/24 40/25 40/25 41/1
42/21 43/11 44/8 44/12
44/24 48/17 52/4 54/5
56/17 59/1 59/17 61/4 62/1
WHEREOF [1]  67/19
whether [4]  20/9 38/8 40/14
47/5
which [9]  14/2 18/6 20/15
31/2 31/4 33/19 39/19
49/25 50/1
while [2]  13/12 60/8
white [1]  38/15
who [23]  7/4 14/20 18/19
21/9 22/6 24/9 24/12 24/15
28/20 30/2 30/4 36/7 39/9
39/14 41/5 41/6 51/12
54/22 54/22 56/22 57/18
57/22 63/11
whole [3]  5/7 51/17 66/7
why [13]  8/25 9/10 14/11
14/11 14/13 15/10 18/3
20/2 32/20 37/4 37/13
37/18 64/4
will [5]  5/2 5/7 45/9 48/25
51/4
willing [1]  44/15

**W**

wind [1]  24/14
within [10]  12/5 18/9 22/13
24/4 26/13 34/2 46/16
58/11 64/1 64/1
without [4]  13/20 20/7 42/14
42/22
witness [6]  1/9 5/4 5/11
66/17 66/20 66/22
work [8]  6/3 7/17 7/18 8/18
22/8 35/7 38/6 40/17
worked [8]  16/3 17/2 17/4
17/11 17/19 18/5 18/10
22/7
working [5]  7/16 7/22 13/9
16/7 16/11
would [27]  6/3 6/15 6/19 7/1
13/9 13/24 14/15 14/21
26/24 27/17 29/13 29/14
29/20 34/10 35/2 35/21
35/23 35/25 42/9 43/12
43/13 44/5 46/16 53/24
54/1 55/14 56/7
wrap [1]  63/13
write [4]  15/16 27/17 37/8
37/15
writeup [1]  13/19
writeups [1]  64/6
writing [2]  27/13 66/19
written [2]  64/4 64/17
wrote [1]  27/22
WYNN [4]  1/6 3/5 5/17 66/8

**X**

Xavier [3]  48/10 56/23
59/16

**Y**

Yeah [10]  16/18 19/23
32/19 33/9 33/25 38/13
39/11 40/25 47/25 56/4
year [6]  9/7 23/9 26/2 26/11
26/12 51/2
years [6]  13/16 24/22 25/14
54/21 58/17 64/8
yes [40]  5/10 5/25 6/3 7/3
8/19 12/20 13/14 15/1 15/4
16/23 17/25 22/1 24/2
25/16 25/17 25/21 26/15
26/19 29/2 29/24 30/18
31/25 33/10 34/18 34/25
40/22 48/4 50/8 51/3 53/15
53/22 54/5 54/7 54/23 56/7
59/9 61/22 61/25 63/8
63/22
yet [1]  34/9
you [293]
you'd [1]  60/1
you're [21]  5/6 5/21 35/17
39/11 39/21 42/4 43/5
43/14 53/10 54/17 56/13
56/15 56/16 56/16 56/17
58/25 59/1 60/25 61/13
61/15 63/2
you've [17]  13/25 22/23
29/5 29/17 32/21 34/6
34/16 36/24 39/3 41/10
48/23 53/23 53/25 55/11
59/6 62/10 64/19

your [69]

**\\**

\S:\Natalie [1]  67/22