1          UNITED STATES DISTRICT COURT
           EASTERN DISTRICT OF KENTUCKY
2                  AT COVINGTON
           CASE NO. 2:21-CV-00137-DBL-CJS
3

4              * * * * * * * *      **COPY**

5
_____
                                 )
6  ANTHONY MARIO WYNN,           ) DEPOSITION TAKEN ON
                                 ) BEHALF OF PLAINTIFF
7          PLAINTIFF             ) BY:  NOTICE
                                 )
8  VS.                           )
                                 )
9  CITY OF COVINGTON, ET AL.,    ) WITNESS:
                                 )
10         DEFENDANTS            ) OFFICER JOHN MURPHY
_____     )
11

12              * * * * * * * * *

13         DATE:    Wednesday, March 13, 2024

14         TIME:    9:12 a.m.

15              * * * * * * * * *

16

17

18

19

20

21

22

23

24

25

DOMANICO REPORTING, INC.
Natalie R. Domanico, RPR CCR(KY)
565 Madison Point Drive
Lexington, Kentucky  40515
www.domanicoreporting.com

1

1                    * * * * * * * *

2             The deposition of OFFICER JOHN MURPHY was

3     taken before Natalie R. Domanico, Registered

4     Professional Reporter and Notary Public in and for the

5     State of Kentucky at Large, at the offices of Hon. Jeff

6     Mando, ADAMS LAW, PLLC, 40 W. Pike Street, Covington,

7     Kentucky, on Wednesday, March 13, 2024, commencing at

8     the approximate hour of 9:12 a.m.  Said deposition was

9     taken pursuant to Notice, heretofore filed, for the

10    purposes of discovery on behalf of Plaintiff, and for

11    all other purposes as permitted by the Federal Rules of

12    Civil Procedure.

13                    * * * * * * * *

14

15

16

17

18

19

20

21

22

23

24

25

DOMANICO REPORTING, INC.
Natalie R. Domanico, RPR CCR(KY)
565 Madison Point Drive
Lexington, Kentucky  40515
www.domanicoreporting.com

2

1  <u>APPEARANCES:</u>

2          Hon. Jamir Davis
           J. DAVIS LAW FIRM, PLLC
3          P.O. Box 122123
           Covington, Kentucky  41011
4          jdavis@jdaviscounsel.com

5          ATTORNEYS FOR PLAINTIFF,
           ANTHONY MARIO WYNN

6

7

8          Hon. Jeff Mando
           ADAMS LAW, PLLC
9          40 W. Pike Street
           Covington, Kentucky 41011
10         jmando@adamsattorneys.com

11         ATTORNEYS FOR DEFENDANT,
           CITY OF COVINGTON, ET AL.

12

13

14         Hon. Sheree E. Weichold
           LEGAL DEPARTMENT
15         Assistant City Solicitor
           ABC Administrator
16         20 Pike Street
           Covington, Kentucky  41011
17         Main:  (859) 292-2311
           Direct:  (859)292-2318
18         sheree.weichold@covingtonky.gov

19         ATTORNEYS FOR DEFENDANT,
           CITY OF COVINGTON

20

21

22

23

24

25

<pre>
 1                          INDEX

 2  WITNESS:  OFFICER JOHN MURPHY                  PAGE

 3  DIRECT EXAMINATION ..........................5
    By Mr. Davis
 4
    REPORTER'S CERTIFICATE .....................110
 5
    INDEX PAGES.............................111-125
 6

 7

 8                      EXHIBIT INDEX

 9  PLAINTIFF'S EXHIBIT    INTRODUCTION           PAGE

10  Exhibit No. 1     Four-page document, Code of    18
                      Ethics and Canon of Ethics
11
    Exhibit No. 2     Suspension Order               21
12
    Exhibit No. 3     Page 11 of 23, Polices and     32
13                    Procedures Regarding Traffic
                      Stop Procedures
14

15

16

17

18

19

20

21

22

23

24

25
</pre>

09:02:23  1           The witness, OFFICER JOHN MURPHY, after first

2    being duly sworn, was examined and testified as

3    follows:

4                      DIRECT EXAMINATION

09:02:23  5    By Mr. Davis:

6     1      Q    Good morning, I'm Jamir Davis.  I'm the

7    attorney for Anthony Wynn.  And today we will be

8    taking your deposition.  Have you given a deposition

9    before?

09:12:42 10           A    I have.

11    2      Q    All right.  Okay.  And just some rules

12   for the record.  Just so we're clear, if you could

13   just make sure that you answer any of the questions

14   that I ask with yes or no verbally, because the court

09:12:56 15   reporter can't see it if you just nod your head or

16   shake your head.

17           A    Right.  No.

18    3      Q    All right.  Also, you can take a break

19   at any time.  I just ask that if I put forth a

09:13:08 20   question, that you answer my question prior to us

21   taking a break.  For the sake of the court reporter

22   also, please make sure to allow me to finish asking my

23   question before you answer.  That way the record is

24   clean.  During your deposition, I'll ask you questions

09:13:27 25   which you are required to answer -- answer truthfully.

09:13:31  1  Unless an attorney tells you not to answer, please

2  answer all of the questions.  Although a judge is not

3  present, this is a legal proceeding, and you are under

4  the same obligations to tell the truth as you would be

09:13:42  5  in a court of law.  Before we begin, I need to know,

6  are you under the influence of any drugs, alcohol or

7  medication that would impair your judgment?

8           A  No, sir.

9  4  Q  All right.  Are you under the influence

09:13:56  10  of anything that would keep you from responding to my

11  questions accurately?

12           A  No, sir.

13  5  Q  Did you prepare for the deposition

14  today?

09:14:05  15           A  Yes, sir.

16  6  Q  And how did you prepare for the

17  deposition?

18           A  I reviewed some documents with my

19  attorney.

09:14:12  20  7  Q  Okay.  Do you remember which documents

21  you reviewed?

22           A  Several just involving the case.

23  8  Q  Okay.  And do you remember specifically

24  which documents you reviewed?

09:14:31  25           A  It was several ones.  One was the actual

DOMANICO REPORTING, INC.
Natalie R. Domanico, RPR CCR(KY)
565 Madison Point Drive
Lexington, Kentucky  40515
www.domanicoreporting.com

6

09:14:36    1    NIBRS itself; the main report.

            2    9      Q     And did you review any body-worn camera

            3    footage?

            4           A     Yes, sir.  Yes, I did.

09:14:49    5    10     Q     Do you recall if that was your body-worn

            6    camera footage?

            7           A     Yes, just mine.

            8    11     Q     Can you please state your name for the

            9    record?

09:15:01   10           A     Officer John Murphy, police officer with

           11    the City of Covington.

           12    12     Q     Officer Murphy, have you ever punched

           13    anyone while on duty?

           14           A     Yes, sir.  For people resisting arrest

09:15:21   15    or anything of that nature.  It happens.

           16    13     Q     How many people have you punched since

           17    being on duty?

           18           A     I can't recall.  I've been here for

           19    about seven years.

09:15:31   20    14     Q     And so in your seven years, if you could

           21    give me an estimate of how many people you punched,

           22    that would be great.

           23           A     It varies.  I try to not use force, but

           24    at some point in this job we have to use force, so...

09:15:48   25    15     Q     Okay.

DOMANICO REPORTING, INC.
Natalie R. Domanico, RPR CCR(KY)
565 Madison Point Drive
Lexington, Kentucky  40515
www.domanicoreporting.com

7

09:15:48  1          A     I really -- I want to give you a -- the

2    fair answer, but I don't want to be wrong, so an

3    estimation would be hard.

4    16       Q     And is there body camera footage of you

09:15:57  5    punching other individuals while on duty?

6          A     There -- yes, there should be.

7    17       Q     Do you recall the years that you punched

8    other people while you've been on duty?

9          A     Not specifically.  It has happened.  I

09:16:12  10    just -- I can't tell you which exact day, which years,

11    how many times.  I've had several use of forces.  It

12    varies from punching or maybe even a takedown.  I

13    mean.

14    18       Q     Okay.  How long have you been on the

09:16:26  15    force?

16          A     Seven years.

17    19       Q     And in those seven years, have you ever

18    choked anyone while you were on duty?

19          A     Yes, sir.

09:16:36  20    20       Q     How many people have you choked?

21          A     That subject, your client, and I believe

22    another one during a domestic.

23    21       Q     And when was the other incident?  When

24    did that --

09:16:52  25          A     (Interrupting) The other one?  Ooh, that

09:16:54   1   was 2018 or '19.  So I don't remember the details on

           2   that one.

           3   22      Q      And when you say you choked that

           4   individual, how long did you choke them,

09:17:04   5   approximately, for?

           6              A      A few seconds.

           7   23      Q      And that would be on your body-worn

           8   camera footage?

           9              A      Yes, sir.

09:17:37  10   24      Q      And when you choked that -- that

          11   individual, were you reprimanded -- reprimanded for

          12   that at all?

          13              A      Reprimanded for the choking?  No.  No,

          14   sir.

09:17:51  15   25      Q      No?  All right.  In 2008, do you

          16   remember who the chief of police was?

          17              A      Yes, sir.  Chief Nader.

          18   26      Q      Chief Nader?  Do you know if Chief Nader

          19   became aware of you choking the individual in 2019?

09:18:09  20              A      So all use of forces we -- we do, it

          21   goes up the chain to the chief, and they all review

          22   the footage.  So he should have seen it.

          23   27      Q      In the times that you punched

          24   individuals, do you know if Chief Nader reviewed the

09:18:25  25   footage?

09:18:26  1          A    You would have to ask him if he saw it

2    or not.  I would assume so.

3    28    Q    Were you ever reprimanded for punching

4    any -- anybody?

09:18:34  5          A    Not that I recall.

6    29    Q    Have you ever punched anybody while off

7    duty?

8          A    Yes, sir.

9    30    Q    And when did that occur?

09:18:55 10          A    Off duty was a coworker.  When did that

11   occur?  It was a few years ago.  I'm going say '22 or

12   '21.

13   31    Q    And can you tell me about what happened

14   in that incident?

09:19:09 15          A    I was actually with my girlfriend at the

16   time's brother, so it was already kind of rocky.  And

17   then alcohol was involved.  And he got mad at me.  And

18   he ran -- ran into to me to assault me, and then we

19   got into a little bit of a fight, and then we left.

09:19:29 20   32    Q    Okay.  When you say -- did he assault

21   you first or did you assault him first?

22          A    He tackled me, and then I punched him.

23   33    Q    And how many times did you punch him?

24          A    I can't recall on that one either.  It

09:19:42 25   happened fast.  It was in a blurry moment.

DOMANICO REPORTING, INC.
Natalie R. Domanico, RPR CCR(KY)
565 Madison Point Drive
Lexington, Kentucky  40515
www.domanicoreporting.com

10

```
09:19:46   1   34      Q     When you say "blurry," were you under

           2   the influence of -- of any substance?

           3           A     Yes.  Yeah.  We was both drinking

           4   alcohol.

09:19:53   5   35      Q     And how many drinks did you have that

           6   evening?

           7           A     Just a couple.  It was bourbon, so it

           8   was a few of them.

           9   36      Q     And where did this incident occur?

09:20:07  10           A     When?

          11   37      Q     Where?

          12           A     Oh, where?  Oh, this was in Fort Wright

          13   by his apartment complex at the time.  I can't

          14   remember what it's called.  It's off of Highland.

09:20:21  15   COURT REPORTER:    I can't hear you.

          16           A     I think it was off Highland.

          17   38      Q     And do you -- do you recall if the

          18   police were ever called to the scene on that evening?

          19           A     I was told they was, but I wasn't there

09:20:40  20   when that happened.

          21   39      Q     So you left the scene --

          22           A     (Interrupting) Yes.

          23   40      Q     -- after it occurred?

          24           A     Yes.

09:20:47  25   41      Q     Were you ever contacted by the police
```

09:20:48  1   department?

2            A    Yes.

3   42   Q    And what happened at that point that you

4   were contacted?

09:20:55  5            A    At that point I was at home, and the

6   third-shift supervisor contacted me and asked what

7   happened.  I told him.  He said, go to bed and we will

8   handle it when you come back to work.

9   43   Q    Did anybody from the Fort Wright Police

09:21:11  10  Department ever call you?

11           A    I think they showed up, but I wasn't

12  there.  And, no, I had one phone call.

13  44   Q    So the only phone call you received was

14  from the Covington Police Department.

09:21:27  15           A    Yes.

16  45   Q    Who was the chief of police at the time

17  this happened for the City of Covington?

18           A    Nader, Chief Nader.

19  46   Q    Was there ever any investigation by any

09:21:46  20  department other than the Covington Police Department?

21           A    During this?  Not -- or during this

22  altercation?  Not that I'm aware of.

23  47   Q    Who was the other officer that you said

24  was involved in the altercation with you?

09:22:10  25           A    Officer Tyler Tipton.

DOMANICO REPORTING, INC.
Natalie R. Domanico, RPR CCR(KY)
565 Madison Point Drive
Lexington, Kentucky  40515
www.domanicoreporting.com

12

09:22:19  1    48      Q    Did Officer Tipton receive any injuries

2    as a result of the altercation between the two of you?

3            A    Yes.  A few facial injuries.

4    49      Q    Of what kind?

09:22:37  5            A    Bruising, lacerations.  I can't tell you

6    the details of it.  I'm not sure.

7    50      Q    Did you see Officer Tipton after the

8    incident occurred?

9            A    During the IA, I -- I saw him.  Other

09:22:57 10    than that, I didn't see him for a while after that.

11    51      Q    And when you saw him, did he have

12    bruises and lacerations on his face?

13            A    I can't recall.  I know he had -- I know

14    he did have bruises, but I can't recall at that time

09:23:14 15    if he still had them or not.

16    52      Q    Do you remember what -- where the

17    bruises and lacerations were?

18            A    One was by his eye.  I -- I do remember

19    that one.

09:23:46 20    53      Q    Do you know who was present when the

21    Fort Wright Police Department was called to the scene?

22            A    I don't.  I wasn't there.

23    54      Q    And so at the time of the incident, you

24    and Officer Tipton had an altercation, correct?

09:24:13 25            A    Yes, sir.

DOMANICO REPORTING, INC.
Natalie R. Domanico, RPR CCR(KY)
565 Madison Point Drive
Lexington, Kentucky  40515
www.domanicoreporting.com

13

```
09:24:13   1    55      Q     And you said you were with your

           2    girlfriend?

           3            A     At the time.

           4    56      Q     And who was that?

09:24:21   5            A     His sister.

           6    57      Q     And what was her name?

           7            A     Jolene Tipton.

           8    58      Q     And did Jolene, as far as you know,

           9    witness what -- the altercation?

09:24:36  10            A     Yes.

          11    59      Q     And when you left the scene, did Jolene

          12    leave with you?

          13            A     Yes.

          14    60      Q     How did that altercation end?  Was it

09:25:01  15    after you struck him?  Was he unconscious or passed

          16    out or anything, and then you just left, or how did

          17    the altercation end?

          18            A     He wasn't unconscious.  We both agreed

          19    to stop.  His sister got in the middle and said, you

09:25:20  20    guys stop, you guys are friends.  And then he walked

          21    away, I got in the truck, she drove me home.  And

          22    that -- that's when I arrived home.  Later on got that

          23    phone call.

          24    61      Q     And do you know if Officer Tipton was

09:25:31  25    drinking that night as well?
```

DOMANICO REPORTING, INC.
Natalie R. Domanico, RPR CCR(KY)
565 Madison Point Drive
Lexington, Kentucky  40515
www.domanicoreporting.com

14

| | | | |
|---|---|---|---|
| 09:25:32 | 1 | | A    Yes, he was. |
| | 2 | 62 | Q    Were you guys drinking together? |
| | 3 | | A    Yes. |
| | 4 | 63 | Q    And where were you drinking? |
| 09:25:38 | 5 | | A    Where. |
| | 6 | 64 | Q    Where? |
| | 7 | | A    At a friend's house in Boone County. |
| | 8 | 65 | Q    And were you and Officer Tipton riding |
| | 9 | | in the same vehicle? |
| 09:25:51 | 10 | | A    Riding in the same vehicle?  Yes. |
| | 11 | 66 | Q    So you left Officer Tipton there at the |
| | 12 | | scene when you and your girlfriend at the time left? |
| | 13 | | A    Yes, sir. |
| | 14 | 67 | Q    And was -- was anybody else drinking |
| 09:26:24 | 15 | | with you guys last -- that night? |
| | 16 | | A    At our friend's house? |
| | 17 | 68 | Q    Yes. |
| | 18 | | A    Yes. |
| | 19 | 69 | Q    Who else was drinking there? |
| 09:26:34 | 20 | | A    Michael Lusardi. |
| | 21 | 70 | Q    And was it at his house?  That -- is |
| | 22 | | that where you guys were? |
| | 23 | | A    Yes. |
| | 24 | 71 | Q    What did the argument between you and |
| 09:27:21 | 25 | | Officer Tipton start over? |

09:27:22  1          A    It's hard to say.  He was intoxicated.

2    He was upset.  He normally gets angry sometimes when

3    he's drinking, and I usually calm him down.  I can't

4    recall exactly.  He was upset, and his wife is upset

09:27:39  5    with me.  When I told him to calm down is when he got

6    more upset at me, and then the altercation started.

7    72     Q    Was there any argument that night about

8    you two driving intoxicated and potentially leaving

9    the scene intoxicated?  Was there any argument about

09:28:06 10    that?

11          A    With me and him?

12    73     Q    Yes.

13          A    Not that I'm aware of.

14    74     Q    Not that you're aware of?

09:28:13 15          A    Neither one of us drove.

16    75     Q    Okay.  And whose vehicle was driven that

17    evening?

18          A    My vehicle.

19    76     Q    And was it your girlfriend at the time

09:28:30 20    who was driving the vehicle?

21          A    Yes, sir.

22    77     Q    And had she been drinking?

23          A    Not that I'm aware of.

24    78     Q    Not that you're aware of.

09:28:39 25          A    (Nods head affirmatively).

09:28:49  1      79      Q      Was Officer Tipton ever disciplined, to

2      your knowledge, regard -- as a result of this?

3              A      Yes, sir.  We both -- we both were.

4      80      Q      Have you been in any other altercations

09:29:11  5      while drinking off duty?

6              A      Off duty?

7      81      Q      Yeah.

8              A      In my entire life?

9      82      Q      Yes.

09:29:16  10             A      I can't recall.  I was in the Marine

11     Corps in California, so I can't recall exactly.  But

12     I'm not -- I can't give you an exact number -- or

13     answer.

14     83      Q      Do you know -- do you know why this was

09:29:34  15     not investigated by the Fort Wright Police Department?

16             A      I'm not sure.  It's -- so, yeah.  So his

17     apartment complex, half of it's Covington, another

18     half is Fort Wright.  I don't know if that was an

19     issue there or not.  So I'm really not sure.

09:29:53  20     84      Q      Okay.  Were there any criminal charges

21     ever brought against you as a result of this?

22             A      No, sir.

23     85      Q      Was there ever even a criminal

24     investigation, as far as you know?

09:30:04  25             A      There was an Internal Affairs

DOMANICO REPORTING, INC.
Natalie R. Domanico, RPR CCR(KY)
565 Madison Point Drive
Lexington, Kentucky  40515
www.domanicoreporting.com

17

09:30:07  1  investigation on it.

2   86     Q    Yeah, but I mean a criminal

3  investigation, as far as the potential criminal

4  activity that took place.

09:30:16  5        A    Him, as alleged victim, decided he does

6  not want to press charges.  So for a criminal case,

7  there was none.

8   87     Q    And do you know if the police were

9  called that evening?

09:30:34  10       A    I would suppose so.

11  MR. DAVIS:       I would like to introduce this as

12                   Exhibit -- what number?

13             (OFF-THE-RECORD DISCUSSION)

14             (REPORTER MARKS FOUR-PAGE DOCUMENT, CODE OF

09:31:59  15         ETHICS AND CANON OF ETHICS AS PLAINTIFF'S

16             EXHIBIT NO. 1 FOR THE PURPOSES OF

17             IDENTIFICATION, AND THE SAME IS ATTACHED

18             HERETO AND FILED HEREWITH)

19  MR. MANDO:       Did you want this to be -- this

09:32:53  20                  doesn't look like it's part of it,

21                   but if you wanted part of it --

22  MR. DAVIS:       (Interrupting) No, I printed the

23                   extra page.  That's fine.

24  MR. MANDO:       And do you want the Oath of Office

09:33:01  25                  as part of this, too?  You just

DOMANICO REPORTING, INC.
Natalie R. Domanico, RPR CCR(KY)
565 Madison Point Drive
Lexington, Kentucky  40515
www.domanicoreporting.com

18

| | | |
|---|---|---|
| 09:33:01 | 1 | want the Code of Ethics and the |
| | 2 | Canon of Ethics? |
| | 3 | MR. DAVIS:          Just the Code of Ethics, yes. |
| | 4 | MR. MANDO:          Yeah, it's a -- for the record, |
| 09:33:09 | 5 | Plaintiff's Exhibit 1 is a Code of |
| | 6 | Ethics, which is a one-page |
| | 7 | document.  Then there's the second |
| | 8 | part of it, is a Canon of Ethics, |
| | 9 | which it is a three-page document |
| 09:33:22 | 10 | produced in discovery as Covington |
| | 11 | 907 through 910.  Take a look at |
| | 12 | these, John, and then he'll have |
| | 13 | some questions after you take a |
| | 14 | look at them. |
| 09:34:34 | 15 | 88      Q    Do you remember receiving those? |
| | 16 |         A    On 2016, yes. |
| | 17 | 89      Q    And do you agree that those Codes of |
| | 18 | Ethics outline the conduct that an officer is supposed |
| | 19 | to exhibit at all times? |
| 09:34:56 | 20 |         A    Yes, sir. |
| | 21 | 90      Q    Okay.  And do you feel as if you |
| | 22 | violated those codes -- that code? |
| | 23 |         A    On that night? |
| | 24 | MR. MANDO:          On the night -- yeah, what -- what |
| 09:35:05 | 25 | night are we talking about? |

DOMANICO REPORTING, INC.
Natalie R. Domanico, RPR CCR(KY)
565 Madison Point Drive
Lexington, Kentucky  40515
www.domanicoreporting.com

19

| | | | |
|---|---|---|---|
| 09:35:06 | 1 | 91 | Q    In general. |
| | 2 | | A    In general on a daily basis, or... |
| | 3 | 92 | Q    Have you ever violated those codes? |
| | 4 | | A    On that night with Officer Tipton?  Yes. |
| 09:35:16 | 5 | | And I was reprimanded for it. |
| | 6 | 93 | Q    Have you ever -- been other instances |
| | 7 | | where you've violated that code? |
| | 8 | | A    No, sir. |
| | 9 | 94 | Q    Have you ever been suspended? |
| 09:35:34 | 10 | | A    Yes. |
| | 11 | 95 | Q    And what were you suspended for? |
| | 12 | | A    For the altercation with Tipton. |
| | 13 | 96 | Q    Have you been suspended outside of that? |
| | 14 | | A    No, sir. |
| 09:35:46 | 15 | 97 | Q    Have you ever been reprimanded outside |
| | 16 | | of -- of that? |
| | 17 | | A    Reprimanded as in any kind of |
| | 18 | | counseling? |
| | 19 | 98 | Q    Reprimanded as any types of writeups |
| 09:36:00 | 20 | | through the police department, with the police |
| | 21 | | department? |
| | 22 | | A    Yes. |
| | 23 | 99 | Q    What else were you reprimanded for? |
| | 24 | | A    I can't remember exactly.  I know one |
| 09:36:08 | 25 | | was using a sick day, like on a last minute.  I think |

DOMANICO REPORTING, INC.
Natalie R. Domanico, RPR CCR(KY)
565 Madison Point Drive
Lexington, Kentucky  40515
www.domanicoreporting.com

20

| | | | |
|---|---|---|---|
| 09:36:14 | 1 | | I got a writeup about that. |
| | 2 | 100 | Q   How many times have you been written up? |
| | 3 | | A   Not a lot.  It's in my file.  I can't |
| | 4 | | recall exactly. |
| 09:36:23 | 5 | 101 | Q   Would you say more than five times? |
| | 6 | | A   No.  No. |
| | 7 | | MR. MANDO:      Just answer what you recall. |
| | 8 | | A   As I recall, less than five, I would |
| | 9 | | say. |
| 09:36:36 | 10 | 102 | Q   Less than five.  I would like to |
| | 11 | | introduce this as Exhibit 2. |
| | 12 | | (REPORTER MARKS SUSPENSION ORDER AS |
| | 13 | | PLAINTIFF'S EXHIBIT NO. 2 FOR THE PURPOSES OF |
| | 14 | | IDENTIFICATION, AND THE SAME IS ATTACHED |
| 09:37:36 | 15 | | HERETO AND FILED HEREWITH) |
| | 16 | | MR. MANDO:      Are you finished with 1? |
| | 17 | | MR. DAVIS:      I'm finished with 1. |
| | 18 | | MR. MANDO:      Plaintiff's Exhibit 2 is a |
| | 19 | | Suspension Order.  Looks to be four |
| 09:38:27 | 20 | | pages; Covington 946-949.  It looks |
| | 21 | | to be dated August 12th, 2021. |
| | 22 | | Take a look at that.  He'll have |
| | 23 | | some -- he'll probably have some |
| | 24 | | questions about that. |
| 09:39:26 | 25 | 103 | Q   So you recall that document? |

DOMANICO REPORTING, INC.
Natalie R. Domanico, RPR CCR(KY)
565 Madison Point Drive
Lexington, Kentucky  40515
www.domanicoreporting.com

21

09:39:28  1          A       Yes.

2    104     Q       And in that document, does it state that

3    the Fort Wright Police Department was called?

4          A       They responded, yes, in this paper,

09:39:45  5    yeah.

6    105     Q       And does it say that two residents of

7    that apartment complex called the Fort Wright Police

8    Department?

9          A       On this paper?  Yes.

09:39:54  10   106     Q       And it -- does it also say that the

11   Covington Police Department responded?

12         A       Yes.

13   107     Q       And did you ever have any conversation

14   directly with Rob Nader about this incident?

09:40:14  15         A       During the IA.  The Internal Affairs is

16   when I spoke with him.

17   108     Q       And what was said in that conversation?

18         A       That was at the end, when he gave me

19   this paper and had me sign it.  That's when I spoke

09:40:29  20   with him.

21   109     Q       And do you know in your conversations

22   with Rob Nader, if he ever told you he talked to the

23   Fort Wright Police Department?

24         A       I can't recall if he had -- if he did or

09:40:44  25   didn't.

DOMANICO REPORTING, INC.
Natalie R. Domanico, RPR CCR(KY)
565 Madison Point Drive
Lexington, Kentucky  40515
www.domanicoreporting.com

22

09:40:45  1    110    Q    How did you find out that Officer Tipton

2    didn't want to press charges?

3            A    I was told so by a supervisor.

4    111    Q    Were you ever asked if -- if you wanted

09:40:57  5    to press charges?

6            A    I think in the IA I was asked, if either

7    one of us wanted to press charges.  I said no.

8    112    Q    And you said no?

9            A    (Nods head affirmatively).

09:41:08  10   113    Q    But you never communicated that to the

11   Fort Wright Police Department?

12           A    I spoke with the supervisor that called

13   me that night, and I can't recall if he asked me that

14   or not.

09:41:27  15   114    Q    Do you know if at any time John Murphy

16   [sic] talked to someone at the Fort Wright Police

17   Department?

18           A    No, sir.

19   115    Q    You don't know?

09:41:38  20           A    I do not.

21   116    Q    Let me ask --

22   MR. DAVIS:        Can I look at my last question?

23                     I'm sorry.

24           (REPORTER READ BACK QUESTION NO. 114)

09:42:07  25   117    Q    Excuse me.  Do you know -- you're John

09:42:09    1    Murphy.  Do you know if anyone -- do you know if at

            2    any time Ralph Nader talked to anyone at the

            3    Fort Wright Police Department?

            4         A    Chief Rob Nader at the time?

09:42:20    5    118  Q    Yes.

            6         A    I'm not aware.  I don't recall.

            7    119  Q    Do you remember the results of that

            8    Internal Affairs investigation?

            9         A    I was suspended and so was Tipton.

09:43:03   10    120  Q    And was that the conclusion of it, that

           11    you both had violated Covington Police Department

           12    policy?

           13         A    Yes, sir.

           14    121  Q    Were you ever charged with disorderly

09:43:36   15    conduct?

           16         A    No, sir.

           17    122  Q    Was Officer Tipton ever charged with

           18    disorderly conduct?

           19         A    Not that I'm aware of.

09:43:50   20    123  Q    Do you know if the individuals that

           21    called the police department ever communicated that

           22    they wanted some type of charge of disorderly conduct

           23    or not?

           24         A    I'm not -- I'm not aware.  I never

09:44:03   25    talked to them.

| | | |
|---|---|---|
| 09:44:20 | 1 | 124    Q    As an off-duty police officer, do you |
| | 2 | believe that you should be held to the same standard |
| | 3 | as a regular citizen? |
| | 4 | A    Yes, sir. |
| 09:44:30 | 5 | 125    Q    Do you believe that your conduct that |
| | 6 | day was disorderly? |
| | 7 | A    Yes, sir. |
| | 8 | 126    Q    But yet you weren't charged with |
| | 9 | disorderly conduct; is that correct? |
| 09:44:39 | 10 | A    I was not. |
| | 11 | 127    Q    You've -- you've arrested people; is |
| | 12 | that correct? |
| | 13 | A    Have I arrested people?  Yes. |
| | 14 | 128    Q    And you've arrest -- and have you |
| 09:45:20 | 15 | arrested them in -- for disorderly conduct? |
| | 16 | A    I have, in my past, yes. |
| | 17 | 129    Q    Do you believe that you're above the |
| | 18 | law? |
| | 19 | A    No, sir. |
| 09:46:02 | 20 | 130    Q    Let's talk about the night of |
| | 21 | January 16th, 2021.  Do you recall that that evening? |
| | 22 | A    Yes, sir. |
| | 23 | 131    Q    And can you tell me what shift you were |
| | 24 | working that evening? |
| 09:46:28 | 25 | A    Power Shift. |

```
09:46:32    1    132    Q    And what is Power Shift?  What are

            2    the hours for Power Shift?

            3           A    So Power Shift is 5 p.m. to three in the

            4    morning.

09:46:46    5    133    Q    And on Power Shift on the evening of

            6    January 16th, 2021, were you working with a partner?

            7           A    No, sir.

            8    134    Q    Just by yourself?

            9           A    In my patrol car by myself.

09:47:07   10    135    Q    During that evening, when did you first

           11    become aware of the vehicle that Anthony Wynn was

           12    traveling in?

           13           A    When did I become aware that he was in

           14    the vehicle?

09:47:31   15    136    Q    No.  When did you become aware of the

           16    actual vehicle that was stopped?

           17           A    When did I see the vehicle, basically?

           18    137    Q    Yes, uh-huh (affirmative).

           19           A    On Bush Street.  It was parked on Bush

09:47:43   20    Street.

           21    138    Q    Okay.  And how did you observe the

           22    vehicle?

           23           A    It was parked on the side of Bush

           24    Street.  And are you asking for the reason -- like,

09:47:51   25    why I stopped it, or where was I when I saw it, or --
```

DOMANICO REPORTING, INC.
Natalie R. Domanico, RPR CCR(KY)
565 Madison Point Drive
Lexington, Kentucky  40515
www.domanicoreporting.com

26

09:47:56  1    139    Q    (Interrupting) Yeah.  Where were you

          2    when you first saw the vehicle?

          3          A    I don't recall.  I was behind it.  So

          4    Bush Street's here and Garrard Street was the next

09:48:06  5    street.  I was roughly around Greenup area.

          6    140    Q    And in your training, how -- how are you

          7    trained to stop a vehicle when -- when you see -- when

          8    you see a vehicle?  Have you been trained in that?

          9          A    To stop a vehicle?  Yes, sir.

09:48:36  10   141    Q    And how were you trained in -- in how to

          11   stop a vehicle?

          12         A    When I see a violation?  Or are you

          13   asking how I use the lights and everything, or --

          14   142    Q    (Interrupting) Yeah.  What are the

09:48:47  15   traffic -- general traffic stop procedures that you've

          16   been trained in while with the city of Covington

          17   Police Department?

          18         A    Okay.  So if I see a vehicle that

          19   committed a violation, I call it on the radio, advise

09:49:02  20   dispatch who I am and that I'm stopping this vehicle.

          21   And I give out a location.  After that, I start my

          22   emergency lights and I stop the vehicle.

          23   143    Q    Okay.  And once you've stopped that

          24   vehicle are there any post-stop procedures that you

09:49:22  25   are required to follow?

| | | | |
|---|---|---|---|
| 09:49:24 | 1 | A | Post-stop procedures? |
| | 2 | 144 Q | Correct. |
| | 3 | A | After the traffic stop? |
| | 4 | 145 Q | So after the vehicle is stopped, are you |
| 09:49:30 | 5 | | supposed to communicate in any sort of manner with the |
| | 6 | | driver of the vehicle? |
| | 7 | A | After the vehicle is stopped? |
| | 8 | 146 Q | Uh-huh (affirmative). |
| | 9 | A | Yes, I do talk to the driver. |
| 09:49:41 | 10 | 147 Q | And what are you supposed to ask the |
| | 11 | | driver at that time? |
| | 12 | A | I ask the driver for her driver's |
| | 13 | | license or his driver's license.  I'll ask him for the |
| | 14 | | registration, I ask for insurance.  I'll have a |
| 09:49:53 | 15 | | conversation of why I stopped them. |
| | 16 | 148 Q | Okay.  And are there -- if there are |
| | 17 | | other individuals in the car, in the vehicle, are |
| | 18 | | there interactions that you have with them as well? |
| | 19 | A | Yes. |
| 09:50:08 | 20 | 149 Q | And what are those interactions? |
| | 21 | A | I ask the other people in the vehicle if |
| | 22 | | they have their IDs on them.  If I can, I identify |
| | 23 | | them. |
| | 24 | 150 Q | If you can identify them? |
| 09:50:20 | 25 | A | As a request. |

DOMANICO REPORTING, INC.
Natalie R. Domanico, RPR CCR(KY)
565 Madison Point Drive
Lexington, Kentucky  40515
www.domanicoreporting.com

28

09:50:20  1    151    Q    Okay.  And who trained you to do that,

2    to ID others in the vehicle?

3           A    I've had several trainers for FTOs.  So

4    I don't -- I don't know if I can fair -- to give you a

09:50:38  5    name.

6    152    Q    Yeah.  Do you remember who any of

7    trainers were?

8           A    Several.  Jimmy Isaacs, Gideon Cramer --

9    COURT REPORTER:    Who?

09:50:50  10          A    Gideon Cramer.  Jason Hartzler, Douglas

11   Ullrich, Sergeant Griswold.  And that's all I can

12   recall.

13   153    Q    So Doug Ullrich has trained you before

14   in vehicle stop procedures?

09:51:09  15          A    Yes.  He's a traffic car, so recruits

16   ride with him for one night.

17   154    Q    And when did that training occur with

18   Doug Ullrich?

19          A    I can't recall.

09:51:28  20   155    Q    And so you've been trained by those

21   individuals that we just listed -- that you just

22   listed off to ask for the identifications of everyone

23   in the vehicle for every stop that you make; is that

24   correct?

09:51:45  25          A    It varies.  Every traffic stop is

09:51:48  1   different.  That's why we use discretion.  So I can't

2   tell you I do that every single time.

3   156     Q     Okay.  So when is a -- if you can give

4   me an example of what type of discretion you've used,

09:52:01  5   can you do that?

6           A     What kind of discretion I use?

7   157     Q     Yeah.  Yeah.  I'm trying to get to what

8   makes the difference in if you ask someone for their

9   ID and you don't ask someone for their ID.

09:52:19  10          A     So I work on the east side, so I know a

11  lot of people, so usually I won't ask if I don't know

12  them -- or if I -- if I do know them; I already know

13  who they are.  I always ask because you never know

14  who's in the vehicle.  So that's just the way --

09:52:31  15  that's just a part of training that I've always done.

16  158     Q     And so that's been a part of your

17  training, is to ask everyone for their ID.

18          A     I start with the driver.  I ask the

19  driver.  And then sometimes I will ask passengers in

09:52:47  20  the vehicle if they have their driver's license.  Or

21  any ID.  Or their name.

22  159     Q     And you've been trained that that's to

23  your complete discretion to do that or not?

24          A     Yeah, it is to all officers' discretion,

09:53:00  25  yes.

DOMANICO REPORTING, INC.
Natalie R. Domanico, RPR CCR(KY)
565 Madison Point Drive
Lexington, Kentucky  40515
www.domanicoreporting.com

30

09:53:01   1   160     Q     Now, have you been trained that that's

           2   to your complete discretion?

           3            A     Yes.

           4   161     Q     And you've been trained that while under

09:53:17   5   the supervision of Ralph Nader?

           6            A     Yes.

           7   MR. MANDO:          Rob Nader.

           8   MR. DAVIS:          Rob.  Excuse me.  You can strike

           9                       that.  Rob Nader.  Thank you.

09:53:37  10   162     Q     What have you been trained to do if

          11   someone refuses to produce their ID?

          12            A     If someone refuses to give me their

          13   ID -- now, is this a passenger of the vehicle that

          14   you're talking about or just in general?

09:53:51  15   163     Q     Passenger of the vehicle.

          16            A     A passenger of the vehicle?  If he's not

          17   committing any violations, and he won't give you his

          18   ID, I don't demand it.

          19   164     Q     Have you ever been trained to arrest

09:54:16  20   someone who doesn't produce their ID?

          21   MR. MANDO:          Objection.  Under what

          22                       circumstances?  Go ahead.

          23            A     What circumstance are we talking about?

          24   165     Q     In the circumstance of -- that we've

09:54:32  25   been discussing for the last five minutes or so, when

09:54:37   1   you're in a vehicle -- when you've stopped the

           2   vehicle, and you ask a passenger for the ID, and they

           3   refuse --

           4            A      (Interrupting) Okay.

09:54:44   5   166    Q     -- have you been trained to -- to arrest

           6   the individual who refuses to produce their ID?

           7            A     No.  If I have probable cause to arrest

           8   that person, if he's had a warrant or if I have feel

           9   the need to detain him, I have done that.  But I'm not

09:55:02  10   trained to arrest somebody if they don't give me their

          11   IDs.

          12   MR. DAVIS:          I would like to mark this as

          13                       Exhibit 3.

          14            (REPORTER MARKS PAGE 11 OF 23, POLICIES AND

09:55:37  15            PROCEDURES REGARDING TRAFFIC STOP PROCEDURES

          16            AS PLAINTIFF'S EXHIBIT NO. 3 FOR THE PURPOSES

          17            OF IDENTIFICATION, AND THE SAME IS ATTACHED

          18            HERETO AND FILED HEREWITH)

          19   MR. DAVIS:          And we -- just so the -- for the

09:55:59  20                       record, Jeff, we discussed this

          21                       yesterday.  This is from the

          22                       policies and procedures that you

          23                       guys provided.  They do not have

          24                       the numbers at the bottom, but

09:56:09  25                       that's because counsel yesterday

DOMANICO REPORTING, INC.
Natalie R. Domanico, RPR CCR(KY)
565 Madison Point Drive
Lexington, Kentucky  40515
www.domanicoreporting.com

32

| | | |
|---|---|---|
| 09:56:12 | 1 | [sic] admitted that they were left |
| | 2 | off.  So we use the same -- |
| | 3 | MR. MANDO:   (Interrupting) Or it could be. |
| | 4 | Sometimes we won't -- because the |
| 09:56:18 | 5 | manual is like this, we just |
| | 6 | Bates-stamp the document |
| | 7 | holistically as opposed to going |
| | 8 | through page by page. |
| | 9 | MR. DAVIS:   Yeah.  No -- no issue.  I just want |
| 09:56:28 | 10 | to -- she had issues authenticating |
| | 11 | that document yesterday [sic], so I |
| | 12 | just want it to be clear -- |
| | 13 | MR. MANDO:   (Interrupting) All right. |
| | 14 | MR. DAVIS:   -- that we went through that |
| 09:56:32 | 15 | yesterday, and that is the same |
| | 16 | traffic stop procedure that I |
| | 17 | produced yesterday. |
| | 18 | MR. MANDO:   All right.  And do we know that |
| | 19 | this was the one in effect on |
| 09:56:42 | 20 | January 16, 2021? |
| | 21 | MR. DAVIS:   Yes. |
| | 22 | MR. MANDO:   Okay.  So this is "Traffic Stop |
| | 23 | Procedure" as part of the Covington |
| | 24 | Police Department General Orders, |
| 09:56:52 | 25 | Pages 11, 12, 13, and 14.  Take a |

DOMANICO REPORTING, INC.
Natalie R. Domanico, RPR CCR(KY)
565 Madison Point Drive
Lexington, Kentucky  40515
www.domanicoreporting.com

33

09:56:59  1            look at that.  Why don't you keep

2            your -- he's going to ask some

3            questions about it.

4    167   Q   Are you familiar with that document?

09:58:39  5        A   This specific one?

6    168   Q   Yes.

7        A   It has been a while since I've seen

8    this, but yes.

9    169   Q   Okay.  And do you recognize that that's

09:58:53 10  the general order for traffic stop procedures for the

11  City of Covington?

12       A   Yes.

13   170   Q   Okay.  And anywhere in that general

14  order, does it state that officers should ID everyone

09:59:15 15  in the vehicle during a traffic stop?

16       A   That they should ID everyone in there?

17   171   Q   (Nods head affirmatively).

18       A   No.

19   172   Q   And in that general order, are there any

09:59:32 20  guidelines on how to use discretion when discerning on

21  whether to ID anyone -- everyone in the vehicle?

22       A   I'm not sure if this specifies anything

23  about officer discretion.

24   173   Q   Okay.  And so based on that, you believe

10:00:06 25  that you -- you've had complete discretion in

|          |    |                                                              |
|----------|----|--------------------------------------------------------------|
| 10:00:12 | 1  | determining when you're to ID passengers in vehicles         |
|          | 2  | during traffic stops?                                        |
|          | 3  | MR. MANDO:          Object to form.  Go ahead.               |
|          | 4  |     A     So I have discretion on IDing passengers |
| 10:00:26 | 5  | in the traffic stop if they're not committing a              |
|          | 6  | violation.                                                   |
|          | 7  | 174     Q     And do -- that discretion is left solely       |
|          | 8  | to you; is that correct?                                     |
|          | 9  |     A     On the stop, yes.              |
| 10:00:38 | 10 | 175     Q     On the ID -- I'm speaking to -- on the         |
|          | 11 | ID -- identification of the passengers, the discretion       |
|          | 12 | is up to you to do that during a traffic stop; is that       |
|          | 13 | correct?                                                     |
|          | 14 |     A     As being the officer who stopped the |
| 10:00:55 | 15 | vehicle, yes.                                                |
|          | 16 | 176     Q     Are there any limits to your discretion,       |
|          | 17 | that you know of?                                            |
|          | 18 |     A     What do you mean, limits?  On my -- on |
|          | 19 | asking for identification for passengers?                    |
| 10:01:19 | 20 | 177     Q     Uh-huh (affirmative).                          |
|          | 21 |     A     A limit as in?                 |
|          | 22 | 178     Q     Like, maybe if the passengers are youth,       |
|          | 23 | or if they're of a certain age, do you still ask             |
|          | 24 | them --                                                      |
| 10:01:37 | 25 |     A     (Interrupting) Would I still ask if |

DOMANICO REPORTING, INC.
Natalie R. Domanico, RPR CCR(KY)
565 Madison Point Drive
Lexington, Kentucky  40515
www.domanicoreporting.com

35

10:01:39   1  there's, like, younger or so?

2  179      Q    Yeah.  Would you ask for their

3  identification?

4           A    Okay.  So I made a good habit to ask

10:01:46   5  everybody in the car, even if they are kids, because

6  you never know what you're going to run into on a

7  traffic stop.  It might be a kid who is reported

8  missing.  So to have his information, to make sure

9  he's not missing.  It's important because that does

10:01:59  10  happen.  I've asked people in the car for their

11  information because they made -- you may run into a

12  passenger that has warrants for something out of state

13  or in state.  So on lots of traffic stops, I ask

14  everyone in the vehicle.  They have the right to say

10:02:16  15  no to me, and I'm aware of that.  But if they are

16  committing a violation, then I'm -- I'll let them know

17  that and then demand identification.

18  180      Q    So -- so you believe that if an

19  individual is alleged to make a moving violation, that

10:02:44  20  that's reason to believe that there are potentially

21  missing children in the vehicle?

22           A    No.  I was using kids as an example.

23  Because you asked if there was any -- if there was

24  children in the vehicle, would I identify them.

10:03:02  25  181      Q    Yeah, that's -- that's what we're

DOMANICO REPORTING, INC.
Natalie R. Domanico, RPR CCR(KY)
565 Madison Point Drive
Lexington, Kentucky  40515
www.domanicoreporting.com

36

10:03:03   1   talking about.  My question is all surrounding.  If

2   there's a moving violation, you identify -- you stop

3   the vehicle, and then you ID everyone in the car.  And

4   your response was, yes, because they're -- potentially

10:03:19   5   could be missing children.

6   MR. MANDO:          Objection.  Characterization.  He

7                       said he asked for ID.

8   MR. DAVIS:          He --

9   MR. MANDO:          They have the right to refuse.

10:03:26  10   MR. DAVIS:          Right.  He -- you asked --

11   MR. MANDO:          (Interrupting) In certain

12                       circumstances, he said.  So go

13                       ahead, John.

14         A    So certain circumstances, if there is a

10:03:35  15   juvenile in a vehicle that I have stopped.

16   182    Q    For a moving violation?

17         A    For a moving violation, I have IDed

18   them, asked for their information.  Could the juvenile

19   say no to me?  Yes, they can refuse.  But I always

10:03:49  20   ask, because you never know what you're going to run

21   into.  Being a missing juvenile is an example of many

22   other things that could happen if I'm -- if -- when I

23   ID them.  Does that make sense?

24   183    Q    It makes sense.

10:04:04  25         A    Okay.

```
10:04:05    1     184    Q    And I think that goes to my -- my
            2   question.  So if you pull over a vehicle for a moving
            3   violation, you, having officer discretion, would ID a
            4   juvenile because there -- they could be potential
10:04:23    5   missing children.
            6            A    Yes.
            7     185    Q    Okay.  Have you ever been -- and were
            8   you trained to do that?  Is that a part of your
            9   training to -- to do that?  Who trained you in that
10:04:53   10   line of thinking?
           11            A    To do what?  With the juveniles?
           12     186    Q    Yes.
           13            A    Which officer trained me that?
           14     187    Q    Yeah.
10:05:04   15            A    I can't recall.
           16     188    Q    But did that training occur under the
           17   supervision of -- ultimate supervision of Chief Nader?
           18            A    About a juvenile inside a vehicle that
           19   I'm IDing?
10:05:23   20     189    Q    Yes.
           21            A    Had they taught me that?
           22     190    Q    Yes.
           23            A    I can't recall if they exactly taught me
           24   those words, but I have IDed children in a vehicle
10:05:31   25   before.
```

DOMANICO REPORTING, INC.
Natalie R. Domanico, RPR CCR(KY)
565 Madison Point Drive
Lexington, Kentucky  40515
www.domanicoreporting.com

38

| | | |
|---|---|---|
| 10:05:31 | 1 | 191    Q    Okay.  Have you ever been trained in |
| | 2 | the -- on the definition of reasonable suspicion? |
| | 3 |           A    Yes. |
| | 4 | 192    Q    And have you ever been trained on the |
| 10:06:13 | 5 | definition of probable cause? |
| | 6 |           A    Yes. |
| | 7 | 193    Q    And who -- who trained you on those |
| | 8 | terms, on what they mean? |
| | 9 |           A    I've had several FTOs.  So are you |
| 10:06:30 | 10 | asking a certain individual, or are you asking, like, |
| | 11 | from the department or -- |
| | 12 | 194    Q    (Interrupting) Yeah.  Well, you were |
| | 13 | with the department from 2000 -- when did you start? |
| | 14 |           A    '17.  2017. |
| 10:06:39 | 15 | 195    Q    '17.  And you're currently still with |
| | 16 | the department, correct? |
| | 17 |           A    Yes. |
| | 18 | 196    Q    Yeah.  So from 2017 to 2022, were you |
| | 19 | under the training of Chief Nader? |
| 10:06:51 | 20 |           A    He was our chief for the whole |
| | 21 | department, so he was our boss. |
| | 22 | 197    Q    And it's your understanding, the chief |
| | 23 | of police is responsible for making -- ensuring that |
| | 24 | all training is conducted in a manner that is legal |
| 10:07:07 | 25 | and up to the standards of -- of -- of national policy |

10:07:20   1   and procedure standards in that case; is that true?

2          A    The KLEC, yes.

3   198   Q    Okay.  And so from 2017 to 2022,

4   Chief Nader oversaw that for the entire department; is

10:07:37   5   that correct?

6          A    I'm not sure if he did specifically.  We

7   have assistant chiefs also, so I'm not sure.

8   199   Q    Okay.  And issues of suspension or

9   ultimate discipline, though, for a violation,

10:07:50  10   Chief Nader was the one that disciplined you for those

11   things; is that correct?

12         A    He did for me on that occasion with

13   Tipton.

14   200   Q    Okay.  Okay.  And so reasonable

10:08:07  15   suspicion and probable cause, do you specifically

16   remember having any training in that between 2017 and

17   2022?

18         A    Yes.

19   201   Q    And when were -- and when were you

10:08:23  20   trained on those two issues?

21         A    In the academy and then in FTO.

22   202   Q    FTO.  And FTO is led by an officer who

23   is a specialist; is that correct?

24         A    A trainer, yes.

10:08:38  25   203   Q    Yes, okay.  And do you remember the

DOMANICO REPORTING, INC.
Natalie R. Domanico, RPR CCR(KY)
565 Madison Point Drive
Lexington, Kentucky  40515
www.domanicoreporting.com

40

```
10:08:39   1   trainer who led your training on reasonable suspicion?

           2        A    I can't recall exactly who.

           3   204  Q    Okay.  Do you remember the training --

           4   who led your training on probable cause?

10:08:50   5        A    I can't recall.  I've had several

           6   trainers.

           7   205  Q    Okay.  And would you say that all of

           8   those trainers reported ultimately to Chief Nader?

           9        A    Yes.  He was our boss.

10:09:03  10   206  Q    Okay.  Are you familiar with the term

          11   furtherance?  Has that ever been taught to you, what

          12   that means?

          13        A    Furtherance?

          14   207  Q    Uh-huh (affirmative).

10:09:30  15        A    Just like the definition of it?

          16   208  Q    Yes.

          17        A    I can't recall the definition of it

          18   right now.

          19   209  Q    Okay.  And based on your definition, can

10:09:50  20   you tell me what the term "reasonable suspicion" is.

          21        A    Verbatim?  Like the term exactly for it,

          22   or in my own words?

          23   210  Q    Your own words.

          24        A    Reasonable suspicion, I can -- if I'm

10:10:04  25   thinking of something that I would have to articulate
```

10:10:05   1   as in a reason during a certain area that they

2   shouldn't be, if they're acting suspicious, that can

3   be -- determine on of lots of things.  If they was

4   near a place where a crime occurred, which that would

10:10:22   5   go into a Terry stop.

6   211      Q     Uh-huh (affirmative).

7            A     So...

8   212      Q     And how about probable cause?

9            A     Probable cause, an example?

10:10:29   10  213      Q     Uh-huh (affirmative).

11           A     Probable cause would be -- an example

12  for probable cause would be if I smelled marijuana in

13  the vehicle, then I would have probable cause to

14  search the vehicle, because it would -- led me to

10:10:43   15  believe there's marijuana inside the vehicle.

16  214      Q     Okay.  And it's been -- and you've been

17  trained that you don't need either probable cause or

18  reasonable suspicion when asking passengers in

19  vehicles for their IDs; is that correct?

10:11:22   20           A     Do I need probable cause and reasonable

21  suspicion to ask anybody in the vehicle?

22  215      Q     Uh-huh (affirmative).

23           A     Or the passengers in the vehicle?  I

24  don't.  I just always ask.

10:11:31   25  216      Q     Okay.  You said that you typically work

DOMANICO REPORTING, INC.
Natalie R. Domanico, RPR CCR(KY)
565 Madison Point Drive
Lexington, Kentucky  40515
www.domanicoreporting.com

42

```
10:11:57   1    on the east side of Covington?

           2            A    Yes.

           3    217    Q    And you're familiar with individuals

           4    that live on the east side of Covington?

10:12:09   5            A    That live around there?  Yes.

           6    218    Q    Uh-huh (affirmative).  Are there

           7    predominantly white people, black people?  What type

           8    of people are on the east side of Covington?

           9            A    The east side is a little bit of

10:12:25  10    everything.  It's a -- it's a good community.  It can

          11    be predominantly African Americans.

          12    219    Q    So on the night of January 16th, 2021,

          13    where did this stop occur?  What side of town were --

          14    were you on?

10:13:10  15            A    East side.

          16    220    Q    And what you would say is a

          17    predominantly African American, black side of town; is

          18    that correct?

          19            A    The area?

10:13:25  20    221    Q    Yeah.

          21            A    Or that specific area?

          22    222    Q    Uh-huh (affirmative).

          23            A    Predominantly African American.

          24    223    Q    And so when you initiated your traffic

10:13:46  25    stop, you were following the procedures that you
```

DOMANICO REPORTING, INC.
Natalie R. Domanico, RPR CCR(KY)
565 Madison Point Drive
Lexington, Kentucky  40515
www.domanicoreporting.com

43

10:13:49   1   would -- always been trained to follow; is that

2   correct?

3           A    Yes.

4   224   Q    Okay.  And when you approached the

10:14:05   5   vehicle, did you ident -- did you know anyone that was

6   in the vehicle?  Could you identify them just --

7           A    (Interrupting) Just by looking at them?

8   225   Q    Yes.

9           A    No.

10:14:15   10   226   Q    Okay.

11          A    No.

12   227   Q    And what was your reason for stopping

13   the vehicle?

14          A    My reason for stopping the vehicle?  It

10:14:27   15   was on Bush Street on the curb.  They turned onto the

16   roadway without using a turn signal, and it did not

17   have his headlights on until it hit 12th Street from

18   Bush.

19   228   Q    And so at that point, did you ID the

10:14:51   20   driver?

21          A    When I stopped the vehicle?

22   229   Q    Yes.

23          A    Yes.

24   230   Q    And did you see anyone else in the

10:14:57   25   vehicle?

DOMANICO REPORTING, INC.
Natalie R. Domanico, RPR CCR(KY)
565 Madison Point Drive
Lexington, Kentucky  40515
www.domanicoreporting.com

44

10:14:58   1          A    There were others in the vehicle.   The

2    passengers.

3    231     Q    Who else was in the vehicle?

4          A    Like, their names?  I can't recall

10:15:05   5    everybody's names.  I wrote them down, and then I went

6    back to my cruiser and put them in the call and ran

7    their information.

8    232     Q    Do you recall how many males were in the

9    vehicle?

10:15:23  10          A    I don't.  Two or three.

11    233     Q    And do you recall how many females were

12    in the vehicle?

13          A    At least one, because the female was the

14    driver.  There may be another female.

10:15:35  15    234     Q    And when you first approached the

16    vehicle, did you recognize the race of the individuals

17    that were in the vehicle?

18          A    Did I recognize the race of the people I

19    was looking at?

10:15:49  20    235     Q    Uh-huh (affirmative).

21          A    Yes.

22    236     Q    And what did you identify them or think

23    that they were at that time?

24          A    The driver was white.  There was a white

10:15:58  25    female.  That's who I first talked to.  And I'm not

10:16:03   1   sure if there was another white subject in the

2   vehicle, but the rest -- so two or three -- was

3   African Americans.

4   237      Q      Okay.  And at any point did you attempt

10:16:17   5   to ask everyone in the vehicle for their ID?

6            A      I did.

7   238      Q      And what was the response of the

8   individuals that you asked for their ID?

9            A      Not the driver, but the passengers?

10:16:32  10   239      Q      Yes.

11            A      The passengers, I can't recall what

12   exactly they said to me, but they gave me their

13   information.

14   240      Q      All of them did?

10:16:41  15            A      One subject refused.

16   241      Q      And when he refused, did you ask him for

17   it again?

18            A      He re -- he didn't give me a straight

19   answer.  And then he said he was on the -- his -- on

10:16:57  20   the phone with someone.  May have -- he may have said

21   it's his attorney.  I can't recall exactly what he

22   said.  Then I asked him, so you're not giving me your

23   ID?  And he said he doesn't have to.  And then I

24   explained to him how he's committing a violation right

10:17:12  25   now because he's not wearing a seat belt in the

| | | |
|---|---|---|
| 10:17:14 | 1 | vehicle. |
| | 2 | 242    Q    So did he -- initially he refused to |
| | 3 | give you his ID; is that correct? |
| | 4 |        A    Yes. |
| 10:17:24 | 5 | 243    Q    And was that any type of violation -- |
| | 6 | have you been trained that that's any type of |
| | 7 | violation on his part, to refuse to give you his ID? |
| | 8 |        A    No, it's not a violation if you're not |
| | 9 | committing one. |
| 10:17:45 | 10 | 244    Q    So after he refused to give you his ID, |
| | 11 | at that point you requested it because you said he was |
| | 12 | committing a violation; is that right? |
| | 13 |        A    No.  So as I was talking to him, I |
| | 14 | noticed he was not wearing a seat belt during our |
| 10:18:05 | 15 | conversation.  And then I advised him, you're not |
| | 16 | wearing a seat belt, that is a violation, and I need |
| | 17 | your information.  And then he gave me his personal |
| | 18 | information. |
| | 19 | 245    Q    Okay.  But let me ask this question:  So |
| 10:18:20 | 20 | you initially asked for the ID, correct? |
| | 21 |        A    For his information? |
| | 22 | 246    Q    Yes. |
| | 23 |        A    Yes. |
| | 24 | 247    Q    And he said he didn't want to give you |
| 10:18:29 | 25 | his ID or information; is that correct? |

DOMANICO REPORTING, INC.
Natalie R. Domanico, RPR CCR(KY)
565 Madison Point Drive
Lexington, Kentucky  40515
www.domanicoreporting.com

47

10:18:33   1          A    I'm not sure if he said he didn't want

2    to or didn't have to.  I can't recall exactly.

3    248    Q    Okay.  But he refused to give you his

4    information; is that correct?

10:18:41   5          A    Yes, sir, he did refuse.

6    249    Q    Okay.  And then after he refused, you

7    stated that he was -- had committed a violation; is

8    that correct?

9          A    During my conversation with him, as I'm

10:18:55  10    turning to ask him, I notice he's not wearing a seat

11    belt, when I asked him about his identification.

12    250    Q    After you asked him for his

13    identification?

14          A    While -- while talking to him, I'm

10:19:07  15    looking right at him, there's not a seat belt on.  And

16    then after I spoke, he spoke, and then I said, you're

17    not wearing a seat belt.

18    251    Q    Okay.  So then did you write him a

19    citation for not wearing a seat belt?

10:19:24  20          A    We didn't get that far now.

21    252    Q    You never wrote him a citation for not

22    wearing seat belt?

23          A    No.

24    253    Q    We're going to watch a little bit of

10:19:53  25    film here.  I'm going to pull up your body-worn camera

DOMANICO REPORTING, INC.
Natalie R. Domanico, RPR CCR(KY)
565 Madison Point Drive
Lexington, Kentucky  40515
www.domanicoreporting.com

48

10:20:00    1   footage that was provided by the City.

            2   MR. MANDO:        Make sure you can see it, John.

            3   254      Q    Can you see that?

            4            A    It's a little dark.

10:20:29    5   255      Q    And just for the record, the date of

            6   this is 1/16/21.  Speed it up a little bit here.

            7            (Plays video).

            8   256      Q    Okay.  We're at 2:46.  And do you

            9   recognize this as the night of 1/16/21?

10:21:33   10            A    Yes.

           11   257      Q    And do you recognize this as the camera

           12   angle of you standing at the driver's side of the

           13   vehicle?

           14            A    Yes.

10:21:45   15   258      Q    And is this the white female you

           16   described earlier as the driver?

           17            A    Yes.

           18   259      Q    Okay.

           19            (Plays video).

10:23:16   20   260      Q    So stop it there.  At 4:08, are you

           21   asking everyone in the vehicle for IDs?

           22            A    Yes.

           23            (Plays video).

           24   261      Q    And do you hear at 4:29, where you said,

10:23:47   25   "No one has IDs?"

10:23:49  1                A    Do I hear myself saying that?  Yes.

          2    MR. MANDO:            Well, it was in a form of a

          3                         question.  But go ahead.  Nobody

          4                         has IDs.  You're making it sound

10:23:58  5                         like it's a statement.  He's -- I

          6                         think he's saying it as a question.

          7                         Go ahead.

          8    MR. DAVIS:           I mean, I think that's commentary

          9                         for -- for a jury to decide.

10:24:09 10    MR. MANDO:           All right.

         11                (Plays video).

         12    262    Q    So at 6:05 -- I'm going to stop it --

         13    you're asking Yusef Davis for his information; is that

         14    correct?

10:25:57 15                A    Asking, yes.

         16    263    Q    Yes.  And at that time, did you have any

         17    reason to believe that Yusef Davis had committed a

         18    crime?

         19                A    No.

10:26:08 20                (Plays video).

         21    264    Q    And did you identify what race Yusef

         22    Davis was at that time?

         23                A    At that time I'm sure I did.

         24    265    Q    And what did you identify him to be?

10:26:30 25                A    I can't recall.  See -- I think he was

DOMANICO REPORTING, INC.
Natalie R. Domanico, RPR CCR(KY)
565 Madison Point Drive
Lexington, Kentucky  40515
www.domanicoreporting.com

50

| | | |
|---|---|---|
| 10:26:32 | 1 | African American. |
| | 2 | 266    Q    A male? |
| | 3 | A    Yes, male. |
| | 4 | (Plays video). |
| 10:26:57 | 5 | 267    Q    And then you see -- did you hear him ask |
| | 6 | you -- did -- at 26:27 -- I mean, at 6:27 -- excuse |
| | 7 | me -- did you ask the passenger in the driver rear |
| | 8 | seat for his ID? |
| | 9 | A    I asked both of them.  So both you guys |
| 10:27:22 | 10 | don't have your IDs; is that right, and they said they |
| | 11 | don't have them. |
| | 12 | 268    Q    And they responded that they don't have |
| | 13 | their IDs; is that correct? |
| | 14 | A    Correct. |
| 10:27:30 | 15 | (Plays video). |
| | 16 | 269    Q    Okay.  At 20 -- excuse me -- 6:49, did |
| | 17 | you hear Anthony Wynn say that he didn't want to give |
| | 18 | you his information? |
| | 19 | A    Yes. |
| 10:28:14 | 20 | 270    Q    And what did you ident -- at this point |
| | 21 | had you identified what race an Anthony Wynn was? |
| | 22 | A    Yes. |
| | 23 | 271    Q    And, to your knowledge, what race was |
| | 24 | he? |
| 10:28:26 | 25 | A    African American. |

10:28:27   1   272   Q   Was he male?

2   A   Male.

3   273   Q   So at seven minutes, after Anthony Wynn

4   refused, is that when you first identified to him that

10:28:51   5   you're asking his information for a seat belt?

6   MR. MANDO:         Objection.  Form.  Go ahead, John.

7   A   I'm aware he wasn't wearing a seat belt

8   while I'm asking him.  And he said no, and I advised

9   him he was not wearing a seat belt.

10:29:08   10   274   Q   And that was after he refused to give

11   you information --

12   A   (Interrupting) Correct.

13   275   Q   -- is that correct?

14   A   Correct.

10:29:16   15   276   Q   Okay.  Typically, if an individual

16   refuses to give identification or information, do you

17   force them to?

18   A   Are they committing a violation?

19   277   Q   That -- that's not the question.  My

10:29:58   20   question is:  If -- typically, if an individual

21   refuses to give you their identification or

22   information on who they are, do you force them to?

23   MR. MANDO:         Objection.  Go ahead and answer.

24   A   If they have a violation -- if they

10:30:14   25   commit a violation, I need their information because I

| | | |
|---|---|---|
| 10:30:16 | 1 | have to write that on a citation. |
| | 2 | 278    Q    I'm not -- I'm not -- I'm not asking if |
| | 3 | they've committed a violation.  I'm asking you that if |
| | 4 | an individual refuses to give you their information or |
| 10:30:33 | 5 | identification, do you force them to, in your general |
| | 6 | duties as a police officer when -- |
| | 7 |        A    (Interrupting) In general -- |
| | 8 | 279    Q    (Interrupting) -- you're making a |
| | 9 | traffic stop? |
| 10:30:41 | 10 |        A    -- if I don't have a violation, no, I |
| | 11 | don't force them. |
| | 12 | 280    Q    You don't. |
| | 13 |        A    Correct. |
| | 14 | 281    Q    Okay.  And in a situation where they |
| 10:31:12 | 15 | have committed a violation that you found out about, |
| | 16 | and then you -- you -- you force them to provide their |
| | 17 | information; is that correct? |
| | 18 |        A    What do you mean by "force them"? |
| | 19 | 282    Q    Well, that -- we can take "force" out of |
| 10:31:29 | 20 | that question.  So after you've identified that |
| | 21 | they've committed a violation, then you would require |
| | 22 | them to give you their information; is that correct? |
| | 23 |        A    Correct.  Yes. |
| | 24 | 283    Q    Yep. |
| 10:31:42 | 25 |        A    Yeah.  That we're to go... |

DOMANICO REPORTING, INC.
Natalie R. Domanico, RPR CCR(KY)
565 Madison Point Drive
Lexington, Kentucky  40515
www.domanicoreporting.com

53

10:31:43   1   284      Q    And then at some point you would cite

2   them for that violation; is that correct?

3             A    That's officer discretion again.

4   Sometimes I may cite them.  Sometimes they may go to

10:31:52   5   jail.  It's based on the violation.  I don't always do

6   that.

7   285      Q    Oh.  So what you're saying is, is that

8   you would use the vio -- the potential violation to

9   have -- to force -- to make them hand over their

10:32:10  10   identification, but then not actually write them a

11   violation --

12             A    (Interrupting) No.

13   MR. MANDO:        Objection.

14   286      Q    -- is that correct?

10:32:15  15   MR. MANDO:        Form.  Characterization.  Listen to

16                  his question and go ahead and

17                  answer.

18             A    No, not necessarily.  If they committed

19   a violation, I'm -- I'm explaining -- if they commit a

10:32:23  20   violation, I have discretion on if I want to cite them

21   or not.

22   287      Q    Okay.  So in this case, you decided not

23   to cite Anthony Wynn for a violation of his seat belt;

24   is that correct?

10:32:42  25             A    On this case?

| | | | |
|---|---|---|---|
| 10:32:43 | 1 | 288 | Q | Yes. |

```
10:32:43   1   288    Q   Yes.

           2          A   I decided not to give him a seat belt

           3   ticket because he gave me the name of a subject who

           4   had a traffic warrant, and I figured he's already had

10:32:52   5   enough problems; he's going to jail for a traffic

           6   warrant.  I decided that's fair enough.  I don't need

           7   to give him a seat belt ticket.  So I was using

           8   discretion, as in, he's already got a warrant, why

           9   make his life harder by giving him a seat belt ticket.

10:33:09  10   289    Q   Okay.  So you used your discretion to

          11   your advantage?

          12   MR. MANDO:          Objection.  Characterization.

          13          A   How is it my advantage again?  To get

          14   his information?

10:33:18  15   290    Q   Exactly.

          16          A   It was a -- I got his information

          17   because he committed a violation.  I guess that's my

          18   advantage, then, or -- yeah.

          19   291    Q   Did you write the individual -- other

10:33:48  20   individual in the backseat a citation for not wearing

          21   a seat belt?

          22          A   No.

          23   292    Q   Was that individual charged with

          24   anything else that evening?

10:34:01  25          A   I'm not sure.
```

| | | |
|---|---|---|
| 10:34:04 | 1 | 293    Q    In your report, did you charge that |
| | 2 | individual with anything else? |
| | 3 | A    Which -- which individual was it? |
| | 4 | You're talking about Anthony? |
| 10:34:10 | 5 | 294    Q    Yeah, we can look at the film here.  You |
| | 6 | identified the lady here at -- at 7:31? |
| | 7 | A    Did I identify her at that time? |
| | 8 | 295    Q    You asked her for her identification as |
| | 9 | well; is that correct? |
| 10:34:31 | 10 | A    For her information, yes. |
| | 11 | 296    Q    Yeah.  And she wasn't wearing a seat |
| | 12 | belt either; is that correct? |
| | 13 | A    Correct. |
| | 14 | 297    Q    And did you cite her for any violation |
| 10:34:42 | 15 | for not wearing her seat belt? |
| | 16 | A    For a seat belt, no, I didn't. |
| | 17 | 298    Q    Why didn't you -- why didn't you cite |
| | 18 | her for not wearing a seat belt? |
| | 19 | A    I used officer discretion.  I saw that |
| 10:35:12 | 20 | somebody had a warrant, and I knew that was -- I knew |
| | 21 | to handle that first.  And during this -- this traffic |
| | 22 | stop, there was a pedestrian struck downtown.  So I |
| | 23 | knew if I wrote another -- another personal citation, |
| | 24 | it's going to keep me there longer. |
| 10:35:30 | 25 | 299    Q    Did you end up going to the downtown |

DOMANICO REPORTING, INC.
Natalie R. Domanico, RPR CCR(KY)
565 Madison Point Drive
Lexington, Kentucky  40515
www.domanicoreporting.com

56

```
10:35:34    1   pedestrian incident that you just mentioned?

            2           A    After the traffic stop?

            3   300     Q    Yeah.

            4           A    No.  I had to go to the hospital.

10:35:44    5   301     Q    Okay.  So there was no need for you to

            6   rush down to the pedestrian traffic stop; is that

            7   correct?

            8           A    I'm not sure.  I never made it there.  I

            9   heard several units go there.

10:35:56   10           (Played video).

           11   302     Q    We'll take a look at some more video.

           12   We'll come back to that.  According -- so after you

           13   asked for Anthony Wynn's ID and the -- and the

           14   information of the individual in -- in the backseat as

10:37:03   15   well -- do you remember her name, the -- the other

           16   individual in the back seat?

           17           A    I can't recall.

           18   303     Q    Okay.

           19           A    I don't know -- say -- there was four

10:37:13   20   different people, so...

           21   304     Q    Okay.  So after you gathered all of

           22   their information what did you do?

           23           A    After I gathered all of their

           24   information, I saw that one subject had a warrant.

10:37:22   25   And I went up to the vehicle to let him know and have
```

| | | |
|---|---|---|
| 10:37:25 | 1 | him step out of the vehicle. |
| | 2 | 305    Q    Okay.  And at that time what -- what |
| | 3 | occurred next? |
| | 4 | A    When I asked him to step out of the |
| 10:37:39 | 5 | vehicle afterwards? |
| | 6 | 306    Q    Uh-huh (affirmative). |
| | 7 | A    He asked what for, and then he refused. |
| | 8 | And then I continued to -- telling him to get outside |
| | 9 | of the vehicle. |
| 10:37:50 | 10 | 307    Q    Okay.  And did he get out of the |
| | 11 | vehicle? |
| | 12 | A    Yes. |
| | 13 | 308    Q    And then what happened? |
| | 14 | A    So when he got out of vehicle -- before |
| 10:37:58 | 15 | he did that, I gave him simple instructions to when he |
| | 16 | steps out, make sure his hands are on top of the |
| | 17 | vehicle and nowhere else.  I give that instructions |
| | 18 | when I ask people to come out of the vehicle so they |
| | 19 | don't reach for any weapons.  So when he stepped out |
| 10:38:12 | 20 | of the vehicle, he had his hands to his waist. |
| | 21 | 309    Q    Okay.  And so what happened at that |
| | 22 | point? |
| | 23 | A    At that time I explained to him -- I |
| | 24 | grabbed for his hands to put them on top of the car, |
| 10:38:26 | 25 | and he swatted away at officers, and then he turned |

DOMANICO REPORTING, INC.
Natalie R. Domanico, RPR CCR(KY)
565 Madison Point Drive
Lexington, Kentucky  40515
www.domanicoreporting.com

58

```
10:38:29    1    around and put his hands on top of the car.

            2    310     Q    He swung away officers?

            3            A    Swatted.

            4    311     Q    Swatted away officers.  What officers
10:38:37    5    did he swat away?

            6            A    Me, particularly.  And I can't recall if

            7    Elsbernd was standing there at the moment, but I

            8    believe so.

            9    312     Q    Okay.  So did he swat away you or did he
10:38:49   10    swat away Elsbernd or did he swat away both of you?

           11            A    Me for sure.

           12    313     Q    Okay.  And you believe that he swatted

           13    away Elsbernd as well?

           14            A    Yes.  I know they're both -- we was
10:39:02   15    standing right beside each other.  See if I can

           16    explain that -- explain that a little better.  His

           17    hands were at his waist.  I went to reach, put them on

           18    top of the car, and he swatted away to move his hands

           19    forward and turned around and put his hands on top of
10:39:15   20    the car.

           21    314     Q    Okay.  So he put his -- he put his hands

           22    on top of the car.

           23            A    Yes.

           24    315     Q    What happened next?
10:39:25   25            A    When he puts his hands on top of the
```

DOMANICO REPORTING, INC.
Natalie R. Domanico, RPR CCR(KY)
565 Madison Point Drive
Lexington, Kentucky  40515
www.domanicoreporting.com

59

| | | | |
|---|---|---|---|
| 10:39:26 | 1 | | vehicle, I pat him down, and I explained to him to put |
| | 2 | | his hands behind his back.  I make sure I'm very clear |
| | 3 | | with that.  As I'm putting his hands behind his back, |
| | 4 | | I'm moving it.  And when I'm holding onto his arms, |
| 10:39:41 | 5 | | I'm trying to get the handcuffs on him.  And then |
| | 6 | | that's when I start feeling him flexing and pulling |
| | 7 | | back. |
| | 8 | 316 | Q    Flexing and pulling back. |
| | 9 | | A    Yes. |
| 10:39:51 | 10 | 317 | Q    What do you mean by that?  He was -- he |
| | 11 | | pulled his arms back to the front of his body? |
| | 12 | | A    Outwards. |
| | 13 | 318 | Q    Outwards.  Okay.  Towards where? |
| | 14 | | Towards -- in what direction outwards? |
| 10:40:06 | 15 | | A    So I had his hands behind his back.  And |
| | 16 | | I -- well, I'm saying flexing because my arms, I |
| | 17 | | can -- my hands, I can feel his arms.  And as I'm |
| | 18 | | putting them together to handcuff them, he's resisting |
| | 19 | | at that moment, pulling his hands back outwards. |
| 10:40:24 | 20 | 319 | Q    Pulling his hands back outwards.  All |
| | 21 | | right.  And at this time where is -- where is |
| | 22 | | Elsbernd? |
| | 23 | | A    To my right. |
| | 24 | 320 | Q    To your right? |
| 10:40:31 | 25 | | A    Yes. |

DOMANICO REPORTING, INC.
Natalie R. Domanico, RPR CCR(KY)
565 Madison Point Drive
Lexington, Kentucky  40515
www.domanicoreporting.com

60

```
10:40:32   1   321    Q    And is he assisting you in putting his

           2   hands behind his back?

           3          A    At that moment I don't recall.  I think

           4   I was just behind him, putting his hands behind his

10:40:41   5   back.

           6   322    Q    Okay.  Okay.  And what happened after

           7   that?

           8          A    When he pulled away, after that incident

           9   with his arms coming outwards?

10:40:58  10   323    Q    Yes, with his arms coming outwards?

          11          A    I explained to him to put his hands

          12   behind his back, stop resisting.  I verbalized that

          13   several times.  When the subject, Wynn, turned around

          14   facing officers, and that's when we started a -- a

10:41:16  15   physical altercation started at that point.

          16   324    Q    Okay.  When you felt him flexing during

          17   that period, did you ever push or move him further

          18   towards the vehicle?

          19          A    We had him placed against the vehicle,

10:41:36  20   likes his stomach was touching the vehicle.

          21   325    Q    Uh-huh (affirmative).

          22          A    So we have him pressed up against there.

          23   But at that moment when I'm putting my hands to move

          24   his arms, no, I was not pushing forward.

10:41:47  25   326    Q    And did you ever push forward?
```

DOMANICO REPORTING, INC.
Natalie R. Domanico, RPR CCR(KY)
565 Madison Point Drive
Lexington, Kentucky  40515
www.domanicoreporting.com

61

```
10:41:49    1              A    When he got out of the vehicle, I held
            2    him forward.
            3    327    Q    Okay.  Okay.  And so as he's flexing,
            4    can you describe specifically what -- what happened.
10:42:01    5    What was the next move that you made?
            6              A    When he pulled his arms outwards?
            7    328    Q    Yeah.  When he was flexing and pulled
            8    his arms, as you stated.
            9              A    I was trying to handcuff him.
10:42:17   10    329    Q    Okay.
           11              A    I remember trying to handcuff him.
           12    330    Q    Uh-huh (affirmative).  And -- and then
           13    what happened?
           14              A    His arms kept pulling outwards, and then
10:42:29   15    he turned around, and that's when we began fighting.
           16    331    Q    Fighting.
           17              A    Yes.
           18    332    Q    Okay.  And when you say fighting, what
           19    does that -- was that -- does that mean that -- did
10:42:38   20    he -- did you throw a punch?
           21              A    At that time, at that moment, no.  He
           22    pushed at officers, and we tried to take him down.
           23    333    Q    Okay.  Did he throw a punch at you?
           24              A    I don't recall if he punched me or
10:42:54   25    kicked me.  I received a concussion.  And I don't know
```

DOMANICO REPORTING, INC.
Natalie R. Domanico, RPR CCR(KY)
565 Madison Point Drive
Lexington, Kentucky  40515
www.domanicoreporting.com

62

10:42:57   1   what hit me.  So during the fight, it became very

2   blurry, and I only remember certain parts of it.

3   334     Q     Okay.

4           A     I want to give you the best answer, but

10:43:09   5   there's some parts that I just -- I don't exactly know

6   the details of.

7   335     Q     Got you.  So you say that he punched you

8   or kicked you, but you don't know for a fact if that

9   happened; is that correct?

10:43:18  10           A     An unknown something hit me in the head

11   really hard.

12   336     Q     Okay.  Okay.  Could you have hit your

13   head on a piece of equipment on Elsbernd?

14           A     A piece of equipment?

10:43:32  15   337     Q     Yeah.

16           A     Like what?

17   338     Q     Like a flashlight or anything that's on

18   his belt?

19           A     I don't remember seeing Elsbernd much.

10:43:40  20   I know he was there, but I was face to face with Wynn.

21   339     Q     Okay.  Was -- but from what you can

22   recall, during the time that you were trying to put

23   Wynn's hands behind your back [sic], Elsbernd was

24   standing there; is that correct?

10:43:55  25           A     Yes, he was with me.

| | | | |
|---|---|---|---|
| 10:43:56 | 1 | 340 Q | Yeah, okay.  And he wasn't -- was it -- |
| | 2 | Elsbernd in close enough distance to touch you? |
| | 3 | A | Yes. |
| | 4 | 341 Q | Okay.  So at some point Anthony Wynn |
| 10:44:11 | 5 | turns around.  And you say that he tries to push you? |
| | 6 | A | Yes. |
| | 7 | 342 Q | With one hand?  With two hands?  Do you |
| | 8 | remember? |
| | 9 | A | I can't recall. |
| 10:44:20 | 10 | 343 Q | Okay.  And then at some point after that |
| | 11 | you said things became blurry for you. |
| | 12 | A | Yes. |
| | 13 | 344 Q | Okay.  And do you recall taking Mr. Wynn |
| | 14 | to the ground at any point? |
| 10:44:36 | 15 | A | I know he was on the ground.  We ended |
| | 16 | up on the ground. |
| | 17 | 345 Q | Okay.  And were you on top of Mr. Wynn, |
| | 18 | or was Mr. Wynn on top of you when you were on the |
| | 19 | ground? |
| 10:44:49 | 20 | A | Was this after I got hit? |
| | 21 | 346 Q | I don't know.  You tell -- I don't -- I |
| | 22 | don't know. |
| | 23 | A | So I tried to stay on top of him for |
| | 24 | most of it.  I don't know when I was on top of him, at |
| 10:45:05 | 25 | what part.  We fell to the ground.  I tried to stay on |

DOMANICO REPORTING, INC.
Natalie R. Domanico, RPR CCR(KY)
565 Madison Point Drive
Lexington, Kentucky  40515
www.domanicoreporting.com

64

10:45:10  1    top of him.  Something knocked me pretty good.  And

2    then that's when I continued to stay kind of like in a

3    mounted position.

4    347    Q    Mounted position on top of Mr. Wynn?

10:45:23  5    A    Yes.

6    348    Q    Okay.  And do you recall where Elsbernd

7    was at that time?

8    A    No.

9    349    Q    Okay.  And what do you recall from being

10:45:41  10   on top of Mr. Wynn?

11   A    This is blurry, but I know I hit him in

12   the face twice, and it did nothing to him.

13   350    Q    When you say you hit him in the face

14   twice, was this like a closed fist hit?

10:45:58  15   A    Yes.  Yes.  Twice.

16   351    Q    And do you remember where they -- where

17   the hits handed?

18   A    On his -- where on his face?

19   352    Q    Yeah.

10:46:07  20   A    I -- I'm not sure on his face where.  I

21   remember I hit him twice, and it looked -- he looked

22   right at me, and it did not even affect him, so...

23   353    Q    Do you hit pretty hard?

24   A    I thought I did, but Wynn's pretty

10:46:24  25   tough.  He looked like a terminator taking that punch.

| | | | |
|---|---|---|---|
| 10:46:28 | 1 | 354 | Q    Okay. |
| | 2 | | A    It was scary. |
| | 3 | 355 | Q    Yeah.  And -- and what happened after |
| | 4 | | you hit him? |
| 10:46:38 | 5 | | A    After I hit him, I -- I realized nothing |
| | 6 | | was working.  My head's killing me.  I see people |
| | 7 | | getting out of the vehicle that we stopped. |
| | 8 | 356 | Q    Uh-huh (affirmative). |
| | 9 | | A    A lot of screaming.  And then I'm |
| 10:46:52 | 10 | | realizing he's still trying to stand up. |
| | 11 | 357 | Q    Okay.  And when you say you hit him, on |
| | 12 | | a scale of one -- one to ten, how -- how hard would |
| | 13 | | you say -- how much force did you use, if -- if you -- |
| | 14 | | you know, you can hit someone and not use all of your |
| 10:47:09 | 15 | | force. |
| | 16 | | A    Correct. |
| | 17 | 358 | Q    Yeah.  Do you think that you used all of |
| | 18 | | your force when you were striking him? |
| | 19 | | A    I can't recall.  I know I hit him pretty |
| 10:47:17 | 20 | | good, just to stop him from moving.  Pain compliance |
| | 21 | | so I could get cuffs on him -- |
| | 22 | 359 | Q    (Interrupting) Uh-huh (affirmative). |
| | 23 | | A    -- so he could stop fighting us. |
| | 24 | 360 | Q    Uh-huh (affirmative). |
| 10:47:25 | 25 | | A    So -- |

DOMANICO REPORTING, INC.
Natalie R. Domanico, RPR CCR(KY)
565 Madison Point Drive
Lexington, Kentucky  40515
www.domanicoreporting.com

66

| | | | |
|---|---|---|---|
| 10:47:25 | 1 | 361 | Q  (Interrupting) Okay. |
| | 2 | | A  -- it wasn't a jab. |
| | 3 | 362 | Q  Uh-huh (affirmative).  Do you recall how |
| | 4 | hard you hit Officer Tipton? |
| 10:47:41 | 5 | | A  No, I don't recall how hard. |
| | 6 | 363 | Q  Do you recall if you hit him with a jab |
| | 7 | or a hook? |
| | 8 | | A  It was my right hand, so I can't say how |
| | 9 | hard it was.  I knew it hurt him. |
| 10:47:58 | 10 | 364 | Q  On a -- on a -- I mean, on a scale of |
| | 11 | one to ten, do you think you were using all of your |
| | 12 | force?  What scale of force were you using when you |
| | 13 | hit Officer Tipton? |
| | 14 | | A  Enough to stop him.  Enough to subdue |
| 10:48:11 | 15 | him. |
| | 16 | 365 | Q  Okay.  Do you think you were using the |
| | 17 | same amount of force when you hit Anthony Wynn or |
| | 18 | more, greater force? |
| | 19 | | A  It's hard to say.  I'm not sure.  I know |
| 10:48:21 | 20 | I was just punching. |
| | 21 | 366 | Q  All right.  And so at some point, did |
| | 22 | you place Anthony Wynn in a chokehold? |
| | 23 | | A  Yes. |
| | 24 | 367 | Q  And when did that occur? |
| 10:48:45 | 25 | | A  When he continued to stand up.  My head |

```
10:48:49    1    was getting very woozy, and nothing's working on this
            2    guy.  He continues to stand up.  He's huge.  And as I
            3    see people getting out of the car running towards
            4    me -- and I can't see him because it's very bright.  I
10:49:04    5    don't know why.  I don't know if it's my lights, their
            6    lights.  I remember just -- it's very bright, and I
            7    remember people running towards me.  And I choked him
            8    as a last resort to try to keep him on the ground so I
            9    can handcuff him.
10:49:21   10    368     Q     And you said you've used this chokehold
           11    before?
           12            A     That specific one?
           13    369     Q     Yes.
           14            A     I can't say if I've used that specific
10:49:28   15    chokehold before.
           16    370     Q     When you say "specific chokehold," what
           17    type of chokehold was this?
           18            A     The one on Wynn?
           19    371     Q     Yes.
10:49:35   20            A     What type it was?
           21    372     Q     Yes.
           22            A     I mean, maybe a modified front choke.
           23    At this point I'm just grasping for anything.
           24    373     Q     Uh-huh (affirmative).
10:49:47   25            A     So...
```

```
10:49:47    1    374    Q    And so you said you haven't used that

            2    type of choke before?

            3           A    Well, I was facing -- the last guy we

            4    just spoke about earlier, I was facing a different

10:49:56    5    direction with him.

            6    375    Q    Uh-huh (affirmative).

            7           A    So I was behind him.  Our heads are

            8    here.  Wynn was standing up, and I was overtop of him.

            9    It's almost like a -- I've had to describe that choke,

10:50:09   10    kind of like a guillotine-type choke, if you're aware

           11    of that termination [sic].

           12    376    Q    And with Wynn, you were more of a -- of

           13    a front choke?

           14           A    Yes.  I was trying to stay on top of

10:50:22   15    him --

           16    377    Q    (Interrupting) Uh-huh (affirmative).

           17           A    -- because he was standing up with me

           18    on...

           19    378    Q    And how long did you hold the choke

10:50:30   20    on -- on Mr. Wynn?

           21           A    I'm not sure how long.  Enough to bring

           22    him back down to the ground is when I let go.

           23    379    Q    At any point, did you feel as if Anthony

           24    Wynn had tried to reach for any of your weapons?

10:50:53   25           A    At that point?
```

DOMANICO REPORTING, INC.
Natalie R. Domanico, RPR CCR(KY)
565 Madison Point Drive
Lexington, Kentucky  40515
www.domanicoreporting.com

69

| | | | | |
|---|---|---|---|---|
| 10:50:54 | 1 | 380 | Q | Yes. |
| | 2 | | A | I'm not sure.  I don't believe so. |
| | 3 | 381 | Q | Okay. |
| | 4 | | A | Because our main goal was getting his |

10:51:03  5  hands.

6  382  Q  So after you placed him in the

7  chokehold, what happened?

8  A  He came back to the ground, and I saw an

9  arm slip out.  And that's when I told Elsbernd to grab

10:51:14  10  his arm.  He grabbed his arm, and then I was grabbing

11  the other.  Roughly around that time is when other

12  officers showed up.

13  383  Q  And at that time, were you able to put

14  Anthony Wynn -- place Anthony Wynn in handcuffs?

10:51:30  15  A  I can't recall if I put him in handcuffs

16  or if someone else did.  But shortly after everyone

17  showed up, he was in handcuffs.

18  384  Q  And at any time do you recall if Anthony

19  Wynn complained of, like, pain or injury?

10:52:04  20  A  After this happened?

21  385  Q  During it, after it, anytime.

22  A  To me specifically, I'm not aware.

23  386  Q  Okay.  And do you recall if at any time

24  Anthony Wynn received medical treatment?

10:52:22  25  A  You would have to ask the other

DOMANICO REPORTING, INC.
Natalie R. Domanico, RPR CCR(KY)
565 Madison Point Drive
Lexington, Kentucky  40515
www.domanicoreporting.com

70

10:52:24  1  officers.  But, yeah, my supervisor told me to go to

2  the hospital.  I had a cut on my head, and then the

3  doctor said a concussion.  So I'm not sure -- I'm sure

4  somebody spoke with Wynn, but I'm not sure who.

10:52:41  5  387     Q     And then for you -- so afterwards did

6  you go to the hospital?

7            A     Yes.

8  388     Q     And they -- they diagnosed you with a

9  concussion at the hospital?

10:52:49  10            A     They talked to me, and I told them what

11  happened.  And I was trying to get back at work.  They

12  gave me a -- some kind of narcotic.  I can't tell you

13  the name or what it was.  And they said, do you want

14  to go back to work, and I said yes.  I wanted to get

10:53:11  15  out of there and go home.

16  389     Q     You wanted to go home or you wanted to

17  go back to work?

18            A     I wanted to go home.  I wanted to get

19  out of there, and I wanted to -- I had -- I had to go

10:53:21  20  back to work regardless to finish my paper, but I knew

21  going back to work means I'm going back home.

22  390     Q     Okay.  So what -- what did you -- when

23  were you officially diagnosed with a concussion?

24            A     I don't recall.  I think the next day.

10:53:35  25  I think I came back, and my head was still hurting.  I

10:53:41   1   came into work and then afterwards went to the

2   hospital again.

3   391   Q   Okay.  Did any of your supervisors ask

4   you to go back to work after you went to the hospital?

10:53:58   5         A   The day after?

6   392   Q   No, the day of.

7         A   Well, when I first went to the hospital,

8   did they ask me to go back to work?

9   393   Q   Yes.

10:54:06   10         A   Yes.  I had to finish the -- the NIBRS

11   reports and the use of force reports, so...

12   394   Q   So you completed both of those reports,

13   although you had a concussion?

14         A   Yes.  I had assistance from a supervisor

10:54:27   15   at the time, Jeff Cook.  He was a sergeant on third

16   shift.  He's a training sergeant now.

17   395   Q   And he helped you write the report?

18         A   Uh-huh (affirmative).

19   396   Q   And was he on the scene for the entirety

10:54:40   20   of the report?

21         A   The whole scene?

22   397   Q   Yes.

23         A   No.

24   398   Q   So you drafted both the -- the police

10:54:54   25   report; is that correct, and the use of force report?

| | | |
|---|---|---|
| 10:55:00 | 1 | MR. MANDO:          The NIBRS report. |
| | 2 | 399      Q     And the -- what -- what did you -- |
| | 3 | MR. MANDO:          (Interrupting) NIBRS report. |
| | 4 | 400      Q     NIBRS report.  You drafted all of those |
| 10:55:07 | 5 | reports.  And at the time that you drafted them, you |
| | 6 | had a concussion? |
| | 7 | A     Yes. |
| | 8 | COURT REPORTER:   Can you spell NIBRS? |
| | 9 | MR. MANDO:          It's N-I-B-R-S.  It's all |
| 10:55:10 | 10 | capitalized. |
| | 11 | A     N-I-B-R-S. |
| | 12 | 401      Q     And during the time that you drafted all |
| | 13 | of those reports, you were under the influence of a |
| | 14 | narcotic? |
| 10:55:32 | 15 | A     I had a narcotic. |
| | 16 | 402      Q     And so you -- a narcotic was in your |
| | 17 | system at the time that you drafted the police report, |
| | 18 | the NIBRS report, and the Use of Force report; is that |
| | 19 | correct? |
| 10:55:46 | 20 | A     Yes.  I was mad about it, too.  I wanted |
| | 21 | to go home. |
| | 22 | 403      Q     Did you tell your supervisors that you |
| | 23 | were -- that you had taken a narcotic? |
| | 24 | A     I can't -- I don't know if I told them |
| 10:56:00 | 25 | or not.  They was there.  So I'm not sure if they |

| | | |
|---|---|---|
| 10:56:03 | 1 | talked to the doctor or not. |
| | 2 | MR. DAVIS:          Do you mind if we take a 10-minute |
| | 3 |                    break? |
| | 4 | MR. MANDO:          It's a good time. |
| 10:56:23 | 5 | MR. DAVIS:          10 or 15 minutes.  Where are we? |
| | 6 | COURT REPORTER:   The time is 10:56 a.m. |
| | 7 |          (OFF THE RECORD). |
| | 8 | COURT REPORTER:   I'm back on the record.  The time |
| | 9 |                    is 11:16 a.m. |
| 11:16:19 | 10 | 404     Q     So when we left off, I think we were |
| | 11 | discussing the injury that you sustained, the |
| | 12 | concussion, and then the medication that you had taken |
| | 13 | as a result of the injuries; is that correct? |
| | 14 |          A     Yes. |
| 11:16:36 | 15 | 405     Q     And so at what time, if you can recall, |
| | 16 | generally, do you think that you took the narcotic? |
| | 17 |          A     I was in the hospital for quite a |
| | 18 | minute.  Just -- first aid to wipe off the blood -- |
| | 19 | COURT REPORTER:   I'm sorry.  Say that again. |
| 11:16:56 | 20 |          A     First aid had wiped off the blood.  I |
| | 21 | was bleeding, so they wiped -- had to clean that up |
| | 22 | first.  And then they talked to me, and I explained to |
| | 23 | them how bad my head hurt. |
| | 24 | 406     Q     Uh-huh (affirmative). |
| 11:17:06 | 25 |          A     It was still nighttime.  It was still |

DOMANICO REPORTING, INC.
Natalie R. Domanico, RPR CCR(KY)
565 Madison Point Drive
Lexington, Kentucky  40515
www.domanicoreporting.com

74

```
11:17:09    1    late.  So I can't recall exactly what time I got the

            2    medication.

            3      407      Q     Okay.  And so do you remember the time

            4    of this incident, approximately?

11:17:20    5             A     Like the traffic stop?

            6      408      Q     Yeah, traffic stop.

            7             A     I think it was around, like, midnight.

            8    Close to it.

            9      409      Q     Okay.  And that was on the morning of

11:17:28   10    the 16th, correct?

           11             A     If it was -- on the 15th and the morning

           12    of the 16th.

           13    MR. MANDO:        The night was reported as the time

           14                      of the traffic stop at 11:45 p.m.

11:17:52   15                      on the 15th.

           16             A     On the 15th?

           17    MR. MANDO:        If that helps.

           18             A     Okay.  Yeah.

           19      410      Q     Okay?

11:17:58   20             A     Yeah.

           21      411      Q     So 11:45 p.m. on the 15th.  And then

           22    approximately what time would you guesstimate that you

           23    got to the hospital?

           24             A     It was definitely past midnight.

11:18:14   25      412      Q     Uh-huh (affirmative).
```

DOMANICO REPORTING, INC.
Natalie R. Domanico, RPR CCR(KY)
565 Madison Point Drive
Lexington, Kentucky  40515
www.domanicoreporting.com

75

```
11:18:14    1              A     So one other officer showed up shortly

            2     after I went to the hospital.

            3     413      Q     Okay.

            4              A     There was a moment to where I didn't,

11:18:25    5     and then I was told to by a supervisor.  Like, you're

            6     going to the hospital right now.  So that's when I

            7     went.  So after midnight for sure, and then went to

            8     the police department for -- to finish reports.  And

            9     when I had left there, I think the sun was still up --

11:18:44   10     or just came up.  So I was there for a while.

           11     414      Q     At the police department?

           12              A     Yeah.

           13     415      Q     All right.  And then what time were you

           14     scheduled to be at work the following --

11:18:54   15              A     (Interrupting) Oh, the next day?  So

           16     roll call starts at 5 p.m.

           17     416      Q     5 p.m.?

           18              A     Uh-huh (affirmative).

           19     417      Q     Okay.  And so would you say that it's

11:19:04   20     accurate that you probably took the narcotic between,

           21     let's say, 12:30 p.m. and -- I mean, 12:30 a.m. and

           22     2 a.m. in the morning on the --

           23              A     (Interrupting) Oh, between midnight and

           24     2 a.m.?

11:19:25   25     418      Q     Yeah.
```

DOMANICO REPORTING, INC.
Natalie R. Domanico, RPR CCR(KY)
565 Madison Point Drive
Lexington, Kentucky  40515
www.domanicoreporting.com

76

11:19:25  1          A    Around that.  That sounds fair.

       2   419    Q    Okay.  And then what time did you say

       3   that you got back, approximately, to the police

       4   station?

11:19:33  5          A    Three or four-ish.

       6   420    Q    Okay.  Do you remember the name of the

       7   narcotic that you took?

       8          A    I don't.  I wish I could tell you.  I

       9   don't.  I know the nurse -- that half of it's got like

11:20:01 10   a -- an ibuprofen/Tylenol effect to it, and the other

      11   half is like a type of narcotic.  I don't remember the

      12   name.

      13   421    Q    Uh-huh (affirmative).

      14          A    So I had never heard of it before.

11:20:11 15   422    Q    Generally, in your police training, have

      16   you been trained on the effects of narcotic?

      17          A    Yes.

      18   423    Q    And what -- and to your understanding,

      19   what are the effects of narcotics?

11:20:23 20          A    The effects of narcotics?  Very

      21   addicting.  It can -- you can get intoxicated and get

      22   high off of it.

      23   424    Q    Uh-huh (affirmative).

      24          A    You're not supposed to drive vehicles or

11:20:33 25   operate heavy machinery.

| | | | |
|---|---|---|---|
| 11:20:36 | 1 | 425 | Q   Uh-huh (affirmative). |
| | 2 | | A   Pretty much it. |
| | 3 | 426 | Q   Were you ever trained on how long |
| | 4 | | narcotics linger in your system after you've initially |
| 11:20:47 | 5 | | taken them? |
| | 6 | | A   It varies on the narcotics.  Most usual |
| | 7 | | narcotics, maybe three days. |
| | 8 | 427 | Q   Uh-huh (affirmative).  And you said -- |
| | 9 | | did you make any supervisor aware that you had taken a |
| 11:21:03 | 10 | | narcotic? |
| | 11 | | A   They should know.  They was there.  I |
| | 12 | | can't recall if I told them or the nurse told them, |
| | 13 | | but they was -- one showed up with me at the hospital. |
| | 14 | 428 | Q   Do you think one should be operating a |
| 11:21:33 | 15 | | weapon or a gun under the influence of narcotics? |
| | 16 | | A   Do I think so?  No, you should not. |
| | 17 | 429 | Q   And so at this time, Chief Nader is the |
| | 18 | | chief of police, correct? |
| | 19 | | A   Yes.  Yes, sir. |
| 11:21:59 | 20 | 430 | Q   And do you know if he was ever made |
| | 21 | | aware that you took a narcotic? |
| | 22 | | A   You would have to ask the Internal |
| | 23 | | Affairs detectives.  I'm not sure what they told him |
| | 24 | | or what he knew. |
| 11:22:22 | 25 | 431 | Q   Okay.  So then you arrived -- at some |

DOMANICO REPORTING, INC.
Natalie R. Domanico, RPR CCR(KY)
565 Madison Point Drive
Lexington, Kentucky  40515
www.domanicoreporting.com

78

| | | |
|---|---|---|
| 11:22:24 | 1 | point you arrived back at work on the 16th; is that |
| | 2 | correct? |
| | 3 | A    Yes, sir. |
| | 4 | 432    Q    And approximately how long on the 16th |
| 11:22:32 | 5 | did you work? |
| | 6 | MR. MANDO:        Are you talking about when he |
| | 7 | returned at five, or are you |
| | 8 | talking about when he got back from |
| | 9 | the hospital, like at -- sometime |
| 11:22:41 | 10 | early morning hours? |
| | 11 | 433    Q    When you returned at five. |
| | 12 | A    When I returned at five?  How long was I |
| | 13 | supposed to work? |
| | 14 | 434    Q    How long did you work? |
| 11:22:48 | 15 | A    Or how long was I there? |
| | 16 | 435    Q    Uh-huh (affirmative). |
| | 17 | A    Not long.  I arrived at roll call at |
| | 18 | 5 p.m., and then I was met with -- when I showed up to |
| | 19 | roll call, that's when I was met with the captain at |
| 11:22:59 | 20 | the time, Captain Jordan.  Explained what's going on |
| | 21 | and how it was a critical incident and told me to go |
| | 22 | home. |
| | 23 | 436    Q    And approximately at what time -- what |
| | 24 | time was that? |
| 11:23:10 | 25 | A    So it was around five. |

11:23:12  1   437     Q     Five.  At -- so you arrived at five, and

2   they immediately told you to go home?

3           A     Yes.  I ran into him when I went into

4   roll call.

11:23:21  5   438     Q     And then where did you go from there?

6           A     He said to go home.  And then I was

7   like -- you know, I said yes, sir.  And then he's

8   like, "How's your head feeling?"  I'm like, "It's

9   killing me.  You know, it was hard to wake up this

11:23:37 10   morning."  So he's like, "if it's still bothering you,

11   you should probably go to the hospital."  I'm like --

12   because I don't like hospitals personally.  I don't

13   like going to doctors.  I never did.  So I felt -- I

14   felt the need to -- yeah, that's probably a good idea.

11:23:49 15   So I went to the hospital first after I left work and

16   then went home.

17   439     Q     And did they prescribe you any more

18   medication at that point?

19           A     No, they didn't.

11:23:58 20   440     Q     Did you -- and what did they -- how did

21   they treat you when you --

22           A     (Interrupting) This time they did, like,

23   an MRI, I believe.  And they explained it to me,

24   showing me pictures of my head.  And then said to stay

11:24:11 25   away from bright lights, loud noises, loud music, TVs

| 11:24:16 | 1 | for at least a week or two. |
| | 2 | 441      Q     And did you follow those instructions? |
| | 3 |          A     Yes.  It was very painful. |
| | 4 | 442      Q     How long were you -- did you return to |
| 11:24:25 | 5 | work at any point? |
| | 6 |          A     No.  It was a while before I went back |
| | 7 | to work. |
| | 8 | 443      Q     When is a while?  When did you return to |
| | 9 | work? |
| 11:24:33 | 10 |          A     It was a few months, because they had to |
| | 11 | do that investigation.  So I was on administrative |
| | 12 | leave. |
| | 13 | 444      Q     Oh.  So you were on administrative leave |
| | 14 | for a few months while the investigation was |
| 11:24:45 | 15 | happening? |
| | 16 |          A     Correct. |
| | 17 | 445      Q     Okay.  When were you notified that you |
| | 18 | were going to be on administrative leave? |
| | 19 |          A     I think that day.  They said, "This is a |
| 11:24:55 | 20 | critical incident, you're on administrative leave." |
| | 21 | You know, "You need to go home."  But then the |
| | 22 | conversation was, "How is your head?"  And then I told |
| | 23 | them about it, then hospital, then home. |
| | 24 | 446      Q     So the reason of sending you home on the |
| 11:25:11 | 25 | 16th at 5 p.m. was for that administrative leave? |

DOMANICO REPORTING, INC.
Natalie R. Domanico, RPR CCR(KY)
565 Madison Point Drive
Lexington, Kentucky  40515
www.domanicoreporting.com

81

11:25:14   1          A     Yes, sir.

2     447    Q     How do you get to and from work?  Do you

3     drive your personal vehicle?

4            A     Sometimes my personal vehicle.

11:25:35   5     Sometimes my cruiser.

6     448    Q     And on the -- on this day, how did you

7     get to and from work; do you recall?

8            A     I can't recall if I had a cruiser at the

9     time, because some of us have take-home cruisers we

11:25:49  10     can take home.  Some of us have, like, pool cars.  And

11     I can't recall if I had a take-home yet or if I had a

12     pool car.

13     COURT REPORTER:    A pull car?

14            A     A pool car.  A vehicle -- a police car

11:25:57  15     we all share.

16            (OFF-THE-RECORD DISCUSSION)

17     449    Q     So on the night -- on the night of

18     the -- let's -- let's -- just keep it clear.  At

19     approximately 4 to 5 a.m. in the morning, is that when

11:26:19  20     you left the office to go home?

21            A     I don't know if it was before five.

22     450    Q     On the 16th.

23            A     On the 16th, when I left, I don't

24     remember the time, but I know the sun was coming up.

11:26:35  25     451    Q     Coming up?

11:26:35   1          A    Yeah.

2   452    Q    Okay.  And do you recall what vehicle

3   you took home at that -- that evening?

4         A    No, I don't recall.

11:26:45   5   453    Q    And you don't recall what vehicle you

6   drove back to work at 5 p.m.?

7         A    Yes, because at that time frame, I can't

8   remember -- this being three years ago, I can't

9   remember if I had a take-home or not.

11:26:58  10  454    Q    Okay.  Do you typically take a vehicle

11   home on your day -- day-to-day basis?  How does --

12         A    (Interrupting) Yes.

13   455    Q    -- that work?  Okay.

14         A    I drove home.

11:27:12  15  456    Q    What percent would you say -- did you

16   typically take a vehicle home?

17         A    Like -- you're saying, like, do I always

18   drive home or do I walk home, or --

19   457    Q    (Interrupting) No.  Do you take a

11:27:27  20  police-issued vehicle home?  How often do you take a

21   police vehicle home, in comparison to the percent of

22   time that you drive your personal vehicle home?

23         A    Oh, okay.  I see what you're saying.

24   Now it varies, because on my work days I'll just take

11:27:45  25  my police cruiser home, and on my off days, I keep my

| | | |
|---|---|---|
| 11:27:50 | 1 | truck.  So at that time, if I didn't have my pool |
| | 2 | car -- which I don't remember -- I would be taking my |
| | 3 | truck home. |
| | 4 | 458     Q     And a pool car is a vehicle that's |
| 11:28:00 | 5 | issued by the Department? |
| | 6 | A     Yes.  They're all issued.  Some you can |
| | 7 | take home.  And that's why I'm saying the phrase "take |
| | 8 | home," if that clears that up.  I have a better car so |
| | 9 | I leave it there, so... |
| 11:28:16 | 10 | 459     Q     Oh.  So I see.  So you have a pool car |
| | 11 | that officers can use to drive to and from home. |
| | 12 | A     Not home.  It stays at work. |
| | 13 | 460     Q     Oh, it stays at work. |
| | 14 | A     So if I live too far out of distance |
| 11:28:29 | 15 | where I can take the car home, I'll drive -- say I |
| | 16 | live in Ohio.  I'll drive my personal vehicle to work, |
| | 17 | and then in the lot there's the police vehicles.  I |
| | 18 | would get in that vehicle, and that will be my vehicle |
| | 19 | for the day.  And after shift I would return that |
| 11:28:42 | 20 | vehicle in that lot for maybe the next guy that night |
| | 21 | or the next morning, and then I'll leave in my car. |
| | 22 | 461     Q     Understood.  So -- so how close to the |
| | 23 | department do you live?  How many miles do you -- do |
| | 24 | you live? |
| 11:28:57 | 25 | A     I'm in the range, so I do have a |

DOMANICO REPORTING, INC.
Natalie R. Domanico, RPR CCR(KY)
565 Madison Point Drive
Lexington, Kentucky  40515
www.domanicoreporting.com

84

11:28:59   1   take-home now.

2   462     Q     Oh, okay.  And you can't recall if you

3   had a take-home on the -- on January 1st -- or

4   January 16th, 2021?

11:29:10   5         A     Correct.  I can't recall if I still had

6   a take-home or not.

7   463     Q     Uh-huh (affirmative).

8         A     The first few years of my career I did

9   not, and then I did get one.

11:29:24   10   464     Q     And when you have a take-home vehicle,

11   you don't have to leave it as a pool vehicle; is that

12   correct?

13         A     Yes.  So for now, like, as today --

14   465     Q     (Interrupting) Uh-huh (affirmative).

11:29:33   15         A     -- I have a take-home vehicle.  And

16   that's a vehicle that I can take home and then the

17   next morning take back to work, and that's my car the

18   whole day.

19   466     Q     Got it.  There will be some type of

11:29:52   20   record of when a take-home vehicle was issued to you;

21   is that correct?

22         A     Yes.  Yes, sir.  There should be a

23   record of when I got that take-home.

24   MR. DAVIS:          I would like to request that --

11:30:12   25                that record.

DOMANICO REPORTING, INC.
Natalie R. Domanico, RPR CCR(KY)
565 Madison Point Drive
Lexington, Kentucky  40515
www.domanicoreporting.com

85

```
11:30:15   1   MR. MANDO:          Yeah.  No problem.  Do you want the

           2                       document reflecting when

           3                       Officer Murphy was assigned a

           4                       cruiser as part of the home fleet

11:30:26   5                       program?

           6   MR. DAVIS:          Yes.

           7   MR. MANDO:          All right.  I'll get it.

           8   467     Q    So while you were on administrative

           9   leave, did you take any more narcotics?

11:31:03  10           A    No.

          11   468     Q    And other than this instance, have you

          12   ever been under the influence of narcotics while at

          13   work?

          14           A    While at work?

11:31:15  15   469     Q    Yes.

          16           A    No.

          17   470     Q    Have you been under the influence of any

          18   drug -- other drug or alcohol while at work?

          19           A    No.

11:32:01  20   471     Q    Do you know who Officer Doug Ullrich is?

          21           A    Yes, sir.

          22   472     Q    Have you had any interactions with

          23   Officer Doug Ullrich while at work?

          24           A    Yes, sir.

11:32:12  25   473     Q    Generally, do you and Doug Ullrich work
```

```
11:32:16   1   the same shift?

           2            A    No.

           3   474     Q    Have you worked the same shift as Doug

           4   Ullrich in the past?

11:32:21   5            A    Yes.

           6   475     Q    And when was that?

           7            A    I worked third shift for about

           8   six months.  And that's what he's on, third shift.

           9   And this was chosen '18 or '19.

11:32:52  10   476     Q    Generally, what is your opinion of

          11   Officer Ullrich?

          12            A    As a person or as an officer?

          13   477     Q    As an officer.

          14            A    As an officer?  He's a very active

11:33:11  15   police officer, and he's very intelligent.

          16   478     Q    What is your personal opinion of him?

          17            A    Personally, I like him.  I think he's --

          18   he's kind of mean to the new guys when I first started

          19   out, but once I earned his respect, I -- I liked him a

11:33:37  20   lot.  Don't tell him I said that.

          21   MR. MANDO:        You're under oath, man.

          22   479     Q    And at some point has Officer Ullrich

          23   trained you?

          24            A    Yes.

11:33:51  25   480     Q    And what -- what did he train you in?
```

DOMANICO REPORTING, INC.
Natalie R. Domanico, RPR CCR(KY)
565 Madison Point Drive
Lexington, Kentucky  40515
www.domanicoreporting.com

87

11:33:53   1          A     So he was the traffic car, and that

2     means he handles, like, accidents, wrecks, DUIs, you

3     know, traffic stops.  So I rode with him to learn

4     knowledge -- more about traffic stops and any other

11:34:07   5     type of traffic incidents, like wrecks and DUIs and

6     stuff of that nature.

7     481    Q     And how long did you train with him?

8            A     I think it was one night.

9     482    Q     And do you recall when that was?

11:34:37  10            A     I don't.

11     483    Q     Do you know if it was before or after

12     January 16th, 2021?

13            A     Before.

14     484    Q     And was this during the time that

11:35:03  15     Chief Nader was the chief of police?

16            A     When I was with Officer Ullrich?

17     485    Q     Yes.

18            A     Yes, sir.

19     486    Q     Are you aware of any violations that

11:35:34  20     Officer Ullrich has committed while on duty?

21            A     Am I aware of any ones that I've seen

22     personally or -- or --

23     487    Q     (Interrupting) Or heard of.

24            A     Or heard of.  I have never seen any one

11:35:47  25     personally.  I may have heard of one.

```
11:35:49    1    488    Q    You never heard of one?

            2           A    I may have heard of one.

            3    489    Q    And what did you hear of?

            4           A    I think he wrecked his car.

11:36:00    5    490    Q    And how many times did you hear that he

            6    wrecked his car?

            7    MR. MANDO:          Are you asking how many times he

            8                        wrecked his car or how many times

            9                        he heard that he had wrecked his

11:36:15   10                        car?

           11    MR. DAVIS:          How many times that he heard that

           12                        he wrecked his car.

           13           A    I heard from several people from the one

           14    time he did wreck his car.  But I can't recall how

11:36:23   15    many times I've heard it from different situations

           16    where he's wrecked his car.

           17    491    Q    So you've only heard of one instance

           18    when Officer Ullrich has wrecked his car?

           19           A    I can't say -- I can't recall if it's

11:36:59   20    one instance.  A few times I've heard that he's

           21    wrecked his car.  And that's just hearsay from other

           22    officers.

           23    492    Q    Are you aware of any other violations

           24    that Officer Ullrich has committed?

11:37:12   25           A    I don't remember.  You would have to ask
```

DOMANICO REPORTING, INC.
Natalie R. Domanico, RPR CCR(KY)
565 Madison Point Drive
Lexington, Kentucky  40515
www.domanicoreporting.com

89

11:37:13  1   him of what all he's committed.  I don't see him much

2   anymore.  I'm on a different shift.

3   493    Q    I actually have one more question about

4   your time at the hospital.

11:38:07  5          A    Okay.

6   494    Q    How did you get to the hospital?

7          A    I rode with an officer in her police

8   cruiser.

9   495    Q    What officer was that?

11:38:18  10         A    Officer Samantha Fieger.

11  496    Q    How do you --

12         A    (Interrupting) How do you spell that?  I

13  think it's like F-I -- F-E-I-G-E-R [sic].  She doesn't

14  work with us anymore.

11:38:32  15  497    Q    And then how did you get from the

16  hospital to -- back to the police station?

17         A    Somebody drove my cruiser to the

18  hospital, and then I rode with her.  And then on the

19  way back, I can't recall if I drove my cruiser or if

11:38:48  20  she drove me back.

21  498    Q    But your cruiser was at the hospital?

22         A    (Nods head affirmatively).

23  COURT REPORTER:    I'm sorry.

24         A    Yes, sir.  Sorry.

11:39:32  25  499    Q    Would it have been a violation for you

11:39:36  1    to drive your cruiser after taking a narcotic?

          2           A    Yes, it would be.

          3    500    Q    Were you ever written up for that?

          4           A    For driving?

11:39:50  5    MR. MANDO:         Objection.  Lack of -- lack of

          6                       foundation.  Go ahead.

          7           A    So driving my cruiser under -- while I'm

          8    taking a narcotic?  Was I written up for that?

          9    501    Q    Yes.

11:40:06 10           A    No.

         11    502    Q    And you can't recall if you drove

         12    your -- your cruiser or not?

         13           A    Yes, sir.  I -- I really can't recall.

         14    I wish I could give you an answer.  But I remember my

11:40:20 15    head hurting, and I really wanted to go home, and then

         16    they told me that I had to finish the paperwork, so

         17    that's what was on my mind.  I can't recall if I drove

         18    back to headquarters or not.

         19    503    Q    So the next day -- or the same day at

11:40:36 20    5 p.m. when you were back at work, do you recall where

         21    your cruiser was?

         22           A    Well, if I drove it, it would be in

         23    front of the headquarters.  And if I didn't drive it,

         24    it would have been in that lot with the other police

11:40:58 25    cars.

```
11:41:20    1    504    Q    Is there a log where you check vehicles

            2    in and out?

            3           A    No.

            4    505    Q    There's no sort of log?

11:41:28    5           A    Not that I'm aware of.

            6    506    Q    Is there any type of system within the

            7    department where supervisors can determine where a

            8    vehicle is at any given time?

            9           A    Yes.  They have a board in their

11:41:51   10    supervisors' office of all of the patrol vehicles and

           11    their numbers.  They're all numbered.  And to that you

           12    would write your name.  Like, if I showed up to work,

           13    and I needed a vehicle or a cruiser for a detail or

           14    whatever it is, I would ask them what's available.

11:42:09   15    Then they'd say, take this car, write your name by

           16    there, get the keys, and take that vehicle out.

           17    507    Q    So there should be some type of record

           18    of what vehicle you had on that night and where that

           19    vehicle was?

11:42:25   20           A    Yes.  It shouldn't be hard to find from

           21    that, because if I did have it, it was 1708.  That was

           22    the cruiser I had at the time.  And that will tell you

           23    if I had that as a take-home then.

           24    508    Q    While you were on administrative leave,

11:43:02   25    did you have a -- a police vehicle at your home?
```

| | | | |
|---|---|---|---|
| 11:43:06 | 1 | A | No.  I -- I drove my truck everywhere. |
| | 2 | 509   Q | Do you remember any of the specifics -- |

going back to your training with Ullrich, do you

remember any of the specifics that Doug Ullrich

11:43:38  5  trained you in when you were with him?

6  A  Specifics?

7  510  Q  Of what he was training you on?

8  A  He went in detail about reasons to stop

9  vehicles, so I learned more about how to stop a

11:43:53  10  vehicle.  Other laws of different violations.

11  511  Q  So he taught you about the traffic stop

12  procedures and what to do when you see a vehicle

13  that's violated -- made a violation of the traffic

14  laws?

11:44:06  15  A  At that night he was explaining

16  different reasons to stop vehicles.

17  512  Q  Okay.  And you had no reason to believe

18  that anything that Doug Ullrich was teaching you was

19  inaccurate or incorrect; is that correct?

11:44:26  20  A  That's correct.

21  513  Q  As a police officer, do you feel like

22  you were trained sufficiently to do your job?

23  A  Yes, sir.

24  514  Q  And how were you -- how do you receive

11:45:17  25  the majority of your training?

```
11:45:20    1            A     How do I receive it during FTO or the

            2    academy or...

            3    515     Q     After the academy.

            4            A     After the academy.  So an FTO.  How did

11:45:25    5    I receive it?

            6    516     Q     Uh-huh (affirmative).

            7            A     With another officer.  And we would show

            8    up on calls together and work more as a team.  And if

            9    I didn't know the answer, I had someone to refer to.

11:45:36   10    So he'd look -- make sure I didn't do anything

           11    unethical, illegal, immoral, and learn more about what

           12    I'm doing as a Covington officer.

           13    COURT REPORTER:    What kind of officer?

           14            A     A Covington police officer.

11:45:50   15    COURT REPORTER:    Oh, Covington.

           16    517     Q     And after -- and when you say FTO, that

           17    stands for?

           18            A     Field training officer.

           19    518     Q     Field training officer, yeah.  So after

11:46:08   20    FTO, how were you trained on an annual/quarterly basis

           21    within the department?  How does that work?

           22            A     So we -- we do constant training on

           23    PowerDMS.  And PowerDMS consists of several things;

           24    reviewing policy, and you have to sign it saying you

11:46:32   25    read it.  Some are, like, tests from 20 questions, 10
```

11:46:37   1   questions, 50 questions on a certain topic, whether

2   that be excessive force, sexual harassment.  I think

3   one was about fire extinguishers.  So several tests

4   like that, in that nature.  And then once a year we

11:46:53   5   have an annual training, and that's written up by the

6   training sergeant, and he can do -- he trains the

7   whole department on a variety of things.

8   519      Q     How are you generally provided updates

9   to the general orders?

11:47:12  10            A     Through that PowerDMS I was telling you

11   about.  So it's like a website that we log in for the

12   department.

13   520      Q     And, typically, if there's an update to

14   a general order, how are you given notification of

11:47:43  15   that?

16            A     So if I get a notification on PowerDMS

17   I'm not aware, if we get an email saying that you need

18   to review a notification or you have this test to

19   take.  And then I'll log in on PowerDMS.  And say if

11:48:00  20   it's that -- like an update, I would click on it, and

21   it would show the part -- it would have the whole

22   general order or the policy, and then it shows you the

23   updated part.  And then I have to sign my name saying

24   I saw that.

11:48:22  25   521      Q     And are you given notification of the

DOMANICO REPORTING, INC.
Natalie R. Domanico, RPR CCR(KY)
565 Madison Point Drive
Lexington, Kentucky  40515
www.domanicoreporting.com

95

11:48:27  1  update to the general order as soon as it happens, or

2  is it later?  Do you know?

3       A    I'm not aware.

4  522    Q    Do you recall ever being given notice of

11:49:00  5  an update to the Use of Force General Order prior to

6  January 16th, 2021?

7       A    It's been updated a few times.  They

8  update policies for different reasons.  So when

9  exactly -- like the most recent update before that

11:49:24  10  date?

11  523    Q    Correct.

12       A    I couldn't tell you the exact time or

13  date or when it was.

14  524    Q    You don't specifically --

11:49:31  15       A    (Interrupting) Specifically, no.

16  525    Q    Do you specifically remember being

17  notified that there was an update to the -- the

18  chokehold policy?

19       A    Yes, sir.

11:49:46  20  526    Q    And when -- when do you remember --

21  recall being given that update?

22       A    It was before the incident.  I don't

23  recall the time frame of when it was.  But on -- the

24  update was how it's deadly force.

11:50:06  25  527    Q    And do you remember signing off on that

DOMANICO REPORTING, INC.
Natalie R. Domanico, RPR CCR(KY)
565 Madison Point Drive
Lexington, Kentucky  40515
www.domanicoreporting.com

96

11:50:08  1  update?

2          A     Yes, sir.

3  528      Q     And was that update in your -- kept in

4  your -- your records?

11:50:14  5          A     Yes.

6  529      Q     So on January 16th, 2021 --

7  January 16th, January 15th, 2021, you knew that a

8  chokehold could potential be deadly.

9          A     Yes.

11:51:44  10  530      Q     Have you used a chokehold since

11  January 15th, 16th of 2021?

12          A     While on duty as a police officer?

13  531      Q     Yes.

14          A     No.

11:51:57  15  532      Q     Have you used it at all?

16          A     Yes.

17  533      Q     When did you use it?

18          A     In the gym.

19  534      Q     In the gym?

11:52:05  20          A     (Nods head affirmatively).

21  535      Q     You used a chokehold on who?

22          A     For training.  For a training partner.

23  It's for Jujitsu.

24  536      Q     Have you ever seen any other officers

11:53:06  25  use a chokehold while on duty?

11:53:10   1           A     I'm sure I have.  I can't recall

           2    particularly when.

           3    537     Q     You have?

           4           A     (Nods head affirmatively).  Yes, sir.

11:53:25   5    538     Q     Do you recall if this was after

           6    January 15th, 2021 or before?

           7           A     Have I seen any afterwards at that date?

           8    539     Q     Yes.

           9           A     No, I have not.

11:53:57  10    540     Q     What other officers do you recall using

          11    a chokehold?

          12           A     I can't recall exactly who.  It's -- if

          13    I have seen it, which I'm sure I have, it was years

          14    ago.

11:54:16  15    541     Q     Do you remember the citizen that was

          16    placed in the chokehold?

          17           A     No.

          18    542     Q     Do you remember the race or ethnicity of

          19    the citizen that was placed in the chokehold?

11:54:34  20           A     No.

          21    543     Q     And to your knowledge, because a

          22    chokehold is considered deadly force, should

          23    supervisors be notified when a chokehold is

          24    administered?

11:55:37  25           A     Yes.

| | | | |
|---|---|---|---|
| 11:56:02 | 1 | 544 | Q | And between 2017 and 2022, how many |

11:56:02  1  544    Q   And between 2017 and 2022, how many

2  times have you witnessed individuals being placed in a

3  chokehold?

4  MR. MANDO:        Objection.  Asked and answered.  Go

11:56:16  5                  ahead.

6              A   From '17 to '22, not including the one

7  with Wynn?

8  545    Q   Correct?

9              A   Other officers?

11:56:24  10  546    Q   Yes.

11              A   It's hard to give you an accurate

12  number.  I wish I could tell you.

13  MR. MANDO:        Don't guess.

14              A   Yeah, I'm not sure.  I could say under

11:56:38  15  five for sure, but...

16  547    Q   Under five?

17              A   Yeah.  That I have personally seen.

18  548    Q   I'm going to look at a little bit more

19  video, and then we can probably wrap it up shortly

11:57:50  20  after that.  So the video we're going to look at is

21  your body camera footage again.  Here we're going to

22  start the video at approximately 2530.

23              A   Okay.

24              (Plays video).

11:58:58  25  549    Q   From this video, can you at all tell

DOMANICO REPORTING, INC.
Natalie R. Domanico, RPR CCR(KY)
565 Madison Point Drive
Lexington, Kentucky  40515
www.domanicoreporting.com

99

```
11:59:00    1   where you are?

            2           A    On this video, no, I cannot tell, and

            3   I'm not sure.

            4   550     Q    Can you tell if you're on the ground or

11:59:09    5   not?

            6           A    I'm on the ground.  We're all on the

            7   ground.

            8   551     Q    Okay.  And are you on top of Anthony

            9   Wynn?

11:59:15   10           A    I can't recall.

           11   552     Q    Okay.

           12           (Plays video).

           13   553     Q    Can you tell from this angle where you

           14   are?

11:59:27   15           A    Yes, sir.

           16   554     Q    And -- and where are you in relation to

           17   Anthony Wynn?

           18           A    Closer to his head as he's laying face

           19   down.

11:59:37   20   555     Q    Closer to his head while he's laying

           21   face down?

           22           A    Yes.

           23   556     Q    And can you see Anthony Wynn's hands in

           24   this video?

11:59:48   25           A    I cannot, no.
```

DOMANICO REPORTING, INC.
Natalie R. Domanico, RPR CCR(KY)
565 Madison Point Drive
Lexington, Kentucky  40515
www.domanicoreporting.com

100

```
11:59:50    1    557    Q    Okay.  Like, can you see his, like,

            2    waist area?

            3           A    I believe that's Elsbernd on his waist,

            4    so I can't see his full waist, no.

12:00:04    5    558    Q    Okay.  But does it appear that Elsbernd

            6    is on his waist area?

            7           A    Yes.

            8    559    Q    Okay.  And the -- the video was at

            9    26:01.  And at this point, can you tell if Anthony

12:00:18   10    Wynn is laying face down, or is he laying on his back?

           11           A    Face down.

           12    560    Q    Okay.  And can you see his arms here to

           13    the side?

           14           A    I see a portion.

12:00:34   15    561    Q    Portion of his arm?

           16           A    What appears to be his right arm.

           17           (Plays video).

           18    562    Q    And then -- let me just stop it there.

           19    Sorry about that.  This thing is kind of hard to

12:00:50   20    control.  Let me see if I can slow it down a little

           21    bit.  Okay.  If we stop it here, now can you tell more

           22    clearly if Anthony Wynn was on his --

           23    MR. MANDO:         (Interrupting) Can we reflect what

           24                       time that is, just so when

12:01:29   25                       you're -- when we're reading this
```

```
12:01:31    1                         later, we know what -- where we're

            2                         at?

            3    MR. DAVIS:           Yeah, 26:02.

            4    MR. MANDO:           Okay.

12:01:36    5    563     Q    From this vantage point --

            6                  (Plays video).

            7    564     Q    At this time can you see your hand here?

            8    Is this your hand?

            9            A    Yes.

12:01:55   10    565     Q    And what does it look like your hand is

           11    doing?

           12            A    I just see the front part of my hand.

           13    Maybe I'm grabbing something, maybe I'm not.  I can't

           14    tell.

12:02:06   15    566     Q    Okay.  Let's keep watching.

           16                  (Plays video).

           17    567     Q    So from this vantage point is -- does it

           18    look like Elsbernd was straddling Anthony?  And we're

           19    at 26:26.

12:02:57   20            A    So I'm clearly laying down.  And I see

           21    Elsbernd beside him, like to his side, touching a part

           22    of Wynn's waist.

           23                  (Plays video).

           24    568     Q    Okay.  Do you --

12:03:32   25            A    (Interrupting) Oh, yes.  Yeah, I see his
```

```
12:03:34   1   foot now.  I see what you're talking about.

           2   569     Q    So it was -- Elsbernd was straddling

           3   Anthony on top of him; is that correct?

           4           A    After they handcuffed him, yes.  Or

12:03:44   5   during.

           6   570     Q    During the time that he was handcuffed?

           7           A    During or after.

           8   571     Q    Yeah.  All right.  And do you remember

           9   at what point that you punched Anthony Wynn?

12:03:53  10           A    Before this.

          11   572     Q    Before this?

          12           A    (Nods head affirmatively).

          13   573     Q    Was it while Anthony Wynn was on the

          14   ground?

12:03:59  15           A    Yes.

          16   574     Q    And was it while Anthony Wynn was face

          17   down?

          18           A    No, he was facing me.

          19   575     Q    He was facing you?

12:04:05  20           A    (Interrupting) Facing --

          21   576     Q    (Interrupting) -- when you punched him?

          22           A    Yes, sir.

          23   577     Q    And you're -- you're sure he was facing

          24   up when you punched him?

12:04:35  25           A    Yes, sir.
```

12:04:48   1   578      Q    Let's play this back.  And we're going

2   to start at 25:30.

3            (Plays video).

4   579      Q    So you hear the lady in the background

12:05:21   5   saying "stop punching him"?

6            A    Yes, I heard that.

7   580      Q    And do you see that -- that that -- that

8   happened at 25:50?

9            A    Yes.

12:05:34  10   581      Q    So, now, if we slow it down and go back.

11            (Plays video).

12   582      Q    I go too far.  Control.  So if we stop

13   it again at 26:00, 20 -- 25:50, you said you punched

14   him; is that correct?

12:06:35  15            A    I didn't say that.  That's what the lady

16   said.  I don't know if that was before or after.

17   583      Q    But you heard the lady say "stop

18   punching him" at 25:50?

19            A    Yes.

12:06:44  20   584      Q    Right?  And you were kind of blurry at

21   this time; is that correct?

22            A    Yes.

23   585      Q    You had already struck your head; is

24   that correct?

12:06:48  25            A    I'm not sure when he struck my head

DOMANICO REPORTING, INC.
Natalie R. Domanico, RPR CCR(KY)
565 Madison Point Drive
Lexington, Kentucky  40515
www.domanicoreporting.com

104

| | | |
|---|---|---|
| 12:06:50 | 1 | exactly. |
| | 2 | 586    Q    When he struck your head or when you |
| | 3 | struck your head? |
| | 4 |         A    Whenever -- whenever I received a |
| 12:06:53 | 5 | concussion.  I don't know when it happened. |
| | 6 | 587    Q    Yeah.  But for the record, you don't |
| | 7 | know if he struck you or you hit your head on |
| | 8 | something else; is that correct? |
| | 9 |         A    Correct.  I don't remember. |
| 12:07:02 | 10 | 588    Q    Okay.  And so we saw at 25:50 where he |
| | 11 | was face down; is that correct? |
| | 12 |         A    At 25:50 he was face down? |
| | 13 |         (Plays video). |
| | 14 | 589    Q    He's on the ground, and his arm is here, |
| 12:07:27 | 15 | and Elsbernd is straddling him at 25:50; is that |
| | 16 | correct? |
| | 17 | MR. MANDO:       John, tell him what you see.  You |
| | 18 |                  don't have to agree with his |
| | 19 |                  characterization of the video. |
| 12:07:39 | 20 |         A    Well, I can't tell if Elsbernd was |
| | 21 | straddling him.  And I can't remember every single |
| | 22 | detail.  But I know I punched him in the face, because |
| | 23 | he was facing me, and when I hit him, he was staring |
| | 24 | at me. |
| 12:07:48 | 25 | 590    Q    Okay.  So you don't recall if he was |

DOMANICO REPORTING, INC.
Natalie R. Domanico, RPR CCR(KY)
565 Madison Point Drive
Lexington, Kentucky  40515
www.domanicoreporting.com

105

```
12:07:50    1    face down or face up when you struck him?

            2            A    He was facing --

            3    MR. MANDO:          (Interrupting) Objection.  Asked

            4                        and answered.

12:07:56    5            A    When I struck him, he was facing me.  He

            6    may have been laying on his side and looking up at me.

            7    He may have been on his back.  I don't recall.  I

            8    remember him looking at me.  We made eye contact, and

            9    that's when I punched him.

12:08:09   10    591      Q    Okay.  Okay.  Did you ever review any --

           11    did you ever review any film from social media

           12    regarding this incident?

           13            A    I heard there was film of it.  I can't

           14    recall if I watched it personally.

12:09:18   15    MR. DAVIS:          Can I take a two-minute break?

           16    MR. MANDO:          Sure.

           17    MR. DAVIS:          I was just trying to pull up this

           18                        film, and then we can --

           19    MR. MANDO:          (Interrupting) Yeah.

12:09:38   20    COURT REPORTER:    I'm off the record.  The time is

           21                        12:09 a.m. -- p.m.

           22            (OFF THE RECORD)

           23    COURT REPORTER:    I'm back on the record, and the

           24                        time is 12:16 p.m.

12:16:52   25    592      Q    Do you remember -- do you recall if you
```

DOMANICO REPORTING, INC.
Natalie R. Domanico, RPR CCR(KY)
565 Madison Point Drive
Lexington, Kentucky  40515
www.domanicoreporting.com

106

| | | | |
|---|---|---|---|
| 12:16:53 | 1 | | charged Anthony Wynn with disorderly conduct? |
| | 2 | A | Did I personally charge him? |
| | 3 | 593 Q | Yeah. |
| | 4 | A | I didn't write any citations.  I went to |
| 12:17:03 | 5 | | the hospital.  Other officers are the ones who wrote |
| | 6 | | him the citations and took him to jail. |
| | 7 | 594 Q | Do you know if he was cited for |
| | 8 | | disorderly conduct? |
| | 9 | A | I can't recall. |
| 12:17:15 | 10 | 595 Q | Did you threaten to cite him for |
| | 11 | | disorderly conduct? |
| | 12 | A | Threaten him?  When he was yelling out |
| | 13 | | the vehicle, I said, you can be charged with |
| | 14 | | disorderly conduct. |
| 12:17:36 | 15 | 596 Q | And why did you say that? |
| | 16 | A | Because he was causing annoyance and |
| | 17 | | alarm. |
| | 18 | 597 Q | Annoyance and alarm? |
| | 19 | A | Yes, sir. |
| 12:17:49 | 20 | 598 Q | Was there any annoyance or alarm when |
| | 21 | | you and Officer Tipton were in an altercation? |
| | 22 | A | Was there? |
| | 23 | 599 Q | Yes. |
| | 24 | A | Yes. |
| 12:18:07 | 25 | 600 Q | Was there yelling when that happened? |

DOMANICO REPORTING, INC.
Natalie R. Domanico, RPR CCR(KY)
565 Madison Point Drive
Lexington, Kentucky  40515
www.domanicoreporting.com

107

```
12:18:08    1            A      Yes.

            2    601     Q      Screaming?

            3            A      Yes.

            4    602     Q      And so the -- based on your

12:18:41    5    understanding, it was okay to charge Anthony Wynn with

            6    disorderly conduct, but it wasn't okay to charge you

            7    with disorderly conduct; is that correct?

            8    MR. MANDO:            Objection.  Form.

            9                          Characterization.  Lack of

12:18:59   10                          foundation.  He's already said he

           11                          didn't know what the charges were.

           12                          He didn't prepare them because he

           13                          went to the hospital.

           14    603     Q      Did you write the police report?

12:19:06   15            A      I wrote the NIBRS and the Use of Force.

           16    604     Q      NIBRS.  What's in the NIBRS report?

           17            A      The NIBRS is like more of a detailed

           18    report of everything that happened.

           19    605     Q      Right.  And in that NIBRS, did you

12:19:19   20    indicate that Anthony Wynn was acting disorderly?

           21            A      I did.  And if there's a citation that

           22    had disorderly conduct charged on there -- because I

           23    asked everyone what all the charges was, names, so I

           24    could keep it on one master report.  And then if I saw

12:19:35   25    a charge on there, I would add it to the NIBRS.
```

DOMANICO REPORTING, INC.
Natalie R. Domanico, RPR CCR(KY)
565 Madison Point Drive
Lexington, Kentucky  40515
www.domanicoreporting.com

108

```
12:19:39   1   606    Q    Okay.  So do you recall if disorderly

           2   conduct was on the NIBRS that you prepared?

           3          A    There were several on there.  I can't

           4   recall exactly what all charges there were.

12:19:54   5   607    Q    Okay.  It doesn't look like I have my

           6   NIBRS with me.  I thought I printed it.

           7   MR. DAVIS:         But at this time, I don't think I

           8                      have any other questions.

           9   MR. MANDO:         All right.  We have no questions,

12:22:23  10                      but we'll reserve signature or

          11                      request signature on the depo

          12                      through me, please.  You're good to

          13                      go.

          14   MR. DAVIS:         All right.

12:24:37  15   WITNESS:           Thank you, sir.

          16   COURT REPORTER:    The time is 12:23 p.m.

          17              * * * * * * * * *

          18          THEREUPON, the taking of the deposition of

          19   OFFICER JOHN MURPHY concluded at 12:23 p.m.

12:24:39  20              * * * * * * * * *

          21

          22

          23

          24

          25
```

1 STATE OF KENTUCKY )
                   )
2 COUNTY OF FAYETTE )

3          I, NATALIE R. DOMANICO, the undersigned

4 Notary Public in and for the State of Kentucky at

5 Large, do hereby certify that OFFICER JOHN MURPHY, the

6 aforesaid deponent, was by me first duly sworn to

7 testify the truth, the whole truth, and nothing but the

8 truth in the case of ANTHONY MARIO WYNN, Plaintiff, vs.

9 CITY OF COVINGTON, ET AL., Defendant,

10 No. 2:21-CV-00137-DBL-CJS, now pending in the United

11 States District Court for the Eastern District of

12 Kentucky at Covington.

13          That the foregoing deposition was taken down

14 in stenotype by me and afterwards reduced to

15 computer-aided transcription under my direction, and

16 the typewritten transcript is a true record of the

17 testimony given by said witness.

18           Defendant to said action and counsel for the

19 deponent requested in writing that said deposition be

20 signed by the testifying witness.

21           I further certify that said deposition

22 was submitted to the witness by email to his counsel

23 for his reading and signature on or about the 3rd day

24 of April, 2024.

25           That the Defendants, were represented by

DOMANICO REPORTING, INC.
Natalie R. Domanico, RPR CCR(KY)
565 Madison Point Drive
Lexington, Kentucky  40515
www.domanicoreporting.com
110

1   their counsel, Hon. Jeff Mando and Hon. Sheree E.

2   Weichold, at the taking of said deposition; that the

3   Plaintiff was represented by his counsel, Hon. Jamir

4   Davis; that there were no other appearances.  That said

5   deposition was taken on behalf of the Plaintiff

6   pursuant to Notice, and pursuant to the Federal Rules

7   of Civil Procedure for the District Courts of the

8   United States.

9           Pursuant to KRS 454.280, I certify that I am

10  not related to nor employed by, nor do I have any

11  contractual or any other financial relationship with

12  any person or entity interested in the outcome of this

13  litigation or their respective counsel and have no

14  interest whatsoever in this litigation.  I further

15  certify that Domanico Reporting, Inc. is independently

16  owned and operated.  We do not cost shift or contract

17  services.

18          My commission expires:  February 13, 2028.

19  IN TESTIMONY WHEREOF, I have hereunto set my

20  hand and seal of office on this the 1st day of April

21  2024.

22  ____\S:\Natalie R. Domanico_____
    NOTARY ID KYNP1983 NATALIE R. DOMANICO, CCR-KY, RPR

23

24

25

DOMANICO REPORTING, INC.
Natalie R. Domanico, RPR CCR(KY)
565 Madison Point Drive
Lexington, Kentucky  40515
www.domanicoreporting.com

111

COURT REPORTER: [13]
11/15 29/9 73/8 74/6 74/8
74/19 82/13 90/23 94/13
94/15 106/20 106/23
109/16
MR. DAVIS: [24] 18/11
18/22 19/3 21/17 23/22
31/8 32/12 32/19 33/9
33/14 33/21 37/8 37/10
50/8 74/2 74/5 85/24 86/6
89/11 102/3 106/15 106/17
109/7 109/14
MR. MANDO: [47] 18/19
18/24 19/4 19/24 21/7
21/16 21/18 31/7 31/21
33/3 33/13 33/18 33/22
35/3 37/6 37/9 37/11 49/2
50/2 50/10 52/6 52/23
54/13 54/15 55/12 73/1
73/3 73/9 74/4 75/13 75/17
79/6 86/1 86/7 87/21 89/7
91/5 99/4 99/13 101/23
102/4 105/17 106/3 106/16
106/19 108/8 109/9
WITNESS: [1] 109/15

'
'17 [3] 39/14 39/15 99/6
'17 to [1] 99/6
'18 [1] 87/9
'19 [2] 9/1 87/9
'21 [1] 10/12
'22 [2] 10/11 99/6
'22 or [1] 10/11

1
1/16/21 [2] 49/6 49/9
10 [2] 74/5 94/25
10-minute [1] 74/2
10:56 a.m [1] 74/6
11 [3] 4/12 32/14 33/25
111-125 [1] 4/5
114 [1] 23/24
11:16 a.m [1] 74/9
11:45 p.m [2] 75/14 75/21
12 [1] 33/25
122123 [1] 3/3
125 [1] 4/5
12:09 a.m [1] 106/21
12:16 p.m [1] 106/24
12:23 [1] 109/19
12:23 p.m [1] 109/16
12:30 a.m [1] 76/21
12:30 p.m [1] 76/21
12th [2] 21/21 44/17
13 [4] 1/13 2/7 33/25
111/18
14 [1] 33/25
15 minutes [1] 74/5
15th [7] 75/11 75/15 75/16
75/21 97/7 97/11 98/6
16 [1] 33/20
16th [16] 25/21 26/6 43/12
75/10 75/12 79/1 79/4
81/25 82/22 82/23 85/4
88/12 96/6 97/6 97/7 97/11
1708 [1] 92/21
1st [8] 85/3 111/20

2
2 a.m [2] 76/22 76/24
20 [4] 3/16 51/16 94/25
104/13
2000 [1] 39/13
2008 [1] 9/15
2016 [1] 19/16
2017 [5] 39/14 39/18 40/3
40/16 99/1
2018 [1] 9/1
2019 [1] 9/19
2021 [12] 21/21 25/21 26/6
33/20 43/12 85/4 88/12
96/6 97/6 97/7 97/11 98/6
2022 [4] 39/18 40/3 40/17
99/1
2024 [4] 1/13 2/7 110/24
111/21
2028 [1] 111/18
21 [2] 49/6 49/9
23 [2] 4/12 32/14
2311 [1] 3/17
2318 [1] 3/17
2530 [1] 99/22
25:30 [1] 104/2
25:50 [4] 104/8 104/13
104/18 105/15
25:50 he [1] 105/12
25:50 where [1] 105/10
26:00 [1] 104/13
26:01 [1] 101/9
26:02 [1] 102/3
26:26 [1] 102/19
26:27 [1] 51/6
292-2311 [1] 3/17
292-2318 [1] 3/17
2:21-CV-00137-DBL-CJS [1]
1/2
2:46 [1] 49/8

3
3rd [1] 110/23

4
40 [2] 2/6 3/9
41011 [3] 3/3 3/9 3/16
454.280 [1] 111/9
4:08 [1] 49/20
4:29 [1] 49/24

5
5 a.m [1] 82/19
5 p.m [7] 26/3 76/16 76/17
79/18 81/25 83/6 91/20
50 [1] 95/1

6
6:05 [1] 50/12
6:27 [1] 51/6
6:49 [1] 51/16

7
7:31 [1] 56/6

8
859 [2] 3/17 3/17

9
907 [1] 19/11

910 [1] 19/11
940-948 [1] 21/20
949 [1] 21/20
9:12 [2] 1/14 2/8

A
a.m [9] 1/14 2/8 74/6 74/9
76/21 76/22 76/24 82/19
106/21
ABC [1] 3/15
able [1] 70/13
about [36] 7/19 10/13 16/7
16/9 19/25 21/1 21/24
22/14 25/20 31/14 31/23
34/3 34/23 37/1 38/18 42/8
48/11 53/15 56/4 69/4
73/20 79/6 79/8 81/23 87/7
88/4 90/3 93/8 93/9 93/11
94/11 95/3 95/11 101/19
103/1 110/23
above [1] 25/17
academy [4] 40/21 94/2
94/3 94/4
accidents [1] 88/2
According [1] 57/12
accurate [2] 76/20 99/11
accurately [1] 6/11
acting [2] 42/2 108/20
action [1] 110/18
active [1] 87/14
activity [1] 18/4
actual [2] 6/25 26/16
actually [3] 10/15 54/10
90/3
ADAMS [2] 2/6 3/8
adamsattorneys.com [1]
3/10
add [1] 108/25
addicting [1] 77/21
administered [1] 98/24
administrative [7] 81/11
81/13 81/18 81/20 81/25
86/8 92/24
Administrator [1] 3/15
admitted [1] 33/1
advantage [3] 55/11 55/13
55/18
advise [1] 27/19
advised [2] 47/15 52/8
Affairs [4] 17/25 22/15 24/8
78/23
affect [1] 65/22
affirmative [32] 26/18 28/8
35/20 41/14 42/6 42/10
42/22 43/6 43/22 45/20
58/6 61/21 62/12 66/8
66/22 66/24 67/3 68/24
69/6 69/16 72/18 74/24
75/25 76/18 77/13 77/23
78/1 78/8 79/16 85/7 85/14
94/6
affirmatively [7] 16/25 23/9
34/17 90/22 97/20 98/4
103/12
aforesaid [1] 110/6
African [6] 43/11 43/17
43/23 46/3 51/1 51/25
after [49] 5/1 11/23 13/7
13/10 14/15 19/13 27/21
28/3 28/4 28/7 47/10 48/6

48/12 48/16 52/3 52/10
53/20 57/2 57/12 57/21
57/23 61/6 61/8 64/10
64/20 66/3 66/5 70/6 70/16
70/20 70/21 72/4 72/5 76/2
76/7 78/4 80/15 84/19
88/11 91/1 94/3 94/4 94/16
94/19 98/5 99/20 103/4
103/7 104/16
afterwards [5] 58/5 71/5
72/1 98/7 110/14
again [7] 46/17 54/3 55/13
72/2 74/19 99/21 104/13
against [3] 17/21 61/19
61/22
age [1] 35/23
ago [3] 10/11 83/8 98/14
agree [2] 19/17 105/18
agreed [1] 14/18
ahead [10] 31/22 35/3
37/13 50/3 50/7 52/6 52/23
54/16 91/6 99/5
aid [2] 74/18 74/20
aided [1] 110/15
AL [3] 1/9 3/11 110/9
alarm [3] 107/17 107/18
107/20
alcohol [4] 6/6 10/17 11/4
86/18
all [44] 2/11 5/11 5/18 6/2
6/9 9/12 9/15 9/20 9/21
19/19 29/11 30/24 33/13
33/18 37/1 39/24 41/7
46/14 50/10 57/21 57/23
60/20 66/14 66/17 67/11
67/21 73/4 73/9 73/12
76/13 82/15 84/6 86/7 90/1
92/10 92/11 97/15 99/25
100/6 103/8 108/23 109/4
109/9 109/14
alleged [2] 18/5 36/19
allow [1] 5/22
almost [1] 69/9
already [6] 10/16 30/12
55/4 55/8 104/23 108/10
also [4] 5/18 5/22 22/10
40/7
altercation [11] 12/22 12/24
13/2 13/24 14/9 14/14
14/17 16/6 20/12 61/15
107/21
altercations [1] 17/4
although [2] 6/2 72/13
always [7] 30/13 30/15
37/19 42/24 44/1 54/5
83/17
am [3] 27/20 88/21 111/9
American [4] 43/17 43/23
51/1 51/25
Americans [2] 43/11 46/3
amount [1] 67/17
angle [2] 49/12 100/13
angry [1] 16/2
annoyance [3] 107/16
107/18 107/20
annual [2] 94/20 95/5
annual/quarterly [1] 94/20
another [7] 8/22 17/17
45/14 46/1 56/23 56/23
94/7

## A

answer [16]  5/13 5/20 5/23 5/25 5/25 6/1 6/2 8/2 17/13 21/7 46/19 52/23 54/17 63/4 91/14 94/9
answered [2]  99/4 106/4
ANTHONY [32]  1/6 3/5 5/7 26/11 51/17 51/21 52/3 54/23 56/4 57/13 64/4 67/17 67/22 69/23 70/14 70/14 70/18 70/24 100/8 100/17 100/23 101/9 101/22 102/18 103/3 103/9 103/13 103/16 107/1 108/5 108/20 110/8
any [64]  5/13 5/19 6/6 7/2 10/4 11/2 12/19 12/19 13/1 16/7 16/9 17/4 17/20 20/17 20/19 22/13 23/15 24/2 27/24 28/5 29/6 30/21 31/17 34/19 35/16 36/23 40/16 46/4 47/5 47/6 50/16 56/14 58/19 64/14 69/23 69/24 70/18 70/23 72/3 78/9 80/17 81/5 86/9 86/17 86/22 88/4 88/19 88/21 88/24 89/23 92/6 92/8 93/2 93/4 97/24 98/7 106/10 106/11 107/4 107/20 109/8 111/10 111/11 111/12
anybody [5]  10/4 10/6 12/9 15/14 42/21
anymore [2]  90/2 90/14
anyone [7]  7/13 8/18 24/1 24/2 34/21 44/5 44/24
anything [10]  6/10 7/15 14/16 34/22 55/24 56/2 63/17 68/23 93/18 94/10
anytime [1]  70/21
anywhere [1]  34/13
apartment [3]  11/13 17/17 22/7
appear [1]  101/5
appearances [2]  2/18 111/4
appears [1]  101/16
approached [2]  44/4 45/15
approximate [1]  2/8
approximately [8]  9/5 75/4 75/22 77/3 79/4 79/23 82/19 99/22
April [2]  110/24 111/20
are [55]  5/25 6/3 6/6 6/9 14/20 19/25 21/16 26/1 26/24 27/6 27/12 27/14 27/24 27/25 28/4 28/10 28/16 28/16 28/17 28/20 30/13 31/23 34/4 34/19 35/16 35/22 36/5 36/15 36/20 39/9 39/10 41/10 43/6 43/8 49/20 52/18 52/22 58/16 69/7 74/5 77/19 79/6 79/7 88/19 89/7 89/23 94/25 95/8 95/14 95/25 100/1 100/8 100/14 100/16 107/5
area [6]  27/5 42/1 43/19 43/21 101/2 101/6
argument [3]  15/24 16/7 16/9

arm [6]  70/9 70/10 70/10 107/15 101/16 103/14
arms [11]  60/4 60/11 60/6 60/17 61/9 61/10 61/24 62/6 62/8 62/14 101/12
around [11]  27/5 43/5 59/1 59/19 61/13 62/15 64/5 70/11 75/7 77/1 79/25
arrest [6]  7/14 25/14 31/19 32/5 32/7 32/10
arrested [3]  25/11 25/13 25/15
arrived [5]  14/22 78/25 79/1 79/17 80/1
articulate [1]  41/25
as [72]  2/11 5/2 6/4 13/2 14/8 14/8 14/25 17/2 17/21 17/24 17/24 18/3 18/3 18/5 18/11 18/15 18/25 19/10 19/21 20/17 20/19 21/8 21/11 21/12 25/1 25/3 28/18 28/25 32/12 32/16 33/7 33/23 35/14 35/21 36/22 42/1 47/13 48/9 49/9 49/11 49/16 50/6 53/6 55/8 56/8 57/14 59/13 60/3 60/17 62/3 62/8 68/2 68/8 69/23 74/13 75/13 85/11 85/13 86/4 87/3 87/12 87/12 87/13 87/14 92/23 93/21 94/8 94/12 96/1 96/1 97/12 100/18
ask [41]  5/14 5/19 5/24 10/1 23/21 28/10 28/12 28/13 28/14 28/21 29/22 30/8 30/9 30/11 30/13 30/17 30/18 30/19 32/2 34/2 35/23 35/25 36/2 36/4 36/13 37/20 42/21 42/24 46/5 46/16 47/19 48/10 51/5 51/7 58/18 70/25 72/3 72/8 78/22 89/25 92/14
asked [22]  12/6 23/4 23/6 23/13 36/10 36/23 37/7 37/10 37/18 46/8 46/22 47/20 48/11 48/12 51/9 56/8 57/13 58/4 58/7 99/4 106/3 108/23
asking [15]  5/22 26/24 27/13 35/19 39/10 39/10 42/18 49/21 50/13 50/15 52/5 52/8 53/2 53/3 89/7
assault [5]  10/18 10/20 10/21
assigned [1]  86/3
assistance [1]  72/14
assistant [2]  3/15 40/7
assisting [1]  61/1
assume [1]  10/2
at [170]
ATTACHED [3]  18/17 21/14 32/17
attempt [1]  46/4
attorney [4]  5/7 6/1 6/19 46/21
ATTORNEYS [3]  3/5 3/11 3/19
August [1]  21/21
August 12th [1]  21/21
authenticating [1]  33/10

available [1]  92/14
aware [24]  9/19 9/22 16/13 16/14 16/23 16/24 24/6 24/19 24/24 26/11 26/13 26/15 36/15 52/7 69/10 70/22 78/9 78/21 88/19 88/21 89/23 92/5 95/17 96/3
away [12]  14/21 58/25 59/2 59/4 59/5 59/9 59/10 59/10 59/13 59/18 61/8 80/25

## B

back [46]  12/8 23/24 45/6 57/12 57/16 60/2 60/3 60/7 60/8 60/11 60/15 60/19 60/20 61/2 61/5 61/12 63/23 69/22 70/8 71/11 71/14 71/17 71/20 71/21 71/21 71/25 72/4 72/8 74/8 77/3 79/1 79/8 81/6 83/6 85/17 90/16 90/19 90/20 91/18 91/20 93/3 101/10 104/1 104/10 106/7 106/23
background [1]  104/4
backseat [2]  55/20 57/14
bad [1]  74/23
based [4]  34/24 41/19 54/5 108/4
basically [1]  26/17
basis [3]  20/2 83/11 94/20
Bates [1]  33/6
Bates-stamp the [1]  33/6
be [40]  5/7 6/4 7/22 8/2 8/3 8/6 9/7 18/19 21/19 21/21 25/2 33/3 33/12 36/7 37/5 38/4 42/2 42/3 42/11 42/12 43/11 45/14 50/24 76/14 78/14 81/18 84/2 84/18 85/19 85/22 91/2 91/22 92/17 92/20 95/2 97/8 98/23 101/16 107/13 110/19
became [3]  9/19 63/1 64/11
because [3]  5/14 30/13 32/25 33/4 36/5 36/9 36/11 36/23 37/4 37/20 38/4 42/14 45/13 46/25 47/11 52/25 55/3 55/17 60/16 68/4 69/17 70/4 80/12 81/10 82/9 83/7 83/24 92/21 98/21 105/22 107/16 108/12 108/22
become [3]  26/11 26/13 26/15
bed [1]  12/7
been [38]  7/18 8/8 8/14 16/22 17/4 20/6 20/9 20/13 20/15 21/2 27/8 27/16 29/20 30/16 30/22 31/1 31/4 31/10 31/19 31/25 32/5 34/7 38/7 39/1 39/4 41/11 42/16 42/16 44/1 47/6 77/16 86/12 86/17 90/25 91/24 96/7 106/6 106/7
before [21]  2/3 5/9 5/23 6/5 29/13 38/25 58/14 68/11 68/15 69/2 77/14 81/6 82/21 88/11 88/13 96/9

96/22 98/6 103/10 103/11 104/10
began [1]  62/15
begin [1]  6/5
behalf [3]  1/6 2/10 111/5
behind [10]  27/3 60/2 60/3 60/15 61/2 61/4 61/4 61/12 63/23 69/7
being [10]  5/2 7/17 35/14 37/21 65/9 83/8 96/4 96/16 96/21 99/2
believe [16]  8/21 25/2 25/5 25/17 34/24 36/18 36/20 42/15 50/17 59/8 59/12 70/2 80/23 93/17 101/3
belt [21]  46/25 47/14 47/16 48/11 48/15 48/17 48/19 48/22 52/5 52/7 52/9 54/23 52/5 55/7 55/9 55/21 56/12 56/15 56/16 56/18 63/18
beside [2]  59/15 102/21
best [1]  63/4
better [2]  59/16 84/8
between [6]  13/2 15/24 40/16 76/20 76/23 99/1
bit [6]  10/19 43/9 48/24 49/6 99/18 101/21
black [2]  43/7 43/17
bleeding [1]  74/21
blood [2]  74/18 74/20
blurry [6]  10/25 11/1 63/2 64/11 65/11 104/20
board [1]  92/9
body [7]  7/2 7/5 8/4 9/7 48/25 60/11 99/21
body-worn [4]  7/2 7/5 9/7 48/25
Boone [1]  15/7
boss [2]  39/21 41/9
both [11]  11/3 14/18 17/3 17/3 24/11 51/9 51/9 59/10 59/14 72/12 72/24
bothering [1]  80/10
bottom [1]  32/24
bourbon [1]  11/7
Box [1]  3/3
break [4]  5/18 5/21 74/3 106/15
bright [3]  68/4 68/6 80/25
bring [1]  69/21
brother [1]  10/16
brought [1]  17/21
bruises [3]  13/12 13/14 13/17
Bruising [1]  13/5
Bush [6]  26/19 26/19 26/23 27/4 44/15 44/18
but [53]  7/23 8/2 11/19 12/11 13/14 17/11 18/2 18/21 23/10 25/8 32/9 32/24 34/8 36/15 37/19 38/16 38/24 46/2 46/9 46/12 47/19 48/3 50/3 54/10 59/7 61/23 63/4 63/8 63/20 63/21 65/11 65/24 70/16 71/1 71/4 71/20 78/13 81/21 82/24 87/19 89/14 90/21 91/14 96/23 99/15 101/5 104/17 105/6 105/22 108/6 109/7 109/10

113

**B**

but... [1] 110/7

**C**

California [1] 17/11
call [10] 12/10 12/12 12/13 14/23 27/19 45/6 76/16 79/17 79/19 80/4
called [8] 11/14 11/18 13/21 18/9 22/3 22/7 23/12 24/21
calls [1] 94/8
calm [2] 16/3 16/5
came [4] 70/8 71/25 72/1 76/10
camera [7] 7/2 7/6 8/4 9/8 48/25 49/11 99/21
can [54] 5/18 7/8 10/13 23/22 25/23 28/22 28/24 29/4 29/11 30/3 30/5 31/8 37/19 41/19 41/24 42/2 43/10 49/2 49/3 53/19 56/5 59/15 60/17 60/17 62/4 63/21 66/14 68/9 73/8 74/15 77/21 77/21 82/10 84/6 84/11 84/15 85/16 92/7 95/6 99/19 99/25 100/4 100/13 100/23 101/1 101/9 101/12 101/20 101/21 101/23 102/7 106/15 106/18 107/13
can't [64] 5/15 7/18 8/10 10/24 11/13 11/15 13/5 13/13 13/14 16/3 17/10 17/11 17/12 20/24 21/3 22/24 23/13 29/19 30/1 38/15 38/23 41/2 41/5 41/17 45/4 46/11 46/21 48/2 50/25 57/17 59/6 64/9 66/19 67/8 68/4 68/14 70/15 71/12 73/24 75/1 78/12 82/8 82/11 83/7 83/8 85/2 85/5 89/14 89/19 89/19 90/19 91/11 91/13 91/17 98/1 98/12 100/10 101/4 102/13 105/20 105/21 106/13 107/9 109/3
cannot [2] 100/2 100/25
Canon [4] 4/10 18/15 19/2 19/8
capitalized [1] 73/10
captain [2] 79/19 79/20
Captain Jordan [1] 79/20
car [34] 26/9 28/17 29/15 36/5 36/10 37/3 58/24 59/1 59/18 59/20 59/22 68/3 82/12 82/13 82/14 82/14 84/2 84/4 84/8 84/10 84/15 84/21 85/17 88/1 89/4 89/6 89/8 89/10 89/12 89/14 89/16 89/18 89/21 92/15
career [1] 85/8
cars [2] 82/10 91/25
case [7] 1/2 6/22 18/6 40/1 54/22 54/25 110/8
cause [11] 32/7 39/5 40/15 41/4 42/8 42/9 42/11 42/12 42/13 42/17 42/20
causing [1] 107/16
CCR [1] 111/22

CCR-KY [1] 111/22
certain [7] 55/23 57/11 37/14 39/10 42/1 63/7 95/1
certify [4] 110/5 110/21 111/9 111/15
chain [1] 9/21
characterization [5] 37/6 54/15 55/12 105/19 108/9
charge [6] 24/22 56/1 107/2 108/5 108/6 108/25
charged [7] 24/14 24/17 25/8 55/23 107/1 107/13 108/22
charges [8] 17/20 18/6 23/2 23/5 23/7 108/11 108/23 109/4
check [1] 92/1
chief [20] 9/16 9/17 9/18 9/18 9/21 9/24 12/16 12/18 24/4 38/17 39/19 39/20 39/22 40/4 40/10 41/8 78/17 78/18 88/15 88/15 Chief Nader [12] 9/17 9/18 9/18 9/24 12/18 38/17 39/19 40/4 40/10 41/8 78/17 88/15
Chief Rob [1] 24/4
chiefs [1] 40/7
children [3] 36/21 36/24 37/5 38/5 38/24
choke [7] 9/4 68/22 69/2 69/9 69/10 69/13 69/19
choked [5] 8/18 8/20 9/3 9/10 68/7
choked that [1] 9/10
chokehold [17] 67/22 68/10 68/15 68/16 68/17 70/7 96/18 97/8 97/10 97/21 97/25 98/11 98/16 98/19 98/22 98/23 99/3
choking [2] 9/13 9/19
chosen [1] 87/9
circumstance [2] 31/23 31/24
circumstances [3] 31/22 37/12 37/14
citation [6] 48/19 48/21 53/1 55/20 56/23 108/21
citations [2] 107/4 107/6
cite [7] 54/1 54/4 54/20 54/23 56/14 56/17 107/10
cited [1] 107/7
citizen [3] 25/3 98/15 98/19
city [10] 1/9 3/11 3/15 3/19 7/11 12/17 27/16 34/11 49/1 110/9
Civil [2] 2/12 111/7
CJS [2] 1/2 110/10
clean [2] 5/24 74/21
clear [4] 5/12 33/12 60/2 82/18
clearly [2] 101/22 102/20
clears [1] 84/8
click [1] 95/20
client [1] 8/21
close [3] 64/2 75/8 84/22
closed [1] 65/14
Closer [2] 100/18 100/20
code [7] 4/10 18/14 19/1 19/3 19/5 19/22 20/7

codes [3] 19/17 19/22 20/3
come [3] 12/8 57/12 58/18
coming [4] 61/9 61/10 82/24 82/25
commencing [1] 2/7
commentary [1] 50/8
commission [1] 111/18
commit [2] 52/25 54/19
committed [11] 27/19 48/7 50/17 53/3 53/15 53/21 54/18 55/17 88/20 89/24 90/1
committing [7] 31/17 35/5 36/16 46/24 47/9 47/12 52/18
communicate [1] 28/5
communicated [2] 23/10 24/21
community [1] 43/10
comparison [1] 83/21
complained [1] 70/19
complete [3] 30/23 31/2 34/25
completed [1] 72/12
complex [3] 11/13 17/17 22/7
compliance [1] 66/20
computer [1] 110/15
computer-aided [1] 110/15
concluded [1] 109/19
conclusion [1] 24/10
concussion [8] 62/25 71/3 71/9 71/23 72/13 73/6 74/12 105/5
conduct [15] 19/18 24/15 24/18 24/22 25/5 25/9 25/15 107/1 107/8 107/11 107/14 108/6 108/7 108/22 109/2
conducted [1] 39/24
considered [1] 98/22
consists [1] 94/23
constant [1] 94/22
contact [1] 106/8
contacted [3] 11/25 12/4 12/6
continued [3] 58/8 65/2 67/25
continues [1] 68/2
contract [1] 111/16
contractual [1] 111/11
control [2] 101/20 104/12
conversation [2] 22/13 22/17 28/15 47/15 48/9 81/22
conversations [1] 22/21
Cook [1] 72/15
Corps [1] 17/11
correct [62] 13/24 25/9 25/12 28/2 29/24 35/8 35/13 39/16 40/5 40/11 40/23 42/19 43/18 44/2 47/3 47/20 47/25 48/4 48/8 50/14 51/13 51/14 52/12 52/13 52/14 53/13 53/17 53/22 53/23 54/2 54/14 54/24 56/9 56/12 56/13 57/7 63/9 63/24 66/16 72/25 73/19 74/13 75/10 78/18 79/2 81/16 85/5

85/12 85/21 93/19 93/20 96/11 99/8 103/3 104/14 104/21 104/24 105/8 105/9 105/11 105/16 108/7
cost [1] 111/16
could [17] 5/12 7/20 33/3 37/5 37/18 37/22 38/4 44/6 63/12 66/21 66/23 77/8 91/14 97/8 99/12 99/14 108/24
couldn't [1] 96/12
counsel [6] 32/25 110/18 110/22 111/1 111/3 111/13
counseling [1] 20/18
County [2] 15/7 110/2
couple [1] 11/7
court [5] 1/1 5/14 5/21 6/5 110/11
Courts [1] 111/7
COVINGTON [28] 1/2 1/9 2/6 3/3 3/9 3/11 3/16 3/19 7/11 12/14 12/17 12/20 17/17 19/10 21/20 22/11 24/11 27/16 33/23 34/11 43/1 43/4 43/8 94/12 94/14 94/15 110/9 110/12
covingtonky.gov [1] 3/18
coworker [1] 10/10
Cramer [2] 29/8 29/10
crime [2] 42/4 50/18
criminal [5] 17/20 17/23 18/2 18/3 18/6
critical [2] 79/21 81/20
cruiser [15] 45/6 82/5 82/8 83/25 86/4 90/8 90/17 90/19 90/21 91/1 91/7 91/12 91/21 92/13 92/22
cruisers [1] 82/9
cuffs [1] 66/21
curb [1] 44/15
currently [1] 39/15
cut [1] 71/2
CV [2] 1/2 110/10

**D**

daily [1] 20/2
dark [1] 49/4
date [5] 1/13 49/5 96/10 96/13 98/7
dated [1] 21/21
Davis [8] 3/2 3/2 5/5 5/6 50/13 50/17 50/22 111/4
day [18] 8/10 20/25 25/6 71/24 72/5 72/6 76/15 81/19 82/6 83/11 83/11 83/11 84/19 85/18 91/19 91/19 110/23 111/20
days [3] 78/7 83/24 83/25
DBL [2] 1/2 110/10
deadly [3] 96/24 97/8 98/22
decide [1] 50/9
decided [4] 18/5 54/22 55/2 55/6
DEFENDANT [4] 3/11 3/19 110/9 110/18
DEFENDANTS [2] 1/10 110/25
definitely [1] 75/24
definition [5] 39/2 39/5 41/15 41/17 41/19

**D**

demand [2] 31/18 36/17
department [34] 3/14 12/1
12/10 12/14 12/20 12/20
13/21 17/15 20/20 20/21
22/3 22/8 22/11 22/23
23/11 23/17 24/3 24/11
24/21 27/17 33/24 39/11
39/13 39/16 39/21 40/4
76/8 76/11 84/5 84/23 92/7
94/21 95/7 95/12
depo [1] 109/11
deponent [2] 110/6 110/19
deposition [14] 1/6 2/2 2/8
5/8 5/8 5/24 6/13 6/17
109/18 110/13 110/19
110/21 111/2 111/5
describe [2] 62/4 69/9
described [1] 49/16
detail [3] 92/13 93/8 105/22
detailed [1] 108/17
details [3] 9/1 13/6 63/6
detain [1] 32/9
detectives [1] 78/23
determine [2] 42/3 92/7
determining [1] 35/1
diagnosed [2] 71/8 71/23
did [132]
didn't [22] 13/10 22/25 23/2
46/18 47/24 48/1 48/2
48/20 51/17 56/16 56/17
56/17 76/4 80/19 84/1
91/23 94/9 94/10 104/15
107/4 108/11 108/12
difference [1] 30/8
different [8] 30/1 57/20 69/4
89/15 90/2 93/10 93/16
96/8
Direct [2] 3/17 5/4
direction [3] 60/14 69/5
110/15
directly [1] 22/14
discerning [1] 34/20
discipline [1] 40/9
disciplined [2] 17/1 40/10
discovery [2] 2/10 19/10
discretion [19] 30/1 30/4
30/6 30/23 30/24 31/2
34/20 34/23 34/25 35/4
35/7 35/11 35/16 38/3 54/3
54/20 55/8 55/10 56/19
discussed [1] 32/20
discussing [2] 31/25 74/11
DISCUSSION [2] 18/13
82/16
disorderly [15] 24/14 24/18
24/22 25/6 25/9 25/15
107/1 107/8 107/11 107/14
108/6 108/7 108/20 108/22
109/1
dispatch [1] 27/20
distance [2] 64/2 84/14
DISTRICT [5] 1/1 1/1
110/11 110/11 111/7
do [141]
doctor [2] 71/3 74/1
doctors [1] 58/13
document [10] 4/10 18/14
19/7 19/9 21/25 22/2 33/6

**D**

33/11 34/4 86/2
documents [3] 6/18 6/20
6/24
does [14] 18/5 22/2 22/6
22/10 34/14 36/9 37/23
62/19 62/19 83/11 94/21
101/5 102/10 102/17
doesn't [5] 18/20 31/20
46/23 90/13 109/5
doing [2] 94/12 102/11
Domanico [5] 2/3 110/3
111/15 111/22 111/22
domestic [1] 8/22
don't [69] 8/2 9/1 13/22
17/18 23/19 24/6 27/3 29/4
29/4 30/9 30/11 31/18
32/10 34/1 42/17 42/24
45/10 51/10 51/11 51/12
53/10 53/11 53/12 54/5
55/6 57/19 58/19 61/3
62/24 62/25 63/5 63/8
63/19 64/21 64/21 64/22
64/24 67/5 68/5 68/5 70/2
71/24 73/24 77/8 77/9
77/11 80/12 80/12 82/21
82/23 83/4 83/5 84/2 85/11
87/20 88/10 89/25 90/1
96/14 96/22 99/13 104/16
105/5 105/6 105/9 105/18
105/25 106/7 109/7
done [2] 30/15 32/9
Doug [8] 29/13 29/18 86/20
86/23 86/25 87/3 93/4
93/18
Douglas [1] 29/10
down [19] 16/3 16/5 45/5
57/6 60/1 62/22 69/22
100/19 100/21 101/10
101/11 101/20 102/20
103/17 104/10 105/11
105/12 106/1 110/13
downtown [2] 56/22 56/25
drafted [5] 72/24 73/4 73/5
73/12 73/17
drinking [9] 11/3 14/25 15/2
15/4 15/14 15/19 16/3
16/22 17/5
drinks [1] 11/5
drive [9] 77/24 82/3 83/18
83/22 84/11 84/15 84/16
91/1 91/23
driven [1] 16/2
driver [12] 28/6 28/9 28/11
28/12 30/18 30/19 44/20
45/14 45/24 46/9 49/16
51/7
driver's [4] 28/12 28/13
30/20 49/12
driving [4] 16/8 16/20 91/4
91/7
drove [11] 14/21 16/15 83/6
83/14 90/17 90/19 90/20
91/11 91/17 91/22 93/1
drug [2] 86/18 86/18
drugs [1] 6/6
DUIs [2] 88/2 88/5
duly [2] 5/2 110/6
during [24] 5/24 8/22 12/21
12/21 13/9 22/15 26/10
34/15 35/2 35/12 42/1

**D**

47/14 48/9 56/21 61/16
63/1 63/22 70/2 75/12
88/14 94/1 103/5 103/6
103/7
duties [1] 53/6
duty [13] 7/13 7/17 8/5 8/8
8/18 10/7 10/10 17/5 17/6
25/1 88/20 97/12 97/25

**E**

each [1] 59/15
earlier [2] 49/16 69/4
early [1] 79/10
earned [1] 87/19
east [6] 30/10 43/1 43/4
43/8 43/9 43/15
EASTERN [1] 1/1 110/11
effect [2] 33/19 77/10
effects [3] 77/16 77/19
77/20
either [6] 10/24 23/6 42/17
56/12
Elsbernd [17] 59/7 59/10
59/13 60/22 63/13 63/19
63/23 64/2 65/6 70/9 101/3
101/5 102/18 102/21 103/2
105/15 105/20
else [10] 15/14 15/19 20/23
44/24 45/3 55/24 56/2
58/17 70/16 105/8
email [2] 95/17 110/22
emergency [1] 27/22
employed [1] 111/10
end [4] 14/14 14/17 22/18
56/25
ended [1] 64/15
enough [6] 55/5 55/6 64/2
67/14 67/14 69/21
ensuring [1] 39/23
entire [2] 17/8 40/4
entirety [1] 72/19
entity [1] 111/12
equipment [2] 63/13 63/14
estimate [1] 7/21
estimation [1] 8/3
ET [3] 1/9 3/11 110/9
Ethics [10] 4/10 4/10 18/15
18/15 19/1 19/2 19/3 19/6
19/8 19/18
ethnicity [1] 98/18
even [8] 8/12 17/23 36/5
65/22
evening [10] 11/6 11/18
16/17 18/9 25/21 25/24
26/5 26/10 55/24 83/3
ever [36] 7/12 8/17 10/3
10/6 11/18 11/25 12/10
12/19 17/1 17/21 17/23
20/3 20/6 20/9 20/15 22/13
22/22 23/4 24/14 24/17
24/21 31/19 38/7 39/1 39/4
41/11 61/17 61/25 78/3
78/20 86/12 91/3 96/4
97/24 106/10 106/11
every [4] 29/23 29/25 30/2
105/21
everybody [1] 36/5
everybody's [1] 45/5
everyone [11] 29/22 30/17
34/14 34/16 34/21 36/14

**E**

37/3 46/5 49/21 70/16
96/23
everything [3] 27/13 43/10
108/18
everywhere [1] 93/1
exact [3] 8/10 17/12 96/12
exactly [17] 16/4 17/11
20/24 21/4 38/23 41/2
41/21 46/12 46/21 48/2
55/15 63/5 75/1 96/9 98/12
105/1 109/4
EXAMINATION [1] 5/4
examined [1] 5/2
example [5] 30/4 36/22
37/21 42/9 42/11
excessive [1] 95/2
excuse [4] 23/25 31/8 51/6
51/16
exhibit [11] 4/8 4/9 18/12
18/16 19/5 19/19 21/11
21/13 21/18 32/13 32/16
Exhibit 1 [1] 19/5
Exhibit 2 [2] 21/11 21/18
Exhibit 3 [1] 32/13
expires [1] 111/18
explain [2] 59/16 59/16
explained [7] 46/24 58/23
60/1 61/11 74/22 79/20
80/23
explaining [2] 54/19 93/15
extinguishers [1] 95/3
extra [1] 18/23
eye [2] 13/18 106/8

**F**

F-E-I-G-E-R [1] 90/13
F-I [1] 90/13
face [17] 13/12 63/20 63/20
65/12 65/13 65/18 65/20
100/18 100/21 101/10
101/11 103/16 105/11
105/12 105/22 106/1 106/1
facial [1] 13/3
facing [10] 61/14 69/3 69/4
103/18 103/19 103/20
103/23 105/23 106/2 106/5
fact [1] 63/8
fair [4] 8/2 29/4 55/6 77/1
familiar [3] 34/4 41/10 43/3
far [6] 14/8 17/24 18/3
48/20 84/14 104/12
fast [1] 10/25
FAYETTE [1] 110/2
February [1] 111/18
Federal [2] 2/11 111/6
feel [5] 19/21 32/8 60/17
69/23 93/21
feeling [2] 60/6 80/8
fell [1] 64/25
felt [3] 61/16 80/13 80/14
female [4] 45/13 45/14
45/25 49/15
females [1] 45/11
few [9] 9/6 10/11 11/8 13/3
81/10 81/14 85/8 89/20
96/7
few months [2] 81/10 81/14
few seconds [1] 9/6
few years [2] 10/11 85/8
Fieger [1] 90/10

**F**

Field [2]  94/18 94/19
fight [2]  10/19 63/1
fighting [4]  62/15 62/16
 62/18 66/23
figured [1]  55/4
file [1]  21/3
filed [4]  2/9 18/18 21/15
 32/18
film [5]  48/25 56/5 106/11
 106/13 106/18
financial [1]  111/11
find [2]  23/1 92/20
fine [1]  18/23
finish [5]  5/22 71/20 72/10
 76/8 91/16
finished [2]  21/16 21/17
fire [1]  95/3
FIRM [1]  3/2
first [17]  5/1 10/21 10/21
 26/10 27/2 45/15 45/25
 52/4 56/21 72/7 74/18
 74/20 74/22 80/15 85/8
 87/18 110/6
fist [1]  65/14
five [13]  21/5 21/8 21/10
 31/25 79/7 79/11 79/12
 79/25 80/1 80/1 82/21
 99/15 99/16
five minutes [1]  31/25
flashlight [1]  63/17
fleet [1]  86/4
flexing [6]  60/6 60/8 60/16
 61/16 62/3 62/7
follow [3]  27/25 44/1 81/2
following [2]  43/25 76/14
follows [1]  5/3
foot [1]  103/1
footage [8]  7/3 7/6 8/4 9/8
 9/22 9/25 49/1 99/21
force [26]  7/23 7/24 8/15
 52/17 52/22 53/5 53/11
 53/16 53/18 53/19 54/9
 66/13 66/15 66/18 67/12
 67/12 67/17 67/18 72/11
 72/25 73/18 95/2 96/5
 96/24 98/22 108/15
forces [2]  8/11 9/20
foregoing [1]  110/13
form [5]  35/3 50/2 52/6
 54/15 108/8
Fort [11]  11/12 12/9 13/21
 17/15 17/18 22/3 22/7
 22/23 23/11 23/16 24/3
Fort Wright [10]  11/12 12/9
 13/21 17/15 17/18 22/3
 22/7 23/11 23/16 24/3
forth [1]  5/19
forward [4]  59/19 61/24
 61/25 62/2
found [1]  53/15
foundation [2]  91/6 108/10
four [5]  4/10 18/14 21/19
 57/19 77/5
four-ish [1]  77/5
Four-page [2]  4/10 18/14
frame [2]  83/7 96/23
friend's [2]  15/7 15/16
friends [1]  14/20

front [5]  60/11 68/22 69/13
 91/23 109/12
FTO [7]  40/21 40/22 94/6
 94/1 94/4 94/16 94/20
FTOs [1]  29/3 39/9
full [1]  101/4
further [3]  61/17 110/21
 111/14
furtherance [2]  41/11 41/13

**G**

Garrard [1]  27/4
gathered [2]  57/21 57/23
gave [6]  22/18 46/12 47/17
 55/3 58/15 71/12
general [15]  20/1 20/2
 27/15 31/14 33/24 34/10
 34/13 34/19 53/5 53/7 95/9
 95/14 95/22 96/1 96/3
generally [5]  74/16 77/15
 86/25 87/10 95/8
get [22]  30/7 48/20 55/13
 58/8 58/10 60/5 66/21
 71/11 71/14 71/18 77/21
 77/21 82/2 82/7 84/18 85/9
 86/7 90/6 90/15 92/16
 95/16 95/17
gets [1]  16/2
getting [4]  66/7 68/1 68/3
 70/4
Gideon [2]  29/8 29/10
girlfriend [4]  10/15 14/2
 15/12 16/19
give [27]  7/21 8/1 17/12
 27/21 29/4 30/3 31/12
 31/17 32/10 46/18 47/3
 47/7 47/10 47/24 48/3
 51/17 52/10 52/16 52/21
 53/4 53/22 55/2 55/7 58/17
 63/4 91/14 99/11
given [7]  5/8 92/8 95/14
 95/25 96/4 96/21 110/17
giving [2]  46/22 55/9
go [39]  12/7 31/22 35/3
 37/12 42/5 50/3 50/7 52/6
 52/23 53/25 54/4 54/16
 57/4 57/9 69/22 71/1 71/6
 71/14 71/15 71/16 71/17
 71/18 71/19 72/14 72/8
 73/21 79/21 80/2 80/5 80/6
 80/11 81/21 82/20 91/6
 91/15 99/4 104/10 104/12
 109/13
goal [1]  70/4
goes [2]  9/21 38/1
going [22]  10/11 33/7 34/2
 36/6 37/20 48/24 48/25
 50/12 55/5 56/24 56/25
 71/21 71/21 76/6 79/20
 80/13 81/18 93/3 99/18
 99/20 99/21 104/1
good [5]  5/6 36/4 43/10
 65/1 66/20 74/4 80/14
 109/12
got [20]  10/17 10/19 14/19
 14/21 14/22 16/21 11 55/8
 55/16 58/14 62/1 63/7
 64/20 75/1 75/23 77/3 77/9
 79/8 85/19 85/23
grab [1]  70/9

grabbed [2]  58/24 70/10
grabbing [2]  70/10 102/15
grasping [1]  68/23
great [1]  7/22
greater [1]  67/18
Greenup [1]  27/5
Griswold [1]  29/11
ground [13]  64/14 64/15
 64/16 64/19 64/25 68/8
 69/22 70/8 100/4 100/6
 100/7 103/14 105/14
guess [2]  55/17 99/13
guesstimate [1]  75/22
guidelines [1]  34/20
guillotine [1]  69/10
guillotine-type [1]  69/10
gun [1]  78/15
guy [3]  68/2 69/3 84/20
guys [8]  14/20 14/20 15/2
 15/15 15/22 32/23 51/9
 87/18
gym [2]  97/18 97/19

**H**

habit [1]  36/4
had [61]  8/11 12/12 13/13
 13/15 13/24 16/22 22/19
 22/24 24/11 29/3 32/8
 33/10 34/25 38/21 39/9
 41/5 48/7 50/17 51/21 55/4
 55/4 56/20 57/4 57/24
 58/20 60/15 61/19 69/9
 69/24 71/2 71/19 71/19
 72/10 72/13 72/14 73/6
 73/15 73/23 74/12 74/20
 74/21 76/9 77/14 78/9
 81/10 82/8 82/11 82/11
 83/9 85/3 85/5 86/22 89/9
 91/16 92/18 92/22 92/23
 93/17 94/9 104/23 108/22
half [4]  17/17 17/18 77/9
 77/11
hand [8]  54/9 64/7 67/8
 102/7 102/8 102/10 102/12
 111/20
handcuff [4]  60/18 62/9
 62/11 68/9
handcuffed [2]  103/4 103/6
handcuffs [4]  60/5 70/14
 70/15 70/17
handed [1]  65/17
handle [2]  12/8 56/21
handles [1]  88/2
hands [23]  58/16 58/20
 58/24 59/1 59/17 59/18
 59/19 59/21 59/25 60/2
 60/3 60/15 60/17 60/19
 60/20 61/2 61/4 61/11
 61/23 63/23 64/7 70/5
 100/23
happen [2]  36/10 37/22
happened [2]  8/9 10/13
 10/25 11/20 12/3 12/7
 12/17 58/13 58/24 61/6
 61/6 62/4 62/13 63/9 66/3
 70/7 70/20 71/11 104/8
 105/5 107/25 108/18
happening [1]  81/15
happens [2]  7/15 96/1
harassment [1]  95/2

hard [13]  8/3 16/1 63/11
 65/23 66/12 67/4 67/5 67/9
 67/19 80/9 92/20 99/11
 101/19
harder [1]  55/9
Hartzler [1]  29/10
has [11]  8/9 29/13 34/7
 36/12 41/11 49/25 50/4
 87/22 88/20 89/18 89/24
have [124]
haven't [1]  69/1
having [2]  38/3 40/16
he [168]
he'd [1]  94/10
he'll [3]  19/12 21/22 21/23
he's [33]  16/3 29/15 31/16
 32/8 34/2 36/9 46/24 46/25
 48/10 50/5 50/6 55/4 55/5
 55/8 60/18 62/3 66/10 68/2
 72/16 80/7 80/10 87/8
 87/14 87/15 87/17 87/18
 89/16 89/20 90/1 100/18
 100/20 105/14 108/10
head [26]  5/15 5/16 16/25
 23/9 34/17 63/10 63/13
 67/25 71/2 71/25 74/23
 80/8 80/24 81/22 90/22
 91/15 97/20 98/4 100/18
 100/20 103/12 104/23
 104/25 105/2 105/3 105/7
head's [1]  66/6
headlights [1]  44/17
headquarters [2]  91/18
 91/23
heads [1]  69/7
hear [8]  11/15 49/24 50/1
 51/5 51/17 89/3 89/5 104/4
heard [16]  57/9 77/14 88/23
 88/24 88/25 89/1 89/2 89/9
 89/11 89/13 89/15 89/17
 89/20 104/6 104/17 106/13
hearsay [1]  89/21
heavy [1]  77/25
held [2]  25/2 62/1
helped [1]  72/17
helps [1]  75/17
her [12]  14/6 28/12 56/7
 56/8 56/8 56/10 56/14
 56/15 56/18 57/15 90/7
 90/18
here [12]  7/18 27/4 48/25
 49/6 56/5 56/6 69/8 99/21
 101/12 101/21 102/7
 105/14
hereby [1]  110/5
HERETO [3]  18/18 21/15
 32/18
heretofore [1]  2/9
hereunto [1]  111/19
HEREWITH [3]  18/18 21/15
 32/18
high [1]  77/22
Highland [2]  11/14 11/16
him [122]
his [107]  11/13 13/12 13/18
 14/5 14/19 15/21 16/4
 17/16 28/13 31/17 36/8
 44/17 46/19 46/21 47/3
 47/7 47/10 47/17
 47/21 47/25 48/3 48/11

## H

his... [84] 48/12 50/13 51/8
51/18 52/5 54/16 54/23
55/9 55/14 55/16 58/16
58/20 58/20 58/24 59/1
59/16 59/17 59/18 59/19
59/21 59/21 59/25 60/2
60/2 60/3 60/3 60/4 60/11
60/11 60/15 60/15 60/17
60/19 60/20 61/1 61/2 61/4
61/4 61/9 61/10 61/11
61/12 61/20 61/24 62/6
62/8 62/14 63/18 65/18
65/18 65/20 70/4 70/10
70/10 87/19 89/4 89/6 89/8
89/9 89/12 89/14 89/16
89/18 89/21 100/18 100/20
101/1 101/3 101/4 101/6
101/10 101/12 101/15
101/16 101/22 102/21
102/25 105/14 105/18
106/6 106/7 110/22 110/23
111/3
hit [21] 44/17 63/1 63/10
63/12 64/20 65/11 65/13
65/14 65/21 65/23 66/4
66/5 66/11 66/14 66/19
67/4 67/6 67/13 67/17
105/7 105/23
hits [1] 65/17
hold [1] 69/19
holding [1] 60/4
holistically [1] 33/7
home [48] 12/5 14/21 14/22
71/15 71/16 71/18 71/21
73/21 79/22 80/2 80/6
80/16 81/21 81/23 81/24
82/9 82/10 82/11 82/20
83/3 83/9 83/11 83/14
83/16 83/18 83/18 83/20
83/21 83/22 83/25 84/3
84/7 84/8 84/11 84/12
84/15 85/1 85/3 85/6 85/10
85/15 85/16 85/20 85/23
86/4 91/15 92/23 92/25
Hon [7] 2/5 3/2 3/8 3/14
111/1 111/1 111/3
hook [1] 67/7
hospital [23] 57/4 71/2 71/6
71/9 72/2 72/4 72/7 74/17
75/23 76/2 76/6 78/13 79/9
80/11 80/15 81/23 90/4
90/11 80/15 90/18 90/21
107/5 108/13
hospitals [1] 80/12
hour [1] 2/8
hours [2] 26/2 79/10
house [3] 15/7 15/16 15/21
how [70] 6/16 7/16 7/21
8/11 8/14 8/20 9/4 10/23
11/5 14/14 14/16 21/2 23/1
26/21 27/6 27/6 27/10
27/10 27/13 34/20 42/8
45/8 45/11 46/24 55/13
66/12 66/12 66/13 67/3
67/5 67/8 69/19 69/21
74/23 78/3 79/4 79/12
79/14 79/15 79/21 80/20
81/4 81/22 82/2 82/6 83/11

83/20 84/22 84/23 88/7
89/3 89/7 89/8 89/11 89/14
90/6 90/11 90/12 90/18
93/9 93/24 93/24 94/1 94/4
94/20 94/21 95/18 95/14
96/24 99/1
How's [1] 80/8
huge [1] 68/2
huh [32] 26/18 28/8 35/20
41/14 42/6 42/10 42/22
43/6 43/22 45/20 58/6
61/21 62/12 66/8 66/22
66/24 67/3 68/24 69/6
69/16 72/18 74/24 75/25
76/18 77/13 77/23 78/1
78/8 79/16 85/7 85/14 94/6
hurt [2] 67/9 74/23
hurting [2] 71/25 91/15

## I

I'll [10] 5/24 28/13 28/14
36/16 83/24 84/15 84/16
84/21 86/7 95/19
I'm [91] 5/6 5/16 10/11 12/22
13/6 16/13 16/23 17/12
17/16 17/19 21/17 23/22
24/6 24/19 24/24 24/24
27/20 30/7 32/9 34/22
35/10 36/15 36/16 37/22
38/19 40/6 40/7 41/24
45/25 48/1 48/9 48/14
48/25 50/12 50/23 52/7
52/8 53/2 53/2 53/2 53/3
54/19 54/19 55/25 57/8
60/2 60/3 60/4 60/4 60/5
60/16 60/17 61/23 65/20
66/9 67/19 68/23 69/21
70/2 70/22 71/3 71/3 71/4
71/21 73/25 74/8 74/19
78/23 80/8 80/11 84/7
84/25 90/2 90/23 91/7 92/5
94/12 95/17 96/3 98/1
98/13 99/14 99/18 100/3
100/6 102/13 102/13
102/20 104/25 106/20
106/23
I've [12] 7/18 8/11 29/3
30/15 34/7 36/10 39/9 41/5
68/14 69/9 88/21 89/15
89/20
IA [3] 13/9 22/15 23/6
ibuprofen [1] 77/10
ibuprofen/Tylenol [1] 77/10
ID [33] 29/2 30/9 30/9
30/17 30/21 31/11 31/13
31/18 31/20 32/2 32/6
34/14 34/16 34/21 35/1
35/10 35/11 37/3 37/7
37/23 38/3 44/19 46/5 46/8
46/23 47/3 47/7 47/10
47/20 47/25 51/8 57/13
111/22
idea [1] 80/14
IDed [2] 37/17 38/24
ident [2] 44/5 51/20
identification [14] 18/17
21/14 32/17 35/11 35/19
36/3 36/17 48/11 48/13
52/16 52/21 53/5 54/10
56/8

identifications [1] 29/22
identified [4] 51/2 52/4
53/20 56/6
identify [9] 28/22 28/24
36/24 37/2 44/6 45/22
50/21 50/24 56/7
IDing [2] 35/4 38/19
IDs [8] 28/22 32/11 42/19
49/21 49/25 50/4 51/10
51/13
if [150]
illegal [1] 94/11
immediately [1] 80/2
immoral [1] 94/11
impair [1] 6/7
important [1] 36/9
in [171]
inaccurate [1] 93/19
Inc [1] 111/15
incident [13] 8/23 10/14
11/9 13/8 13/23 22/14 57/1
61/8 75/4 79/21 81/20
96/22 106/12
incidents [1] 88/5
including [1] 99/6
incorrect [1] 93/19
independently [1] 111/15
INDEX [3] 3/21 4/5 4/8
indicate [1] 108/20
individual [16] 9/4 9/11 9/19
32/6 36/19 39/10 52/15
52/20 53/4 55/19 55/20
55/23 56/2 56/3 57/14
57/16
individuals [9] 8/5 9/24
24/20 28/17 29/21 43/3
45/16 46/8 99/2
influence [7] 6/6 6/9 11/2
73/13 78/15 86/12 86/17
information [26] 36/8 36/11
37/18 45/7 46/13 47/17
47/18 47/21 47/25 48/4
50/13 51/18 52/5 52/11
52/16 52/22 52/25 53/4
53/17 53/22 55/14 55/16
56/10 57/14 57/22 57/24
initially [3] 47/2 47/20 78/4
initiated [1] 43/24
injuries [3] 13/1 13/3 74/13
injury [2] 70/19 74/11
inside [2] 38/18 42/15
instance [3] 86/11 89/17
89/20
instances [1] 20/6
instructions [3] 58/15 58/17
81/2
insurance [1] 28/14
intelligent [1] 87/15
interactions [3] 28/18 28/20
86/22
interest [1] 111/14
interested [1] 111/12
Internal [4] 17/25 22/15
24/8 78/22
Interrupting [35] 8/25 11/22
18/22 27/1 27/14 32/4 33/3
33/13 35/25 37/11 39/12
44/7 52/12 53/7 53/8 54/12
62/22 67/1 69/16 73/3
76/15 76/23 80/22 83/12

83/19 85/14 88/23 90/12
90/19 101/7 102/24 103/4
103/20 103/21 106/3
106/19
into [9] 10/18 10/19 36/6
36/11 37/21 42/5 72/1 80/3
80/3
intoxicated [4] 16/1 16/8
16/9 77/21
introduce [2] 18/11 21/11
INTRODUCTION [1] 4/9
investigated [1] 17/15
investigation [7] 12/19
17/24 18/1 18/3 24/8 81/11
81/14
involved [2] 10/17 12/24
involving [1] 6/22
is [143]
Isaacs [1] 29/8
ish [1] 77/5
issue [2] 17/19 33/9
issued [4] 83/20 84/5 84/6
85/20
issues [3] 33/10 40/8 40/20
it [170]
it's [40] 11/14 11/14 16/1
17/16 17/17 18/20 19/4
21/3 36/9 39/22 42/16
43/10 43/10 46/21 47/8
49/4 50/5 54/5 56/24 67/19
68/4 68/5 68/6 69/9 73/9
73/9 74/4 76/19 77/9 80/8
80/10 89/19 90/13 95/11
95/20 96/7 96/24 97/23
98/12 99/11
itself [1] 7/1

## J

jab [2] 67/2 67/6
jail [3] 54/5 55/5 107/6
Jamir [3] 3/2 5/6 111/3
January [13] 25/21 26/6
33/20 43/12 85/3 85/4
88/12 96/6 97/6 97/7 97/7
97/11 98/6
January 15th [3] 97/7 97/11
98/6
January 16 [1] 33/20
January 16th [8] 25/21 26/6
43/12 85/4 88/12 96/6 97/6
97/7
January 1st [1] 85/3
Jason [1] 29/10
jdavis [1] 3/4
jdaviscounsel.com [1] 3/4
Jeff [5] 2/5 3/8 32/20 72/15
111/1
Jimmy [1] 29/8
jmando [1] 3/4
job [2] 7/24 93/22
JOHN [13] 1/10 2/2 5/1
7/10 19/12 23/15 23/25
37/13 49/2 52/6 105/17
109/19 110/5
Jolene [3] 14/7 14/8 14/11
Jordan [1] 79/20
judge [1] 6/2
judgment [1] 6/7
Jujitsu [1] 97/23
jury [1] 50/9

## J

just [45]  5/11 5/12 5/13
5/15 5/19 6/22 7/7 8/10
11/7 14/16 18/25 19/3 21/7
26/8 29/21 29/21 30/14
30/15 31/14 32/19 33/5
33/9 33/12 41/15 42/24
44/6 44/7 49/5 57/1 61/4
63/5 66/20 67/20 68/6
68/23 69/4 74/18 76/10
82/18 83/24 89/21 101/18
101/24 102/12 106/17
juvenile [5]  37/15 37/18
37/21 38/4 38/18
juveniles [1]  38/11

## K

keep [8]  6/10 34/1 56/24
68/8 82/18 83/25 102/15
108/24
KENTUCKY [9]  1/1 2/5 2/7
3/3 3/9 3/16 110/1 110/4
110/12
kept [2]  62/14 97/3
keys [1]  92/16
kicked [2]  62/25 63/8
kid [1]  36/7
kids [2]  36/5 36/22
killing [1]  66/6 80/9
kind [11]  10/16 13/4 20/17
30/6 65/2 69/10 71/12
87/18 94/13 101/19 104/20
KLEC [1]  40/2
knew [7]  56/20 56/20 56/23
67/9 71/20 78/24 97/7
knocked [1]  65/1
know [71]  6/5 9/18 9/24
13/13 13/13 13/20 14/8
14/24 17/14 17/14 17/18
17/24 18/8 20/24 22/21
23/15 23/19 23/25 24/1
24/1 24/20 29/4 30/10
30/11 30/12 30/12 30/13
33/18 35/17 36/6 36/16
37/20 44/5 57/19 57/25
59/14 62/25 63/5 63/8
63/20 64/15 64/21 64/22
64/24 65/11 66/14 66/19
67/19 68/5 68/5 73/24 77/9
78/11 78/20 80/7 80/9
81/21 82/21 82/24 86/20
88/3 88/11 94/9 96/2 102/1
104/16 105/5 105/7 105/22
107/7 108/11
knowledge [4]  17/2 51/23
88/4 98/21
KRS [1]  111/9
KY [1]  111/22
KYNP1983 [1]  111/22

## L

lacerations [3]  13/5 13/12
13/17
lack [3]  91/5 91/5 108/9
lady [4]  56/6 104/4 104/15
104/17
Large [2]  2/5 110/5
last [6]  15/15 20/25 23/22
31/25 68/8 69/3

late [1]  75/1
later [3]  14/22 98/2 102/15
law [5]  2/6 3/2 3/8 6/25
110/20
laws [2]  93/10 93/14
laying [6]  100/18 100/20
101/10 101/10 102/20
106/6
learn [2]  88/3 94/11
learned [1]  93/9
least [2]  45/13 81/1
leave [11]  14/12 81/12
81/13 81/18 81/20 81/25
84/9 84/21 85/11 86/9
92/24
leaving [1]  16/8
led [4]  40/22 41/1 41/4
42/14
left [13]  10/19 11/21 14/11
14/16 15/11 15/12 33/1
35/7 74/10 76/9 80/15
82/20 82/23
legal [3]  3/14 6/3 39/24
less [2]  21/8 21/10
let [7]  23/21 36/14 47/19
57/25 69/22 101/18 101/20
let's [6]  25/20 76/21 82/18
82/18 102/15 104/1
license [3]  28/13 28/13
30/20
life [2]  17/8 55/9
lights [5]  27/13 27/22 68/5
68/6 80/25
like [59]  18/11 18/20 20/25
21/10 26/24 32/12 33/5
35/22 36/1 39/10 41/15
41/21 45/4 50/5 63/16
63/17 65/2 65/14 65/25
69/9 69/10 70/19 75/5 75/7
76/5 77/9 77/11 79/9 80/7
80/8 80/8 80/10 80/11
80/12 80/13 80/22 82/10
83/17 83/17 85/13 85/24
87/17 88/2 88/5 90/13
92/12 93/21 94/25 95/4
95/11 95/20 96/9 101/1
101/1 102/10 102/18
102/21 108/17 109/5
liked [1]  87/19
likes [1]  61/20
limit [1]  35/21
limits [2]  35/16 35/18
line [1]  38/10
linger [1]  78/4
listed [2]  29/21 29/22
Listen [1]  54/15
litigation [2]  111/13 111/14
little [8]  10/19 43/9 48/24
49/4 49/6 59/16 99/18
101/20
live [6]  43/4 43/5 84/14
84/16 84/23 84/24
location [1]  27/21
log [4]  92/1 92/4 95/11
95/19
long [12]  8/14 9/4 69/19
69/21 78/3 79/4 79/12
79/14 79/15 79/17 81/4
88/7
longer [1]  56/24
look [14]  18/20 19/11 19/14

21/22 23/22 34/1 56/5
57/11 94/10 95/18 99/20
102/10 102/18 109/5
looked [3]  65/21 65/21
65/25
looking [5]  44/7 45/19 48/15
106/6 106/8
looks [2]  21/19 21/20
lot [7]  21/3 30/11 66/9
84/17 84/20 87/20 91/24
lots [2]  36/13 42/3
loud [2]  80/25 80/25
Lusardi [1]  15/20

## M

machinery [1]  77/25
mad [2]  10/17 73/20
made [7]  36/4 36/11 57/8
62/5 78/20 93/13 106/8
main [3]  3/17 7/1 70/4
majority [1]  93/25
make [13]  5/13 5/22 29/23
36/8 36/19 37/23 49/2 54/9
55/9 58/16 60/2 78/9 94/10
makes [2]  30/8 37/24
making [3]  39/23 50/4 53/8
male [4]  51/2 51/3 52/1
52/2
males [1]  45/8
man [1]  87/21
Mando [2]  2/6 3/8 111/1
manner [2]  28/5 39/24
manual [1]  33/5
many [17]  7/16 7/21 8/11
8/20 10/23 11/5 21/2 37/21
45/8 45/11 84/23 89/5 89/7
89/8 89/11 89/15 99/1
March [2]  1/13 2/7
marijuana [2]  42/12 42/15
Marine [1]  17/10
MARIO [3]  1/6 3/5 110/8
mark [1]  32/12
MARKS [3]  18/14 21/12
32/14
master [1]  108/24
may [10]  36/11 45/14 46/20
46/20 54/4 54/4 88/25 89/2
106/6 106/7
maybe [7]  8/12 35/22 68/22
78/7 84/20 102/13 102/13
me [79]  5/22 7/21 10/13
10/17 10/18 10/18 10/22
12/6 14/21 16/5 16/6 16/11
22/18 22/19 23/13 23/13
23/21 23/25 25/23 30/4
31/8 31/12 32/10 36/15
37/19 38/13 38/21 38/23
40/12 41/20 42/14 46/12
46/12 46/18 46/22 47/17
47/19 51/7 51/16 55/3
56/24 59/6 59/11 62/24
62/25 63/1 63/10 63/25
65/1 65/22 66/6 68/4 68/7
69/17 70/22 71/1 71/10
71/12 72/8 74/22 78/13
79/21 80/9 80/23 80/24
90/20 91/16 101/18 101/20
103/18 105/23 105/24
106/5 106/6 106/8 109/6
109/12 110/6 110/14

mean [13]  8/13 18/2 35/18
39/8 50/8 51/13 63/18 60/10
62/19 67/10 68/22 76/21
87/18
means [3]  41/12 71/21 88/2
media [1]  106/11
medical [1]  70/24
medication [4]  6/7 74/12
75/2 80/18
mentioned [1]  57/1
met [2]  79/18 79/19
Michael [1]  15/20
middle [1]  14/19
midnight [4]  75/7 75/24
76/7 76/23
might [1]  36/7
miles [1]  84/23
mind [2]  74/2 91/17
mine [1]  7/7
minute [4]  20/25 74/2 74/18
106/15
minutes [3]  31/25 52/3 74/5
missing [6]  36/8 36/9 36/21
37/5 37/21 38/5
modified [1]  68/22
moment [1]  10/25 59/7
60/19 61/3 61/23 62/21
76/4
months [3]  81/10 81/14
87/8
more [15]  16/6 21/5 57/11
67/18 69/12 80/17 86/9
88/4 90/3 93/9 94/8 94/11
99/18 101/21 108/17
morning [10]  5/6 26/4 75/9
75/11 76/22 79/10 80/10
82/19 84/21 85/17
morning hours [1]  79/10
most [3]  64/24 78/6 96/9
mounted [2]  65/3 65/4
move [4]  59/18 61/17 61/23
62/5
moving [7]  36/19 37/2
37/16 37/17 38/2 60/4
66/20
Mr [1]  5/5
Mr. [6]  64/13 64/17 64/18
65/4 65/10 69/20
Mr. Wynn [6]  64/13 64/17
64/18 65/4 65/10 69/20
MRI [1]  80/23
much [4]  63/19 66/13 78/2
90/1
MURPHY [10]  1/10 2/2 5/1
7/10 7/12 23/15 24/1 86/3
109/19 110/5
music [1]  80/25
my [63]  5/20 5/22 6/10 6/18
10/15 16/18 17/8 21/3
23/22 25/16 26/9 27/21
35/18 37/1 38/1 38/1 41/22
44/14 45/6 48/9 52/19
55/13 55/17 60/16 60/17
60/23 61/23 66/6 67/8
67/25 68/5 71/1 71/2 71/20
71/25 74/23 80/24 82/4
82/5 83/24 83/25 83/25
83/25 84/1 84/2 84/16
84/18 84/21 85/8 85/17
90/17 90/19 91/7 91/14

118

## M

my... [9]  91/17 93/1 95/23
102/12 104/25 109/5
110/15 111/18 111/19
myself [2]  26/9 50/1

## N

N-I-B-R-S [2]  73/9 73/11
Nader [20]  9/17 9/18 9/18
9/24 12/18 12/18 22/14
22/22 24/2 24/4 31/5 31/7
31/9 38/17 39/19 40/4
40/10 41/8 78/17 88/15
name [12]  7/8 14/6 29/5
30/21 55/3 57/15 71/13
77/6 77/12 92/12 92/15
95/23
names [3]  45/4 45/5 108/23
narcotic [14]  71/12 73/14
73/15 73/16 73/23 74/16
76/20 77/7 77/11 77/16
78/10 78/21 91/1 91/8
narcotics [8]  77/19 77/20
78/4 78/6 78/7 78/15 86/9
86/12
Natalie [3]  2/3 110/3 111/22
national [1]  39/25
nature [3]  7/15 88/6 95/4
near [1]  42/4
necessarily [1]  54/18
need [11]  6/5 32/9 42/17
42/20 47/16 52/25 55/6
57/5 80/14 81/21 95/17
needed [1]  92/13
Neither [1]  16/15
never [11]  23/10 24/24
30/13 36/6 37/20 48/21
57/8 77/14 80/13 88/24
89/1
new [1]  87/18
next [10]  27/4 58/3 59/24
62/5 71/24 76/15 84/20
84/21 85/17 91/19
NIBRS [15]  7/1 72/10 73/1
73/3 73/4 73/8 73/18
108/15 108/16 108/16
108/17 108/19 108/25
109/2 109/6
night [19]  14/25 15/15 16/7
19/23 19/24 19/25 20/4
23/13 25/20 29/16 43/12
49/9 75/13 82/17 82/17
84/20 88/8 92/18 93/15
nighttime [1]  74/25
no [81]  1/2 5/14 5/17 6/8
6/12 9/13 9/13 9/15 12/12
17/22 18/16 18/22 20/8
20/14 21/6 21/6 21/13 23/7
23/8 23/18 23/24 24/16
25/19 26/7 26/15 32/7
32/16 33/9 33/9 34/18
36/15 36/22 37/19 44/9
44/11 47/8 47/13 48/23
49/25 50/19 52/8 53/10
54/12 54/18 55/22 56/16
57/4 57/5 61/24 62/21 65/8
67/5 72/6 72/23 78/16
80/19 81/6 83/4 83/19 86/1
86/10 86/16 86/19 87/2

91/10 92/3 92/4 93/1 93/17
96/15 97/14 98/9 98/17
98/20 100/2 100/25 104/4
103/18 109/9 111/4 111/13
No. [1]  110/10
No.
2:21-CV-00137-DBL-CJS
[1]  110/10
Nobody [1]  50/3
nod [1]  5/15
Nods [7]  16/25 23/9 34/17
90/22 97/20 98/4 103/12
noises [1]  80/25
none [1]  18/7
nor [2]  111/10 111/10
normally [1]  16/2
not [103]  6/1 6/2 7/23 8/9
10/2 10/5 12/21 12/22 13/6
13/15 16/13 16/14 16/20
16/24 17/12 17/15 17/16
17/19 17/19 18/6 21/3
23/14 23/20 24/6 24/19
24/23 24/24 24/24 25/10
30/23 31/16 32/9 32/23
34/22 35/5 36/9 40/6 40/7
44/16 45/25 46/9 46/22
46/25 47/8 47/8 47/14
47/15 48/1 48/10 48/15
48/17 48/19 48/21 52/9
52/19 53/2 53/2 53/2 54/10
54/18 54/21 54/22 55/2
55/20 55/25 56/15 56/18
57/8 61/24 65/20 65/22
66/14 67/19 69/21 70/2
70/22 71/3 71/4 73/25
73/25 74/1 77/24 78/16
78/23 79/17 83/9 84/12
85/6 85/9 91/12 91/18 92/5
95/17 96/3 98/9 99/6 99/14
100/3 100/5 102/13 104/25
111/10 111/16
Notary [3]  2/4 110/4 111/22
nothing [3]  65/12 66/5
110/7
nothing's [1]  68/1
notice [5]  1/7 2/9 48/10
96/4 111/6
noticed [1]  47/14
notification [4]  95/14 95/16
95/18 95/25
notified [3]  81/17 96/17
98/23
now [14]  31/1 31/13 41/18
46/25 48/20 72/16 76/6
83/24 85/1 85/13 101/21
103/1 104/10 110/10
nowhere [1]  58/17
number [3]  17/12 18/12
99/12
numbered [1]  92/11
numbers [2]  32/24 92/11
nurse [2]  77/9 78/12

## O

oath [2]  18/24 87/21
Object [1]  35/3
Objection [10]  31/21 37/6
52/6 52/23 54/13 55/12
91/5 99/4 106/3 108/8
obligations [1]  6/4

observe [1]  26/21
occasion [1]  40/12
occur [7]  10/9 10/11 11/9
29/17 38/16 43/13 67/24
occurred [4]  11/23 13/8
42/4 58/3
off [20]  10/6 10/10 11/14
11/16 17/5 17/6 18/13 25/1
29/22 33/2 74/7 74/10
74/18 74/20 77/22 82/16
83/25 96/25 106/20 106/22
off-duty [1]  25/1
office [4]  18/24 82/20 92/10
111/20
officer [59]  1/10 2/2 5/1
7/10 7/10 7/12 12/23 12/25
13/1 13/7 13/24 14/24 15/8
15/11 15/25 17/1 19/18
20/4 23/1 24/17 25/1 34/23
35/14 38/3 38/13 40/22
53/6 54/3 56/19 67/4 67/13
76/1 86/3 86/20 86/23
87/11 87/12 87/13 87/14
87/15 87/22 88/16 88/20
89/18 89/24 90/7 90/9
90/10 93/21 94/7 94/12
94/13 94/14 94/18 94/19
97/12 107/21 109/19 110/5
Officer Doug [1]  86/23
Officer John [1]  7/10
Officer Murphy [2]  7/12
86/3
Officer Samantha [1]  90/10
Officer Tipton [14]  13/1
13/7 13/24 14/24 15/8
15/11 15/25 17/1 20/4 23/1
24/17 67/4 67/13 107/21
Officer Tyler [1]  12/25
Officer Ullrich [6]  87/11
87/22 88/16 88/20 89/18
89/24
officers [15]  34/14 58/25
59/2 59/4 59/4 61/14 62/22
70/12 71/1 84/11 89/22
97/24 98/10 99/9 107/5
officers' [1]  30/24
offices [1]  2/5
officially [1]  71/23
often [1]  83/20
Oh [12]  11/12 11/12 54/7
76/15 76/23 81/13 83/23
84/10 84/13 85/2 94/15
102/25
Ohio [1]  84/16
okay [122]
on [187]
once [3]  27/23 87/19 95/4
one [43]  6/25 8/22 8/25 9/2
10/24 12/12 13/18 13/19
16/15 19/6 20/24 23/7
29/16 33/19 34/5 40/10
45/13 46/15 47/9 49/25
57/24 64/7 66/12 66/12
67/11 68/12 68/18 76/1
78/13 78/14 85/9 88/8
88/24 88/25 89/1 89/2
89/13 89/17 89/20 90/3
95/3 99/6 108/24
one-page [1]  19/6
ones [1]  6/25 88/21 107/5

only [3]  12/13 63/2 89/17
onto [2]  44/16 60/7
Ooh [1]  8/25
operate [1]  77/25
operated [1]  111/16
operating [1]  78/14
opinion [2]  87/10 87/16
opposed [1]  33/7
or [125]
order [10]  4/11 21/12 21/19
34/10 34/14 34/19 95/14
95/22 96/1 96/5
orders [2]  33/24 95/9
other [35]  2/11 8/5 8/8 8/23
8/25 12/20 12/23 13/9 17/4
20/6 28/17 28/21 37/22
55/19 57/15 59/15 70/11
70/11 70/25 76/1 77/10
76/11 86/18 88/4 89/21
89/23 91/24 93/10 97/24
98/10 99/9 107/5 109/8
111/4 111/11
others [2]  29/2 45/1
our [7]  15/16 39/20 39/21
41/9 47/14 69/7 70/4
out [24]  14/16 23/1 27/21
36/12 53/15 53/19 58/1
53/8 58/10 58/14 58/16
58/18 58/19 62/1 66/7 68/3
70/9 71/15 71/19 84/14
89/12 92/2 92/16 107/12
outcome [1]  111/12
outline [1]  19/18
outside [3]  20/13 20/15
58/8
outwards [9]  60/12 60/13
60/14 60/19 60/20 61/9
61/10 62/6 62/14
over [3]  15/25 38/2 54/9
oversaw [1]  40/4
overtop [1]  69/8
own [2]  41/22 41/23
owned [1]  111/16

## P

p.m [14]  26/3 75/14 75/21
76/16 76/17 76/21 79/18
81/25 83/6 91/20 106/21
106/24 109/16 109/19
P.O [1]  3/3
page [11]  4/2 4/9 4/10 4/12
18/14 18/23 19/6 19/9
32/14 33/8 33/8
pages [3]  4/5 21/20 33/25
Pages 11 [1]  33/25
pain [2]  66/20 70/19
painful [1]  81/3
paper [4]  22/4 22/9 22/19
71/20
paperwork [1]  91/16
parked [2]  26/19 26/23
part [15]  18/20 18/21 18/25
19/8 30/15 30/16 33/23
38/8 47/7 64/25 86/4 95/21
95/23 102/12 102/21
particularly [2]  59/6 98/2
partner [2]  26/6 97/22
parts [2]  63/2 63/5
passed [1]  14/15
passenger [6]  31/13 31/15

**P**

passenger... [4]  31/16 32/2 36/12 51/7
passengers [11]  30/19 35/1 35/4 35/11 35/19 35/22 42/18 42/23 45/2 46/9 46/11
past [3]  25/16 75/24 87/4
pat [1]  60/1
patrol [2]  26/9 92/10
pedestrian [3]  56/22 57/1 57/6
pending [1]  110/10
people [20]  7/14 7/16 7/21 8/8 8/20 25/11 25/13 28/21 30/11 36/10 43/7 43/7 43/8 45/18 57/20 58/18 66/6 68/3 68/7 89/13
percent [2]  83/15 83/21
period [1]  61/17
permitted [1]  2/11
person [3]  32/8 87/12 111/12
personal [7]  47/17 56/23 82/3 82/4 83/22 84/16 87/16
personally [7]  80/12 87/17 88/22 88/25 99/17 106/14 107/2
phone [4]  12/12 12/13 14/23 46/20
phrase [1]  84/7
physical [1]  61/15
pictures [1]  80/24
piece [2]  63/13 63/14
Pike [3]  2/6 3/9 3/16
place [4]  18/4 42/4 67/22 70/14
placed [5]  61/19 70/6 98/16 98/19 99/2
PLAINTIFF [7]  1/6 1/7 2/10 3/5 110/8 111/3 111/5
PLAINTIFF'S [6]  4/9 18/15 19/5 21/13 21/18 32/16
play [1]  104/1
Played [1]  57/10
Plays [16]  49/7 49/19 49/23 50/11 50/20 51/4 51/15 99/24 100/12 101/17 102/6 102/16 102/23 104/3 104/11 105/13
please [4]  5/22 6/1 7/8 109/12
PLLC [3]  2/6 3/2 3/8
point [25]  7/24 12/3 12/5 44/19 46/4 47/11 51/20 54/1 58/22 61/15 64/4 64/10 64/14 67/21 68/23 69/23 69/25 79/1 80/18 81/5 87/22 101/9 102/5 102/17 103/9
police [49]  9/19 9/16 11/18 11/25 12/9 12/14 12/16 12/20 13/21 17/15 18/8 20/20 20/20 22/3 22/7 22/11 22/23 23/11 23/16 24/3 24/11 24/21 25/1 27/17 33/24 39/23 53/6 72/24 73/17 76/8 76/11

77/3 77/15 78/18 82/14 83/20 83/21 83/25 84/11 87/15 88/15 90/7 90/10 91/24 92/25 93/21 94/14 97/12 108/14
police-issued [1]  83/20
Polices [1]  4/12
policies [3]  32/14 32/22 96/8
policy [5]  24/12 39/25 94/24 95/22 96/18
pool [7]  82/10 82/12 82/14 84/1 84/4 84/10 85/11
portion [2]  101/14 101/15
position [2]  65/3 65/4
post [2]  27/24 28/1
post-stop [2]  27/24 28/1
potential [4]  18/3 38/4 54/8 97/8
potentially [3]  16/8 36/20 37/4
Power [5]  25/25 26/1 26/2 26/3 26/5
PowerDMS [5]  94/23 94/23 95/10 95/16 95/19
predominantly [4]  43/7 43/11 43/17 43/23
prepare [1]  6/13 6/16 108/12
prepared [1]  109/2
prescribe [1]  80/17
present [2]  6/3 13/20
press [4]  18/6 23/2 23/5 23/7
pressed [1]  61/22
pretty [5]  65/1 65/23 65/24 66/19 78/2
printed [2]  18/22 109/6
prior [2]  5/20 96/5
probable [11]  32/7 39/5 40/15 41/4 42/8 42/9 42/11 42/12 42/13 42/17 42/20 43/25 43/12
probably [5]  21/23 76/20 80/11 80/14 99/19
problem [1]  86/1
problems [1]  55/5
procedure [5]  2/12 33/16 33/23 40/1 111/7
procedures [12]  4/13 4/13 27/15 27/24 28/1 29/14 32/15 32/15 32/22 34/10 43/25 93/12
proceeding [1]  6/3
produce [3]  31/11 31/20 32/6
produced [2]  19/10 33/17
Professional [1]  2/4
program [1]  86/5
provide [1]  53/16
provided [3]  32/23 49/1 95/8
Public [2]  2/4 110/4
pull [4]  38/2 48/25 82/13 106/17
pulled [4]  60/11 61/8 62/6 62/7
pulling [5]  60/6 60/8 60/19 60/20 62/14
punch [4]  10/23 62/20 62/23 65/25

punched [15]  7/12 7/16 7/21 67/9 67/23 106/10 106/20
62/24 63/7 103/9 103/21 103/24 104/13 105/22 106/9
punching [6]  8/5 8/12 10/3 67/20 104/5 104/18
purposes [5]  2/10 2/11 18/16 21/13 32/16
pursuant [4]  2/9 111/6 111/6 111/9
push [3]  61/17 61/25 64/5
pushed [1]  62/22
pushing [1]  61/24
put [13]  5/19 45/6 58/24 59/1 59/17 59/19 59/21 59/21 60/1 61/11 63/22 70/13 70/15
puts [1]  59/25
putting [5]  60/3 60/18 61/1 61/4 61/23

**Q**

quarterly [1]  94/20
question [15]  5/20 5/20 5/23 23/22 23/24 37/1 38/2 47/19 50/3 50/6 52/19 52/20 53/20 54/16 90/3
questions [12]  5/13 5/24 6/2 6/11 19/13 21/24 34/3 94/25 95/1 95/1 109/8 109/9
quite [1]  74/17

**R**

race [6]  45/16 45/18 50/21 51/21 51/23 98/18
radio [1]  27/19
Ralph [2]  24/2 31/5
ran [4]  10/18 10/18 45/6 80/3
range [1]  84/25
re [1]  46/18
reach [1]  58/19 59/17 69/24
read [2]  23/24 94/25
reading [2]  101/25 110/23
realized [1]  66/5
realizing [1]  66/10
really [5]  8/1 17/19 63/11 91/13 91/15
rear [1]  51/7
reason [8]  26/24 36/20 42/1 44/12 44/14 50/17 81/24 93/17
reasonable [7]  39/2 40/14 41/1 41/20 41/24 42/18 42/20
reasons [3]  93/8 93/16 96/8
recall [85]  7/5 7/18 8/7 10/5 10/24 11/17 13/13 13/14 16/4 17/10 17/11 21/4 21/7 21/8 21/25 22/24 23/13 24/6 25/21 27/3 29/12 41/5 41/17 45/4 45/8 45/11 46/11 46/21 48/2 50/25 57/17 59/6 61/3 62/24 63/2 64/9 64/13 65/6 65/9 66/19 67/3 67/5 67/6 70/15 70/18 70/23 71/24 74/15

punched [15]  7/12 7/16
75 [17]  78/12 82/7 82/8 82/11 83/2 83/4 83/9 83/2 85/5 88/9 89/14 89/19 90/19 91/11 91/13 91/17 91/20 96/4 96/21 96/23 98/1 98/5 98/10 98/12 100/10 105/25 106/7 106/14 106/25 107/9 109/1 109/4
receive [4]  13/1 93/24 94/1 94/5
received [4]  12/13 62/25 70/24 105/4
receiving [1]  19/15
recent [1]  96/9
recognize [5]  34/9 45/16 45/18 49/9 49/11
record [19]  5/12 5/23 7/9 18/13 19/4 32/20 49/5 74/7 74/8 82/16 85/20 85/23 85/25 92/17 105/6 106/20 106/22 106/23 110/16
records [1]  97/4
recruits [1]  29/15
reduced [1]  110/14
refer [1]  94/9
reflect [1]  101/23
reflecting [1]  86/2
refuse [5]  32/3 37/9 37/19 47/7 48/5
refused [9]  46/15 46/16 47/2 47/10 48/3 48/6 52/4 52/10 58/7
refuses [6]  31/11 31/12 32/6 52/16 52/21 53/4
regard [1]  112/7
regarding [3]  4/13 32/15 106/12
regardless [1]  71/20
Registered [1]  2/3
registration [1]  28/14
regular [1]  25/3
related [1]  111/10
relation [1]  100/16
relationship [1]  111/11
remember [44]  6/20 6/23 9/1 9/16 11/14 13/16 13/18 19/15 20/24 24/7 29/6 40/16 40/25 41/3 57/15 62/11 63/2 63/19 64/8 65/16 65/21 68/6 68/7 75/3 77/6 77/11 82/24 83/8 83/9 84/2 89/25 91/14 93/2 93/4 96/16 96/20 96/25 98/15 98/18 103/8 105/9 105/21 106/8 106/25
report [16]  7/1 56/1 72/17 72/20 72/25 72/25 73/1 73/3 73/4 73/17 73/18 73/18 104/14 108/16 108/18 108/24
reported [3]  36/7 41/8 75/13
reporter [7]  2/4 5/15 5/21 18/14 21/12 23/24 32/14
Reporting [1]  111/15
reports [6]  72/11 72/11 72/12 73/5 73/13 76/8
represented [2]  110/25 111/3
reprimanded [9]  9/11 9/11 9/13 10/3 20/5 20/15 20/17

## R

reprimanded... [2]  20/19
  20/23
request [3]  28/25 85/24
  109/11
requested [2]  47/11 110/19
require [1]  53/21
required [2]  5/25 27/25
reserve [1]  109/10
residents [1]  22/6
resisting [3]  7/14 60/18
  61/12
resort [1]  68/8
respect [1]  87/19
respective [1]  111/13
responded [3]  22/4 22/11
  51/12
responding [1]  6/10
response [2]  37/4 46/7
responsible [1]  39/23
rest [1]  46/2
result [4]  13/2 17/2 17/21
  74/13
results [1]  24/7
return [3]  81/4 81/8 84/19
returned [3]  79/7 79/11
  79/12
review [5]  7/2 9/21 95/18
  106/10 106/11
reviewed [4]  6/18 6/21 6/24
  9/24
reviewing [1]  94/24
ride [1]  29/16
riding [2]  15/8 15/10
right [32]  5/11 5/17 5/18 6/9
  9/15 33/13 33/18 36/14
  37/9 37/10 41/18 46/24
  47/12 48/15 50/10 51/10
  59/15 60/21 60/23 60/24
  65/22 67/8 67/21 76/6
  76/13 86/7 101/16 103/8
  104/20 108/19 109/9
  109/14
roadway [1]  44/16
Rob [6]  22/14 22/22 24/4
  31/7 31/8 31/9
rocky [1]  10/16
rode [3]  88/3 90/7 90/18
roll [4]  76/16 79/17 79/19
  80/4
roughly [2]  27/5 70/11
RPR [1]  111/22
rules [3]  2/11 5/11 111/6
run [3]  36/6 36/11 37/20
running [2]  68/3 68/7
rush [1]  57/6

## S

said [45]  2/8 12/7 12/23
  14/1 14/19 22/17 23/7 23/8
  37/7 37/12 42/25 46/12
  46/19 46/20 46/22 46/23
  47/11 47/24 48/1 48/16
  49/24 51/10 52/8 64/11
  68/10 69/1 71/3 71/13
  71/14 78/8 80/6 80/7 80/24
  81/19 87/20 104/13 104/16
  107/13 108/10 110/17
  110/18 110/19 110/21
sake [1]  55/21
Samantha [1]  90/10
same [13]  6/4 15/9 15/10
  18/17 21/14 25/2 32/17
  33/2 33/15 67/17 87/1 87/3
  91/19
saw [11]  10/1 13/9 13/11
  26/25 27/2 56/19 57/24
  70/8 95/24 105/10 108/24
say [39]  9/3 10/11 10/20
  11/1 16/1 21/5 21/9 22/6
  22/10 36/14 37/19 41/7
  43/16 51/17 57/19 62/18
  63/7 64/5 65/13 66/11
  66/13 67/8 67/19 68/14
  68/16 74/19 76/19 76/21
  77/2 83/15 84/15 89/19
  92/15 94/16 95/19 99/14
  104/15 104/17 107/15
saying [11]  50/1 50/6 54/7
  60/16 83/17 83/23 84/7
  94/24 95/17 95/23 104/5
scale [3]  66/12 67/10 67/12
scary [1]  66/2
scene [8]  11/18 11/21
  13/21 14/11 15/12 16/9
  72/19 72/21
scheduled [1]  76/14
screaming [2]  66/9 108/2
seal [1]  111/20
search [1]  42/14
seat [22]  46/25 47/14 47/16
  48/10 48/15 48/17 48/19
  48/22 51/8 52/5 52/7 52/9
  54/23 55/2 55/7 55/9 55/21
  56/11 56/15 56/16 56/18
  57/16
second [1]  19/7
seconds [1]  9/6
see [34]  5/15 13/7 13/10
  26/17 27/7 27/8 27/12
  27/18 44/24 49/2 49/3
  50/25 51/5 59/15 66/6 68/3
  68/4 83/23 84/10 90/1
  93/12 100/23 101/1 101/4
  101/12 101/14 101/20
  102/7 102/12 102/20
  102/25 103/1 104/7 105/17
seeing [1]  63/19
seen [8]  9/22 34/7 88/21
  88/24 97/24 98/7 98/13
  99/17
sending [1]  81/24
sense [2]  37/23 37/24
sergeant [4]  29/11 72/15
  72/16 95/6
Sergeant Griswold [1]
  29/11
services [1]  111/17
set [1]  111/19
seven [5]  7/19 7/20 8/16
  8/17 52/3
seven minutes [1]  52/3
seven years [4]  7/19 7/20
  8/16 8/17
several [13]  6/22 6/25 8/11
  29/3 29/8 39/9 41/5 57/9
  61/13 89/13 94/23 95/3
  109/3
sexual [1]  95/2
shake [1]  9/16
share [1]  82/15
she [6]  14/21 16/22 33/10
  56/11 90/13 90/20
Sheree [2]  3/14 111/1
sheree.weichold [1]  3/18
shift [15]  12/6 25/23 25/25
  26/1 26/2 26/3 26/5 72/16
  84/19 87/1 87/3 87/7 87/8
  90/2 111/16
shortly [3]  70/16 76/1 99/19
should [12]  8/6 9/22 25/2
  34/14 34/16 78/11 78/14
  78/16 80/11 85/22 92/17
  98/22
shouldn't [2]  42/2 92/20
show [2]  94/7 95/21
showed [7]  12/11 70/12
  70/17 76/1 78/13 79/18
  92/12
showing [1]  80/24
shows [1]  95/22
sic [6]  23/16 33/1 33/11
  63/23 69/11 90/13
sick [1]  20/25
side [13]  26/23 30/10 43/1
  43/4 43/8 43/9 43/13 43/15
  43/17 49/12 101/13 102/21
  106/6
sign [3]  22/19 94/24 95/23
signal [1]  44/16
signature [1]  109/10 109/11
  110/23
signed [1]  110/20
signing [1]  96/25
simple [1]  58/15
since [3]  7/16 34/7 97/10
single [2]  30/2 105/21
sir [47]  6/8 6/12 6/15 7/4
  7/14 8/19 9/9 9/14 9/17
  10/8 13/25 15/13 16/21
  17/3 17/22 19/20 20/8
  20/14 23/18 24/13 24/16
  25/4 25/7 25/19 25/22 26/7
  27/9 48/5 78/19 79/3 80/7
  82/1 85/22 86/21 86/24
  88/18 90/24 91/13 93/23
  96/19 97/2 98/4 100/15
  103/22 103/25 107/19
  109/15
sister [2]  14/5 14/19
situation [1]  53/14
situations [1]  89/15
six [1]  87/8
six months [1]  87/8
slip [1]  70/9
slow [2]  101/20 104/10
smelled [1]  42/12
so [187]
social [1]  106/11
solely [1]  35/7
Solicitor [1]  3/15
some [23]  5/11 6/18 7/24
  19/13 21/23 21/23 24/22
  34/2 54/1 57/11 63/5 64/4
  64/10 67/21 71/12 78/25
  82/9 82/10 84/6 85/19
  87/22 92/17 94/25
somebody [4]  32/10 56/20
71/4 90/17
  30/9 31/11 31/12 31/20
  46/20 66/14 70/16 94/9
something [6]  36/12 41/25
  63/10 65/1 102/13 105/8
sometime [1]  79/9
sometimes [7]  16/2 30/19
  33/4 54/4 54/4 82/4 82/5
soon [1]  96/1
sorry [5]  23/23 74/19 90/23
  90/24 101/19
sort [2]  28/5 92/4
sound [1]  50/4
sounds [1]  77/1
speaking [1]  30/13
specialist [1]  40/23
specific [5]  34/5 43/21
  68/12 68/14 68/16
specifically [9]  6/23 8/9 40/6
  40/15 62/4 70/22 96/14
  96/15 96/16
specifics [3]  93/2 93/4 93/6
specifies [1]  34/22
Speed [1]  49/6
spell [2]  73/8 90/12
spoke [7]  22/16 22/19
  23/12 48/16 48/16 69/4
  71/4
stamp [1]  33/6
stand [3]  66/10 67/25 68/2
standard [1]  25/2
standards [2]  39/25 40/1
standing [6]  49/12 59/7
  59/15 63/24 69/8 69/17
stands [1]  94/17
staring [1]  105/23
start [7]  15/25 27/21 30/18
  39/13 60/6 99/22 104/2
started [4]  16/6 61/14 61/15
  87/18
starts [1]  76/16
state [8]  2/5 7/8 22/2 34/14
  36/12 36/13 109/22 110/4
stated [2]  48/7 62/8
statement [1]  50/5
STATES [3]  1/1 110/11
  111/8
station [2]  77/4 90/16
stay [5]  64/23 64/25 65/2
  69/14 80/24
stays [2]  84/12 84/13
stenotype [1]  110/14
step [2]  58/1 58/4
stepped [1]  58/19
steps [1]  58/16
still [11]  13/15 35/23 35/25
  39/15 66/10 71/25 74/25
  74/25 76/10 80/10 85/5
stomach [1]  61/20
stop [49]  4/13 14/19 14/20
  27/7 27/9 27/11 27/15
  27/22 27/24 28/1 28/3
  29/14 29/23 29/25 32/15
  33/16 33/22 34/10 34/15
  42/5 43/13 43/25 49/20
  50/12 53/9 56/22 57/2 57/6
  57/12 66/20 66/23 67/14
  75/5 75/6 75/14 93/8 93/9

**S**

stop... [7] 93/11 93/16
101/18 101/21 104/5
104/12 104/17
stopped [11] 26/16 26/25
27/23 28/4 28/7 28/15 32/1
35/14 37/15 44/21 66/7
stopping [3] 27/20 44/12
44/14
stops [4] 35/2 36/13 88/3
88/4
straddling [1] 102/18 103/2
105/15 105/21
straight [1] 46/18
street [10] 2/6 3/9 3/16
26/19 26/20 26/24 27/4
27/5 44/15 44/17
Street's [1] 27/4
strike [1] 31/8
striking [1] 66/18
struck [9] 14/15 56/22
104/23 104/25 105/2 105/3
105/7 106/1 106/5
stuff [1] 88/6
subdue [1] 67/14
subject [6] 8/21 46/1 46/15
55/3 57/24 61/13
submitted [1] 110/22
substance [1] 11/2
sufficiently [1] 93/22
sun [2] 76/9 82/24
supervision [3] 31/5 38/17
38/17
supervisor [7] 12/6 23/3
23/12 71/1 72/14 76/5 78/9
supervisors [4] 72/3 73/22
92/7 98/23
supervisors' [1] 92/10
suppose [1] 18/10
supposed [5] 19/18 28/5
28/10 77/24 79/13
sure [37] 5/13 5/22 13/6
17/16 17/19 34/22 36/8
40/6 40/7 46/1 48/1 49/2
50/23 55/25 57/8 58/16
59/11 60/2 65/20 67/19
69/21 70/2 71/3 71/3 71/4
73/25 76/7 78/23 94/10
98/1 98/13 99/14 99/15
100/3 103/23 104/25
106/16
surrounding [1] 37/1
suspended [4] 20/9 20/11
20/13 24/9
suspension [4] 4/11 21/12
21/19 40/8
suspicion [7] 39/2 40/15
41/1 41/20 41/24 42/14
42/21
suspicious [1] 42/2
sustained [1] 74/11
swat [4] 59/5 59/9 59/10
59/10
swatted [5] 58/25 59/3 59/4
59/12 59/18
sworn [2] 5/2 110/6
swung [1] 59/2
system [3] 73/17 78/4 92/6

**T**

tackled [1] 10/22
take [36] 5/18 19/11 19/13
21/22 33/25 53/19 57/11
62/22 74/2 82/9 82/10
82/11 83/9 83/10 83/16
83/19 83/20 83/24 84/7
84/7 84/15 85/1 85/3 85/6
85/10 85/15 85/16 85/17
85/20 85/23 86/9 92/15
92/16 92/23 95/19 106/15
take-home [11] 82/9 82/11
83/9 85/1 85/3 85/6 85/10
85/15 85/20 85/23 92/23
takedown [1] 8/12
taken [1] 1/6 2/3 2/9 73/23
74/12 78/5 78/9 110/13
111/5
taking [9] 5/8 5/21 64/13
65/25 84/2 91/1 91/8
109/18 111/2
talk [2] 25/20 28/9
talked [8] 22/22 23/16 24/2
24/25 45/25 71/10 74/1
74/22
talking [10] 19/25 31/14
31/23 37/1 47/13 48/14
56/4 79/6 79/8 103/1
taught [4] 38/21 38/23
41/11 93/11
teaching [1] 93/18
team [1] 94/8
tell [24] 6/4 8/10 10/13 13/5
25/23 30/2 41/20 64/21
71/12 73/22 77/8 87/20
92/22 96/12 99/12 99/25
100/2 100/4 100/13 101/9
101/21 102/14 105/17
105/20
telling [2] 58/8 95/10
tells [1] 6/1
ten [2] 66/12 67/11
term [3] 41/10 41/20 41/21
termination [1] 69/11
terminator [1] 65/25
terms [1] 39/8
Terry [1] 42/5
test [1] 95/18
testified [1] 5/2
testify [1] 110/7
testifying [1] 110/20
testimony [2] 110/17 111/19
tests [2] 94/25 95/3
than [6] 12/20 13/10 21/5
21/8 21/10 86/11
Thank [2] 31/9 109/15
that [448]
that's [44] 14/22 18/23
22/19 29/11 30/1 30/14
30/15 30/16 30/22 31/1
32/25 34/9 36/20 36/25
36/25 45/25 47/6 50/8
52/19 54/3 55/6 55/17 60/6
61/14 62/15 63/17 65/22
70/9 76/6 79/19 80/14 84/4
84/7 85/16 85/17 87/8
89/21 91/17 93/13 93/20
95/5 101/3 104/15 106/9
their [34] 28/22 30/8 30/9

30/17 30/20 30/21 31/11
31/12 31/20 32/6 32/10
36/2 36/10 37/18 42/19
45/4 45/7 46/5 46/8 46/12
51/13 52/21 52/25 53/4
53/16 53/22 54/9 57/22
57/23 68/5 92/9 92/11
111/1 111/13
them [52] 9/4 11/8 13/15
19/14 24/25 25/15 28/15
28/18 28/22 28/23 28/24
30/12 30/12 35/24 36/16
36/24 37/18 37/23 44/6
44/7 45/5 45/6 45/22 46/14
51/9 51/11 52/17 52/22
53/5 53/11 53/16 53/18
53/22 54/2 54/4 54/9 54/10
54/20 58/24 59/17 60/18
60/18 71/10 73/5 73/24
74/23 78/5 78/12 78/12
81/23 92/14 108/12
then [81] 10/17 10/18 10/19
10/22 14/16 14/20 16/6
19/7 19/12 30/19 36/16
36/17 37/3 40/21 42/13
45/5 46/19 46/22 46/23
47/15 47/17 48/6 48/16
48/16 48/18 51/5 53/16
53/21 54/1 54/10 55/18
58/7 58/8 58/13 58/25 60/5
62/12 62/14 64/10 65/2
66/9 70/10 71/2 71/5 72/1
74/12 74/22 75/21 76/5
76/7 76/13 77/2 78/25
79/18 80/5 80/6 80/7 80/16
80/24 81/21 81/22 81/23
81/23 84/17 84/21 85/9
85/16 90/15 90/18 90/18
91/15 92/15 92/23 95/4
95/19 95/22 95/23 99/19
101/18 106/18 108/24
there [73] 8/4 8/6 8/6 11/19
12/12 12/19 13/22 15/11
15/19 16/7 16/9 17/19
17/20 17/23 17/25 18/7
27/24 28/16 28/16 28/18
34/16 34/19 35/16 36/20
36/23 36/23 37/14 38/4
43/5 43/6 45/1 45/14 45/24
46/1 49/20 56/22 56/24
57/5 57/8 57/9 57/19 59/7
61/22 63/20 63/24 71/15
71/19 73/25 76/4 76/9
76/10 78/11 79/15 80/5
84/9 85/19 85/22 92/1 92/6
92/16 92/17 96/17 101/18
106/13 107/20 107/22
107/25 108/22 108/25
109/3 109/3 109/4 111/4
there's [10] 19/7 36/1 37/2
42/15 48/15 63/5 84/17
92/4 95/13 108/21
THEREUPON [1] 109/18
these [1] 19/12
they [70] 9/21 11/19 12/11
22/4 24/22 28/22 30/13
30/20 32/2 32/10 32/23
33/1 34/16 36/5 36/11
36/14 36/15 37/9 37/9
38/4 38/21 38/23 39/9 42/1

42/3 44/15 45/23 46/12
51/12 52/18 52/22 52/24
52/24 53/14 54/4 54/18
54/19 58/18 65/16 71/8
71/8 71/10 71/11 71/13
72/8 73/25 73/25 74/21
74/22 78/11 78/11 78/13
78/23 80/2 80/17 80/19
80/20 80/21 80/22 80/23
81/10 81/19 91/16 92/9
96/7 103/4
they'd [1] 92/15
they're [7] 35/5 35/23 37/4
42/2 59/14 84/6 92/11
they've [2] 53/3 53/21
thing [1] 101/19
things [6] 37/22 40/11 42/3
64/11 94/23 95/7
think [28] 11/16 12/11
20/25 23/6 38/1 45/22 50/6
50/8 50/25 61/3 66/17
67/11 67/16 71/24 71/25
74/10 74/16 75/7 76/9
78/14 78/16 81/19 87/17
88/8 89/4 90/13 95/2 109/7
thinking [2] 38/10 41/25
third [4] 12/6 72/15 87/7
87/8
third-shift [1] 12/6
this [84] 6/3 7/24 11/9
11/12 12/17 12/21 12/21
17/2 17/14 17/21 18/11
18/19 18/19 18/25 21/11
22/4 22/9 22/14 22/19
27/20 31/13 32/12 32/20
32/21 33/5 33/19 33/22
34/5 34/8 34/22 43/13
47/19 49/6 49/9 49/11
49/15 51/20 54/22 54/25
56/21 56/21 60/21 64/20
65/11 65/14 68/1 68/10
68/17 68/23 70/20 75/4
78/17 80/9 80/22 81/19
82/6 83/8 86/11 87/9 88/14
92/15 95/18 98/5 99/25
100/2 100/13 100/24 101/9
101/19 101/25 102/5 102/7
102/8 102/17 103/10
103/11 104/1 104/21
106/12 106/17 109/7
111/12 111/14 111/20
those [16] 8/17 19/15 19/17
19/22 20/3 28/20 29/20
38/24 39/7 40/10 40/20
41/8 72/12 73/4 73/13 81/2
though [1] 40/9
thought [2] 65/24 109/6
threaten [2] 107/10 107/12
three [7] 19/9 26/3 45/10
46/2 77/5 78/7 83/8
three days [1] 78/7
three years [1] 83/8
three-page [1] 19/9
through [6] 19/11 20/20
33/8 33/14 95/10 109/12
throw [1] 62/20 62/23
ticket [3] 55/3 55/7 55/9
time [68] 1/14 5/19 11/13
12/16 13/14 13/23 14/3

**T**

time... [61]  15/12 16/19
23/15 24/2 24/4 28/11 30/2
45/23 50/16 50/22 50/23
56/7 58/2 58/23 60/21
62/21 63/22 65/7 70/11
70/13 70/18 70/23 72/15
73/5 73/12 73/17 74/4 74/6
74/8 74/15 75/1 75/3 75/13
75/22 76/13 77/2 78/17
79/20 79/23 79/24 80/22
82/9 82/24 83/7 83/22 84/1
88/14 89/14 90/4 92/8
92/22 96/12 96/23 101/24
102/7 103/6 104/21 106/20
106/24 109/7 109/16
time's [1]  10/16
times [15]  8/11 9/23 10/23
19/19 21/2 21/5 61/13 89/5
89/7 89/8 89/11 89/15
89/20 96/7 99/2
Tipton [19]  12/25 13/1 13/7
13/24 14/7 14/24 15/8
15/11 15/25 17/1 20/4
20/12 23/1 24/9 24/17
40/13 67/4 67/13 107/21
today [3]  5/7 6/14 85/13
together [3]  15/2 60/18 94/8
told [17]  11/19 12/7 16/5
22/22 23/3 70/9 71/1 71/10
73/24 76/5 78/12 78/12
78/23 79/21 80/2 81/22
91/16
too [4]  18/25 73/20 84/14
104/12
took [7]  18/4 74/16 76/20
77/7 78/21 83/3 107/6
top [17]  58/16 58/24 59/1
59/18 59/19 59/22 59/25
64/17 64/18 64/23 64/24
65/1 65/4 65/10 69/14
100/8 103/3
topic [1]  95/1
touch [1]  64/2
touching [2]  61/20 102/21
tough [1]  65/25
towards [5]  60/13 60/14
61/18 68/3 68/7
town [2]  43/13 43/17
traffic [32]  4/13 27/15 27/15
28/3 29/15 29/25 32/15
33/16 33/22 34/10 34/15
35/2 35/5 35/12 36/7 36/13
43/24 53/9 55/4 55/5 56/21
57/2 57/6 75/5 75/6 75/14
88/1 88/3 88/4 88/5 93/11
93/13
train [2]  87/25 88/7
trained [30]  27/7 27/8 27/10
27/16 29/1 29/13 29/20
30/22 31/1 31/4 31/10
31/19 32/5 32/10 38/8 38/9
38/13 39/1 39/4 39/7 40/20
42/17 44/1 47/6 77/16 78/3
87/23 93/5 93/22 94/20
trainer [2]  40/24 41/1
trainers [4]  29/3 29/7 41/6
41/8
training [24]  27/6 29/17

30/15 30/17 38/9 38/16
39/19 39/24 40/16 41/1
41/3 41/4 72/16 77/19
93/7 93/25 94/18 94/19
94/22 95/5 95/6 97/22
97/22
trains [1]  95/6
transcript [1]  110/16
transcription [1]  110/15
traveling [1]  26/12
treat [1]  80/21
treatment [1]  70/24
tried [4]  62/22 64/23 64/25
69/24
tries [1]  64/5
truck [4]  14/21 84/1 84/3
93/1
true [2]  40/1 110/16
truth [4]  6/4 110/7 110/7
110/8
truthfully [1]  5/25
try [2]  7/23 68/8
trying [9]  30/7 60/5 62/9
62/11 63/22 66/10 69/14
71/11 106/17
turn [1]  44/16
turned [5]  44/15 58/25
59/19 61/13 62/15
turning [1]  48/10
turns [1]  64/5
TVs [1]  80/25
twice [4]  65/12 65/14 65/15
65/21
two [9]  13/2 16/8 22/6
40/20 45/10 46/2 64/7 81/1
106/15
two-minute [1]  106/15
Tylenol [1]  77/10
Tyler [1]  12/25
type [14]  24/22 30/4 43/7
47/5 47/6 68/17 68/20 69/2
69/10 77/11 85/19 88/5
92/6 92/17
types [1]  20/19
typewritten [1]  110/16
typically [6]  42/25 52/15
52/20 83/10 83/16 95/13

**U**

uh [32]  26/18 28/8 35/20
41/14 42/6 42/10 42/22
43/6 43/22 45/20 58/6
61/21 62/12 66/8 66/22
66/24 67/3 68/24 69/6
69/16 72/18 74/24 75/25
76/18 77/13 77/23 78/1
78/8 79/16 85/7 85/14 94/6
uh-huh [32]  26/18 28/8
35/20 41/14 42/6 42/10
42/22 43/6 43/22 45/20
58/6 61/21 62/12 66/8
66/22 66/24 67/3 68/24
69/6 69/16 72/18 74/24
75/25 76/18 77/13 77/23
78/1 78/8 79/16 85/7 85/14
94/6
Ullrich [16]  29/11 29/13
29/18 86/20 86/23 86/25
87/4 87/11 87/22 88/16
88/20 89/18 89/24 93/3

93/4 93/18
ultimate [2]  38/1 48/9
ultimately [1]  41/8
unconscious [2]  14/15
14/18
under [17]  6/3 6/6 6/9 11/1
31/4 31/21 38/16 39/19
73/13 78/15 86/12 86/17
87/21 91/7 99/14 99/16
110/15
undersigned [1]  110/3
understanding [3]  39/22
77/18 108/5
Understood [1]  84/22
unethical [1]  94/11
UNITED [3]  1/1 110/10
111/8
units [1]  57/9
unknown [1]  63/10
Unless [1]  6/1
until [1]  44/17
up [38]  9/21 12/11 21/2
35/12 39/25 48/25 49/6
56/25 57/25 61/22 64/16
66/10 67/25 68/2 69/8
69/17 70/12 70/17 74/21
76/1 76/9 76/10 78/13
79/18 80/9 82/24 82/25
84/8 91/3 91/8 92/12 94/8
95/5 99/19 103/24 106/1
106/6 106/17
update [11]  95/13 95/20
96/1 96/5 96/8 96/9 96/17
96/21 96/24 97/1 97/3
updated [2]  95/23 96/7
updates [1]  95/8
upset [4]  16/2 16/4 16/4
16/6
us [5]  5/20 16/15 23/7
66/23 82/9 82/10 90/14
use [20]  7/23 7/24 8/11
9/20 27/13 30/1 30/6 33/2
34/20 54/8 66/13 66/14
72/11 72/25 73/18 84/11
96/5 97/17 97/25 108/15
used [10]  30/4 55/10 56/19
66/17 68/10 68/14 69/1
97/10 97/15 97/21
using [8]  20/25 36/22 44/16
57/5 67/11 67/12 67/16
98/10
usual [1]  78/6
usually [2]  16/3 30/11

**V**

vantage [2]  102/5 102/17
varies [5]  7/23 8/12 29/25
78/6 83/24
variety [1]  95/7
vehicle [111]  15/9 15/10
16/16 16/18 16/20 26/11
26/14 26/16 26/17 26/22
27/2 27/7 27/8 27/9 27/11
27/18 27/20 27/24 27/24
28/4 28/6 28/7 28/17 28/21
29/2 29/14 29/23 30/14
30/20 31/13 31/15 31/16
32/1 32/2 34/15 34/21
35/15 36/14 36/21 36/24
37/3 37/15 38/2 38/18

38/24 42/13 42/14 42/15
42/21 42/23 43/5 44/6
44/13 44/14 44/21 44/25
45/1 45/3 45/9 45/12 45/16
45/17 46/2 46/5 47/1 49/13
49/21 57/25 58/1 58/5 58/9
58/11 58/14 58/17 58/18
58/20 60/1 61/18 61/19
61/20 62/1 66/7 82/3 82/4
82/14 83/2 83/5 83/10
83/16 83/20 83/21 83/22
84/4 84/16 84/18 84/18
84/20 85/10 85/11 85/15
85/16 85/20 92/8 92/13
92/16 92/18 92/19 92/25
93/10 93/12 107/13 107/16
vehicles [8]  35/1 42/19
77/24 84/17 92/1 92/10
93/9 93/16
verbalized [1]  61/12
verbally [1]  5/14
Verbatim [1]  41/21
very [9]  60/2 63/1 68/1 68/4
68/6 77/20 81/3 87/14
87/15
victim [1]  18/5
video [26]  49/7 49/19 49/23
50/11 51/9 51/14 51/15
57/10 57/11 99/19 99/20
99/22 99/24 99/25 100/2
100/12 100/24 101/8
101/17 102/6 102/16
102/23 104/3 104/11
105/13 105/19
vio [1]  54/8
violated [5]  19/22 20/3 20/7
24/11 93/13
violation [35]  27/12 27/19
35/6 36/16 36/19 37/2
37/16 37/17 38/3 40/9
46/24 47/5 47/7 47/8 47/12
47/16 48/7 52/18 52/24
52/25 53/3 53/10 53/15
53/21 54/2 54/5 54/8 54/11
54/16 54/20 54/23 55/17
56/14 90/25 93/13
violations [4]  31/17 88/19
89/23 93/10

**W**

waist [7]  58/20 59/17 101/2
101/3 101/4 101/6 102/22
wake [1]  80/9
walk [1]  83/18
walked [1]  14/20
want [16]  8/1 8/2 18/6
18/19 18/24 19/1 23/2 33/9
33/12 47/24 48/1 51/17
54/20 63/4 71/13 86/1
wanted [12]  18/21 23/4
23/7 24/22 71/14 71/16
71/16 71/18 71/18 71/19
73/20 91/15
warrant [6]  32/8 55/4 55/6
55/8 56/20 57/24
warrants [1]  36/12
was [278]
was any [1]  36/23
was in [1]  11/12
was years [1]  98/13

**W**

wasn't [9]  11/19 12/11
13/22 14/18 52/7 56/11
64/1 67/2 108/6
watch [1]  48/24
watched [1]  106/14
watching [1]  102/15
way [3]  5/23 30/14 90/19
we [60]  5/7 6/5 7/24 9/20
9/20 10/18 10/19 11/9 11/3 12/7
14/18 17/3 17/3 19/25
29/21 30/1 31/23 32/19
32/20 33/2 33/4 33/5 33/14
33/18 40/6 48/20 53/19
56/5 59/14 61/14 61/19
61/22 62/15 62/22 64/15
64/25 66/7 69/3 74/2 74/5
74/10 74/10 82/9 82/15
94/7 94/22 94/22 95/4
95/11 95/17 99/19 101/21
101/23 102/1 104/10
104/12 105/10 106/8
106/18 109/9 111/16
we'll [3]  57/11 57/12 109/10
we're [12]  5/12 36/25 48/24
49/8 53/25 99/20 99/21
100/6 101/25 102/1 102/18
104/1
we've [1]  31/24
weapon [1]  78/15
weapons [2]  58/19 69/24
wearing [13]  46/25 47/14
47/16 48/10 48/17 48/19
48/22 52/7 52/9 55/20
56/11 56/15 56/18
website [1]  95/11
Wednesday [2]  1/13 2/7
week [1]  81/1
Weichold [2]  3/14 111/2
well [13]  14/25 28/18 39/12
50/2 53/19 56/9 57/15
59/13 60/16 69/3 72/7
91/22 105/20
went [17]  33/14 45/5 57/25
59/17 72/1 72/4 72/7 76/2
76/7 76/7 80/3 80/15 80/16
81/6 93/8 107/4 108/13
were [74]  8/18 9/11 10/3
11/1 11/18 11/25 12/4
13/17 14/1 15/2 15/4 15/8
15/22 17/3 17/20 18/8
20/11 20/23 23/4 24/14
25/23 26/6 27/1 27/10 29/7
33/1 38/7 39/12 39/18
40/19 40/19 43/13 43/14
43/25 45/1 45/8 45/11
45/17 45/23 59/17 63/22
64/17 64/18 66/18 67/11
67/12 67/16 69/12 70/13
71/23 73/13 73/23 74/10
76/13 78/3 81/4 81/13
81/17 81/18 86/8 91/3
91/20 92/24 93/5 93/22
93/24 94/20 104/20 107/21
108/11 109/3 109/4 110/25
111/4
weren't [1]  25/8
what [125]
what's [3]  79/20 92/14

108/16
whatever [1]  92/14
whatsoever [1]  111/14
when [137]
when were [1]  40/19
whenever [2]  105/4 105/4
where [38]  11/9 11/11
11/12 13/16 15/4 15/5 15/6
15/22 20/7 26/25 27/1 42/4
43/13 49/24 53/14 60/13
60/21 60/21 65/6 65/16
65/16 65/18 65/20 74/5
76/4 80/5 84/15 89/16
91/20 92/1 92/7 92/7 92/18
100/1 100/13 100/16 102/1
105/10
WHEREOF [1]  111/19
whether [2]  34/21 95/1
which [13]  5/25 6/20 6/24
8/10 8/10 19/6 19/9 38/13
42/4 56/3 56/3 84/2 98/13
which years [1]  8/10
while [30]  7/13 8/5 8/8 8/18
10/6 13/10 17/5 27/16 31/4
34/7 48/14 48/14 52/8
76/10 81/6 81/8 81/14 86/8
86/12 86/14 86/18 86/23
88/20 91/7 92/24 97/12
97/25 100/20 103/13
103/16
white [5]  43/7 45/24 45/24
46/1 49/15
who [32]  9/16 12/16 12/23
13/20 14/4 15/19 16/20
27/20 29/1 29/6 29/9 30/13
31/20 32/6 35/14 36/7 38/9
39/7 39/7 40/22 41/1 41/2
41/4 45/3 45/25 52/22 55/3
71/4 86/20 97/21 98/12
107/5
who's [1]  30/14
whole [6]  39/20 72/21 85/18
95/7 95/21 110/7
whose [1]  16/16
why [11]  17/14 26/25 28/15
30/1 34/1 55/8 56/17 56/17
68/5 84/7 107/15
wife [1]  16/4
will [6]  5/7 12/7 30/19 84/18
85/19 92/22
wipe [1]  74/18
wiped [2]  74/20 74/21
wish [3]  77/8 91/14 99/12
within [2]  92/6 94/21
without [1]  44/16
witness [6]  1/9 5/1 14/9
110/17 110/20 110/22
witnessed [1]  99/2
won't [3]  30/11 31/17 33/4
woozy [1]  68/1
words [5]  38/24 41/22
41/23
work [39]  12/8 30/10 42/25
71/11 71/14 71/17 71/20
71/21 72/1 72/4 72/8 76/14
79/1 79/5 79/13 79/14
80/15 81/5 81/7 81/9 82/2
82/7 83/6 83/13 83/24
84/12 84/13 84/16 85/17
86/13 86/14 86/18 86/23

86/25 90/14 91/20 92/12
94/8 94/21
worked [2]  87/3 87/7
working [4]  25/24 26/6 66/6
68/1
worn [4]  7/2 7/5 9/7 48/25
would [52]  6/4 6/7 6/10 7/22
8/3 9/7 10/1 10/2 18/10
18/11 21/5 21/8 21/10
32/12 35/25 36/2 36/24
38/3 41/7 41/25 42/4 42/11
42/12 42/13 42/14 43/16
44/1 53/21 54/1 54/8 66/12
70/25 75/22 76/19 78/22
83/15 84/2 84/18 84/19
85/24 89/25 90/25 91/2
91/22 91/24 92/12 92/14
94/7 95/20 95/21 95/21
108/25
wrap [1]  99/19
wreck [1]  89/14
wrecked [8]  89/4 89/6 89/8
89/9 89/12 89/16 89/18
89/21
wrecks [2]  88/2 88/5
Wright [11]  11/12 12/9
13/21 17/15 17/18 22/3
22/7 22/23 23/11 23/16
24/3
write [9]  48/18 53/1 54/10
55/19 72/17 92/12 92/15
107/4 108/14
writeup [1]  21/1
writeups [1]  20/19
writing [1]  110/19
written [4]  21/2 91/3 91/8
95/5
wrong [1]  8/2
wrote [5]  45/5 48/21 56/23
107/5 108/15
WYNN [40]  1/6 3/5 5/7
26/11 51/17 51/21 52/3
54/23 61/13 63/20 64/4
64/13 64/17 64/18 65/4
65/10 67/17 67/22 68/18
69/8 69/12 69/20 69/24
70/14 70/14 70/19 70/24
71/4 99/7 100/9 100/17
101/10 101/22 103/9
103/13 103/16 107/1 108/5
108/20 110/8
Wynn's [5]  57/13 63/23
65/24 100/23 102/22

**Y**

yeah [49]  11/3 17/7 17/16
18/2 19/4 19/24 22/5 27/1
27/14 29/6 30/7 30/7 30/24
33/9 36/2 36/25 38/14
39/12 39/18 43/20 53/25
55/18 56/5 56/11 57/3 62/7
63/15 64/1 65/19 66/3
66/17 71/1 75/6 75/18
75/20 76/12 76/25 80/14
83/1 86/1 94/19 99/14
99/17 102/3 102/25 103/8
105/6 106/19 107/3
year [1]  95/4
years [10]  7/19 7/20 8/7
8/10 8/16 8/17 10/11 83/8

86/25 90/14 91/20 92/12
94/8 94/21
worked [2]  87/3 87/7
working [4]  25/24 26/6 66/6
68/1
worn [4]  7/2 7/5 9/7 48/25
would [52]  6/4 6/7 6/10 7/22

85/8 98/13
yelling [2]  107/1 107/25
Yep [1]  53/24
yes [188]
yesterday [5]  32/21 32/25
33/11 33/15 33/17
yet [2]  25/8 82/11
you [637]
you're [34]  16/14 16/24
23/25 25/17 31/14 32/1
35/1 36/6 37/20 39/15 43/3
44/22 47/13 47/15 48/16
50/4 50/13 52/5 53/8 54/7
56/4 69/10 76/5 77/24
81/20 83/17 83/23 87/21
100/4 101/25 103/1 103/23
103/23 109/12
you've [18]  8/8 20/7 25/11
25/11 25/14 27/15 27/23
29/20 30/4 30/22 31/4 32/1
34/25 42/16 53/20 68/10
78/4 89/17
younger [1]  36/1
your [85]  5/8 5/15 5/16 5/24
6/7 7/5 7/8 7/20 8/21 9/7
14/1 15/12 16/19 17/2
22/21 25/5 27/6 30/16
30/23 31/2 34/2 36/15 37/4
38/8 39/22 41/1 41/4 41/19
41/23 43/24 44/12 46/22
47/17 48/25 51/10 51/23
53/5 55/10 55/11 56/1
60/24 63/12 63/23 66/14
66/18 67/11 69/24 72/3
73/16 73/22 77/15 77/18
78/4 80/8 81/22 82/3 83/11
83/22 87/10 87/16 90/4
90/21 91/1 91/12 91/12
91/21 92/12 92/15 92/25
93/3 93/22 93/25 97/3 97/4
97/4 98/21 99/21 102/7
102/8 102/10 104/23 105/2
105/3 105/7 108/4
yourself [1]  26/8
youth [1]  35/22
Yusef [3]  50/13 50/17 50/21

**\**

**\S:\Natalie [1]**  111/22

| Form L-1 | Kentucky Law Enforcement Council | |
|---|---|---|
| | *CODE OF ETHICS* | |

| **Mail:** | Kentucky Law Enforcement Council<br>Funderburk Building<br>521 Lancaster Ave.<br>Richmond, KY 40475-3102 | **INSTRUCTIONS:** This form must be given to and read by the peace officer applicant prior to being hired. Please have applicant attest to reading the Code of Ethics at the bottom of the page and place a signed copy in their POPS file. |
|---|---|---|
| **Phone:** | 859-622-6218    **Fax:** 859-622-5943 | |

# *Code of Ethics*

As a Peace Officer, my fundamental duty is to serve mankind; to safeguard lives and property; to protect the innocent against deception, the weak against oppression or intimidation, and the peaceful against violence or disorder; and to respect the Constitutional rights of all men to liberty, equality and justice.

I will keep my private life unsullied as an example to all; maintain courageous calm in the face of danger, scorn, or ridicule; develop self-restraint; and be constantly mindful of the welfare of others. Hones in thought and deed in both personal and official life, I will be exemplary in obeying the laws of the land and the regulations of my department. Whatever I see or hear of a confidential nature or that is confided in me in my official capacity will be kept ever secret unless revelation is necessary in the performance of my duty.

I will never act officiously or permit personal feelings, prejudices, animosities or friendships to influence my decisions. With no compromise for crime and with relentless prosecution of criminals, I will enforce the law courteously and appropriately without fear or favor, malice or ill will, never employing unnecessary force or violence and never accepting gratuities.

I recognize the badge of my office as a symbol of public faith, and I accept it, as a public trust to be held so long as I am true to the ethics of the police service. I will constantly strive to achieve these objectives and ideals, dedicating myself before God to my chosen profession – law enforcement.

*I attest that I have read and received a copy of the Code of Ethics.*

*John Murphy*
Name of Applicant

Date  11-30-16

Revised June 2014

**COV000907**



| **Form L-2** | **Kentucky Law Enforcement Council** *CANNON OF ETHICS* | |
|---|---|---|
| **Mail:** | Kentucky Law Enforcement Council<br>Funderburk Building<br>521 Lancaster Ave.<br>Richmond, KY 40475-3102 | **INSTRUCTIONS:** This form must be given to and read by the peace officer applicant prior to being hired. Please have applicant attest to reading the Cannon of Ethics and sign on the bottom of the last page and place a signed copy in their POPS file. |
| **Phone:** 859-622-6218    **Fax:** 859-622-5943 | | |

# *Canon of Ethics*

*Police Ethics*

In order for any "job" to become a "profession": certain rules or guides must be developed in order to measure the work and attitudes of the employees.    Law enforcement is no exception to this rule.  Since 1956, the law enforcement profession has maintained its own standard of conduct, the Peace Officer Code of Ethics.  Only through constant vigilance can the law enforcement officer keep their profession exactly what it is – a profession.

*Canons of Police Ethics*

**ARTICLE 1:        PRIMARY RESPONSIBILITY OF JOB**

The primary responsibility of the police service and the individual officer is the protection of the people of the United States through the upholding of their laws; chief among these is the Constitution of the United States and its amendments.  The peace officer always represents the whole of the community and its legally expressed will, and is never the arm of any political party or clique.

**ARTICLE 2:        LIMIITIONS OF AUTHORITY**

The first duty of a peace officer as upholder of the law is to know its bounds upon them while enforcing it.  Because they represent the legal will of the community, be it local, state or federal, they must be aware of the limitations and proscriptions which the people, through law, have place upon them.  They must recognize the genius of the American system of government which gives no person, groups of people or institution, absolute power and they must insure that officers, as prime defenders of that system, do not pervert its character.

**ARTICLE 3:        DUTY TO BE FAMILIAR WITH THE LAW AND WITH RESPONSIBILILTIES OF SELF AND OTHER PUBLIC OFFICIALS**

The peace officer shall assiduously apply themselves to the study of the principles of the laws which they are sworn to uphold.  They will make certain of their responsibilities in the particulars of their enforcement, seeking aid from their superiors in matters of technicality or principle when these are not clear to them; they will make special effort to fully understand their relationship to other public officials, including other law enforcement agencies, particularly on matters of jurisdiction, both geographically and substantively.

1                           Revised June 2014

**COV000908**

**ARTICLE 4:**   **UTILIZATION OF PROPER MEANS TO GAIN PROPER ENDS**

The peace officer shall be mindful of the responsibility to pay strict heed to the selection of means in discharging the duties of their office. Violations of law or disregard for public safety and property on the part of an officer are intrinsically wrong; they are self-defeating in that they instill in the public mind a like disposition. The employment of illegal means, no matter how worthy the end, is certain to encourage disrespect for the law and its officers. If the law is to be honored, it must be honored by those who enforce it.

**ARTICLE 5:**   **COOPERATION WITH PUBLIC OFFICIALS IN THE DISCHARGE OF THEIR AUTHORIZED DUTIES**

The peace officer shall cooperate fully with other public officials in the discharge of authorized duties, regardless of party affiliation or personal prejudice. They shall be meticulous, however, in assuring themselves of the propriety, under the law, of such actions and shall guard against the use of their office or person, whether knowingly or unknowingly, in any improper or illegal action. In any situation open to question, they shall seek authority from their superior officer, giving them a full report of the proposed service or action.

**ARTICLE 6:**   **PRIVATE CONDUCT**

The peace officer shall be mindful of their special identification by the public as an upholder of the law. Laxity of conduct or manner in private life, expressing either disrespect for the law or seeking to gain special privilege, cannot but reflect upon the police officer and the police service. The community and the service require that the peace officer lead the life of a decent honorable person. Following the career of a peace officer gives no person special perquisites. It does give the satisfaction and pride of following and furthering an unbroken tradition of safeguarding the American republic. The officer who reflects upon this tradition will not degrade it. Rather, they will so conduct their private life that the public will regard them as an example of stability, fidelity and morality.

**ARTICLE 7:**   **CONDUCT TOWARD THE PUBLIC**

The peace officer, mindful of their responsibility to the whole community, shall deal with individuals of the community in a manner calculated to instill respect for its laws and its police service. The peace officer shall conduct their official life in a manner such as will inspire confidence and trust. Thus, they will be neither overbearing nor subservient, as no individual citizen has an obligation to stand in neither awe of them nor a right to command them. The officer will give service where they can, and require compliance with the law. They will do neither from personal preference or prejudice, but rather as a duly appointed officer of the law discharging their sworn obligation.

2                    Revised June 2014

**COV000909**

**ARTICLE 8:      CONDUCT IN ARRESTING AND DEALING WITH LAW VIOLATORS**

The peace officer shall use their powers of arrest strictly in accordance with the law and with due regard to the rights of the citizen concerned. Their office gives them no right to prosecute the violator or to mete out punishment for the offense. They shall, at all times, have a clear appreciation of their responsibilities and limitations regarding detention of the violator; they shall conduct themselves in such a manner as will minimize the possibility of having to use force. To this end he shall cultivate a dedication to the service of the people and the equitable upholding of their laws whether in the handling of law violators or in dealing with the law-abiding.

**ARTICLE 9:      GIFTS AND FAVORS**

The peace officer representing the government bears the heavy responsibility of maintaining, in their own conduct, the honor and integrity of all government institutions. They shall, therefore, guard against placing themselves in a position in which any person can expect special consideration or in which the public can reasonably assume that special consideration is being given. Thus, they should be firm in refusing gifts, favors, or gratuities, large or small, which can, in the public mind, be interpreted as capable of influencing their judgment in the discharge of their duties

**ARTICLE 10:      PRESENTATION OF EVIDENCE**

The peace officer shall be concerned equally in the prosecution of the wrongdoer and the defense of the innocent. They shall ascertain what constitutes evidence and shall present such evidence impartially and without malice. In so doing, they will ignore social, political and all other distinctions among the persons involved, strengthening the tradition of the reliability and integrity of an officer's word.

The peace officer shall take special pains to increase their perception and skill of observation, mindful that in many situations theirs is the sole impartial testimony to the facts of a case.

**ARTICLE 11:      ATTITUDE TOWARD PROFESSION**

The peace officer shall regard the discharge of their duties as a public trust and recognize their responsibility as a public servant. By diligent study and sincere attention to self-improvement they shall strive to make the best possible application of science to the solution of crime and in the field of human relationships, strive for effective leadership and public influence in matters affecting public safety, They shall appreciate the importance and responsibility of their office, and hold public work to be an honorable profession rendering valuable service to their community and their country.

*I attest that I have read and received a copy of the* **Canon of Ethics.**

John murphy
Name of Applicant

11~30-16
Date

3

Revised June 2014

**COV000910**

# COVINGTON POLICE DEPARTMENT

## SUSPENSION ORDER

COMMONWEALTH OF KENTUCKY
COUNTY OF KENTON
CITY OF COVINGTON

On the day of August 12th, 2021, the officer whose name appears here:

**John Murphy**

committed the following act(s) in violation of the policies and procedures of the Covington Police Department:

*On August 12th, 2021, at approximately 0200hrs, off-duty officers, Officer John Murphy and Officer Tyler Tipton were both intoxicated in the parking lot at Wright's Point Apartments in Fort Wright, Kentucky. They were both engaged in a verbal argument that led to physical altercation in a public place. This physical altercation prompted two (2) 911 calls of nearby residents to the Kenton County Emergency Communications Center, who dispatched the Fort Wright Police Department to respond to the disturbance of the peace. Due to the involvement of two off-duty Covington Police Officers, the Third Shift Watch Commander was also notified and responded. On August 13th, 2021, the Covington Police Department was requested by Greater Cincinnati News Media of information about an altercation in Fort Wright involving off-duty Covington Police Officers. The actions of both parties on August 12th, 2021, brought discredit to the Covington Police Department.*

The above-listed action(s) by the charged officer is against the best interests of both the Department, and the citizens in which it serves, and is in violation of Rule 102 -

**COV000946**


PLAINTIFF'S
EXHIBIT
2 Murphy
NO 3/13/24

Unbecoming Conduct and Rule 115 - Use of Alcohol Off Duty, of the Covington, Kentucky Police Department, which state:

> **Rule 102 - Unbecoming Conduct** - Employees of the Police Department shall conduct themselves at all times, both on and off duty, in such a manner as to reflect most favorably on the Agency. Unbecoming conduct shall include that which brings the Agency into disrepute or reflects discredit upon the individual as an employee of the Police Department, or that which impairs the operation or efficiency of the Agency or the individual.

> **Rule 115 - Use of Alcohol Off Duty** - Employees of the Police Department while off duty shall refrain from consuming intoxicating beverages to the extent that it results in impairment, intoxication, or obnoxious or offensive behavior, which discredits them or the Agency, or renders the employees unfit to report for their next regular tour of duty.

It is further acknowledged by the above-named officer that pursuant to KRS 15.520, any officer charged with misconduct which justifies dismissal or punishment has a right to have a hearing before the city legislative body for hearing within sixty (60) days after the charges has been filed.   Chief Robert Nader, as the Department Head, has the authority to suspend said officer from duty/or pay until these charges are heard, and that pursuant to KRS 95.450(5), the above-named officer may not be reinstated to duty and/or pay until such time as these charges are heard.

By order of:

Colonel Robert Nader
Chief of Police

**COV000947**



By signing this document, the above-named police officer acknowledges his/her awareness of the charges being asserted against him/her and further acknowledges that he/she has read and fully understands his/her rights under KRS 15.520, the Police Officer's Bill of Rights.

By signing this document, the above-named police officer acknowledges that he/she desires to avoid a formal hearing on the charges being asserted; and/or suspension/termination from duty and/or pay for an indefinite period of time, and voluntarily, of his/her own free will, consents to receiving discipline under the following terms:  **One (1) Day Suspension Without Pay**

**Loss of Homefleet Privileges for 2 (two) months**

The above-named officer acknowledges and consents to this suspension/termination order being made a part of his/her personnel file.

ACCEPTED   AND   ACKNOWLEDGED   ON   THIS   8   DAY   OF ___Sept___ , 2021 .

0301

Defendant Officer

Commonwealth of Kentucky
Kenton County

Subscribed   and   sworn   before   me,   a   Notary   Public,   by _JOHN MURPHY_____   on   this   _8th_   day   of _September_ , 20 21 .

NOTARY PUBLIC
My commission expires: 3/19/2022

THIS SECTION RESERVED FOR COMMENTS BY THE OFFICER: _____

**COV000948**

COV000949

    f.  In the event of a sobriety checkpoint, it is recommended that the contact Officer utilizes a statement or question similar to the following upon contact with the driver of a stopped vehicle: *"Good evening. This is a sobriety checkpoint aimed at deterring impaired driving. Have you consumed any alcohol or drugs today?"*

    g.  Motorists should not be detained any longer than is necessary to perform a cursory examination to look for signs of intoxication or check for license and registration.

    h.  During the conversation with the driver, the contact law enforcement Officer will establish if reasonable suspicion exists to warrant further investigation.

    i.  The contact Officer shall pay particular attention to any symptoms or indicators of impairment to include but not limited to:

6. Contingency Planning - Any deviation from the predetermined guidelines must thoroughly document the reason for the deviation. (I.e. traffic congestion, intermittent inclement weather.)

7. Data collection and evaluation- To monitor and ensure standardization and consistency of the traffic safety checkpoint program a systematic method of data collection will be incorporated.

    a.  After action report may include, but is not limited to:
      1) Time, date, and location of checkpoint.
      2) Weather conditions.
      3) Number of vehicles passing through checkpoint.
      4) Average time delay to motorists.
      5) Predetermined order of selecting motorists
      6) Number and types of arrests.
      7) Number of motorists detained for field sobriety testing.
      8) Identification of unusual incidents such as safety problems/other concerns.

    b.  To assist in determining the effectiveness of a checkpoint operation, a periodic impact analysis will include the following types of information.
      1) Crash rate reduction.
      2) Impaired driving offenses.
      3) Other traffic related incidents.
      4) Public opinion survey to determine increased perception of detection and apprehension of impaired drivers.

## 61.1.6    Traffic Stop Procedures (CALEA 61.1.7) (KACP 22.5)

A. Each time an Officer conducts a traffic stop; there is an unknown risk of danger. For the Officer and violator, safety is of paramount importance. Therefore, adequate precautions must be taken. No two traffic stops are exactly alike. The


PLAINTIFF'S EXHIBIT
3 Murphy
ND 3/13/24
FENGAD 800-631-6989

following guidelines are provided for Officers while conducting stops of traffic violators:

1. The Officer should choose the location for the vehicle stop carefully, considering the following:
   a. Traffic congestion
   b. Pedestrian presence
   c. Road conditions
   d. Surrounding terrain
   e. Street lighting, illumination
   f. Available cover
   g. Visibility to traffic
2. The Officer shall inform dispatch of the location, vehicle license plate state and number, vehicle description, the number of occupants in the vehicle and the location of the stop a second time.
3. The Officer should activate his emergency lights to alert the driver to stop and, if necessary, use the siren to get the driver's attention. For safety, especially at night, the emergency lights should remain activated during the course of the stop. At a minimum, the rear of the emergency lights shall remain activated.
4. If conducting a traffic stop at night, the Officer should also use the patrol vehicle's takedown lights and spotlight to illuminate the interior of the vehicle after the vehicle has stopped.
5. The Officer should position the patrol car about 15 feet behind and about 3 feet to the left of the stopped vehicle, with the front wheels of the patrol vehicle turned sharply to the left.
6. Before exiting the patrol car, the Officer should observe the interior of the stopped vehicle for any unusual movement or activity, be aware of roadway traffic, and exercise caution when exiting the patrol vehicle.
7. While approaching the vehicle the Officer should:
   a. Approach the stopped vehicle cautiously, staying close to the side of the vehicle, and taking care to not expose himself to any possible acts of aggression from the driver or the occupants.
   b. Be observant of all parts of the vehicle, as well as the vehicle's occupants, their movements, and their hands.
   c. For the safety of the Officer, it is permissible for the Officer to order all occupants out of the vehicle and briefly detain them during the stop. Although permissible, the Officer should carefully consider all safety issues arising from the removal of the occupants from the confinement of the vehicle.
   d. If the driver of the stopped vehicle exits the vehicle prior to the Officer making his approach, or exits the vehicle as the Officer is approaching, the Officer should instruct the driver to return to the stopped vehicle. The Officer should be prepared to take evasive action in case the driver makes threatening advances upon the Officer.
   e. The Officer should make contact with the driver of the vehicle,

*Page 12 of 23*

1) The Officer shall greet the violator and identify himself/herself by name.
2) The Officer should explain the reason for the stop.
3) The Officer shall ask the operator of the vehicle if there was a legitimate reason for doing what he/she did.
4) The Officer shall ask where the driver's license, insurance and registration information is located before asking him/her to retrieve any of them.
5) The Officer shall give instructions to the violator to follow (e.g. remain in the vehicle and buckle up) as he/she reviews documentation and decides what action to take.
6) The Officer shall issue the appropriate warning or citation and let the violator know that the traffic stop is over.

f. Officers should strive to make each contact educational, leaving the violator with the impression that the Officer has performed a necessary task in a fair, impartial and courteous manner using one of the following methods:

g. The Officer should indicate a return to service to dispatch upon completing the traffic stop

8. Special Considerations

a. Reassure children and other occupants in the vehicle who may be frightened by the presence of an Officer.

b. Have cards written in English, and in other appropriate languages, or know how to ask in that language, that indicates the officer's request for the driver license, registration and proof of insurance.

c. Be aware of cultural differences. In some cultures, persons may talk softly, while in other cultures, person may talk loudly. Some persons my use less eye contact, stand close to the person they're talking to or, on the other hand, feel uncomfortable if the officer is standing too close.

d. Avoid stating the specific fine, number of points, court costs. This could increase tension. If you are asked the amount of the fine respond accordingly.

e. ***NEVER base the stop or post-stop actions on race, gender, religion, disabilities, national or ethnic origin, sexual orientation, or socioeconomic status.***

B. Felony Traffic Stops - The felony vehicle stop is the most dangerous type of stop a police Officer makes. This type of stop should always be conducted by two or more police Officers, using at least two patrol cars. Officers should use the steps for regular stop and should attempt the following, whenever possible:

1. Prior to initiating a vehicle stop, Officers should ensure that backup Officers and patrol cars are on the scene.

2. Before exiting the vehicle, the Officer should attempt to determine the number of occupants of the stopped vehicle and inform the dispatch of such.

3. The Officer should position his patrol vehicle about 20 feet to the rear and

at about a 45-degree angle to the stopped vehicle, with the front wheels turned sharply to the left. The Officer should occupy a position using the cover provided by the patrol car.

4. The Officer initiating the stop shall be the Officer in charge of the stop. The backup Officer should position his patrol vehicle about three feet to the right of the rear of the initiating Officer's patrol vehicle, facing the stopped vehicle and offset slightly toward the right side. The backup Officer should occupy a position using the cover provided by the patrol cars. The backup Officer should be the Officer to apply handcuffs.

5. The initiating Officer should control the occupants of the stopped vehicle by issuing commands to the driver and then the occupants, using the patrol vehicle's public address system when practicable. The initiating Officer should direct the driver and occupants out of the car and back to a backup Officer to be searched and secured.

6. The commands should be kept simple, clear, and direct.

7. Under no circumstances should Officers approach an occupied vehicle during a felony stop. If the occupant/s refuse to exit the vehicle or comply with instructions from the initiating Officer, the situation should then be handled as a barricaded suspect incident and appropriate procedures followed.

8. At the conclusion of the felony vehicle stop, the initiating Officer shall inform dispatch of the disposition of the stop and the status of all Officers involved in the stop.

## 61.1.7   DUI Procedures (CALEA 1.2.4, 61.1.10)

A. Policy – The Covington Police Department by means of procedures and uniformity of enforcement is dedicated to maintaining proficiency in the detection, apprehension and processing of persons who drive under the influence of alcohol and/or drugs.

B. Definitions
   1. Acetone – As used referring to a diabetic's reaction to insulin is a "fruity" smell on the diabetic's breath.
   2. Alcohol Concentration – Either grams of alcohol per 100 milliliters of blood or grams of alcohol per 210 liters of breath (KRS 189.005(1))
   3. Driving Under The Influence – KRS 189A.010 Operating motor vehicle with alcohol concentration of or above 0.08, or of or above 0.02 for persons under age twenty-one, or while under the influence of alcohol or other substance which impairs driving ability prohibited.
   4. Refusal – Declining to submit to any test or tests pursuant KRS 189A.103. Declining may be either by word or by the act of refusal.  If the breath testing instrument for any reason shows an insufficient breath sample and the alcohol concentration cannot be measured by the breath testing instrument, the law enforcement Officer shall then request the defendant to take a blood or urine test in lieu of the breath test.  If the defendant then