# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# NORTHERN DIVISION
# AT COVINGTON

**CIVIL ACTION NO. 21-137-DLB-CJS**

**ANTHONY MARIO WYNN**                                                                **PLAINTIFF**

**v.**                                         **<u>JUDGMENT</u>**

**CITY OF COVINGTON, et al**                                       **DEFENDANTS**

*** *** *** ***

Consistent with the Memorandum Opinion and Order entered today, and pursuant to Federal Rule of Civil Procedure 58, it is hereby **ORDERED** and **ADJUDGED** as follows:

(1)      Defendants' Motion for Summary Judgment (Doc. # 56) is **GRANTED**.

(2)      **Judgment** is entered **in favor the Defendants**; and

(3)      This matter is **STRICKEN** from the Court's active docket.

This is a final and appealable order and no just cause for delay exists.

This 16th day of August, 2024.

Signed By:
David L. Bunning
United States District Judge

G:\Judge-DLB\DATA\ORDERS\Cov2021\21-137 Judgment.docx